**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

______________ District of Delaware (State)

Case number (*If known*): ______________ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

Our Alchemy, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

Millennium Entertainment, LLC; Millennium Media Services, Inc.; Nu Image Delaware, Inc.; Nu Image (Delaware), LLC; and Consolidated Video Services, Inc.

**3. Debtor's federal Employer Identification Number (EIN)**

27-2190708

**4. Debtor's address**

**Principal place of business**

5900 Wilshire Blvd.
Number Street

Floor 27

Los Angeles CA 90036
City State ZIP Code

County

**Mailing address, if different from principal place of business**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website (URL)**

www.ouralchemy.com

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: ______________

Debtor Our Alchemy, LLC Case number (if known) ____________
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 1 2 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District ____________ When ____________ (MM / DD / YYYY) Case number ____________
  District ____________ When ____________ (MM / DD / YYYY) Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☒ Yes. Debtor See Schedule 1 Attached. Relationship ____________
  District ____________ When ____________ (MM / DD / YYYY)
  Case number, if known ____________

Debtor Our Alchemy, LLC Case number (if known) ____
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____

**Where is the property?** ____
Number Street

____

City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____

Contact name ____

Phone ____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor Our Alchemy, LLC
Name

Case number (if known)

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☒ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/30/2016
MM / DD / YYYY

✗ ______________________
Signature of authorized representative of debtor

Printed name

Title

**18. Signature of attorney**

✗ /s/ Robert J. Dehney
Signature of attorney for debtor

Date 7/1/2016
MM / DD / YYYY

Robert J. Dehney
Printed name

Morris Nichols Arsht & Tunnell LLP
Firm name

1201 N. Market Street, 16th Floor
Number Street

Wilmington | DE | 19801
City | State | ZIP Code

302-658-9200
Contact phone

rdehney@mnat.com
Email address

3578 | DE
Bar number | State

**Schedule 1**

Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

As of the date hereof, each of the entities listed below (the "Debtors") filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code.

1. Our Alchemy, LLC

2. Anderson Digital, LLC

**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF**
**THE BOARD OF MANAGERS**
**OF**
**OUR ALCHEMY, LLC**

**June 29, 2016**

The undersigned, being the members of the Board of Managers (the "**Board**") of Our Alchemy, LLC, a Delaware limited liability company (the "**Company**"), pursuant to the Delaware Limited Liability Company Act (the "**Act**") and the Third Amended and Restated Limited Liability Company Agreement of Company, hereby consent in writing to the adoption of the following resolutions.

WHEREAS, in connection with its ongoing and regular assessment of the financial and operational condition of the Company and the Company's business, including the historical performance of the Company, the assets and liquidity of the Company, pending litigation against the Company, current and long-term liabilities of the Company, and market conditions, the Company has sought to consider and develop its strategic alternatives;

WHEREAS, the Board has had an opportunity to consult with the Company's management and financial and legal advisors to fully consider each of the strategic alternatives available to the Company, including without limitation the pursuit of a consensual restructuring transaction with the Company's senior lender group (the "**Senior Lenders**"), a sale of substantially all of the Company's assets, third-party debtor-in-possession financing, and other bankruptcy and non-bankruptcy alternatives;

WHEREAS, prior to the date hereof, the Senior Lenders have: (i) commenced exercising remedies under their loan documents, including the sweeping of the Company's cash; (ii) declined to offer debtor-in-possession financing or make any further commitment with respect to a consensual restructuring of the Company's obligations to the Senior Lenders; and (iii) declined to consent to an indicative proposal for third-party debtor-in-possession financing to the Company;

WHEREAS, the Board has considered authorizing the filing of petitions by the Company in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") seeking relief under the provisions of chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101et seq. (as amended, the "**Bankruptcy Code**"); and

WHEREAS, the Board desires to approve the following resolutions.

**Commencement of Chapter 7 Case**

NOW, THEREFORE, BE IT RESOLVED, that in the good faith business judgment of the Board, it is in the best interest of the Company and its subsidiaries and their respective creditors,

employees, stakeholders, and other interested parties, that the Company and its subsidiaries file a voluntary petition for relief under Chapter 7 of the Bankruptcy Code; and further

RESOLVED, that each of the officers of the Company and any of their designees (collectively, the "**Officers**") shall be and hereby are authorized, empowered, and directed, in the name and on behalf of the Company to: (i) execute and verify voluntary petitions for relief under the Bankruptcy Code; and (ii) cause the same to be filed (the "**Chapter 7 Case**") in the Bankruptcy Court, in such form and at such time as such Officer executing the petition shall determine; and further

RESOLVED, that the Officers shall be and hereby are authorized, empowered, and directed, on behalf of and in the name of the Company, to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings, and other papers or documents as necessary to commence the Chapter 7 Case and obtain relief under the Bankruptcy Code, and to take any and all further acts and deeds that the Officers deem necessary or proper to obtain such relief, including, without limitation, any action necessary to facilitate the administration of the Chapter 7 Case and to protect and preserve all documents, records and assets of the Company pending the appointment of a chapter 7 trustee; and further

**Engagement of Professionals**

RESOLVED, that the Officers shall be and hereby are authorized, empowered, and directed to employ, on behalf of the Company, the law firm of Morris, Nichols, Arsht & Tunnell LLP to represent the Company as general bankruptcy counsel on the terms set forth in its engagement letter with the Company and to represent and assist the Company in preparing and filing the petitions and related forms, schedules, lists, statements and other papers or documents; and further

RESOLVED, that the Officers shall be and hereby are authorized, empowered, and directed to employ, on behalf of the Company, EPIC Systems, Inc. to assist with the preparation of schedules, statements of financial affairs, a creditor matrix, and other necessary forms, pleadings, statements, or other filings for and in the Chapter 7 Case and in other related matters on such terms and conditions as the Officers of the Company shall approve; and further

RESOLVED, that the Officers shall be and hereby are authorized, empowered, and directed to employ, on behalf of the Company, such other counsel, financial advisors, or other professionals as may be prudent and desirable in connection with the Chapter 7 Case on such terms and conditions as the Officers of the Company shall approve; and further

**General Authorization and Ratification**

RESOLVED, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice; and further

RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, certificate, or document has been specifically authorized in advance by resolution of the Board; and further

RESOLVED, that delivery of an executed counterpart of a signature page to this Unanimous Written Consent by facsimile or pdf attachment to electronic mail shall be effective as delivery of a manually executed counterpart to this Unanimous Written Consent; and further

RESOLVED, that each of the Officers (and their designees and delegates) be and hereby are authorized, empowered, and directed to take all actions or to not take any action in the name of the Company with respect to the actions and transactions contemplated by these resolutions hereunder as the sole shareholder, member or managing member of each direct and indirect subsidiary of the Company, in each case, as such Officer shall deem necessary, advisable, or desirable in such Officers' reasonable business judgment as may be necessary or convenient to effectuate the purposes of the actions and transactions contemplated herein.

* * * *

The undersigned, being the members of the Board of Managers of the Company, hereby consent to, approve, and adopt the foregoing as of the date first above written.

DocuSigned by:

Jesse Watson
3A405AEC0B7540B...

Mark Perez

Todd Dorfman

The undersigned, being the members of the Board of Managers of the Company, hereby consent to, approve, and adopt the foregoing as of the date first above written.

________________________
Jesse Watson

________________________
Mark Perez

________________________
Todd Dorfman

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC,<br><br>Debtor.[1] | Chapter 7<br><br>Case No. 16-_______(___) |
| In re:<br><br>ANDERSON DIGITAL, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 16-________(___) |

**CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO FED. R. BANKR. P. 1007(a)(1)**

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the following organizational chart identifies all entities having a direct or indirect ownership interest, of the above-captioned debtors in possession (the "Debtors") and any entity in which the Debtors own an interest.

| Entity | Owner | % Ownership |
|---|---|---|
| Our Alchemy, LLC (Debtor) | Calrissian LP | 100% |
| Anderson Digital, LLC (Debtor) | Our Alchemy, LLC | 100% |

[1] The Debtors in these chapter 11 cases and their respective tax identification numbers are: Our Alchemy, LLC (27-2190708) and Anderson Digital, LLC (46-0818044). The Debtors' mailing address is 5900 Wilshire Blvd, 18th Floor, Los Angeles, CA 90036.

**Fill in this information to identify the case and this filing:**

Debtor Name Our Alchemy, LLC

United States Bankruptcy Court for the: ____________ District of Delaware (State)

Case number (*If known*): ____________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/30/2016
MM / DD / YYYY

✘ [signature]
Signature of individual signing on behalf of debtor

Scott Guthrie
Printed name

President
Position or relationship to debtor