**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Our Alchemy, LLC<br><br>　　　　　Debtor. | Case No. 16-11596 (KG)<br>Chapter 7<br><br>**Objection Deadline: August 4, 2016 at 4:00 p.m.**<br>**Hearing Date: August 23, 2016 at 3:00 p.m.** |
| In re:<br><br>Anderson Digital LLC<br><br>　　　　　Debtor. | Case No. 16-11597 (KG)<br>Chapter 7<br><br>**Objection Deadline: August 4, 2016 at 4:00 p.m.**<br>**Hearing Date: August 23, 2016 at 3:30 p.m.** |

**MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR ORDER (1) EXTENDING TIME FOR THE DEBTORS TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS, AND (2) UPON THE DEBTORS' FAILURE TO FILE WITHIN THE EXTENSION PERIOD AUTHORIZING CHAPTER 7 TRUSTEE TO PREPARE AND FILE DEBTORS' SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS AND APPROVING TRUSTEE'S REIMBURSEMENT OF EXPENSES INCURRED AS AN ADMINISTRATIVE EXPENSE**

George L. Miller, the Chapter 7 Trustee (the "Trustee") for the estates (the "Estates") of the above-captioned debtors (the "Debtors"), by and through his undersigned proposed counsel, hereby moves this Court for entry of an Order approving the Motion of George L. Miller, Chapter 7 Trustee for Order (1) Extending Time for the Debtors to File Schedules and Statement of Financial Affairs (as defined below), and (2) Upon the Debtors' Failure to File within the Extension Period Authorizing Chapter 7 Trustee to Prepare and File Debtors' Schedules and Statement of Financial Affairs (as defined below), and Approving Trustee's Reimbursement of Expenses Incurred as an Administrative Expense (the "Motion"). In support of the Motion the Trustee avers as follows:

**Jurisdiction**

1.　　The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. Venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C §§ 1408 and 1409.

3. The statutory predicates for the relief sought herein are Section 521 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007(a)(5) and (k) of the Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules").

**Background**

4. On July 1, 2016 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief initiating cases under Chapter 7 (the "Bankruptcy Cases") of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

5. On or about the Petition Date, the Office of the United States Trustee appointed George L. Miller as the Trustee to the Estates of the Debtors.

6. On July 1, 2016, a Notice of Petition Deficiency was filed by the Clerk of the Court in each of the Debtors' Bankruptcy Cases.  The Notice of Petition Deficiency requires each Debtor to file by July 15, 2016 (i) Statement of Financial Affairs with Declaration; (ii) Schedules A, B, D, E, F, G, and H; (iii) Summary of Schedules; and (iv) Declaration Concerning Debtors' Schedules (collectively, the "Schedules and Statement of Financial Affairs").

7. To date the Schedules and Statement of Financial Affairs have not been drafted. The Trustee has been informed that the Debtors hired Epiq Systems, Inc. ("Epiq") immediately prior to the filing of the Bankruptcy Cases to assist with the preparation of the Schedules and Statement of Financial Affairs and provided Epiq with certain information to enable the preparation of the Schedules and Statement of Financial Affairs; however, Epiq needed the assistance of employees of the Debtors and Debtors' counsel to enable completion of the

27446043\1 88888.8888.888/801684.000
07/14/2016

Schedules and Statement of Financial Affairs. The Debtors and Debtors' counsel, prior to the filing the Bankruptcy Case, were apparently unable to devote the resources necessary to complete the Schedules and Statement of Financial Affairs.

8. The Trustee, based upon information provided to him, believes that both of the Debtors' Bankruptcy Cases are likely to be cases with assets which will require administration for the benefit of the creditors of the Estates.

### Relief Requested

9. In light of the foregoing facts, the Trustee by this Motion respectfully requests an Order extending the deadline for the filing by the Debtors of the Schedules and Statement of Financial Affairs in these Bankruptcy Cases until August 9, 2016 (the "Extension Period") and upon the Debtors' failure to file the Schedules and Statement of Financial Affairs within the Extension Period authorizing but not requiring the Trustee to prepare and file the Schedules and Statement of Financial Affairs within five (5) business days after expiration of the Extension Period (the "Trustee's Extension Period") on behalf of each Debtor, and allowing, the reimbursement of any and all fees and costs incurred by the Trustee and his professionals (upon approval of fee applications) in the preparation and filing of the Schedules and Statement of Financial Affairs as an administrative expense pursuant to Bankruptcy Rule 1007(k).

10. Currently Epiq is working to complete the Schedules and Statement of Financial Affairs for the Debtors and intends to utilize the Debtors' records and the Debtors' former employees to the extent available to assist in connection with the preparation and filing of the Schedules and Statement of Financial Affairs; however, additional time is required to allow the Schedules and Statement of Financial Affairs of each of the Debtors to be prepared given that (i)

the Debtors' former employees are not readily available to assist, and (ii) the unique nature of the Debtors' former operations.

11. In accordance with 1007(a)(4) notice of this Motion has been provided to (i) Debtors' counsel, (ii) the United States Trustee, and (iii) all parties in interest having requested notice pursuant to Rule 2002. In light of the nature of the relief requested, the Trustee submits that no further notice need be given.

WHEREFORE, the Trustee respectfully requests that this Court enter the proposed form of Order filed with the Motion and grant such other and further relief as is just and proper.

Date: July 14, 2016
Wilmington DE

                COZEN O'CONNOR

                */s/ John T. Carroll, III*
                _____
                John T. Carroll, III (DE No. 4060)
                1201 North Market Street
                Suite 1001
                Wilmington, DE  19801
                Telephone:  (302) 295-2028
                Facsimile:  (302) 295-2013
                jcarroll@cozen.com

                *Proposed Counsel to the Chapter 7 Trustee,*
                *George L. Miller*