# Exhibit C

**ANDERSON**
MERCHANDISERS

<u>Via Email and Certified Mail, Return Receipt Requested</u>

June 27, 2016

Our Alchemy, LLC
5900 Wilshire Boulevard, Floor 18
Los Angeles, CA  90036
Attn: Mr. Scott Guthrie

Re: Merchandising Agreement with Anderson Merchandisers, LLC.

Dear Mr. Guthrie,

Notice is hereby given pursuant of Section 9.2(iii) under the Merchandising Agreement ("Agreement") dated July 9, 2015 by and between Our Alchemy, LLC ("Company") and Anderson Merchandisers, LLC ("Contractor") that you are in material breach for non-payment under the Agreement. As of the date hereof, Company owes Contractor $3,228,731.14 under the Agreement, which amount remains unpaid. Demand is hereby made for this payment in full.

In the event this breach is not remedied by Company within the time periods set forth in the Agreement, Contractor reserves the right to terminate this Agreement pursuant to Section 9.2 (iii) of the Agreement.

Sincerely,

Scott McDaniel
President

CC:

Ms. Olivia Lerner
General Counsel, Our Alchemy, LLC
Olivia.Lerner@ouralchemy.com

**5601 Granite Parkway, Suite 1400 • Plano, Texas  75024 • (972) 987-5516**