IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Our Alchemy, LLC | Case No. 16-11596 (KG) |
| Debtor. | Related Docket Nos. 42 and 44 |

**ORDER GRANTING MOTION OF ANDERSON MERCHANDISERS, LLC FOR THE EXPEDITED ENTRY OF AN ORDER: (I) GRANTING RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1) TO ALLOW TERMINATION OF ITS AGREEMENT WITH THE DEBTOR; OR, ALTERNATIVELY, (II) PROVIDING ADEQUATE ASSURANCE OF FUTURE PERFORMANCE PENDING ASSUMPTION OR REJECTION OF THE AGREEMENT**

UPON THE MOTION (the "Motion")[1] of Anderson Merchandisers, LLC ("Anderson Merchandisers") for the entry of an expedited order granting relief from the automatic stay under 11 U.S.C. § 362(d)(1) to allow termination of its Agreement with Our Alchemy, LLC (the "Debtor"), and the Court having considered the Motion and all related filings, and this Court possessing jurisdiction over this matter, and venue being proper, and notice of the Motion having been sufficient, and upon the record herein; and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Anderson Merchandisers is hereby granted relief from the automatic stay under 11 U.S.C. § 362(d)(1) to terminate the Agreement in accordance with its terms, and Anderson Merchandisers is authorized to suspend its performance under the Agreement pending such termination.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

#40037982 v4

-2-

3. The fourteen day stay period imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived with respect to the relief granted herein.

4. The entry of this Order is without prejudice to (i) Anderson Merchandisers' right to assert an administrative claim, (ii) the right of the Chapter 7 Trustee to object to any such claim asserted by Anderson Merchandisers and (iii) also the right, if any, of any party in interest, including SunTrust Bank, to object to any such claim asserted by Anderson Merchandisers.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

Dated: August 1, 2016
Wilmington, DE

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

#40037982 v4