IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| OUR ALCHEMY, LLC, | Case No. 16-11596 (KG) |
| Debtor. | |
| In re: | Chapter 7 |
| ANDERSON DIGITAL, LLC, | Case No. 16-11597 (KG) |
| Debtor. | |

GLOBAL NOTES, METHODOLOGY AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

<u>Introduction</u>

Our Alchemy, LLC and Anderson Digital, LLC (collectively, the "**Debtor*s***" ), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**", and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publically filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis, unlike in its normal format of a consolidated financial statement.

In preparing the Schedules and Statements, the Debtors relied upon information derived

1

from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The Debtors, their officers, employees, agents and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents and attorneys expressly do not undertake any obligation to update, modify revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each Debtor. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

<u>Global Notes and Overview of Methodology</u>

1. <u>Reservation of Rights</u>. Reasonable best efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the

Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 7 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements (including, without limitation, Schedule B, Schedule F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

2. <u>Description of Cases and "as of" Information Date</u>. On July 1, 2016 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code in the Bankruptcy Court. On or around the Petition Date, the Office of the United States Trustee appointed George L. Miller as the Chapter 7 Trustee (the **"Trustee"**) to the Estates of the Debtors. On July 1, 2016, a Notice of Petition Deficiency was filed by the Clerk of the Court in each of the Debtors' Bankruptcy Cases. The Notice of Petition Deficiency requires each Debtor to file the Schedules and Statements by July 15, 2016. On July 14, 2016, the Trustee filed a Motion for Order to (1) Extend Time for the Debtors to File Schedules and Statement of Financial Affairs, and (2) upon the Debtors' Failure to File Within the Extension Period Authorizing Chapter 7 Trustee to Prepare and File Debtors' Schedules and Statement of Financial Affairs and Approving Trustee's Reimbursement of Expenses Incurred as an Administrative Expense (the "**Schedules Extension Motion**") [D.I. 20]. The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of May 31, 2016, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of June 30, 2016.

3. <u>Net Book Value of Assets</u>. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of <u>May 30, 2016</u>, in the Debtors' books and records. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes do not appear in the Schedules and Statements as they have no net book value. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth herein.

LEGAL\27775310\1

4. <u>Recharacterization</u>.  Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. <u>Real Property and Personal Property-Leased</u>.  The Debtors leased headquarters space located at 5900 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90036 from 5900 Wilshire LLC for 5 years until the lease expired on June 2016.  The Debtors then sub-leased transitional space at 5900 Wilshire Boulevard, 27th Floor, Los Angeles, CA 90036 from Marketcast LLC on a month-to-month basis starting in June, 2016.

6. <u>Excluded Assets and Liabilities</u>.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements.  The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage Claims exist.  In addition, certain immaterial assets and liabilities may have been excluded.

4

7. <u>Insiders</u>.  Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) equity holders holding in excess of 5% of the voting securities of the Debtor entities of who the Debtors were aware of; (c) Debtor/ non-Debtor affiliates; and (d) relatives of any of the foregoing (to the extent known by the Debtors).  Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules and Statements, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether the Debtors or such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

8. <u>Intellectual Property Rights</u>.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor or by an affiliate.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9. <u>Executory Contracts and Unexpired Leases</u>.  Although the Debtors made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Moreover, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.  The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.  The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damage claims; the Schedules and Statements do not reflect any claims for rejection damages.  The Debtors reserve the right to make any arguments and objections with respect to the assertion of any such claims.

10. <u>Materialman's/Mechanic's Liens</u>.   The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

11. <u>Classifications</u>.  Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F Part 1 as "priority," (c) Schedule E/F Part 2 as "unsecured," or (d) on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

12. <u>Claims Description</u>.  Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated."  Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

13. <u>Causes of Action</u>.  Despite their reasonable best efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

14. <u>Summary of Significant Reporting Policies</u>.  The following is a summary of significant reporting policies:

   a.   <u>Undetermined Amounts</u>.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

   b.   <u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

6

      c.     <u>Liens</u>.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15. <u>Estimates and Assumptions</u>.  Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual results could differ from those estimates, perhaps materially.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

16. <u>Currency</u>.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17. <u>Global Notes Control</u>.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

<u>Specific Disclosures with Respect to the Debtors' Schedules</u>

Schedule A/B.  All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of May 31, 2016 unless otherwise noted below.

    <u>Schedule A/B3</u>.  Cash values held in financial accounts are listed on Schedule A/B3 as of June 17, 2016.  The Debtors no longer has access to these bank accounts post June 17, 2016.

    <u>Schedule A/B11.</u>  Doubtful or Uncollectable Accounts, in the amount of $187,000, for accounts receivable over 90 days old was valued as of December 31, 2015.  Certain large retail customers have since stopped paying the Debtors, pending resolution of the remaining inventory and open payables to the Debtors.  However, as Debtors' visibility to all bank activities was terminated by lenders on or around June 17, 2016 and there has been a material deterioration of receivables collectability, determining the additional bad debt/disputed collections as of the Petition Date would be unduly burdensome and cost prohibitive and, therefore, the Debtors have not performed additional analyses for the Doubtful or Uncollectable Accounts.

    <u>Schedule A/B15</u>.  Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedules A/B15 as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

7

> Schedule A/B62 and A/B64.  Licenses and other Intellectual Property listed in Schedules A/B62 and A/B64 have an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.  Nothing herein or in the Schedules and Statements shall be construed as  an admission or acknowledgment by the Debtors that any particular intellectual property  is not transferable either pursuant to its terms or pursuant to provisions of the Bankruptcy  Code or has no market value, and the Debtors reserve all rights with respect to any such issues.

> Schedules A/B74 and A/B75.  The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to this question shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

Schedule D.  The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, not all such dates are included for each Claim.  All Claims listed on Schedule D, however, appear to have arisen or been incurred before the Petition Date.

Except as otherwise agreed, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim.  The descriptions provided on Schedule D are solely intended to be a summary—and not an admission—of liability.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.  The Debtors reserve all of their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

The amounts outstanding under the Debtors' prepetition secured credit facilities reflect approximate amounts as of May 31, 2016, as the Debtors no longer had visibility to the bank account activities post June 17, 2016.

Schedule E.  The listing of any claim on Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority treatment under 11 U.S.C. § 507. The Debtors reserve their right to dispute the priority status of any claim on any basis.  The Debtors have listed certain taxing authorities with an undetermined amount.  These claims do not constitute an admission of any taxes owing and are listed on Schedule E for the purpose of notice only.

Schedule F.  The Debtors have used reasonable best efforts to report all general unsecured Claims against the Debtors on Schedule F based upon the Debtors' existing books and records as of the Petition Date.

The Claims listed on Schedule F arose or were incurred on various dates.  In certain instances, the date on which a Claim arose is an open issue of fact.  Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule F.

Schedule F contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements.  Some of the litigation Claims listed on Schedule F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

The Debtors expressly incorporate by reference into Schedule F all parties to pending litigation listed in 7 of the Debtors' Statements as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule F.

Schedule F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Additionally, Schedule F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

Schedule G.  Although the Debtors' existing books, records and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors and diligent efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors, omissions or over-inclusions may have occurred.  Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G. The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

The Debtors reserve all of their rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

<u>Specific Disclosures with Respect to the Debtors' Statements</u>

<u>Statement 1</u>. Anderson Digital 2016 revenue amount appears low due to the digital item numbers that weren't set up in new accounting system pursuant to the acquisition. As a result, there are large amounts of unapplied cash receipts in the Accounts Receivable that are not yet recognized as revenue.

<u>Statement 3</u>. Statement 3 includes any disbursement or other transfer made by the Debtors. All disbursements listed on Statement 3 are made through the Debtors' cash management system.

Statement 4   Debtors have included all consulting and payroll distributions and expense reimbursements, aggregated by date, made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider" (as defined in section 101(31) of the Bankruptcy Code) when the Debtors have either made or been charged for such payments.   To the extent that former officers did not qualify as Insiders at the time of the transfer, such benefits and payments are not included in the Schedules and Statements.   The listing of a party as an Insider in the Schedules and Statements, however, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

Statement 7.   Information provided in Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial or other adjudicative forum.   Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

Statements 20/21.   There are approximately 27 million DVD and Blue-Ray units held at the Sony DADC facility in Bolingbrook, IL and various digital DVD and Blue-Ray master and digital theatrical print held at over a dozen off-premises facilities.   While these inventories are largely owned by the Debtors, properties owned by third party vendors are also held at these facilities.   Due to the large number of DVD and Blue-Ray inventories and lack of personnel post-Chapter 7 filing, the review to determine properties held for third parties is still ongoing.

Statement 30.   Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

*    *    *

LEGAL\27775310\1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| OUR ALCHEMY, LLC | Case No. 16-11596 (KG) |
| Debtor. | |
| | Chapter 7 |
| In re: | |
| ANDERSON DIGITAL, LLC | Case No. 16-11597 (KG) |
| Debtor. | |
| | Chapter 7 |

## CHAPTER 7 TRUSTEE'S DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Chapter 7 Trustee, George L. Miller (the "Trustee"), hereby submits the Statement of Financial Affairs (the "SOFA") and Schedules of Assets and Liabilities (the "Schedules"), in accordance with the *MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR ORDER (1) EXTENDING TIME FOR THE DEBTORS TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS, AND (2) UPON THE DEBTORS' FAILURE TO FILE WITHIN THE EXTENSION PERIOD AUTHORIZING CHAPTER 7 TRUSTEE TO PREPARE AND FILE DEBTORS' SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS AND APPROVING TRUSTEE'S REIMBURSEMENT OF EXPENSES INCURRED AS AN ADMINISTRATIVE EXPENSE* and pursuant to 11 U.S.C. §521 and Federal Rule of Bankruptcy Procedure 1007 for the above-named debtors (collectively, the "Debtors"). The following disclaimers regarding the SOFA and Schedules are fully incorporated into and made part of the SOFA and Schedules and should be referred to and considered in connection with any review of the SOFA and Schedules.

The Trustee has no personal knowledge of the Debtors' financial affairs as of the date of bankruptcy. No Debtor representative is available or willing to sign the SOFA and Schedules on behalf of the Debtors. The SOFA and Schedules were not prepared by the Trustee or his

professionals but instead were prepared by Epiq Systems, Inc., who was retained by the Debtors prior to the date of bankruptcy to assist the Debtors in preparing the SOFA and Schedules and certain former Debtor personnel.

The GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS attached hereto are also fully incorporated into and made part of the SOFA and Schedules and should be referred to and considered in connection with any review of the SOFA and Schedules.

**Fill in this information to identify the case:**

Debtor      OUR ALCHEMY, LLC

United States Bankruptcy Court for the:   DELAWARE

Case number      16-11596
(if known)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:**   **Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNKNOWN |
|---|

    1b.  **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $23,455,968.07 |
|---|

    1c.  **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $23,455,968.07 |
|---|

**Part 2:**   **Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . .

| $64,094,939.30 |
|---|

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206EF)

    3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . .

| UNKNOWN |
|---|

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .

| + $44,208,958.96 |
|---|

4.  **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

| $108,303,898.26 |
|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>OUR ALCHEMY, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DELAWARE</td></tr>
<tr><td>Case number<br>(if known)</td><td>16-11596</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

1. **DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **CASH ON HAND**

3. **CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
   *(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | PACIFIC MERCANTILE BANK | DEPOSIT | 8072 | $0.00 |
| 3.2. | PACIFIC MERCANTILE BANK | DEPOSIT | 8098 | ($203.42) |
| 3.3. | PACIFIC MERCANTILE BANK | DEPOSIT | 8114 | $0.00 |
| 3.4. | PACIFIC MERCANTILE BANK | DEPOSIT | 8163 | $65,088.70 |
| 3.5. | PACIFIC MERCANTILE BANK | DISBURSEMENT | 0800 | $0.00 |
| 3.6. | PACIFIC MERCANTILE BANK | DISBURSEMENT | 2100 | $0.00 |
| 3.7. | PACIFIC MERCANTILE BANK | DISBURSEMENT | 8148 | $81,641.81 |
| 3.8. | PACIFIC MERCANTILE BANK | DISBURSEMENT | 8155 | $11,689.90 |
| 3.9. | SUNTRUST BANK | DEPOSIT | 7078 | $17,122.15 |
| 3.10. | SUNTRUST BANK | DEPOSIT | 7151 | $0.00 |
| 3.11. | SUNTRUST BANK | DEPOSIT | 7177 | $0.00 |
| 3.12. | SUNTRUST BANK | DISBURSEMENT | 7086 | $0.00 |
| 3.13. | SUNTRUST BANK | DISBURSEMENT | 7185 | $0.00 |

4. **OTHER CASH EQUIVALENTS**

5. **Total of Part 1.**
   ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.

| $175,339.14 |
|---|

Debtor    OUR ALCHEMY, LLC

_____      Case number (if known) 16-11596
(Name)

## Part 2:    DEPOSITS AND PREPAYMENTS

**6.    DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**7.    DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | |
|---|---|
| 7.1.    FEDERAL COPYRIGHT OFFICE | $15,986.00 |
| 7.2.    FOTO-KEM INDUSTRIES INC | $4,200.00 |
| 7.3.    SUNTRUST BANK - CREDIT CARD DEPOSITS | $20,000.00 |

**8.    PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

**9    Total of Part 2.**
ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81.

$40,186.00

## Part 3:    ACCOUNTS RECEIVABLE

**10.    DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11.    ACCOUNTS RECEIVABLE**

| | face amount | | doubtful or uncollectable accounts | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 90 DAYS OLD OR LESS | $15,041,958.97 | - | $- | = | → | $15,041,958.97 |
| OVER 90 DAYS OLD | $4,533,855.42 | | $187,000.00 | = | → | $4,346,855.42 |

**12    Total of Part 3.**
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.

$19,388,814.39

## Part 4:    INVESTMENTS

**13.    DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.    MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**15.    NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | % of ownership | |
|---|---|---|
| 15.1.    ANDERSON DIGITAL, LLC | 100% | UNKNOWN |

**16.    GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

Debtor   OUR ALCHEMY, LLC
         (Name)

Case number (if known) 16-11596

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**17  Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

UNKNOWN

---

**Part 5:   INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |
| **20. WORK IN PROGRESS** | | | | |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1.   FINISHED GOODS | 5/31/2016 | $1,774,194.48 | BOOK VALUE | $1,774,194.48 |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |

**23  Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

$1,774,194.48

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes   Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 6:   FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |

| Debtor | OUR ALCHEMY, LLC | | Case number (if known) | 16-11596 |
| | (Name) | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)**
(OTHER THAN TITLED MOTOR VEHICLES)

**31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED**

**32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6**

**33 Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☒ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** | | | |
| 39.1.    OFFICE FURNITURE | $35,508.17 | BOOK VALUE | $35,508.17 |
| **40. OFFICE FIXTURES** | | | |
| 40.1.    OFFICE FIXTURES | $2,121.70 | BOOK VALUE | $2,121.70 |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.    OFFICE EQUIPMENT | $693,977.19 | BOOK VALUE | $693,977.19 |
| 41.2.    OFFICE EQUIPMENT - LEASED FROM DE LAGE LANDEN FINANCIAL ($5,584.44 MONTHLY RENTAL PAYMENT) | N/A | | N/A |

**42. COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES

**43 Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

$731,607.06

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8: MACHINERY, EQUIPMENT, AND VEHICLES

46. **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 48. **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| 49. **AIRCRAFT AND ACCESSORIES** | | | |
| 50. **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |

51 **Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9: REAL PROPERTY

54. **DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. OFFICE SPACE AT 5900 WILSHIRE BLVD, 27TH FLOOR, LOS ANGELES, CA 90036 | MONTH TO MONTH LEASE | N/A | | N/A |

56 **Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

UNKNOWN

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   INTANGIBLES AND INTELLECTUAL PROPERTY

59. **DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 62.1.   SEE ATTACHED EXHIBIT 62 | UNKNOWN | | UNKNOWN |
| **63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64. OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| 64.1.   OTHER INTANGIBLES - CONTENT DEALS, NET OF AMORTIZATION | $953,625.03 | | UNKNOWN |
| 64.2.   OTHER INTANGIBLES - CUSTOMER RELATIONS, NET OF AMORTIZATION | $6,597,299.10 | | UNKNOWN |
| **65. GOODWILL** | | | |
| 65.1.   GOODWILL - ANCONNECT, NET OF AMORTIZATION | $26,205,619.65 | | UNKNOWN |
| 65.2.   GOODWILL - OUR ALCHEMY, LLC, NET OF AMORTIZATION | $26,770,208.51 | | UNKNOWN |

66 **Total of Part 10.**
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.                                          UNKNOWN

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes
..

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:   ALL OTHER ASSETS

70. **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **NOTES RECEIVABLE**

DESCRIPTION (INCLUDE NAME OF OBLIGOR)

Debtor    OUR ALCHEMY, LLC                                    Case number (if known) 16-11596
_____(Name)_____

|  | | | Current value of debtor's interest |
|---|---|---|---|

**71.  NOTES RECEIVABLE**

DESCRIPTION (INCLUDE NAME OF OBLIGOR)

**72.  TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | | |
|---|---|---|
| CA STATE NOL | Tax year  2014 | $913,106.00 |
| FEDERAL NOL | Tax year  2014 | $432,721.00 |

**73.  INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

**74.  CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

LITIGATION AGAINST ANCONNECT, LLC AND ANDERSON MERCHANDISERS, LLC                              UNKNOWN
**Nature of claim**        ACCOUNT RECONCILIATION DISPUTE
**Amount requested**     UNKNOWN

**75.  OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

**76.  TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

**77.  OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

**78  Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.                                        $1,345,827.00

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.  Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $175,339.14 | |
| **81.  Deposits and prepayments.** *Copy line 9, Part 2.* | $40,186.00 | |
| **82.  Accounts receivable.** *Copy line 12, Part 3.* | $19,388,814.39 | |
| **83.  Investments.** *Copy line 17, Part 4.* | UNKNOWN | |
| **84.  Inventory.** *Copy line 23, Part 5.* | $1,774,194.48 | |
| **85.  Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |

Debtor    OUR ALCHEMY, LLC
          (Name)

Case number (if known) 16-11596

| | | |
|---|---|---|
| **86.** | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $731,607.06 |
| **87.** | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | |
| **88.** | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . → | UNKNOWN |
| **89.** | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNKNOWN |
| **90.** | **All other assets.** *Copy line 78, Part 11.*  + | $1,345,827.00 |

**91.** **Total.** Add lines 80 through 90 for each column. . . . . . . . 91a.    $23,455,968.07  **+**  91b    UNKNOWN

**92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $23,455,968.07

---

Official Form 206A/B                    Schedule A/B: Assets - Real and Personal Property

**Fill in this information to identify the case:**

Debtor   OUR ALCHEMY, LLC

United States Bankruptcy Court for the:   DELAWARE

Case number   16-11596
(if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1.   **1. Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**   **List All Creditors with Secured Claims**

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.1**   **Creditor's name**
A & T SPVH, INC.

**Creditor's mailing address**
6423 WILSHIRE BLVD.
LOS ANGELES, CA 90048

**Creditor's email address**
MHIERL@HSPLEGAL.COM;
TPARKHURST@HSPLEGAL.COM

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

**2.2**   **Creditor's name**
BAD BADGER, LLC

**Creditor's mailing address**
8576 HOLLOWAY DR
#14
WEST HOLLYWOOD, CA 90069

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.3**

**Creditor's name**
DE LAGE LANDEN FINANCIAL SERVICES INC

**Creditor's mailing address**
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA  19087

**Creditor's email address**
INFO.US@DLLGROUP.COM

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

---

**2.4**

**Creditor's name**
DYING PRODUCTIONS, INC.

**Creditor's mailing address**
6423 WILSHIRE BLVD.
LOS ANGELES, CA  90048

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

---

**2.5**

**Creditor's name**
IBM CREDIT LLC

**Creditor's mailing address**
1 NORTH CASTLE DRIVE
ARMONK, NY  10504

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

Debtor    OUR ALCHEMY, LLC _____    Case number (if known) 16-11596

         (Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| 2.6 | **Creditor's name**<br>MEDAL PRODUCTIONS INC<br><br>**Creditor's mailing address**<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |
| 2.7 | **Creditor's name**<br>MILL CREEK ENTERTAINMENT LLC<br><br>**Creditor's mailing address**<br>2445 NEVADA AVE N<br>GOLDEN VALLEY, MN  55427<br><br>**Creditor's email address**<br>CONTENT@MILLCREEKENT.COM<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |
| 2.8 | **Creditor's name**<br>N2 PRODUCTIONS, INC.<br><br>**Creditor's mailing address**<br>612 S FLOWER ST APT 1108<br>LOS ANGELES, CA  90017-2814<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |

Debtor    OUR ALCHEMY, LLC                                         Case number (if known)  16-11596

(Name)

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | **Column A** | **Column B** |
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

**2.9**

**Creditor's name**
N2 PRODUCTIONS, INC.

**Creditor's mailing address**
6423 WILSHIRE BLVD.
LOS ANGELES, CA  90048

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

---

**2.10**

**Creditor's name**
NU IMAGE, INC.

**Creditor's mailing address**
6423 WILSHIRE BLVD.
LOS ANGELES, CA  90048

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

---

**2.11**

**Creditor's name**
OA INVESTMENT PARTNERS, LLC

**Creditor's mailing address**
ATTN: BEN PAINTER
555 TWIN DOLPHIN DRIVE
SUITE 615
REDWOOD SHORES, CA  94065

**Creditor's email address**
BEN@VIRGO-LLC.COM

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
MEZZANINE LOAN

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: $14,771,786.30
Value of collateral: UNKNOWN

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
|--------|------------------|------------------|
| | (Name) | |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Column A | Column B |
|--|--|--|----------|----------|
| | | | **Amount of claim** <br> *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.12**

**Creditor's name**
PROMISED LAND PRODUCTIONS, INC.

**Creditor's mailing address**
6423 WILSHIRE BLVD.
LOS ANGELES, CA 90048

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

---

**2.13**

**Creditor's name**
PUBLIC MEDIA DISTRIBUTION LLC

**Creditor's mailing address**
2100 CRYSTAL DRIVE
ARLINGTON, VA 22202

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

---

**2.14**

**Creditor's name**
SONY DADC US INC.

**Creditor's mailing address**
1800 N. FRUITRIDGE AVENUE
TERRE HAUTE, IN 47805

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
MANUFACTURING REBATE LIABILITY

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $2,041,903.00
Column B: UNKNOWN

---

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.15**

**Creditor's name**
SONY DADC US INC.

**Creditor's mailing address**
1800 N. FRUITRIDGE AVENUE
TERRE HAUTE, IN  47805

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

| UNKNOWN | UNKNOWN |

**2.16**

**Creditor's name**
STRAIGHT A PRODUCTIONS, INC.

**Creditor's mailing address**
12618 BROOKDALE STREET
LOS ANGELES, CA  90065

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

| UNKNOWN | UNKNOWN |

**2.17**

**Creditor's name**
STRAIGHT A PRODUCTIONS, INC.

**Creditor's mailing address**
6423 WILSHIRE BLVD.
LOS ANGELES, CA  90048

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

| UNKNOWN | UNKNOWN |

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** <br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.18**

**Creditor's name**
SUMMERSTORM FRANKENSTEIN UG

**Creditor's mailing address**
C/O 6423 WILSHIRE BLVD
LOS ANGELES, CA 90048

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

---

**2.19**

**Creditor's name**
SUNTRUST BANK

**Creditor's mailing address**
ATTN: J. MATTHEW ROWAND
303 PEACHTREE STREET
ATLANTA, GA 30308

**Creditor's email address**
MATT.ROWAND@SUNTRUST.COM

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
TERM LOAN

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: $30,231,250.00
Column B: UNKNOWN

---

**2.20**

**Creditor's name**
SUNTRUST BANK

**Creditor's mailing address**
ATTN: J. MATTHEW ROWAND
303 PEACHTREE STREET
ATLANTA, GA 30308

**Creditor's email address**
MATT.ROWAND@SUNTRUST.COM

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
REVOLVER LOAN

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: $17,050,000.00
Column B: UNKNOWN

| Debtor | OUR ALCHEMY, LLC | Case number (if known) | 16-11596 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.21**

**Creditor's name**
SUNTRUST BANK, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
303 PEACHTREE STREET, N.E.
32ND FLOOR
ATLANTA, GA  30308

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

| UNKNOWN | UNKNOWN |
|---|---|

**2.22**

**Creditor's name**
SURVIVOR PRODUCTIONS, INC.

**Creditor's mailing address**
6423 WILSHIRE BLVD.
LOS ANGELES, CA  90048

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

| UNKNOWN | UNKNOWN |
|---|---|

**2.23**

**Creditor's name**
UDAYA ENTERTAINMENT, INC.

**Creditor's mailing address**
6423 WILSHIRE BLVD.
LOS ANGELES, CA  90048

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

| UNKNOWN | UNKNOWN |
|---|---|

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| 2.24 | **Creditor's name**<br>UDAYA ENTERTAINMENT, INC.<br><br>**Creditor's mailing address**<br>927 FLOWER AVE.<br>VENICE, CA 90291<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $64,094,939.30 | |

| Fill in this information to identify the case: |
|---|

Debtor    OUR ALCHEMY, LLC

United States Bankruptcy Court for the:   DELAWARE

Case number   16-11596
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

**2.**   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br><br>CITY OF LOS ANGELES<br>OFFICE OF FINANCE<br>CITYWIDE COLLECTION<br>LOS ANGELES, CA 90051-5408<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXING AUTHORITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.2 | **Priority creditor's name and mailing address**<br><br>CITY OF LOS ANGELES TREASURER<br>P.O. BOX 845252<br>LOS ANGELES, CA 90084-5252<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXING AUTHORITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.3 | **Priority creditor's name and mailing address**<br><br>COUNTY OF LOS ANGELES<br>LOS ANGELES COUNTY TREASURER AND<br>TAX COLLECTOR<br>225 N. HILL STREET<br>LOS ANGELES, CA 90012-2798<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXING AUTHORITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.4** **Priority creditor's name and mailing address**

FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CA  94257-0511

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN          Priority amount: UNKNOWN

---

**2.5** **Priority creditor's name and mailing address**

FRANCHISE TAX BOARD
P.O. BOX 942867
SACRAMENTO, CA  94267-0511

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN          Priority amount: UNKNOWN

---

**2.6** **Priority creditor's name and mailing address**

STATE OF ARKANSAS
DEPARTMENT OF FINANCE AND
ADMINISTRATION
1509 WEST 7TH STREET
LITTLE ROCK, AR  72201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN          Priority amount: UNKNOWN

---

**2.7** **Priority creditor's name and mailing address**

STATE OF DELAWARE
DIVISION OF CORPORATIONS
JOHN G. TOWNSEND BLDG.
401 FEDERAL STREET, – SUITE 4
DOVER, DE  19901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN          Priority amount: UNKNOWN

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor    OUR ALCHEMY, LLC

Case number (if known) 16-11596

(Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,975.00

1 WORLD SYNC INC
DEPT 781341
P.O. BOX 78000
DETROIT, MI 48279-1341

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,500.00

123OLAP LLC
P.O. BOX 459
PLYMOUTH, CA 95669

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,095.00

2G DIGITAL POST INC
280 E. MAGNOLIA BLVD
BURBANK, CA 91502

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $192,075.00

4 DIGITAL MEDIA
8 DUKES RIDE, GERRARDS CROSS
BUCKINGHAMSHIRE SL9 7LD
UNITED KINGDOM

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $747.03

42WEST
220 WEST 42ND ST 12TH FLOOR
NEW YORK, NY 10036

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.6 | **Nonpriority creditor's name and mailing address**<br><br>8020 CONSULTING LLC<br>16027 VENTURA BLVD<br>SUITE 501<br>ENCINO, CA 91436<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,875.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br><br>8452504 CANADA INC. DBA<br>ANIMAL CRACKERS PRODUCTIONS<br>157 PRINCESS STREET, FLOOR 3<br>ATTN: DANIEL J. KRECH<br>TORONTO, ON<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MINIMUM GUARANTEE PAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $900,000.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br><br>9TH COMMUNICATIONS GROUP<br>3429 SPRINGFIELD ST<br>UNIT B<br>UPLAND, CA 91786<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,100.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br><br>ABSOLON<br>HANNIBAL PICTURES INC.<br>8265 SUNSET BLVD<br>SUITE 107<br>WEST HOLLYWOOD, CA 90046<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18.18 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br><br>ACADEMY FILM & STORAGE<br>11826 SHELDON ST<br>SUN VALLEY, CA 91352<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,821.88 |

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.11** | **Nonpriority creditor's name and mailing address**
ACC BUSINESS
P.O. BOX 105306
ATLANTA, GA  30348-5306

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,935.89

---

**3.12** | **Nonpriority creditor's name and mailing address**
ACCURATE EXPRESS MESSENGER SERVICE
DBA ACCURATE SERVICES INC
P.O. BOX 39789
LOS ANGELES, CA  90039

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,281.37

---

**3.13** | **Nonpriority creditor's name and mailing address**
ADI STRATEGIES INC
P.O. BOX 7389
SAN FRANCISCO, CA  94120-7389

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$93,604.65

---

**3.14** | **Nonpriority creditor's name and mailing address**
ADVANCED DIGITAL SERVICES INC
948 N. CAHUENGA BLVD
HOLLYWOOD, CA  90038

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,077.85

---

**3.15** | **Nonpriority creditor's name and mailing address**
AKIN GUMP STRAUSS HAUER & FELD
DEPT 894516
LOS ANGELES, CA  90189

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$372,313.60

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $292.84

ALL IN - POKER MOVIE, LLC C/O WME
9601 WILSHIRE BLVD, 3RD FLOOR
BEVERLY HILLS, CA  90210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $177.90

ALTA OFFICE SERVICES
20425 S SUSANA ROAD
LONG BEACH, CA  90810-1136

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $66,000.00

ALTA RESOURCES INC
ATTN: ACCOUNTS RECEIVABLE
120 N. COMMERCIAL ST
NEENAH, WI  54956

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,425,602.38

AMBI DISTRIBUTION
ATTN: CODY SPENCER
9100 WILSHIRE BOULEVARD, SUITE 401E
BEVERLY HILLS, CA  90212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,680.00

AMERICAN MULTI-CINEMA INC
13731 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    OUR ALCHEMY, LLC                                    Case number (if known)    16-11596
          (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.21**

**Nonpriority creditor's name and mailing address**

AMSTERDAM HEAVY B.V.
ARCHSTONE DISTRIBUTION, LLC
1201 W. FIFTH STREET, SUITE T-420
4TH FLOOR
LOS ANGELES, CA  90017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16.42

---

**3.22**

**Nonpriority creditor's name and mailing address**

ANCONNECT
ATTN: CHUCK TAYLOR
421 S.E. 34TH STREET
AMARILLO, TX  79103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,539.36

---

**3.23**

**Nonpriority creditor's name and mailing address**

ANCONNECT, LLC AND ANDERSON MERCHANDISERS, LLC
C/O BAUTE CROCHETIERE & GILFORD LLP
ATTN: MARK BAUTE
777 S FIGUEROA ST, SUITE 4900
LOS ANGELES, CA  90017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.24**

**Nonpriority creditor's name and mailing address**

ANDERSON
2900 AIRPORT ROAD
DENTON, TX  76207

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$555,490.41

---

**3.25**

**Nonpriority creditor's name and mailing address**

ANDERSON MERCHANDISERS LLC
ATTN: PRESIDENT
CC: BUSINESS AFFAIRS
421 S.E. 34TH AVENUE
AMARILLO, TX  79103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,949,961.80

---

| **Part 2:** | Additional Page |
|---|---|

|  | | **Amount of claim** |
|---|---|---|

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,701.98 |
|---|---|---|---|

3.26 · **Nonpriority creditor's name and mailing address**

ANDERSON MERCHANDISERS-CANADA INC
ATTN: PRESIDENT
CC: BUSINESS AFFAIRS
421 S.E. 34TH AVENUE
AMARILLO, TX  79103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,701.98

---

3.27 · **Nonpriority creditor's name and mailing address**

ANDERSON, BRENDA
4812 HERSHOLT AVENUE
LONG BEACH, CA  90808

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,836.25

---

3.28 · **Nonpriority creditor's name and mailing address**

AOTEAROA CONSULTING LLC
P.O. BOX 23
PALOMAR MOUNTAIN, CA  92060

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,650.00

---

3.29 · **Nonpriority creditor's name and mailing address**

APTEAN SYSTEMS LLC
C/O APTEAN INC
P.O. BOX 95223
CHICAGO, IL  60694-5223

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$188,300.00

---

3.30 · **Nonpriority creditor's name and mailing address**

ARAMARK REFRESHMENT SERVICES
17044 MONTANERO AVE
UNIT 4
CARSON, CA  90746

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,646.28

**Part 2:**   Additional Page

| | | Amount of claim |
|---|---|---|

| 3.31 | **Nonpriority creditor's name and mailing address**<br>ARCHSTONE DISTRIBUTION, LLC<br>1201 W. FIFTH STREET<br>SUITE T-20, 4TH FLOOR<br>ATTN: BRADY BOWEN<br>LOS ANGELES, CA 90017<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,409.69 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>ARCLIGHT FILMS INTERNATIONAL PTY LTD.<br>90/330 WATTLE STREET<br>ULTIMO, NSW 2007<br>AUSTRALIA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MINIMUM GUARANTEE PAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $85,000.00 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>ARSENAL PICTURES INC<br>433 NORTH CAMDEN DRIVE, SUITE 600<br>BEVERLY HILLS, CA 90210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MINIMUM GUARANTEE PAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,000.00 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>ART AND COMMERCE<br>531 WEST 25TH ST, 4TH FLOOR<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,000.00 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>ARTIST VIEW ENTERTAINMENT<br>ARTIST VIEW ENTERTAINMENT<br>ATTN: SCOTT JONES<br>7141 VALJEAN AVE. STE. 200<br>VAN NUYS, CA 91406<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,937.51 |

Debtor    OUR ALCHEMY, LLC                                                Case number (if known) 16-11596
          (Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,361.32
*Check all that apply.*

ARTIST VIEW ENTERTAINMENT
ATTN: SCOTT JONES
7141 VALJEAN AVE
VAN NUYS, CA 91406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $300.41
*Check all that apply.*

AT&T
P.O. BOX 78225
PHOENIX, AZ 85062-8225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,805.51
*Check all that apply.*

AT&T MOBILITY
P.O. BOX 78225
PHOENIX, AZ 85062-8225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,500.00
*Check all that apply.*

AUSTRALIANS IN FILM
23975 PARK SORRENTO
SUITE 365
CALABASAS, CA 91302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $175,000.00
*Check all that apply.*

AUTOMATIC ENTERTAINMENT GL LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
MINIMUM GUARANTEE PAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.41** **Nonpriority creditor's name and mailing address**

AVALON TRANSPORTATION LLC
ONE CIVIC PLAZA DRIVE
SUITE 100
CARSON, CA 90745

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,036.09

---

**3.42** **Nonpriority creditor's name and mailing address**

AXION COMMUNICATIONS
3201 CORTE MALPASO #311
CAMARILLO, CA 93012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,421.30

---

**3.43** **Nonpriority creditor's name and mailing address**

BAGDASARIAN
1192 EAST MOUNTAIN DR
MONTECITO, CA 93108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$414,844.52

---

**3.44** **Nonpriority creditor's name and mailing address**

BARKING COW MEDIA GROUP, LLC
433 NORTH CAMDEN DR.
6TH FLOOR
BEVERLY HILLS, CA 90210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,838.31

---

**3.45** **Nonpriority creditor's name and mailing address**

BARU ADVERTISING INC
8695 WASHINGTON BLVD #208
CULVER CITY, CA 90232

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$258,750.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.46** | **Nonpriority creditor's name and mailing address**
BAUTE CROCHETIER & GILFORD LLP
777 SOUTH FIGUEROA STREET
SUITE 4900
LOS ANGELES, CA 90017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.47** | **Nonpriority creditor's name and mailing address**
BAUTE CROCHETIERE & WANG LLP
C/O BAUTE CROCHETIERE GILFORD LLP
777 SOUTH FIGUEROA STREET
SUITE 4900
LOS ANGELES, CA 90017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$75,730.79

---

**3.48** | **Nonpriority creditor's name and mailing address**
BERNIE FILM, LLC AND WIND DANCER BERNIE, LLC
MELROSE HILL ENTERTAINMENT INC.
ATTN: DETE MESERVE
4960 MELROSE HILL
LOS ANGELES, CA 90029

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$108,354.73

---

**3.49** | **Nonpriority creditor's name and mailing address**
BETAN-HARTMAN, LEEORAH
26 OLD FULTON ST, APT THK
BROOKLYN, NY 11201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,000.00

---

**3.50** | **Nonpriority creditor's name and mailing address**
BIG TIME PR MARKETING AND BRANDING INC
5482 WILSHIRE BLVD #1582
LOS ANGELES, CA 90036

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,050.50

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.51 | **Nonpriority creditor's name and mailing address**<br><br>BILLION DOLLAR BOY LIMITED<br>15 PERCY STREET<br>LONDON  W1T 1DS<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,813.13 |
| 3.52 | **Nonpriority creditor's name and mailing address**<br><br>BILLION DOLLAR BOY LIMITED<br>15 PERCY STREET<br>LONDON  W1T 1DS<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.53 | **Nonpriority creditor's name and mailing address**<br><br>BLUE INTEGRATED COMMUNICATIONS LLC<br>3966 S. MAGNOLIA WAY<br>DENVER, CO  80237<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,000.00 |
| 3.54 | **Nonpriority creditor's name and mailing address**<br><br>BLUNT FORCE TRAUMA LLC<br>9190 OLYMPIC BOULEVARD, SUITE 400<br>BEVERLY HILLS, CA  90212<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MINIMUM GUARANTEE PAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $217,500.00 |
| 3.55 | **Nonpriority creditor's name and mailing address**<br><br>BOESCH LAW GROUP<br>225 SANTA MONICA BOULEVARD, 11TH FLOOR<br>SANTA MONICA, CA  90401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,314.57 |

Debtor    OUR ALCHEMY, LLC                                    Case number (if known)    16-11596
          (Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.56 | **Nonpriority creditor's name and mailing address**<br>BONDED SERVICES INC<br>3205 BURTON AVE<br>BURBANK, CA 91504<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,747.84 |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>BOOMERANG<br>514 S. GAYLORD DRIVE<br>BURBANK, CA 91505<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,500.00 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>BOTTOMLINE TECHNOLOGIES<br>P.O. BOX 83050<br>WOBURN, MA 01813-5572<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,778.25 |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>BOYUT MÜZIK FILM YAPIM SAN.<br>TIC. A.S. A TURKISH CO<br>2601 OCEAN PARK BLVD. SUITE 207<br>YAREK DANIELAK ARSENAL PICT. DISTRI. LLC<br>SANTA MONICA, CA 90405<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,517.34 |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1600 DIVISION STREET<br>SUITE 700<br>NASHVILLE, TN 37203<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $56,818.68 |

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.61**

**Nonpriority creditor's name and mailing address**
BRAINSTORM MEDIA
ATTN: MEYER SHWARZSTEIN
280 SOUTH BEVERLY DR SUITE 208
BEVERLY HILLS, CA  90212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,205.39

---

**3.62**

**Nonpriority creditor's name and mailing address**
BRB INTERNACIONAL S.A.
AUTOVIA FUENCARRAL A ALCOBENDAS
KM 12,220
MADRID  28049
SPAIN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,614.04

---

**3.63**

**Nonpriority creditor's name and mailing address**
BROTHER'S KEEPER FEATURE FIL DISTRIBUTION, LLC
13603 MARINA POINT DRIVE, SUITE D529
MARIAN DEL REY, CA  90292

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MINIMUM GUARANTEE PAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,500.00

---

**3.64**

**Nonpriority creditor's name and mailing address**
BUSINESS OF BIRTH LLC
C/O WME
ATTN: MATT EISENOFF
9601 WILSHIRE BLVD., 3RD FLOOR
BEVERLY HILLS, CA  90210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$911.39

---

**3.65**

**Nonpriority creditor's name and mailing address**
CAKE DISTRIBUTION LTD
ATTN: EDWARD GALTON
76 CHARLOTTE STREET , 5TH FLOOR
LONDON  W1T 4QS
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,139.61

---

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.66** | **Nonpriority creditor's name and mailing address**
CANDLELIGHT MEDIA GROUP
ATTN: GREGORY BROUGH
76 CHARLOTTE STREET, 5TH FL
412 EAST 1550 NORTH
OREM, UT 84097

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$444,973.55

---

**3.67** | **Nonpriority creditor's name and mailing address**
CEDAR FORT
ATTN: LYLE MORTIMER
2737 W 700 S
SPRINGVILLE, UT 84663

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$53,561.40

---

**3.68** | **Nonpriority creditor's name and mailing address**
CFM
C/O SONY DADC US INC
FILE 99460
LOS ANGELES, CA 90074-9460

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$402,647.90

---

**3.69** | **Nonpriority creditor's name and mailing address**
CHARISMA MEDIA
ATTN: NED CLEMENTS
600 RINEHART ROAD
LAKE MARY, FL 32746

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,703.50

---

**3.70** | **Nonpriority creditor's name and mailing address**
CHERRY MOVIE LLC
ATTN: MATTHEW FINE
6137 MILLER STORE RO
NORFOLK, VA 23501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,563.81

---

Debtor    OUR ALCHEMY, LLC    Case number (if known) 16-11596
         (Name)

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $300.00 |
|---|---|---|---|
| | CHRISTIE DIGITAL SYSTEMS USA INC VPF-FINANCE DEPARTMENT 10550 CAMDEN DRIVE CYPRESS, CA 90630 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $60,000.00 |
|---|---|---|---|
| | CINETEL FILMS, INC. 8255 SUNSET BOULEVARD LOS ANGELES, CA 90046 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** MINIMUM GUARANTEE PAYMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $74,418.70 |
|---|---|---|---|
| | CINETIC MARKETING & PR C/O CINETIC MEDIA LLC 555 W. 25TH STREET, 4TH FLOOR NEW YORK, NY 10001 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,823.42 |
|---|---|---|---|
| | CIRCUS ROAD FILMS, INC. 4147 VANTAGE AVE. STUDIO CITY, CA 91604 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** PARTICIPATIONS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,000.00 |
|---|---|---|---|
| | CITY ROOM CREATIVE LLC C/O OLC 9301 WILSHIRE BLVD BEVERLY HILLS, CA 90210 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.76 | **Nonpriority creditor's name and mailing address**<br><br>CJ ENTERTAINMENT<br>ATTN: RICK BUEHLER<br>5700 WILSHIRE BLVD, SUITE 550<br>LOS ANGELES, CA  90036<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,294,348.67 |
| 3.77 | **Nonpriority creditor's name and mailing address**<br><br>CLICK COMMUNICATIONS LLC<br>11835 LEMAY STREET<br>N. HOLLYWOOD, CA  91606<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,013.38 |
| 3.78 | **Nonpriority creditor's name and mailing address**<br><br>COFFEE & CIGARETTES LTD<br>6 HEDDON STREET, 3RD FLOOR<br>LONDON  W1B 4BT<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,500.00 |
| 3.79 | **Nonpriority creditor's name and mailing address**<br><br>COGENT COMMUNICATIONS INC<br>P.O. BOX 791087<br>BALTIMORE, MD  21279-1087<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $182.80 |
| 3.80 | **Nonpriority creditor's name and mailing address**<br><br>COHEN MEDIA GROUP<br>750  VICENTE SUITE 1600<br>WEST HOLLYWOOD, CA  90069<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $93,938.30 |

| Debtor | OUR ALCHEMY, LLC | Case number (if known) | 16-11596 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.81 | **Nonpriority creditor's name and mailing address**<br><br>COMMERCE TECHNOLOGIES INC<br>25736 NETWORK PLACE<br>CHICAGO, IL 60673-1257<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $195.00 |

| 3.82 | **Nonpriority creditor's name and mailing address**<br><br>CORDOVA, ASHLEY B.<br>P.O. BOX 351584<br>LOS ANGELES, CA 90035<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,000.00 |

| 3.83 | **Nonpriority creditor's name and mailing address**<br><br>COX COMMUNICATIONS<br>P.O. BOX 248871<br>OKLAHOMA CITY, OK 73124-8871<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $802.59 |

| 3.84 | **Nonpriority creditor's name and mailing address**<br><br>COX, CASTLE & NICHOLSON LLP<br>3121 MICHELSON DRIVE<br>SUITE 200<br>IRVINE, CA 92612-5678<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $323.00 |

| 3.85 | **Nonpriority creditor's name and mailing address**<br><br>CPGTOOLBOX.COM LLC<br>125 TOWNPARK DRIVE<br>SUITE 300<br>KENNESAW, GA 30144<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,878.74 |

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.86 | **Nonpriority creditor's name and mailing address**<br><br>CREATIVE SOUNDSCAPES INC<br>1930 N. MAIN ST<br>LOS ANGELES, CA 90031<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $750.00 |
|---|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address**<br><br>CRYSTAL SKY<br>10203 SANTA MONCIA BLVD<br>5TH FLOOR<br>LOS ANGELES, CA 90067<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39,007.07 |
| 3.88 | **Nonpriority creditor's name and mailing address**<br><br>CYPRESS PREMIUM FUNDING INC<br>P.O. BOX 3529<br>MISSION VIEJO, CA 92690<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,217.13 |
| 3.89 | **Nonpriority creditor's name and mailing address**<br><br>DATAPRINT SOLUTIONS<br>16114 HART STREET<br>VAN NUYS, CA 91406<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $590.00 |
| 3.90 | **Nonpriority creditor's name and mailing address**<br><br>DAWN PATROL INC<br>7122 BEVERLY BLVD<br>SUITE F<br>LOS ANGELES, CA 90036<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $89,617.39 |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.91** | **Nonpriority creditor's name and mailing address**

DE LAGE LANDEN FINANCIAL
P.O. BOX 41601
PHILADELPHIA, PA  19101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,283.38

---

**3.92** | **Nonpriority creditor's name and mailing address**

DELUXE MEDIA INC
2400 W. EMPIRE AVE
BURBANK, CA  91504

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$111,736.50

---

**3.93** | **Nonpriority creditor's name and mailing address**

DELUXE TECHNICOLOR DIGITAL CINEMA
FILE #56477
LOS ANGELES, CA  90074-6477

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,344.50

---

**3.94** | **Nonpriority creditor's name and mailing address**

DENOVO VENTURES LLC
28202 CABOT ROAD
SUITE 300
LAGUNA NIGUEL, CA  92677

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,680.00

---

**3.95** | **Nonpriority creditor's name and mailing address**

DEUCE ENTERTAINMENT LLC
ATTN: AMIR AHDOOT
1150 S ROBERTSON BLVD
LOS ANGELES, CA  90035

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,697.15

Debtor    OUR ALCHEMY, LLC                        Case number (if known) 16-11596

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.96** | **Nonpriority creditor's name and mailing address**

DIGITAL CINEMA UNITED BV
SATURNUSSTRAAT 25
HOOFDDORP  2132
THE NETHERLANDS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,925.00

---

**3.97** | **Nonpriority creditor's name and mailing address**

DINIM SOFTWARE LLC
6968 QUARRY ROAD
SILVERTON, OR  97381

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

---

**3.98** | **Nonpriority creditor's name and mailing address**

DIRECT

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$506.84

---

**3.99** | **Nonpriority creditor's name and mailing address**

DIRECTV
P.O. BOX 100533
PASADENA, CA  91189-0533

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$341.96

---

**3.100** | **Nonpriority creditor's name and mailing address**

DREAMWORKS ANIMATION
85 FIFTH AVE.
NEW YORK, NY  10003

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$265,174.95

Debtor    OUR ALCHEMY, LLC _____    Case number (if known) 16-11596
          (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.101** **Nonpriority creditor's name and mailing address**

DREAMWORKS ANIMATION HOME ENTERTAINMENT, INC.
C/O GREENBERG GLUSKER
ATTN: AARON MOSS, ESQ.
1900 AVENUE OF THE STARS, 21ST FL
LOS ANGELES, CA  90067

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.102** **Nonpriority creditor's name and mailing address**

E MANAGEMENT SYSTEMS INC
23241 VENTURA BLVD
SUITE 205
WOODLAND HILLS, CA  91364-1047

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,309.00

---

**3.103** **Nonpriority creditor's name and mailing address**

EARTHASTROPHE DISTRIBUTION, LLC C/O CINETEL
FILMS, INC
8255 SUNSET BOULEVARD
LOS ANGELES, CA  90046

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MINIMUM GUARANTEE PAYMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$60,000.00

---

**3.104** **Nonpriority creditor's name and mailing address**

EASYLINK SERVICES INTERNATIONAL CORP
LOCKBOX 510473
PHILADELPHIA, PA  19175-0473

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,258.57

---

**3.105** **Nonpriority creditor's name and mailing address**

ECLIPSE MARKETING SERVICES INC
490 HQ PLAZA
NORTH TOWER - 10TH F
MORRISTOWN, NJ  07960

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,000.00

| Debtor | OUR ALCHEMY, LLC | Case number (if known) | 16-11596 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,124.30
*Check all that apply.*

EDWARDS LABELS & PACKAGING
2277 WEST KNOLL DRIVE
VENTURA, CA 93003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,947.60
*Check all that apply.*

ELEVENTH HOUR
P.O. BOX 100895
ATLANTA, GA 30384-4174

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,665.79
*Check all that apply.*

EMERALD SOLUTIONS LLC
476 76TH STREET
SUITE 3
BROOKLYN, NY 11209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $966.88
*Check all that apply.*

EMG C/O FAST TRACK FILMS LLC
9100 WILSHIRE BLVD
SUITE 401 EAST
BEVERLY HILLS, CA 90212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,000.00
*Check all that apply.*

ENTERTAINMENT MERCHANTS ASSOC
16530 VENTURA BLVD
SUITE 400
ENCINO, CA 91436

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    OUR ALCHEMY, LLC                                   Case number (if known) 16-11596

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.111 | **Nonpriority creditor's name and mailing address**<br><br>ENTERTAINMENT SUPPORT SYSTEMS<br>22301 VICTORY BLVD #144<br>CANOGA PARK, CA  91303<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,000.00 |
| 3.112 | **Nonpriority creditor's name and mailing address**<br><br>EPIC PICTURES GROUP, INC.<br>ATTN: SHAKED BERENSON<br>6725 SUNSET BLVD., SUITE 330<br>HOLLYWOOD, CA  90028<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,981.23 |
| 3.113 | **Nonpriority creditor's name and mailing address**<br><br>EPIC PICTURES GROUP, INC.<br>ATTN: SHAKED BERENSON<br>6725 SUNSET BLVD., SUITE 330<br>HOLLYWOOD, CA  90028<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,755.40 |
| 3.114 | **Nonpriority creditor's name and mailing address**<br><br>EPIC PICTURES GROUP, INC.<br>ATTN: SHAKED BERENSON<br>6725 SUNSET BLVD., SUITE 330<br>HOLLYWOOD, CA  90028<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $741.84 |
| 3.115 | **Nonpriority creditor's name and mailing address**<br><br>EVENT FILM INC<br>1746 COLLINGWOOD STREET<br>VANCOUVER, BC  V6R 3K3<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,500.00 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.116** **Nonpriority creditor's name and mailing address**
EXCEL ENTERTAINMENT GROUP / DESSERET BOOK
ATTN: EMILY COLLINS
4910 W AMELIA EARHART DRIVE SUITE 1
SAL LAKE CITY, UT 84116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$635,571.20

---

**3.117** **Nonpriority creditor's name and mailing address**
EXCLUSIVE ARTISTS MGMT
7700 SUNSET BLVD
LOS ANGELES, CA 90046

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,931.50

---

**3.118** **Nonpriority creditor's name and mailing address**
EXTOL INTERNATIONAL INC
P.O. BOX 1010
POTTSVILLE, PA 17901-7010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,482.00

---

**3.119** **Nonpriority creditor's name and mailing address**
EXTREME MUSIC
EXTREME GROUP HOLDINGS LLC
P.O. BOX 11407
BIRMINGHAM, AL 35245-1520

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,000.00

---

**3.120** **Nonpriority creditor's name and mailing address**
FAIRWAY FILM ALLIANCE
715 MACHADO DRIVE SUITE 10
LOS ANGELES, CA 90291

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,196.56

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.121 | **Nonpriority creditor's name and mailing address**<br><br>FALCO INK CORPORATION<br>475 PARK AVENUE SOUTH<br>15TH FLOOR<br>NEW YORK, NY  10016-6901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $72,000.00 |
| 3.122 | **Nonpriority creditor's name and mailing address**<br><br>FEDERAL EXPRESS CORP - EFT ONLY<br>ATTN: KARRY ACCT REP<br>P.O. BOX 7221<br>PASADENA, CA  91109-7321<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $260.15 |
| 3.123 | **Nonpriority creditor's name and mailing address**<br><br>FIRELINE NETWORK SOLUTIONS INC<br>DBA FIRELINE BROADBAND<br>1135 WESTMINSTER AVE<br>ALHAMBRA, CA  91803<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,814.99 |
| 3.124 | **Nonpriority creditor's name and mailing address**<br><br>FLASH ELECTRONICS, INC. A/K/A FLASH DISTRIBUTORS<br>C/O FREDRIC GOODMAN, ESQ.<br>500 MAMARONECK AVE, SUITE 501<br>HARRISON, NY  10528<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.125 | **Nonpriority creditor's name and mailing address**<br><br>FOOTAGE FILMS LLC<br>ATTN: CHRIS B STOKES<br>5753 EAST SANTA ANA CYN RD.<br>SUITE G-189<br>ANAHEIM HILLS, CA  92807<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,616.20 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.126 | **Nonpriority creditor's name and mailing address**<br><br>FORWARD ARTISTS LLC<br>9278 CIVIC CENTER DRIVE<br>BEVERLY HILLS, CA 90210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,000.00 |
| 3.127 | **Nonpriority creditor's name and mailing address**<br><br>FOTO-KEM INDUSTRIES INC<br>P.O. BOX 7755<br>BURBANK, CA 91510-7755<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,050.35 |
| 3.128 | **Nonpriority creditor's name and mailing address**<br><br>FOUR IN A BILLION PICTURES, LLC<br>AGMB LLP<br>5900 WILSHIRE BLVD, STE 2250<br>ATTN: SHANNON C HENSLEY<br>LOS ANGELES, CA 90036<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $225,000.00 |
| 3.129 | **Nonpriority creditor's name and mailing address**<br><br>FOUR IN A BILLION PICTURES, LLC<br>C/O ABRAMS GARFINKEL MARGOLIS & BERGSON LLP<br>ATTN: MICHAEL J WEISS, ESQ.<br>5900 WILSHIRE BLVD., SUITE 2250<br>LOS ANGELES, CA 90036<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.130 | **Nonpriority creditor's name and mailing address**<br><br>FREESTYLE DIGITAL MEDIA<br>610 SAN VICENTE BLVD<br>LOS ANGELES, CA 90048<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $63,164.19 |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|
| 3.131 | **Nonpriority creditor's name and mailing address**<br>FRIEDMAN, CASIE<br>506 1/2 N SPAULDING AVE<br>LOS ANGELES, CA  90036-1842<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $97.73 |
| 3.132 | **Nonpriority creditor's name and mailing address**<br>FUNIMATION ENT<br>1200 LAKESIDE PARKWAY, BUILDIN<br>FLOWER MOUND, TX  75028<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46,477.29 |
| 3.133 | **Nonpriority creditor's name and mailing address**<br>FUNIMATION PRODUCTS LTD<br>C/O CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP<br>ATTN: TIM GAVIN<br>901 MAIN STREET, SUITE 5500<br>DALLAS, TX  75202<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.134 | **Nonpriority creditor's name and mailing address**<br>GAYLERSMITH COMPANY<br>210 WINDING HOLLOW LANE<br>COPPELL, TX  75019<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,200.00 |
| 3.135 | **Nonpriority creditor's name and mailing address**<br>GDC DIGITAL CINEMA NETWORK USA LLC<br>1016 WEST MAGNOLIA BLVD<br>BURBANK, CA  91506<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $628.00 |

Debtor    OUR ALCHEMY, LLC
_____
(Name)

Case number (if known) 16-11596
_____

| Part 2: | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,442.79 |
|---|---|---|---|

GE CAPITAL
P.O. BOX 31001-0271
PASADENA, CA 91110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $800.00 |
|---|---|---|---|

GETTY IMAGES (US) INC
601 NORTH 34TH STREET
SEATTLE, WA 98103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $427,194.73 |
|---|---|---|---|

GILBERT FILMS
8936 THRASHER AVE
LOS ANGELES, CA 90069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,314.19 |
|---|---|---|---|

GINSBERG LIBBY LLC
12301 WILSHIRE BLVD
SUITE 200
LOS ANGELES, CA 90025

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $269,743.53 |
|---|---|---|---|

GO ENTERTAINMENT
BROADLEY HOUSE
48 BROADLEY TERRACE
LONDON NW1 6LG
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.141 | **Nonpriority creditor's name and mailing address**<br>GOT PREMIUMS INC<br>16461 SHERMAN WAY<br>SUITE 350<br>LAKE BALBOA, CA 91406<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,752.29 |

| 3.142 | **Nonpriority creditor's name and mailing address**<br>GPL SOLUTIONS<br>1625 W. OLYMPIC BL. #819<br>LOS ANGELES, CA 90015<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.143 | **Nonpriority creditor's name and mailing address**<br>GRAVITAS VENTURES, LLC<br>209 RICHMOND STREET<br>EL SEGUNDO, CA 90245<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $217,822.75 |

| 3.144 | **Nonpriority creditor's name and mailing address**<br>GRAVITAS VENTURES, LLC<br>C/O ABRAMS GARFINKEL MARGOLIS & BERGSON LLP<br>ATTN: MICHAEL J WEISS, ESQ.<br>5900 WILSHIRE BLVD., SUITE 2250<br>LOS ANGELES, CA 90036<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.145 | **Nonpriority creditor's name and mailing address**<br>GRAY KRAUSS STRATFORD SANDLER DES ROCHERS LLP<br>207 WEST 25TH STREET, SUITE 600<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MINIMUM GUARANTEE PAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $175,000.00 |

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.146**    **Nonpriority creditor's name and mailing address**

GUTHRIE, SCOTT
26237 FAIRSIDE RD
MALIBU, CA 90265-2926

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.00

---

**3.147**    **Nonpriority creditor's name and mailing address**

HANNIBAL PICTURES
8265 SUNSET BLVD
SUITE 107
ATTN: RICHARD RIONDA DEL CASTRO
WEST HOLLYWOOD, CA 90046

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$106.39

---

**3.148**    **Nonpriority creditor's name and mailing address**

HARDIN, LISA
115 E WILLOW ST
ARLINGTON HEIGHTS, IL 60004-5576

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$168.06

---

**3.149**    **Nonpriority creditor's name and mailing address**

HARLOR, SALLY
204 WEST 140TH ST, APT 5D
NEW YORK, NY 10030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

---

**3.150**    **Nonpriority creditor's name and mailing address**

HELP SYSTEMS LLC
P.O. BOX 1150-12
MINNEAPOLIS, MN 55480-1150

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,282.00

---

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,351.39 |

**Nonpriority creditor's name and mailing address**
HENNEPIN MEDIA GROUP
1339 MADRAS ST. SE
SALEM, OR  97302

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,351.39

---

3.152
**Nonpriority creditor's name and mailing address**
HIGHLAND FILM GROUP
9200 SUNSET BLVD SUITE 600
WEST HOLLYWOOD, CA  90069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,097.79

---

3.153
**Nonpriority creditor's name and mailing address**
HIGHLAND FILM GROUP, LLC
ATTN: ARIANNE FRASER
9200 SUNSET BLVD., SUITE 600
WEST HOLLYWOOD, CA  90069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,593.03

---

3.154
**Nonpriority creditor's name and mailing address**
HOLLYWOOD SOFTWARE INC
5550 TOPANGA CANYON BLVD
SUITE 300
WOODLAND HILLS, CA  91367

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,490.00

---

3.155
**Nonpriority creditor's name and mailing address**
HOME BREW
C/O TERRY HINES & ASSOCIATES
2550 HOLLYWOOD WAY #
BURBANK, CA  91505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,000.00

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.156** **Nonpriority creditor's name and mailing address**

HOME RUN MOVIE LLC
3701-A S. HARVARD #308
ATTN: CAROL MATHEWS
TULSA, OK 74135

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,267.04

---

**3.157** **Nonpriority creditor's name and mailing address**

HORNET'S NEST MEDIA
888 3RD STREET NW
ATLANTA, GA 30318

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$328,394.18

---

**3.158** **Nonpriority creditor's name and mailing address**

HOT ROD CREATIVE LLC
2550 HONOLULU AVE
SUITE 102
MONTROSE, CA 91020

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,325.00

---

**3.159** **Nonpriority creditor's name and mailing address**

HUSH PRODUCTIONS, LLC
10557 AIRLINE HIGHWAY
ST. ROSE, LA 70067

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MINIMUM GUARANTEE PAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$635,000.00

---

**3.160** **Nonpriority creditor's name and mailing address**

HYBRID, LLC
23300 VENTURA BLVD., 2ND FLOOR
WOODLAND HILLS, CA 91364

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$950.76

| Part 2: | Additional Page | | |
| --- | --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.161** **Nonpriority creditor's name and mailing address**

ICE CAP PICTURES, INC., C/O CINETEL FILMS INC.,
8255 SUNSET BOULEVARD
LOS ANGELES, CA 90046

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MINIMUM GUARANTEE PAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,000.00

---

**3.162** **Nonpriority creditor's name and mailing address**

IMAGESQUARE INC
1627 STANFORD ST
SANTA MONICA, CA 90404

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,566.93

---

**3.163** **Nonpriority creditor's name and mailing address**

IMT RECORDS
11447 VANOWEN ST
NORTH HOLLYWOOD, CA 91605

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,669.15

---

**3.164** **Nonpriority creditor's name and mailing address**

INCEPTION DIGITAL SERVICES LLC
29219 CANWOOD STREET
SUITE 220
AGOURA HILLS, CA 91301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,576.00

---

**3.165** **Nonpriority creditor's name and mailing address**

INCEPTION MEDIA GROUP
13412 VENTURA BLVD SUITE 200
SHERMAN OAKS, CA 91423

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,251.21

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.166** | **Nonpriority creditor's name and mailing address**

INDICAN PICTURES
8424 A SANTA MONICA BLVD #752
WEST HOLLYWOOD, CA 90069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,429.80

---

**3.167** | **Nonpriority creditor's name and mailing address**

INDIKA ENTERTAINMENT
1123 BROADWAY
SUITE 906
NEW YORK, NY 10010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,500.00

---

**3.168** | **Nonpriority creditor's name and mailing address**

INDUSTRY RELEASING INC.
100 UNIVERSAL CITY PLAZA, #5183
UNIVERSAL CITY, CA 91608

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MINIMUM GUARANTEE PAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$900,000.00

---

**3.169** | **Nonpriority creditor's name and mailing address**

INSYNC BEMIS BALKIND
6135 WILSHIRE BLVD
LOS ANGELES, CA 90048

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,000.00

---

**3.170** | **Nonpriority creditor's name and mailing address**

INTELLECTUAL RESERVE, INC.
BERNE S BROADBENT, DIRECTOR
THE CHURCH OF J.C. OF LATTER-DAY SAINTS
50 E NORTH TEMPLE STREET ROOM 377E-E
SALT LAKE CITY, UT 84150-0013

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,367.39

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,400.00 |
|---|---|---|---|

INTERALLIP LLP
71-75 SHELTON STREET
LONDON  WC2H 9JQ
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,000.00 |
|---|---|---|---|

INTERNATIONAL DOCUMENTARY FOUNDATION INC
ATTN: ISA SCREENING SERIES
3470 WILSHIRE BLVD
LOS ANGELES, CA  90010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40,500.00 |
|---|---|---|---|

IP2 LLC
5823 MULBERRY STREET
AUSTELL, GA  30168

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40,500.00 |
|---|---|---|---|

IP2 LLC
PO BOX 293
WRIGHTSVILLE BEACH, NC  28480

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
MINIMUM GUARANTEE PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $41.59 |
|---|---|---|---|

IRON MOUNTAIN
P.O. BOX 6010002
PASADENA, CA  91189-1002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.176 | **Nonpriority creditor's name and mailing address**<br>ITN DISTRIBUTION<br>9663 SANTA MONICA BLVD #859<br>BEVERLY HILLS, CA 90210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,444.32 |
| 3.177 | **Nonpriority creditor's name and mailing address**<br>ITS-OMNI<br>C/O ITS-INTEGRATED TELEMANAGEMENT<br>P.O. BOX 942038<br>SIMI VALLEY, CA 93094-2038<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,677.49 |
| 3.178 | **Nonpriority creditor's name and mailing address**<br>JED ROOT INC<br>610 WALKER ST<br>2ND FLOOR<br>NEW YORK, NY 10013<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,254.00 |
| 3.179 | **Nonpriority creditor's name and mailing address**<br>JOHN AVAGLIANO<br>C/O LAW OFFICES OF MICHAEL J. FABER<br>ATTN: MICHAEL J. FABER, ESQ.<br>12400 WILSHIRE BLVD, SUITE 400<br>LOS ANGELES, CA 90025<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.180 | **Nonpriority creditor's name and mailing address**<br>JPM CREATIVE BUSINESS SOLUTIONS<br>9822 CEDAR COURT<br>CYPRESS, CA 90630<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,596.91 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

3.181 **Nonpriority creditor's name and mailing address**

JRS INVESTMENT GROUP LLC
6900-29 DANIEL PARKWAY #267
FORT MYERS, FL 33912

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$142,253.76

---

3.182 **Nonpriority creditor's name and mailing address**

JUNKET PRODUCTIONS INC
5 OLD FARM LANE
HARTSDALE, NY 10530

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,250.00

---

3.183 **Nonpriority creditor's name and mailing address**

KATRINA WAN PR
9465 WILSHIRE BLVD, 3RD FLOOR
LOS ANGELES, CA 90212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,000.00

---

3.184 **Nonpriority creditor's name and mailing address**

KELLY HART & HALLMAN LLP
201 MAIN, SUITE 2500
FORT WORTH, TX 76102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,457.50

---

3.185 **Nonpriority creditor's name and mailing address**

KETCHUP ENTERTAINMENT
13949 VENTURA BLVD #230
SHERMAN OAKS, CA 91423

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$251,073.77

---

| Debtor | OUR ALCHEMY, LLC | | Case number (if known) 16-11596 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.186**    **Nonpriority creditor's name and mailing address**

KETCHUP ENTERTAINMENT, INC.
13949 VENTURA BLVD., #230
SHERMAN OAKS, CA 91423

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MINIMUM GUARANTEE PAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$500,000.00

---

**3.187**    **Nonpriority creditor's name and mailing address**

KEY PIX
C/O LAW OFFICES OF LEE SACKS
ATTN: LEE SACKS, ESQ.
23823 MALIBU ROAD, SUITE 50
MALIBU, CA 90265

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.188**    **Nonpriority creditor's name and mailing address**

KEY PIX
C/O LAW OFFICES OF LEE SACKS
ATTN: LEE SACKS, ESQ.
23823 MALIBU ROAD, SUITE 50
MALIBU, CA 90265

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.189**    **Nonpriority creditor's name and mailing address**

KEY PIX PRODUCTIONS, INC.
ATTN: ROBERT VINCE
22525 PACIFIC COAST HIGHWAY
MALIBU, CA 90265

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MINIMUM GUARANTEE PAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000,000.00

---

**3.190**    **Nonpriority creditor's name and mailing address**

KINDLE ENTERTAINMENT
468 N. CAMDEN DRIVE 3RD FLOOR
BEVERLY HILLS, CA 90210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,522.41

---

Debtor    OUR ALCHEMY, LLC                                    Case number (if known) 16-11596

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,716.02 |

**Nonpriority creditor's name and mailing address**
KING DATA SERVICES
13535 LARWIN CIRCLE
SANTA FE SPRINGS, CA  90670

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim $3,716.02

---

**3.192**
**Nonpriority creditor's name and mailing address**
KING OFFICE SERVICES
13535 LARWIN CIRCLE
SANTA FE SPRINGS, CA  90670

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim $1,479.50

---

**3.193**
**Nonpriority creditor's name and mailing address**
KING RELOCATION SERVICES
13535 LARWIN CIRCLE
SANTA FE SPRINGS, CA  90670

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim $4,994.00

---

**3.194**
**Nonpriority creditor's name and mailing address**
KINOLOGY SAS
30 RUE MORET
PARIS  75011
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MINIMUM GUARANTEE PAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim $675,000.00

---

**3.195**
**Nonpriority creditor's name and mailing address**
KINOLOGY SAS
C/O EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
ATTN: BRYAN M. SULLIVAN, ESQ.
6420 WILSHIRE BLVD., 17TH FLOOR
LOS ANGELES, CA  90048

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim UNKNOWN

---

| **Part 2:** | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

| 3.196 | **Nonpriority creditor's name and mailing address**<br><br>KUSTOM CREATIVE<br>ATTN: FRANK RODRIGUEZ<br>4160 SANTA MONICA BL<br>LOS ANGELES, CA  90029<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,500.00 |
|---|---|---|
| 3.197 | **Nonpriority creditor's name and mailing address**<br><br>KYLE THORPE & ASSOCIATES<br>PUBLIC RELATIONS LLC<br>11454 DONA DOLORES P<br>STUDIO CITY, CA  91604<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,000.00 |
| 3.198 | **Nonpriority creditor's name and mailing address**<br><br>LAGUNA FILMS<br>ATTN: ELART COELLO<br>6930 HAYVENHURST AVE<br>VAN NUYS, CA  91406<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $300,685.55 |
| 3.199 | **Nonpriority creditor's name and mailing address**<br><br>LARSON KING<br>2800 WELLS FARGO PLACE<br>30 EAST 7TH STREET<br>SAINT PAUL, MN  55101-4922<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,588.50 |
| 3.200 | **Nonpriority creditor's name and mailing address**<br><br>LEVEL 33 ENTERTAINMENT<br>C/O BOSSA NOVA PRODUCTIONS, INC.<br>10801 NATIONAL BLVD., SUITE 602<br>LOS ANGELES, CA  90064<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $695,515.24 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.201 | **Nonpriority creditor's name and mailing address**<br><br>LEVERAGED HEDGE, LLC<br>369 N. FAIRFAX AVE, SUITE 5<br>LOS ANGELES, CA 90036<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,778.26 |
| 3.202 | **Nonpriority creditor's name and mailing address**<br><br>LISTEN FIRST MEDIA<br>24 CALHOUN DRIVE<br>GREENWICH, CT 06831<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32,000.00 |
| 3.203 | **Nonpriority creditor's name and mailing address**<br><br>LITHOCRAFT<br>1201 N. MILLER ST<br>ANAHEIM, CA 92806<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,643.79 |
| 3.204 | **Nonpriority creditor's name and mailing address**<br><br>LONE STAR CONTAINER CORP<br>700 NORTH WILDWOOD DRIVE<br>IRVING, TX 75061<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39,890.50 |
| 3.205 | **Nonpriority creditor's name and mailing address**<br><br>LONGO MAKE-UP ARTISTS INTL<br>5 WORCHESTER DRIVE<br>NORTHPORT, NY 11768<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,200.00 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.206 | **Nonpriority creditor's name and mailing address**<br><br>LOW, JOHN E.<br>1927 S. MARVIN AVE<br>LOS ANGELES, CA 90016<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,500.00 |
| 3.207 | **Nonpriority creditor's name and mailing address**<br><br>M4E AG<br>ATTN: HANS ULRICH STOEF<br>ATTN: CLAUDIA HENNEKEMPER<br>ALTLAUFSTRASSE 42<br>HOHENKIRCHEN SIEGERTSBRUNN 85635<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,183.20 |
| 3.208 | **Nonpriority creditor's name and mailing address**<br><br>MADDOX ENTERTAINMENT<br>421 S.E. 34TH STREET<br>AMARILLO, TX 79103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,220.03 |
| 3.209 | **Nonpriority creditor's name and mailing address**<br><br>MAINSAIL LLC<br>3440 E. RUSSELL ROAD #301-31<br>LAS VEGAS, NV 89120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100,410.46 |
| 3.210 | **Nonpriority creditor's name and mailing address**<br><br>MAINSAIL LLC<br>3440 RUSSELL ROAD #301-31<br>LAS VEGAS, NV 89120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MINIMUM GUARANTEE PAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100,000.00 |

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.211 | **Nonpriority creditor's name and mailing address**<br>MARK WOOLLEN & ASSOCIATES LP<br>207 ASHLAND AVE<br>SANTA MONICA, CA  90405<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,000.00 |
|---|---|---|
| 3.212 | **Nonpriority creditor's name and mailing address**<br>MARMATAKIS, VASILIS<br>77 ERMOU STR<br>ATHENS  10555<br>GREECE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,500.00 |
| 3.213 | **Nonpriority creditor's name and mailing address**<br>MASSIVE MARKETING LLC<br>2035 E. VISTA BELLA WAY<br>RANCHO DOMINGUEZ, CA  90220<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,972.04 |
| 3.214 | **Nonpriority creditor's name and mailing address**<br>MAVERICK ENTERTAINMENT<br>ATTN: DOUG SCHWAB<br>1191 E NEWPORT CENTER DRIVE SU<br>DEERFIELD BEACH, FL  33442<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $512,913.15 |
| 3.215 | **Nonpriority creditor's name and mailing address**<br>MENDELSON/PAWS PRODUCTIONS, INC.<br>330 PRIMROSE RD. STE. 215<br>BURLINGAME, CA  94010<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $53,199.33 |

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,637.08 |
|---|---|---|---|

**3.216 Nonpriority creditor's name and mailing address**

MHZ NETWORKS
8101A LEE HIGHWAY
FALLS CHURCH, VA  22042

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,637.08

---

**3.217 Nonpriority creditor's name and mailing address**

MICROSOFT CORPORATION
6100 NEIL ROAD
RENO, NV  89511

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$578,295.50

---

**3.218 Nonpriority creditor's name and mailing address**

MILL CREEK
ATTN: ROB ZAKHEIM
2445 NEVADA AVE N
GOLDEN VALLEY, MN  55427

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,001,947.15

---

**3.219 Nonpriority creditor's name and mailing address**

MILL CREEK ENTERTAINMENT, LLC
C/O LINDQUIST & VENNUM LLP
ATTN: J. CHRISTOPHER CUNEO
80 SOUTH EIGHTH STREET, 4200 IDS CENTER
MINNEAPOLIS, MN  55402

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.220 Nonpriority creditor's name and mailing address**

MOTION PICTURE ASSOCIATION
15503 VENTURA BLVD.
ENCINO, CA  91436-3103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,000.00

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.221** **Nonpriority creditor's name and mailing address**

MOTION PICTURE MAILING INC
4566 ROSEWOOD AVENUE
LOS ANGELES, CA  90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,335.00

---

**3.222** **Nonpriority creditor's name and mailing address**

MPI MEDIA GROUP
ATTN: ROY MILLONZI
16101 SOUTH 108TH AVENUE
ORLAND PARK, IL  60467

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,650,431.62

---

**3.223** **Nonpriority creditor's name and mailing address**

MPRM LLC
5670 WILSHIRE BLVD STE 2500
LOS ANGELES, CA  90036

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,450.00

---

**3.224** **Nonpriority creditor's name and mailing address**

MULTI PACKAGING SOLUTIONS
75 REMITTANCE DRIVE
SUITE 3111
CHICAGO, IL  60675-3111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,119.98

---

**3.225** **Nonpriority creditor's name and mailing address**

MVD ENTERTAINMENT GROUP
P.O. BOX 280
OAKS, PA  19456

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,337.85

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.226** Nonpriority creditor's name and mailing address

NCIRCLE/ALLIANCE
ATTN: GEORGE CAMPAGNA
4250 CORAL SPRINGS DRIVE
CORAL SPRINGS, FL  33065

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$503,082.37

---

**3.227** Nonpriority creditor's name and mailing address

NEW FORM, INC. D/B/A LAGUNA PRODUCTIONS, INC.
C/O GONZALEZ & ASSOCIATES, A PLC
ATTN: ROSENDO GONZALEZ, ESQ.
530 S HEWITT ST, SUITE 148
LOS ANGELES, CA  90013

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.228** Nonpriority creditor's name and mailing address

NEW KINGDOM
2125 PORTLIGHT DRIVE
UNIT 206
ORLANDO, FL  32814

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,427.01

---

**3.229** Nonpriority creditor's name and mailing address

NIELSEN VIDEOSCAN
6255 SUNSET BLVD., 19TH FLOOR
HOLLYWOOD, CA  90028

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,379.41

---

**3.230** Nonpriority creditor's name and mailing address

NIELSEN VIDEOSCAN/EMS
P.O. BOX 88022, EXPEDITE WAY
CHICAGO, IL  60695-0001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,379.41

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.231** | **Nonpriority creditor's name and mailing address**

NIGHT OF THE TEMPLAR LLC
ATTN: PAUL SAMPSON
12400 VENTURA BLVD #438
STUDIO CITY, CA  91604

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,035.79

---

**3.232** | **Nonpriority creditor's name and mailing address**

NIGHT OF THE TEMPLAR, LLC
ATTN: PAUL SAMPSON
12400 VENTURA BLVD #438
STUDIO CITY, CA  91604

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,035.79

---

**3.233** | **Nonpriority creditor's name and mailing address**

NINJA PRODUCTIONS, LLC
ATTN: LEGAL AFFAIRS
135 W. MAGNOLIA BLVD., 2ND FLOOR
BURBANK, CA  91502

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,604.35

---

**3.234** | **Nonpriority creditor's name and mailing address**

NORWOOD SOFTWARE
928 ELBERON AVE
ELBERON, NJ  07740

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$488.02

---

**3.235** | **Nonpriority creditor's name and mailing address**

NTS COMMUNICATIONS
180 E. 35TH STREET
LOS ANGELES, CA  90011

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,750.00

---

| Debtor | OUR ALCHEMY, LLC | Case number (if known) | 16-11596 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.236** | **Nonpriority creditor's name and mailing address**

NU IMAGE
ATTN: DELMARIE C. BROCO
6423 WILSHIRE BLVD
LOS ANGELES, CA  90048

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,893,592.89

---

**3.237** | **Nonpriority creditor's name and mailing address**

NU IMAGE INC
200 TITER DR
DOVER, DE  19904

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,152.77

---

**3.238** | **Nonpriority creditor's name and mailing address**

OMG INC
81 S. 9TH STREET
SUITE 240
MINNEAPOLIS, MN  55402

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,061.00

---

**3.239** | **Nonpriority creditor's name and mailing address**

ON THE ICE LLC
C/O WME
ATTN: MATT EISENHOFF
BEVERLY HILLS, CA  90210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$197.35

---

**3.240** | **Nonpriority creditor's name and mailing address**

ONE SOURCE INDUSTRIES LLC
185 TECHNOLOGY DRIVE
SUITE 100
IRVINE, CA  92618

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,990.11

---

| Debtor | OUR ALCHEMY, LLC | Case number (if known) | 16-11596 |
|--------|------------------|------------------------|----------|
|        | (Name)           |                        |          |

| Part 2: | Additional Page | | Amount of claim |
|---------|-----------------|--|-----------------|

| 3.241 | **Nonpriority creditor's name and mailing address**<br><br>ORACLE USA INC<br>P.O. BOX 44471<br>SAN FRANCISCO, CA  94144-4471<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,040.00 |
| 3.242 | **Nonpriority creditor's name and mailing address**<br><br>ORIGIN LLC<br>3099 N. LIMA STREET<br>BURBANK, CA  91504<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45,225.00 |
| 3.243 | **Nonpriority creditor's name and mailing address**<br><br>PALACEWORKS INC<br>29 NORTH MAIN ST<br>S. NORWALK, CT  06854<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,500.00 |
| 3.244 | **Nonpriority creditor's name and mailing address**<br><br>PALLEGADDA, KIRAN<br>2910 MARATHON ST<br>LOS ANGELES, CA  90026<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,500.00 |
| 3.245 | **Nonpriority creditor's name and mailing address**<br><br>PBS<br>ATTN: TINA LUCKEY, CONTROLLER<br>2100 CRYSTAL DRIVE<br>ARLINGTON, VA  22202<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,303,227.34 |

| Debtor | OUR ALCHEMY, LLC | | Case number (if known) 16-11596 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.246** **Nonpriority creditor's name and mailing address**

PECHTER, STEVE
7568 BITTERSWEET DR
EDEN PRAIRIE, MN  55344-1849

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$238.51

---

**3.247** **Nonpriority creditor's name and mailing address**

PERKINS COLE LLP
ATTN: CLIENT ACCOUNTING
1201 THIRD AVE, SUIT
SEATTLE, WA  98101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,307.20

---

**3.248** **Nonpriority creditor's name and mailing address**

PFEIFFER CONSULTING LLC
C/O ALTMAN GREENFIELD
10960 WILSHIRE BLVD
LOS ANGELES, CA  90024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,000.00

---

**3.249** **Nonpriority creditor's name and mailing address**

PGS ENTERTAINMENT
12 AVENUE MATIGNON
PARIS  75008
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,339.46

---

**3.250** **Nonpriority creditor's name and mailing address**

PHASE 4 FILMS
ATTN: SEAN MONSON
20 EGLINTON AVE WEST, SUITE 603
P.O. BOX 2041
TORONTO, ON  M4R 1K8
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$825,761.57

---

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

**3.251** **Nonpriority creditor's name and mailing address**

PICTURE PRODUCTION CO
6520 PLATT AVE
SUITE 843
WEST HILLS, CA 91307

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,000.00

---

**3.252** **Nonpriority creditor's name and mailing address**

PIXEL PARLOR
2424 E. YORK ST #215
PHILADELPHIA, PA 19125

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,986.90

---

**3.253** **Nonpriority creditor's name and mailing address**

PLATINUM DISC CORP
24232 NETWORK PLACE
CHICAGO, IL 60673

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,008.40

---

**3.254** **Nonpriority creditor's name and mailing address**

PLEXUS ENTERTAINMENT LLC
37 WEST 17TH ST, 3RD FL EAST
NEW YORK, NY 10011

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,000.00

---

**3.255** **Nonpriority creditor's name and mailing address**

PLUS ENTERTAINMENT
468 N CAMDEN DRIVE SUITE 250
BEVERLY HILLS, CA 90210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$258,795.95

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.256 | **Nonpriority creditor's name and mailing address**<br>PORTFOLIO ENTERTAINMENT<br>901 KING STREET WEST, SUITE 301<br>TORONTO, ON  M5V 3H5<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,712.21 |

| 3.257 | **Nonpriority creditor's name and mailing address**<br>POST MODERN GROUP LLC<br>2941 ALTON PKWY<br>IRVINE, CA  92606<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $117,515.56 |

| 3.258 | **Nonpriority creditor's name and mailing address**<br>PRINCETON GARDEN THEATRE LLC<br>91 EAST COURT STREET<br>DOYLESTOWN, PA  18901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.00 |

| 3.259 | **Nonpriority creditor's name and mailing address**<br>PRODIGY PUBLIC RELATIONS LLC<br>2601 OCEAN PARK BLVD<br>SUITE 110<br>SANTA MONICA, CA  90405-5269<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,000.00 |

| 3.260 | **Nonpriority creditor's name and mailing address**<br>PRODUCERS DISTRIBUTION AGENCY LLC<br>555 W 25TH ST 4TH FL<br>ATTN: ANNA BARNES<br>NEW YORK, NY  10001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,821.53 |

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,060.19 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

PROVIDENT FILMS
741 COOL SPRINGS BLVD
FRANKLIN, TN 37067

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,060.19

---

3.262 **Nonpriority creditor's name and mailing address**

Q4BIS INC
C/O IQ4BIS SOFTWARE INC
24 EXECUTIVE PARK
SUITE 200
IRVINE, CA 92614

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,736.04

---

3.263 **Nonpriority creditor's name and mailing address**

R & R ELECTRIC
2803 CARLSBAD STREET
REDONDO BEACH, CA 90278

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,825.00

---

3.264 **Nonpriority creditor's name and mailing address**

RADICAL STUDIOS INC
C/O MATTHEW I BERGER LAW GROUP
ATTN: MATTHEW BERGER, ESQ.
10 E ISLAY STREET
LOS ANGELES, CA 90034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,853.78

---

3.265 **Nonpriority creditor's name and mailing address**

RADICAL STUDIOS, INC.
C/O MATTHEW I BERGER LAW GROUP
ATTN: MATTHEW BERGER, ESQ.
10 E ISLAY STREET
SANTA BARBARA, CA 93101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $142,900.00 |
|---|---|---|---|

RADIUS 60 STUDIOS LLC
3539 MOTOR AVE
LOS ANGELES, CA  90034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $94,200.22 |
|---|---|---|---|

RANDOM MEDIA HOLDINGS LLC
16133 VENTURA BLVD
SUITE 1270
ENCINO, CA  91436

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,652.29 |
|---|---|---|---|

RDP CREATIVE INC
10675 SANTA MONICA BLVD
UNIT A
LOS ANGELES, CA  90025

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,452.00 |
|---|---|---|---|

READERLINK MARKETING SERVICES
10350 BARNES CANYON ROAD
SUITE 100
SAN DIEGO, CA  92121

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $900.00 |
|---|---|---|---|

RECTOR, NANCY GILMOUR
221 VISTA CIRCLE DRIVE
SIERRA MADRE, CA  91024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
| --- | --- | --- |
| | (Name) | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.271 | **Nonpriority creditor's name and mailing address**<br>RENTRAK CORPORATION<br>P.O. BOX 18888<br>PORTLAND, OR  97218-0888<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $62,377.51 |
| 3.272 | **Nonpriority creditor's name and mailing address**<br>RICH MULLINS THE MOVIE LLC<br>55 FAIR DRIVE<br>ATTN: DAVID SCHULTZ<br>COSTA MESA, CA  92626<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $62,572.52 |
| 3.273 | **Nonpriority creditor's name and mailing address**<br>ROBERT HALF INTERNATIONAL INC<br>12400 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,525.00 |
| 3.274 | **Nonpriority creditor's name and mailing address**<br>ROGUE ARTS<br>1734 MERMAID DRIVE<br>SAN PEDRO, CA  90732<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,972.13 |
| 3.275 | **Nonpriority creditor's name and mailing address**<br>RON MOLER<br>C/O PARKS & PALMER<br>11601 WILSHIRE BLVD., SUITE 2300<br>LOS ANGELES, CA  90025<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47,122.41 |

| Debtor | OUR ALCHEMY, LLC | Case number (if known) | 16-11596 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,413.00 |
|---|---|---|---|

3.276 **Nonpriority creditor's name and mailing address**
ROTH STAFFING COMPANIES L.P.
DEPT 8761
LOS ANGELES, CA 90084-8761

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,413.00

---

3.277 **Nonpriority creditor's name and mailing address**
ROYAL BOX GROUP LLC
1301 S. 47TH AVE
CICERO, IL 6804-1598

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$59,912.86

---

3.278 **Nonpriority creditor's name and mailing address**
RUN AND SUN CREATIVE
141 W. WILSHIRE AVE #143
FULLERTON, CA 92832

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,500.00

---

3.279 **Nonpriority creditor's name and mailing address**
RUN THE MOVIE LLC
ATTN: AIMEE SCHOOF
725 FLOWER AVE
VENICE, CA 90291

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,104.55

---

3.280 **Nonpriority creditor's name and mailing address**
RUN THE MOVIE, LLC
RAMO LAW P.C.
315 SOUTH BEVERLY DRIVE, SUITE 412
ATTN: ELSA RAMO ESQ. & TIFFANY BOYLE ESQ
BEVERLY HILLS, CA 90212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,909.46

---

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.281** **Nonpriority creditor's name and mailing address**

SAPIENT CONSULTANTS, INC
2934 1/2 BEVERLY GLEN CIRCLE #366
LOS ANGELES, CA 90077

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$495.29

---

**3.282** **Nonpriority creditor's name and mailing address**

SAWYER STUDIOS LLC
36 WEST 25TH STREET
NEW YORK, NY 10010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,695.75

---

**3.283** **Nonpriority creditor's name and mailing address**

SERIAL BUDDIES, LLC
1880 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CA 90067

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$296.33

---

**3.284** **Nonpriority creditor's name and mailing address**

SHEWMAKER, AMY
56 RILLINGTON DR
BELLA VISTA, AR 72714-3204

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$828.81

---

**3.285** **Nonpriority creditor's name and mailing address**

SHMOOK INC
516 GENESEE AVENUE
LOS ANGELES, CA 90036

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,108.92

Debtor    OUR ALCHEMY, LLC                               Case number (if known) 16-11596
          (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

### 3.286

**Nonpriority creditor's name and mailing address**

SILVER BULLET FILMS LIMITED C/O METRODOME
INTERNATIONAL LTD
SUITE 31 BEAUFORT COURT, ADMIRALS WAY
LONDON
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MINIMUM GUARANTEE PAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$300,000.00

### 3.287

**Nonpriority creditor's name and mailing address**

SMITH, MATTHEW
2920 VISTA VIEW LN
PROSPER, TX  75078-8962

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$180.73

### 3.288

**Nonpriority creditor's name and mailing address**

SOCIALTYZE LLC
2150 PARK PLACE
SUITE 100
EL SEGUNDO, CA  90245

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,000.00

### 3.289

**Nonpriority creditor's name and mailing address**

SOFTLAND INTERNATIONAL
ATTN: FRANK GRIFFIN
20048 NE SAN RAFAEL ST
PORTLAND, OR  97230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$383,204.35

### 3.290

**Nonpriority creditor's name and mailing address**

SOLOMON PAGE GROUP LLC
P.O. BOX 75314
CHICAGO, IL  60675-5314

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,660.00

| Debtor | OUR ALCHEMY, LLC | Case number (if known) | 16-11596 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50,000.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

SOMEWHERE IN THE MIDDLE LLC
115 LINCOLN ROAD, #5-0
BROOKLYN, NY 11235

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MINIMUM GUARANTEE PAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,000.00

---

3.292

**Nonpriority creditor's name and mailing address**

SOMEWHERE IN THE MIDDLE LLC
C/O LANRE OLABISI
115 LINCOLN ROAD, UN
BROOKLYN, NY 11225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,000.00

---

3.293

**Nonpriority creditor's name and mailing address**

SONY DADC US INC
ATTN: COMPLIANCE MANAGER
1800 N. FRUITRIDGE AVENUE
TERRE HAUTE, IN 47804

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,213,043.72

---

3.294

**Nonpriority creditor's name and mailing address**

SOUNDSCAPES PUBLISHING INC
244 MADISON AVE #314
NEW YORK, NY 10016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

---

3.295

**Nonpriority creditor's name and mailing address**

SPAR MARKETING FORCE
DEPARTMENT 1
P.O. BOX 798013
ST. LOUIS, MO 63179-8000

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,261.95

---

| Debtor | OUR ALCHEMY, LLC | | Case number (if known) | 16-11596 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.296 | **Nonpriority creditor's name and mailing address**<br>SPEEDPRO IMAGING<br>350 S. CRENSHAW BLVD<br>SUITE A104<br>TORRANCE, CA  90503<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,478.05 |
| 3.297 | **Nonpriority creditor's name and mailing address**<br>SPOTLIGHT<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MINIMUM GUARANTEE PAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100,000.00 |
| 3.298 | **Nonpriority creditor's name and mailing address**<br>STALKER PRODUCTIONS LLC<br>1880 CENTURY PARK EAST<br>SUITE 900<br>ATTN: TREVOR MACY<br>LOS ANGELES, CA  90067<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,001.24 |
| 3.299 | **Nonpriority creditor's name and mailing address**<br>STAMPEDE STUDIOS INC<br>931 N. CITRUS AVE<br>HOLLYWOOD, CA  90038<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $105,915.00 |
| 3.300 | **Nonpriority creditor's name and mailing address**<br>STARPIX LTD<br>4 BEACON WAY<br>SUITE 1811<br>JERSEY CITY, NJ  07304<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $850.00 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.301** | **Nonpriority creditor's name and mailing address**

STEPHEN GOULD CORPORATION
10940 WILSHIRE BLVD
SUITE 950
LOS ANGELES, CA 90024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$82,776.61

---

**3.302** | **Nonpriority creditor's name and mailing address**

STOCKHOLM DESIGN INC
15200 SUNSET BLVD
SUITE 213
PACIFIC PALISADES, CA 90272

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,750.00

---

**3.303** | **Nonpriority creditor's name and mailing address**

STONEBROOK INTERNATIONAL CORPORATION
C/O HIGHLAND FILM GROUP, LLC
9200 SUNSET BLVD., SUITE 600
ATTN: DELPHINE PERRIER
WEST HOLLYWOOD, CA 90069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$446.54

---

**3.304** | **Nonpriority creditor's name and mailing address**

STORMAGEDDON DISTRIBUTION, LLC C/O CINETEL FILMS, INC
8255 SUNSET BOULEVARD
LOS ANGELES, CA 90046

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MINIMUM GUARANTEE PAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,000.00

---

**3.305** | **Nonpriority creditor's name and mailing address**

STRANDED FILMS, LLC
C/O EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
ATTN: BRYAN M. SULLIVAN, ESQ.
6420 WILSHIRE BLVD., 17TH FLOOR
LOS ANGELES, CA 90048

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.306**

**Nonpriority creditor's name and mailing address**
SULLIVAN, RYAN P.
1326 1/2 N. FULLER AVE
LOS ANGELES, CA 90024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,000.00

---

**3.307**

**Nonpriority creditor's name and mailing address**
SUMMERS, KELLY
7 VISTA DEL MAR DR
SANTA BARBARA, CA 93109-1047

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.05

---

**3.308**

**Nonpriority creditor's name and mailing address**
SUNSHINE, SACHS WEST
136 MADISON AVE, 17TH FLOOR
NEW YORK, NY 10016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,043.78

---

**3.309**

**Nonpriority creditor's name and mailing address**
SWIRL RECORDINGS & FILMS INC
P.O. BOX 10025
WILMINGTON, NC 28404

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$80,002.50

---

**3.310**

**Nonpriority creditor's name and mailing address**
SYNKRONIZED US LLC
111 KANE CONCOURSE
#518
BAYHARBOR ISLAND, FL 33154

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,700.88

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.311** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,842.37

TALKING WOLF PRODUCTIONS D.O.O.
EPIC PICTURES GROUP, INC.
ATTN: SHAKED BERENSON
6725 SUNSET BLVD., SUITE 330
HOLLYWOOD, CA  90028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $977.98

TALLEY, JACK
1416 MANITOU RD
SANTA BARBARA, CA  93105-4600

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $170.00

TATE, TAMMY
4129 TRINITY RD
FRANKLIN, TN  37067-7714

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,355,368.28

TEAM MARKETING
ATTN: SAM WISE
325 EAST THIRD STREET
OWENSBORO, KY  42303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,902.11

TECHNICOLOR ENTERTAINMENT SVC
5491 E PHILADELPHIA ST
ATTN MARIELA MANRIQU
LOS ANGELES, CA  91761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | OUR ALCHEMY, LLC | Case number (if known) | 16-11596 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.316** **Nonpriority creditor's name and mailing address**

TERRY HINES & ASSOCIATES
2550 HOLLYWOOD WAY
SUITE 600
BURBANK, CA 91505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,157.79

---

**3.317** **Nonpriority creditor's name and mailing address**

THE BANDIT HOUND, LLC
2437 MAIN STREET
SANTA MONICA, CA 90504

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MINIMUM GUARANTEE PAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,000.00

---

**3.318** **Nonpriority creditor's name and mailing address**

THE BERMUDA INTL FILM FESTIVAL LTD
P.O. BOX HM 2963
HAMILTON HM MX
BERMUDA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

---

**3.319** **Nonpriority creditor's name and mailing address**

THE CULLING LLC
HIGHLAND FILM GROUP, LLC
9200 SUNSET BLVD., SUITE 600
ATTN: DELPHINE PERRIER
WEST HOLLYWOOD, CA 90069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,376.14

---

**3.320** **Nonpriority creditor's name and mailing address**

THE FILM ARCADE
360 N. LA CIENEGA BLVD, 3RD FL
LOS ANGELES, CA 90048

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,500.00

---

Debtor    OUR ALCHEMY, LLC                                                    Case number (if known) 16-11596
         (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.321** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $250,453.41

THE FILM ARCADE, LLC
THE LAW OFFICES OF GREG S. BERNSTEIN
ATTN: GREG S. BERNSTEIN ESQ.
301 NORTH CANON DRIVE, STE 318
BEVERLY HILLS, CA 90210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $433.82

THE HOLLYWOOD REPORTER
P.O. BOX 601091
LOS ANGELES, CA 90060-1091

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,580.34

THE LIGATURE
4909 ALCOA AVE
LOS ANGELES, CA 900038-3022

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,340.58

THE ROARK GROUP INC
1600 N. 35TH ST
ROGERS, AR 72756

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.325** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $437.83

THE SKINNER MOVIE, LLC
C/O UNIFIED PICTURES, INC.
19773 BAHAMA ST.
ATTN: KEITH KJARVAL
NORTHRIDGE, CA 91324

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.326**  **Nonpriority creditor's name and mailing address**

THE SWIRL GROUP, LLC
1718 PEACHTREE STREE NW, SUITE 175
ATLANTA, GA  30309

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MINIMUM GUARANTEE PAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$722,500.00

---

**3.327**  **Nonpriority creditor's name and mailing address**

THE WALL GROUP LA LLC
C/O FORTE MANAGEMENT LLC
329 N. WETHERLY DRIV
BEVERLY HILLS, CA  90211

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,500.00

---

**3.328**  **Nonpriority creditor's name and mailing address**

THOR, FREYR
219 MADELENA DR
LA HABRA HEIGHTS, CA  90631-8338

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,950.00

---

**3.329**  **Nonpriority creditor's name and mailing address**

TIION, INC. C/O CJ ENTEERTAINMENT AMERICA
5700 WILSHIRE BOULEVARD, SUITE 550
LOS ANGELES, CA  90036

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MINIMUM GUARANTEE PAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000,000.00

---

**3.330**  **Nonpriority creditor's name and mailing address**

TIM HOWARD MANAGEMENT
28 WEST 27TH STREET
SUITE 506
NEW YORK, NY  10001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$900.00

---

Debtor    OUR ALCHEMY, LLC    Case number (if known) 16-11596

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.331** **Nonpriority creditor's name and mailing address**

TIME WARNER CABLE
8448 20 026 1427800
P.O. BOX 60074
CITY OF INDUSTRY, CA  91716-0074

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,145.00

---

**3.332** **Nonpriority creditor's name and mailing address**

TOIION, INC.
C/O BURGEE & ABRAMOFF
ATTN: JOHN BURGEE, ESQ.
20501 VENTURA BLVD., SUITE 262
WOODLAND HILLS, CA  91364

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.333** **Nonpriority creditor's name and mailing address**

TRAILER PARK INC
9000 SUNSET BLVD
SUITE 915
LOS ANGELES, CA  90069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,500.00

---

**3.334** **Nonpriority creditor's name and mailing address**

TWMS LLC
ATTN: TODD LABAROWSKI
608 LAKEVIEW LANDING ROAD
FORT MILL, SC  29707

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,338.77

---

**3.335** **Nonpriority creditor's name and mailing address**

TWMS, LLC
GRAY KRAUSS STRATFORD SANDLER DES ROCHERS
207 WEST 25TH STREET, SUITE 600
ATTN: IAN STRATFORD
NEW YORK, NY  10001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,140.33

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.336 | **Nonpriority creditor's name and mailing address**<br><br>TYPE A STUDIOS LLC<br>12011 SAN VICENTE BLVD<br>SUITE B7<br>LOS ANGELES, CA 90049<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,000.00 |
| 3.337 | **Nonpriority creditor's name and mailing address**<br><br>ULTRA GRAPHICS<br>2800 N. NAOMI STREET<br>BURBANK, CA 91504<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32,136.57 |
| 3.338 | **Nonpriority creditor's name and mailing address**<br><br>UNITED INDEPENDENT MEDIA LLC<br>ATTN: BEN WAGNER<br>938 OLD TOPANGA CANYON ROAD<br>TOPANGA, CA 90240<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,586.49 |
| 3.339 | **Nonpriority creditor's name and mailing address**<br><br>UNITED INDEPENDENT MEDIA, LLC<br>ATTN: BEN WAGNER<br>938 OLD TOPANGA CANYON ROAD<br>TOPANGA, CA 90240<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,223.87 |
| 3.340 | **Nonpriority creditor's name and mailing address**<br><br>VALADAR COMPANY<br>134 WEST 29TH STREET, SUITE #902<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,753.47 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.341 | **Nonpriority creditor's name and mailing address**<br>VERMEER, ANGELA MAY<br>19701 WOOLWORTH AVE<br>OMAHA, NE 68130-3750<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $190.77 |

| 3.342 | **Nonpriority creditor's name and mailing address**<br>VERTICAL ENTERTAINMENT<br>ATTN: RICH GOLDBERG<br>512 11TH ST<br>SANTA MONICA, CA 90402<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,150.00 |

| 3.343 | **Nonpriority creditor's name and mailing address**<br>VERTICAL ENTERTAINMENT LLC<br>512 11TH ST<br>SANTA MONICA, CA 90402<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PARTICIPATIONS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $375,956.91 |

| 3.344 | **Nonpriority creditor's name and mailing address**<br>VIBE CREATIVE INC<br>3861 SEPULVEDA BLVD<br>CULVER CITY, CA 90230<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCOUNTS PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,000.00 |

| 3.345 | **Nonpriority creditor's name and mailing address**<br>VISUAL ENTERTAINMENT, INC.<br>C/O LAW OFFICES OF ALLEN HYMAN<br>ATTN: ALLEN HYMAN, ESQ.<br>10737 RIVERSIDE DRIVE<br>NORTH HOLLYWOOD, CA 91602<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | OUR ALCHEMY, LLC | Case Number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.346** **Nonpriority creditor's name and mailing address**

VISUALEYES PRODUCTIONS, LLC
AGENT: MAINSAIL, LLC; SHORELINE ENT
1875 CENTURY PARK EAST
ATTN: BRIAN SWEET
LOS ANGELES, CA 90067

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$410.46

---

**3.347** **Nonpriority creditor's name and mailing address**

VITAGRAPH FILMS LLC
37183 MOJAVE SAGE ST
PALM DESERT, CA 92211

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,118.95

---

**3.348** **Nonpriority creditor's name and mailing address**

VIVA PICTURES DISTRIBUTION, LLC
1539 WESTWOOD BLVD
LOS ANGELES, CA 90024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$124.00

---

**3.349** **Nonpriority creditor's name and mailing address**

VONAGE BUSINESS
DEPT LA 24441
PASADENA, CA 91185

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,345.50

---

**3.350** **Nonpriority creditor's name and mailing address**

VORTEX DI CORP
369 N. FAIRFAX AVE
SUITE 5
LOS ANGELES, CA 90036

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,734.00

| Debtor | OUR ALCHEMY, LLC | Case Number (if known) 16-11596 |
|---|---|---|

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

---

**3.351** | **Nonpriority creditor's name and mailing address**

WARNER MUSIC GROUP
3400 WEST OLIVE AVE.
BURBANK, CA  91505-4536

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$56,162.87

---

**3.352** | **Nonpriority creditor's name and mailing address**

WELL GO USA-MMS
ATTN: TONY VANDEVEERDONK
1601 E. PLANO PKWY
SUITE 110
PLANO, TX  75074

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$702,621.32

---

**3.353** | **Nonpriority creditor's name and mailing address**

WHEELHOUSE CREATIVE INC
133 W. 19TH STREET
10TH FLOOR
NEW YORK, NY  10011

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,700.00

---

**3.354** | **Nonpriority creditor's name and mailing address**

WILD BUNCH S.A.
99 RUE DE LA VERRERIE
PARIS 75004
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MINIMUM GUARANTEE PAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$580,000.00

---

**3.355** | **Nonpriority creditor's name and mailing address**

WILLEN, NANCY A.
DBA ACME PUBLIC RELATIONS
1158 26TH STREET, SU
SANTA MONICA, CA  90403

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,000.00

---

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.356**

**Nonpriority creditor's name and mailing address**

WREKIN HILL ENTERTAINMENT
10685 SANTA MONICA BLVD
LOS ANGELES, CA  90025

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,307.66

---

**3.357**

**Nonpriority creditor's name and mailing address**

WTA SERVICES, LLC
A/K/A WORKING TITLE AGENCY
302 NE MAIN STREET
SIMPSONVILLE, SC  29681

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$161,500.18

---

**3.358**

**Nonpriority creditor's name and mailing address**

WYNNE SEDAN & LIMOUSINE GROUP
7650 ESTERS BLVD
IRVING, TX  75063

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,822.87

---

**3.359**

**Nonpriority creditor's name and mailing address**

XENON PICTURES, INC.
ATTN: ANDREW HOFFMAN ESQ
1440 9TH STREET
SANTA MONICA, CA  90401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$489,837.25

---

**3.360**

**Nonpriority creditor's name and mailing address**

XLRATOR MEDIA LLC
5250 LANKERSHIM AVE #730
NORTH HOLLYWOOD, CA  91601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$109,930.57

---

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.361** **Nonpriority creditor's name and mailing address**

YOU ARE HERE FILMS LLC
11103 SKY COUNTRY DRIVE
MIRA LOMA, CA  91752-2140

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$347,320.49

---

**3.362** **Nonpriority creditor's name and mailing address**

YOU ARE HERE FILMS, LLC
ATTN: GARY GILBERT
8936 THRASHER AVE
LOS ANGELES, CA  90069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARTICIPATIONS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$259,428.00

---

**3.363** **Nonpriority creditor's name and mailing address**

YOU ARE HERE FILMS, LLC
C/O EISNER JAFFE, APC
ATTN: CHRISTOPHER FROST, ESQ.
9601 WILSHIRE BLVD., SUITE 700
BEVERLY HILLS, CA  90210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.364** **Nonpriority creditor's name and mailing address**

YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: MATTHEW B. LUNN
110 WEST PINE STREET, P.O. BOX 594
GEORGETOWN, DE  19947

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,730.37

---

**3.365** **Nonpriority creditor's name and mailing address**

ZEALOT PRODUCTIONS
C/O ZEALOT INC
233 SPRING STREET
4TH FLOOR
NEW YORK, NY  10013

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,535.00

---

Debtor   OUR ALCHEMY, LLC
         (Name)

Case Number (if known) 16-11596

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

---

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a.** Total claims from Part 1 | **5a.** | **$0.00** |
| **5b.** Total claims from Part 2 | **5b.**  **+** | **$44,208,958.96** |
| **5c.** **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | **5c.** | $44,208,958.96 |

**Fill in this information to identify the case:**

Debtor OUR ALCHEMY, LLC

United States Bankruptcy Court for the: DELAWARE

Case number 16-11596
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

  ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

  ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: 10 ITEMS OR LESS | 10 ITEMS, LLC<br>STROOCK & STROOCK & LAVEN LLP<br>2029 CENTURY PARK EAST, SUITE 1800<br>ATTN: ERIC F. HARBERT<br>LOS ANGELES, CA  90067 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FINDING NOAH | 17K ASL LLC<br>HOLMES WEINBERG PC<br>30765 PACIFIC COAST HIGHWAY, SUITE 411<br>ATTN: HILLARY BIBICOFF<br>MALIBU, CA  90565 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: 24 HOURS IN LONDON | 24 HOURS IN LONDON (PRODUCER) VICTORFILM CO. LTD (AGENT)<br>VICTOR FILM COMPANY LTD.<br>1 GREAT CUMBERLAND PLACE, 4TH FLOOR<br>LONDON  W1H 7AL<br>UNITED KINGDOM |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | 4DIGITAL MEDIA LIMITED<br>ATTN: SALLY WOOD<br>8 DUKES RIDE<br>GERRARDS CROSS  SL9 7LD<br>UNITED KINGDOM |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCLUSIVE DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 10/6/2014 | 4DIGITAL MEDIA LIMITED<br>ATTN: SALLY WOOD<br>8 DUKES RIDE<br>GERRARDS CROSS<br>SL9 7LD<br>UNITED KINGDOM |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: FOUR STORIES OF ST. JULIAN | 4TH GRADE FILMS<br>1338 SOUTH FOOTHILL DRIVE<br>SUITE 163<br>ATTN: JAMES DOOLIN<br>SALT LAKE CITY, UT  84108 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: ONE GOOD TURN | 4TH QUARTER PRODUCTIONS, INC.<br>8315 BEVERLY BLVD.<br>LOS ANGELES, CA  90048 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: SOMETHING BETTER SOMEWHERE ELSE | 59 FILMS LLC & HOG BUTCHER LLC<br>ATTN: ED AMAYA<br>C/O 59 FILMS<br>455 N CITYFRONT PLZ DR #1420<br>CHICAGO, IL  60611-5314 |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: ACORNS 11 | 8452504 CANADA INC. DBA<br>ANIMAL CRACKERS PRODUCTIONS<br>157 PRINCESS STREET, FLOOR 3<br>ATTN: DANIEL J. KRECH<br>TORONTO, ON  M5A 4H4<br>CANADA |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: PACT WITH THE DEVIL | 9079-1849 QUEBEC INC.<br>DREAM ROCK, INC.<br>P.O. BOX 7400<br>ATTN: ETCHIE STROH<br>STUDIO CITY, CA  91604 |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: BROTHER'S KISS, A | A BROTHER'S KISS, LP<br>C/O ANDREW HURWITZ, ESQ.<br>BODINE & HERZOG<br>1790 BROADWAY<br>NEW YORK, NY  10019 |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: IF YOU COULD SAY IT IN WORDS | A CHIP AND A CHAIR FILMS<br>2822 CEDAR STREET<br>ATTN: KATHARINE CLARK GRAY<br>PHILADELPHIA, PA  19134 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.13 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: GENTLEMAN'S GAME, A | A GENTLEMAN'S GAME PRODUCTION, LLC<br>C/O ARTISTS PRODUCTION GROUP, LLC<br>9465 WILSHIRE BLVD.<br>BEVERLY HILLS, CA 90212 |
| 2.14 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: GET2GETHER, A | A GET2GETHER, INC.<br>C/O ARRINGTON LAW FIRM<br>ATTN: MARVIN S. ARRINGTON, JR.<br>775 HOUSTON MILL ROAD, SUITE 4<br>ATLANTA, GA 30329 |
| 2.15 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LITTLE TRIP TO HEAVEN, A | A LITLE TRIP TO HEAVEN, EHF<br>LITTLE TRIP TO HEAVEN, EHF<br>C/O SIGURJON SIGHVATSSON<br>P.O. BOX 491986<br>LOS ANGELES, CA 90049 |
| 2.16 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LITTLE BIT OF HEAVEN | A LITTLE BIT OF HEAVEN, LLC<br>NEIL SACKER<br>9361 W OLYMPIC BLVD.<br>BEVERLY HILLS, CA 90212 |
| 2.17 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DIRT BOY | A WINTER'S TALE INC<br>C/O JAY FRASCO<br>163 CORONA AVE<br>BELMONT SHORES, CA 90803 |
| 2.18 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | A&E HOME VIDEO CORP.<br>A&E HOME VIDEO CORP.<br>235 E. 45TH STREET<br>NEW YORK, NY 10017 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | ACQUIRED PROGRAMMING LICENSE AGREEMENT BETWEEN A&E TELEVISION NETWORKS, LLC AND MILLENNIUM ENTERTAINMENT, LLC RE: A LITTLE BIT OF HEAVEN EFFECTIVE DATE: 10/22/2012 | A&E TELEVISION NETWORKS, LLC ATTN: ELLYN PETERSEN, MANAGER, LEGAL SERVICES 235 EAST 45TH ST NEW YORK, NY 10017 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: HUMBLING, THE | A&T SPVH INC C/O NU IMAGE INC 6423 WILSHIRE BLVD ATTN: LEGAL AFFAIRS LOS ANGELES, CA 90069 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: GEORGE AND THE DRAGON | ACCENTURES HOLDING INC. 1741 E. MORTEN AVE SUITE B ATTN: MICHAEL MINYARD PHOENIX, AZ 85020 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER AGREEMENT | ACORN MEDIA GROUP ATTN: SYLVIA GEORGE 8515 GEORGIA AVENUE, SUITE 650 SILVER SPRING, MD 20910 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: UNBELIEVABLE TRUTH | ACTION FEATURES, INC. ERVIN, COHEN & JESSUP 9401 WILSHIRE BOULEVARD, SUITE 900 ATTN: THOMAS F. R. GARVIN, ESQ. BEVERLY HILLS, CA 90212-2974 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER AGREEMENT | ACTION SLATE RELEASING LLC ATTN: ART BIRZNECK 10620 SOUTHERN HIGHLANDS PKWY LAS VEGAS, NV 89141 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | OUR ALCHEMY, LLC | | Case Number (if known) 16-11596 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HEADLESS HORSEMAN | ACTIVE ENTERTAINMENT<br>ACTIVE ENTERTAINMENT, INC.<br>1170 CAMINO VIEJO<br>ATTN: KENNETH BADISH<br>SANTA BARBARA, CA  93108 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WITCHES | ACTIVE ENTERTAINMENT<br>ACTIVE ENTERTAINMENT, INC.<br>1170 CAMINO VIEJO<br>ATTN: KENNETH BADISH<br>SANTA BARBARA, CA  93108 |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: GHOULS | ACTIVE ENTERTAINMENT<br>ACTIVE ENTERTAINMENT, INC.<br>1170 CAMINO VIEJO<br>ATTN: KENNETH BADISH<br>SANTA BARBARA, CA  93108 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FLU BIRDS | ACTIVE ENTERTAINMENT<br>ACTIVE ENTERTAINMENT, INC.<br>1170 CAMINO VIEJO<br>ATTN: KENNETH BADISH<br>SANTA BARBARA, CA  93108 |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MEDIUM STRAIGHT | ADAM FRIEDMAN ASSOCIATES, INC.<br>SETH GELBLUM, ESQ.<br>FRANKFURT, GARBUS, KLEIN & SELZ, P.C.<br>488 MADISON AVENUE<br>NEW YORK, NY  10022 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: TRAUMA (1993) | ADC S.R.L.<br>VIA GIONVANNI DEVON<br>ROME  00167<br>ITALY |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLIENT SERVICE AGREEMENT<br>EFFECTIVE DATE: 11/17/2010 | ADMINSTAFF<br>ATTN: ROGER GASKAMP<br>19001 CRESCENT SPRINGS DRIVE<br>KINGWOOD, TX  77339 |

Debtor    OUR ALCHEMY, LLC                                    Case Number (if known) 16-11596
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.32 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: ANGELA | ADRIANA CHIESA ENTERPRISES S.R.L., <br> IN THE NAME OF AND ON BEHALF OF <br> RITA RUSIC COMPANY AND MOVIEWEB <br> VIA BARNABA ORIANI 24/A <br> ROME  00197 <br> ITALY |
| 2.33 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: BREAD & TULIPS | ADRIANA CHIESA ENTERPRISES S.R.L., <br> IN THE NAME OF AND ON FOR THE ACCOUNT OF <br> MONOGATARI-RAI CINEMA-ISTITUTO LUCE-AMKA <br> VIA BARNABA ORIANI 24/A <br> ROME  00197 <br> ITALY |
| 2.34 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: AFTER... | AFTER FILMS, LLC <br> 16027 VENTURA BLVD. <br> ATTN: JIM SWISHER <br> ENCINO, CA  91436 |
| 2.35 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: CALIFORNIA INDIAN | AGAINST THE WIND FILMS LLC <br> 26500 WEST AGOURA ROAD <br> SUITE 737 <br> ATTN TIM RAMOS <br> CALABASAS, CA  91302 |
| 2.36 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: SYMMETRY OF LOVE, THE | AITOR GAISKA SEMPERE LLONA <br> ATTN: AITOR GAITZKA <br> MILANESES 3 <br> ATICO <br> MADRID  28013 <br> SPAIN |
| 2.37 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: BRETT BUTLER PRESENTS SOUTHERN BELLES OF COMEDY | AL MILLER PRODUCTIONS <br> P.O. BOX 8130 <br> ATTN: ZACH MILLER <br> LA VERNE, CA  91750 |
| 2.38 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: GLITCH IN THE GRID | ALBINO FAWN PRODUCTIONS <br> ATTN: ERIC LEISER, JEFFREY LEISER, MICHAEL GOLLAND, ESQ. |

Debtor    OUR ALCHEMY, LLC                          Case Number (if known) 16-11596
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.39 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STEPHANIE'S IMAGE | ALLEN, JANIS DELUCIA<br>940 LEAVENWORTH STREET #2<br>SAN FRANCISCO, CA 94109 |
| 2.40 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FOOLPROOF | ALLIANCE ATLANTIS INTL DISTRIBUTION LTD.<br>ALLIANCE ATLANTIS ENTERTAINMENT GROUP<br>121 BLOOR STREET, EAST, SUITE 1500<br>ATTN: VP BUSINESS LEGAL AFFAIRS<br>TORONTO, ON  M4W 3M5<br>CANADA |
| 2.41 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PICTURE CLAIRE | ALLIANCE ATLANTIS INTL DISTRIBUTION LTD.<br>ALLIANCE ATLANTIS ENTERTAINMENT GROUP<br>121 BLOOR STREET, EAST, SUITE 1500<br>ATTN: VP BUSINESS LEGAL AFFAIRS<br>TORONTO, ON  M4W 3M5<br>CANADA |
| 2.42 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DIRTY DEEDS | ALLIANCE ATLANTIS PICTURES INTL, INC.<br>ALLIANCE ATLANTIS<br>121 BLOOR STREET, EAST<br>ATTN: VP BUSINESS LEGAL AFFAIRS<br>TORONTO, ON  M4W 3M5<br>CANADA |
| 2.43 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO EXCLUSIVE<br>DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 2/1/2015 | ALLIANCE ENTERTAINMENT, LLC<br>ATTN: GEORGE CAMPAGNA, CFO<br>4250 CORAL SPRINGS DRIVE<br>CORAL SPRINGS, FL 33065 |
| 2.44 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EXCLUSIVE DISTRIBUTION<br>AGREEMENT, CONSIGNED FINISHED<br>GOODS DEAL<br>EFFECTIVE DATE: 9/19/2011 | ALLIANCE ENTERTAINMENT, LLC<br>ATTN: GEORGE CAMPAGNA, CFO<br>4250 CORAL SPRINGS DRIVE<br>CORAL SPRINGS, FL 33065 |
| 2.45 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SECOND AMENDMENT TO EXCLUSIVE<br>DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 8/26/2015 | ALLIANCE ENTERTAINMENT, LLC<br>ATTN: GEORGE CAMPAGNA, CFO<br>4250 CORAL SPRINGS DRIVE<br>CORAL SPRINGS, FL 33065 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.46** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLIER AGREEMENT | ALLIANCE ENTERTAINMENT, LLC ATTN: GEORGE CAMPAGNA, CFO 4250 CORAL SPRINGS DRIVE CORAL SPRINGS, FL 33065 |
| **2.47** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FIRST AMENDMENT TO NON-THEATRICAL UNITED STATES LICENSING AGREEMENT EFFECTIVE DATE: 3/29/2016 | ALLIN MEDIA CORPORATION ATTN: DEAN PRASKACH 381 MANSFIELD AVE, STE 400 PITTSBURGH, PA 15220-2751 |
| **2.48** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | NON-THEATRICAL UNITED STATES LICENSING AGREEMENT EFFECTIVE DATE: 5/30/2012 | ALLIN MEDIA CORPORATION ATTN: DOUG TEMPERO 2841 W CYPRESS CREEK RD FORT LAUDERDALE, FL 33309-1705 |
| **2.49** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | NON-THEATRICAL UNITED STATES LICENSING AGREEMENT EFFECTIVE DATE: 9/23/2015 | ALLIN MEDIA CORPORATION ATTN: DOUG TEMPERO 2841 W CYPRESS CREEK RD FORT LAUDERDALE, FL 33309-1705 |
| **2.50** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | NON-THEATRICAL UNITED STATES LICENSING AGREEMENT EFFECTIVE DATE: 11/13/2015 | ALLIN MEDIA CORPORATION ATTN: DOUG TEMPERO 2841 W CYPRESS CREEK RD FORT LAUDERDALE, FL 33309-1705 |
| **2.51** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: MISSING WILLIAM | ALORIS ENTERTAINMENT, LLC ADAM DAVIDS & ASSOCIATES, PLLC 799 BROADWAY, SUITE 527 ATTN: ADAM DAVIDS, ESQ. NEW YORK, NY 10003 |
| **2.52** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLIER AGREEMENT | AMAZON CONTENT SERVICES LLC ATTN: GENERAL COUNSEL 410 TERRY AVENUE NORTH; P.O. BOX 81226 SEATTLE,, WA 98109 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RE: AMAZON VIDEO ON DEMAND: CONTINUED EXPANSION OF SERVICE EFFECTIVE DATE: 9/2/2010 | AMAZON DIGITAL SERVICES, INC.<br>410 TERRY AVENUE N<br>SEATTLE, WA  98109-5210 |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DIGITAL VIDEO SUBSCRIPTION LICENSE AGREEMENT EFFECTIVE DATE: 4/19/2011 | AMAZON DIGITAL SERVICES, INC.<br>C/O AMAZON.COM<br>ATTN: ASSOCIATE GENERAL COUNSEL - MOVIES & MUSIC<br>410 TERRY AVENUE N<br>SEATTLE, WA  98109-5210 |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO DIGITAL VIDEO SUBSCRIPTION LICENSE AGREEMENT EFFECTIVE DATE: 10/31/2012 | AMAZON DIGITAL SERVICES, INC.<br>C/O AMAZON.COM<br>ATTN: ASSOCIATE GENERAL COUNSEL - MOVIES & MUSIC<br>410 TERRY AVENUE N<br>SEATTLE, WA  98109-5210 |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT TO DIGITAL VIDEO SUBSCRIPTION LICENSE AGREEMENT EFFECTIVE DATE: 8/5/2013 | AMAZON DIGITAL SERVICES, INC.<br>C/O AMAZON.COM<br>ATTN: ASSOCIATE GENERAL COUNSEL - MOVIES & MUSIC<br>410 TERRY AVENUE N<br>SEATTLE, WA  98109-5210 |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DIGITAL VIDEO LICENSE, RESALE AND RENTAL AGREEMENT EFFECTIVE DATE: 2/22/2008 | AMAZON.COM<br>605 5TH AVE S<br>SEATTLE, WA  98104 |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: ON THE LINE | AMBER FILMS, INC.<br>5-9 SIDE<br>NEWCASTLE UPON TYNE<br>TYNE AND WEAR  NE1 3JE<br>UNITED KINGDOM |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: PURGATORY FLATS | AMERICAN CINEMA INTERNATIONAL<br>1424 VENTURA BLVD., SUITE 202<br>SHERMAN OAKS, CA  91423 |

Debtor    OUR ALCHEMY, LLC
_____
(Name)

Case Number (if known) 16-11596

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AMERICAN CRIME, AN | AMERICAN CRIME PRODUCTIONS, INC.<br>8000 SUNSET BLVD., EAST PENTHOUSE<br>LOS ANGELES, CA 90046 |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CIRCUIT II, THE | AMSELL ENTERTAINMENT INC.<br>AS AGENT FOR FILMONE PRODUCTIONS INC.<br>12001 VENTURA PLACE<br>ATTN: ALAN SOLOMON<br>STUDIO CITY, CA 91604 |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CIRCUIT, THE | AMSELL ENTERTAINMENT INC.<br>AS AGENT FOR FILMONE PRODUCTIONS INC.<br>12001 VENTURA PLACE<br>ATTN: ALAN SOLOMON<br>STUDIO CITY, CA 91604 |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AMSTERDAM HEAVY | AMSTERDAM HEAVY B.V.<br>ARCHSTONE DISTRIBUTION, LLC<br>1201 W. FIFTH STREET, SUITE T-420<br>4TH FLOOR<br>LOS ANGELES, CA 90017 |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HOW 2 BUILD A RAPPER | ANACOST FILMS LLC<br>1901 BEECHWOOD ROAD<br>HYATTSVILLE, MD 20783 |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MERCHANDISING AGREEMENT<br>EFFECTIVE DATE: 7/9/2015 | ANDERSON MERCHANDISERS, LLC<br>5601 GRANITE PARKWAY<br>SUITE 1400<br>PLANO, TX 75024 |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | ANDERSON MERCHANDISERS, LP<br>ATTN: PRESIDENT<br>CC: BUSINESS AFFAIRS<br>421 S.E. 34TH AVENUE<br>AMARILLO, TX 79103 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.67 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: AVENGING ANGELO | ANGELO PRODUCTIONS LLC <br> NEW CITY RELEASING <br> 20700 VENTURA BOULEVARD, SUITE 350 <br> ATTN: ALAN BURSTEEN <br> WOODLAND HILLS, CA 91364 |
| 2.68 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: ANIMAL | ANIMAL FILM, LLC <br> C/O ROBERT M. ANGEL PC <br> 939 NORTH HILL AVENUE <br> PASADENA, CA 91104 |
| 2.69 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: HARPIES | ANOTHER TIME INC <br> ATTN: JEFF FRANKLIN <br> 12021 WILSHIRE BLVD <br> SUITE 507 <br> LOS ANGELES, CA 90025 |
| 2.70 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: LOVER'S PRAYER | ANSELMO, REVERGE <br> 1757 FRANKLIN CANYON DRIVE <br> BEVERLY HILLS, CA 90210 |
| 2.71 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: INTRUDERS | APACHES ENTERTAINMENT S. L. <br> CALLE CORREON DE MARIA 2 <br> PRIMERA PLANTA. OFICINA 130 <br> MADRID 28002 <br> SPAIN |
| 2.72 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DIGITAL VIDEO DISTRIBUTION AGREEMENT MEXICO/LATING AMERICA/BRAZIL/CARIBBEAN | APPLE INC. <br> ATTN: ASSOC GC, ITUNES <br> 1 INFINITE LOOP, MS 3-ITS <br> CUPERTINO, CA 95014 |
| 2.73 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DIGITAL VIDEO DISTRIBUTION AGREEMENT UNITED STATES AND CANADA | APPLE INC. <br> ATTN: ASSOC GC, ITUNES <br> 1 INFINITE LOOP, MS 3-ITS <br> CUPERTINO, CA 95014 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | DIGITAL VIDEO DISTRIBUTION AGREEMENT AUSTRALIA AND NEW ZEALAND | APPLE PTY LIMITED 255 PITT ST SYDNEY SOUTH, NSW 2000 AUSTRALIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK EFFECTIVE DATE: 3/31/2016 | APTEAN SYSTEMS, INC. ATTN: MICHELE CONRATH P.O. BOX 95223 CHICAGO, IL 60694-5223 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION SERVICES AGREEMENT EFFECTIVE DATE: 3/31/2016 | APTEAN, INC. ATTN: GENERAL COUNSEL 4325 ALEXANDER DRIVE SUITE 100 ALPHARETTA, GA 30022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER AGREEMENT | ARC ENTERTAINMENT LLC CITIBANK ACCOUNT FUNDING 3212 NEBRASKA AVE SANTA MONICA, CA 90404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT TITLE: LAST SIGN, THE | ARCHLIGHT FILMS INTERNATIONAL PTY LTD. ATTN: GARY HAMILTON |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT TITLE: SKIN TRAFFIK | ARCHSTONE DISTRIBUTION LLC 1201 W. FIFTH STREET SUITE T-20, 4TH FLOOR ATTN: BRADY BOWEN LOS ANGELES, CA 90017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT TITLE: GIRL FROM THE NAKED EYE, THE | ARCHSTONE DISTRIBUTION LLC 1201 W. FIFTH STREET SUITE T-20, 4TH FLOOR ATTN: BRADY BOWEN LOS ANGELES, CA 90017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: CASSADAGA | ARCHSTONE DISTRIBUTION LLC <br> 1201 W. FIFTH STREET <br> SUITE T-20, 4TH FLOOR <br> ATTN: BRADY BOWEN <br> LOS ANGELES, CA 90017 |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: BUTTERFLY ROOM, THE | ARCHSTONE DISTRIBUTION LLC <br> 1201 W. FIFTH STREET <br> SUITE T-20, 4TH FLOOR <br> ATTN: BRADY BOWEN <br> LOS ANGELES, CA 90017 |
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: RESURRECTION, A | ARCHSTONE DISTRIBUTION LLC <br> 1201 W. FIFTH STREET <br> SUITE T-20, 4TH FLOOR <br> ATTN: BRADY BOWEN <br> LOS ANGELES, CA 90017 |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLIER AGREEMENT | ARCHSTONE NORTH AMERICA, LLC <br> 1201 W. FIFTH STREET <br> SUITE T-20, 4TH FLOOR <br> ATTN: BRADY BOWEN <br> LOS ANGELES,, CA 90017 |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: DINOSAUR ISLAND | ARCLIGHT FILMS INTERNATIONAL PTY LTD. <br> 90/330 WATTLE STREET <br> ULTIMO, NSW 2007 <br> AUSTRALIA |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: FEAR OF THE DARKNESS, THE | ARCLIGHT FILMS INTERNATIONAL PTY LTD. <br> 90/330 WATTLE STREET <br> ULTIMO, NSW 2007 <br> AUSTRALIA |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: TELL-TALE HEART | ARCLIGHT FILMS INTERNATIONAL PTY LTD. <br> 90/330 WATTLE STREET <br> ULTIMO, NSW 2007 <br> AUSTRALIA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: ARIZONA HEAT | ARIZONA HEAT PRODUCTIONS, INC.<br>STEPHEN SWADEN (SPECTRUM ENT GROUP PLC)<br>C/O LEONARD CURTIS & CO; P.O. BOX 553<br>EASTBOURNSE TERRANCE<br>LONDON<br>UNITED KINGDOM |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | ARIZTICAL ENTERTAINMENT, INC.<br>405 E WETMORE ROAD, #117-516<br>TUSCON, AZ 85705 |
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: ARMLESS | ARMLESS MOVIE PRODUCTIONS LLC<br>167 ALLEN ST. SUITE 4C<br>NEW YORK, NY 10002 |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | ARRINGTON, MARVIN S<br>775 HOUSTON MILL ROAD, SUITE 4<br>ATLANTA, GA 30329 |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: 2001 MANIACS: FIELD OF SCREAMS | ARSENAL PICTURES DISTRIBUTION, LLC<br>6363 WILSHIRE BOULEVARD, SUITE 550<br>ATTN: YAREK DANIELAK<br>LOS ANGELES, CA 90048 |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: INTO TEMPTATION | ARSENAL PICTURES DISTRIBUTION, LLC<br>FARNAM STREET LIMITED II, LLC<br>4717 3RD AVENUE SOUTH<br>ATTN: PATRICK COYLE<br>MINNEAPOLIS, MN 5519 |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: HEART OF NOW | ARTIS ENTERTAINMENT<br>440 NORTH SPAULDING AVENUE<br>LOS ANGELES, CA 90036 |

| Debtor | OUR ALCHEMY, LLC | Case Number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WHITE KNUCKLES | ARTIS ENTERTAINMENT<br>440 NORTH SPAULDING AVENUE<br>LOS ANGELES, CA  90036 |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BLACK CADILLAC | ARTIST VIEW ENTERTAINMENT AGENT<br>FOR BLACK CADILLAC LLC<br>4425 IRVINE<br>ATTN: PRESIDENT<br>STUDIO CITY, CA  91602 |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AMERICAN VIRGINS | ARTIST VIEW ENTERTAINMENT, INC.<br>ARTIST VIEW ENTERTAINMENT<br>ATTN: SCOTT JONES<br>7141 VALJEAN AVE. STE. 200<br>VAN NUYS, CA  91406 |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ADVENTURES IN APPLETOWN | ARTIST VIEW ENTERTAINMENT, INC.<br>ARTIST VIEW ENTERTAINMENT<br>ATTN: SCOTT JONES<br>7141 VALJEAN AVE. STE. 200<br>VAN NUYS, CA  91406 |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ICE AGENT | ARTIST VIEW ENTERTAINMENT, INC.<br>ARTIST VIEW ENTERTAINMENT<br>ATTN: SCOTT JONES<br>7141 VALJEAN AVE. STE. 200<br>VAN NUYS, CA  91406 |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BUTTERFLY CRUSH | ARTMEDIA LTD.<br>17 PUTIKI DRIVE<br>ATTN ALAN CLAY<br>WANGANUI  4500<br>NEW ZEALAND |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HEALER, THE | ARTOKO FILM GMBH & CO.<br>FILMPRODUKTIONS KG<br>MR. KAREL DIRKA<br>MAUERKIRCHERSTR,3<br>MUNCHEN  81670<br>GERMANY |

| Debtor | OUR ALCHEMY, LLC | | Case Number (if known) 16-11596 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MERRY WAR, A | ASPIDISTRA PRODUCTIONS LIMITED<br>APIDISTRA PRODUCTIONS LIMITED<br>C/O C BLOCK; ROOM 101, EALING STUDIOS<br>EALING GREEN<br>LONDON  W5 5EP<br>UNITED KINGDOM |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | ASSOCIATED TELEVISION<br>INTERNATIONAL, INC.<br>ATTN: RICHARD CACERES, BUSINESS AFFAIRS<br>4401 WILSHIRE BLVD.<br>LOS ANGELES, CA  90010 |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VIDEO ON DEMAND PROGRAMMING<br>AND LICENSE AGREEMENT<br>EFFECTIVE DATE: 6/17/2015 | AT&T SERVICES, INC.<br>208 S AKARD ST<br>DALLAS, TX  78202 |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: POPCORN | ATLANTIC RELEASING CORP. |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: OLDEST PROFESSION | ATLANTIC RELEASING CORP. |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SLEEPING DOGS | ATLANTIC RELEASING CORP. |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: REBEL | ATLANTIC RELEASING CORP. |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.109 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PLUMBER | ATLANTIC RELEASING CORP. |
| 2.110 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WINTER OF OUR DREAMS | ATLANTIC RELEASING CORP. |
| 2.111 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SACRIFICE (2001) | ATLANTIC RELEASING CORP. |
| 2.112 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: NUTCASE | ATLANTIC RELEASING CORP. |
| 2.113 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AUTOMATA | AUTOMATA PRODUCTIONS, INC. (NU IMAGE)<br>NU IMAGE INC.<br>6423 WILSHIRE BLVD<br>LOS ANGELES, CA  90048 |
| 2.114 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WILDERNESS | AV PICTURES LTD<br>CAPARO HOUSE, 3RD FLOOR<br>103 BAKER STREET<br>LONDON  W1U 6LN<br>UNITED KINGDOM |
| 2.115 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PLAYER 5150 | AZURELITE PICTURES, INC.<br>LICHTER GROSSMAN NICHOLS & ADLER, INC.<br>9200 SUNSET BOULEVARD, SUITE 1200<br>ATTN: STEPHEN CLARK, ESQ.<br>LOS ANGELES, CA  90069 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.116** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: DOT KILL | B/M STUDIOS, INC. AS SALES AGENT <br> ON BEHALF OF BM STUDIOS UK <br> 10100 SANTA MONICA BOULEVARD, SUITE 800 <br> ATTN: DONALD A. BARTON, ESQ. <br> LOS ANGELES, CA  90067 |
| **2.117** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: FARE, THE | B:J FILMS PTY LTD. <br> MR. BILL BENNETT <br> B:J FILMS PTY LTD. <br> 82-88 O'CONNELL ST. <br> NEWTON, NSW  2042 <br> AUSTRALIA |
| **2.118** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: BABYMAKERS, THE | BABYMAKERS PRODUCTIONS LLC <br> 8322 BEVERLY BLVD <br> STE 300 <br> ATTN: BRIAN KAVANAUGH-JONES <br> LOS ANGELES, CA  90048 |
| **2.119** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: BACK IN THE DAY | BACK IN THE DAY, INC. <br> 16 MYSTIC DRIVE <br> ATTN: NEIL DAVIS <br> OSSINING, NY  10562 |
| **2.120** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLIER AGREEMENT | BAGDASARIAN PRODUCTIONS, LLC <br> 1192 EAST MOUNTAIN DRIVE <br> MONTECITO, CA  93108 |
| **2.121** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLIER AGREEMENT | BANDAI ENTERTAINMENT INC. <br> ATTN: KEN IYADOMI, PRESIDENT AND CEO <br> 5551 KATELLA AVE <br> P.O. BOX 6054 <br> CYPRESS, CA  90630 |
| **2.122** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLIER AGREEMENT | BARKING COW MEDIA GROUP, LLC <br> ATTN: RAYMOND REED ESQ. <br> 433 NORTH CAMDEN DR. <br> 6TH FLOOR <br> BEVERLY HILLS, CA  90210 |

Debtor    OUR ALCHEMY, LLC    Case number (if known) 16-11596
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.123 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: JUNKYARD DOG | BASS JUNKYARD DOG LLC SALES AGENT:<br>EPIC PICTURES GROUP, INC.<br>ATTN: SHAKED BERENSON<br>6725 SUNSET BLVD., SUITE 330<br>HOLLYWOOD, CA 90028 |
| 2.124 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | BCI ECLIPSE, LLC<br>810 LAWRENCE DRIVE, SUITE 100 FLOOR<br>THOUSAND OAKS, CA 91320 |
| 2.125 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: REMEMBER THE DAZE | BEAUTIFUL ORDINARY LLC<br>211 NORTH UNION STREET<br>SUITE 250<br>ATTN: PAUL MANAFORT<br>ALEXANDRIA, VA 22314 |
| 2.126 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BECOMING EDUARDO | BECOMING EDUARDO<br>OPEN RANGE PICTURES<br>1145 N. GENESEE AVE.<br>ATTN: BRAD LITTLEFIELD<br>WEST HOLLYWOOD, CA 90046 |
| 2.127 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BERNIE | BERNIE FILM LLC<br>4751 WILSHIRE BLVD<br>3RD FLOOR<br>ATTN: BUSINESS AFFAIRS<br>LOS ANGELES, CA 90010 |
| 2.128 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR MASTER AGREEMENT<br>EFFECTIVE DATE: 6/10/2015 | BEST BUY PURCHASE LLC<br>ATTN: ROBERT CUMMINS, DIRECTOR<br>7601 PENN AVENUE SOUTH<br>RICHFIELD, MN 55423 |
| 2.129 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR PROGRAM AGREEMENT<br>EFFECTIVE DATE: 7/19/2015 | BESY BUY PURCHASE LLC<br>ATTN: ROBERT CUMMINS, DIRECTOR<br>7601 PENN AVENUE SOUTH<br>RICHFIELD, MN 55423 |

Debtor    OUR ALCHEMY, LLC                                    Case number (if known) 16-11596
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | BET PICTURES II DISTRIBUTION, INC.<br>ONE BET PLAZA<br>1235 W STREET, NE<br>WASHINGTON, DC  20018 |
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BETWEEN STRANGERS | BETWEEN STRANGERS PRODUCTIONS INC.<br>IVAN SCHNEEBERG, ESQ.<br>GOODMANS<br>250 YONGE STREET, SUITE 2400<br>TORONTO, ON  M5B 2M6<br>CANADA |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: COLD & DARK | BEYOND FILMS<br>BEYOND ENT LIMITED TRINITY HOUSE<br>CHARLESTON ROAD, RANELAGH<br>ATTN: HILARY DAVIS<br>DUBLIN 6<br>IRELAND |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: VISITORS | BEYOND FILMS<br>HILARY DAVIS<br>BEYOND FILMS<br>22 NEWMAN ST.<br>LONDON  W1T 1PH<br>UNITED KINGDOM |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: THREE BLIND MICE | BEYOND INTERNATIONAL SERVICES, LTD<br>BEYOND INTL SERVICES LIMITED (UK)<br>22 NEWMAN ST.<br>ATTN: MIKAEL BORGLUND<br>LONDON  W1T 1PH<br>UNITED KINGDOM |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CONDITION RED | BEYOND THE LAW, INC.<br>MARIANNA FILMS OY, OAK ISLAND FILMS, INC<br>320 WEST 13TH STREET<br>ATTN: MIKA KAURISMAKI<br>NEW YORK, NY  10014 |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: QUICKSAND | BGB PARTNERSHIP |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | BIG AIN'T BAD PRODUCTIONS, LLC<br>ATTN: ERIC CROONE<br>1451 CARTACAY DRIVE<br>P.O. BOX 190932<br>ATLANTA, GA 30319 |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | BIG AIR STUDIOS, LLC<br>ATTN: MICHAEL ARRIESTA, CEO<br>3130 WILSHIRE BLVD., SUITE 350<br>SANTA MONICA,, CA 90404 |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO THE CONTENT PROVIDER AGREEMENT EFFECTIVE DATE: 11/11/2015 | BIGSTAR.TV, INC.<br>ATTN: ERIK MARUM<br>2100 PONCE DE LEON BLVD, STE 1080<br>CORAL GABLES, FL 33134 |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CONTRACT KILLERS, THE | BIRCH TREE ENTERTAINMENT, INC.<br>10620 SOUTHERN HIGHLANDS PKWY<br>SUITE 110-418<br>ATTN: ART BIRZNECK<br>LAS VEGAS, NV 89141 |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | BLACK GOLD MEDIA PARTNERS LLC<br>(DBA NEW KINGDOM PICTURES)<br>ATTN: DAN GARCIA<br>P.O. BOX 140082<br>ORLANDO, FL 32814 |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SIX-STRING SAMURAI | BLADE, LLC<br>250 SUMMER STREET<br>BOSTON, MA 2210 |
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: COMMIT | BLAINE, NICOLE<br>3640 CARDIFF AVENUE<br>#214<br>LOS ANGELES, CA 90034 |

| Debtor | OUR ALCHEMY, LLC | | Case Number (if known) 16-11596 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AMERICAN YAKUZA 2: BACK TO BACK | BLAM, INC.<br>8315 BEVERLY BLVD.<br>LOS ANGELES, CA 90048 |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SEX AND BREAKFAST | BLEEDING EDGE PRODUCTIONS<br>THE POINT MEDIA<br>1950 W. WASHINGTON, SUITE 240<br>ATTN: NICHOLAS LA TERZA<br>CULVER CITY, CA 90232 |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: COSTA RICAN SUMMER | BLEIBERG ENTERTAINMENT LLC AS EXCLUSIVE AGENT FOR SURF MOVIE, LLC<br>BLEIBERG ENTERTAINMENT, LLC.<br>225 S. CLARK DRIVE<br>BEVERLY HILLS, CA 90210 |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BLONDE AND BLONDER | BLONDE & BLONDER PRODUCTIONS INC.<br>ROBERTS & STAHL<br>500-220 CAMBIE STREET<br>ATTN: DORAN S. CHANDLER<br>VANCOUVER, BC V6B 2M9<br>CANADA |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MISS CONCEPTION | BLUE ANGEL FILMS LTD.<br>AND MIROMAR ENTERTAINMENT AG<br>BEHREN STR. 28<br>BERLIN 10117<br>GERMANY |
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BLUE DINER, THE | BLUE DINER FILM PROJECT INC<br>121 LEWIS ROAD<br>ATTN: JAN EGLESON AND NATATCHA ESTEBANEZ<br>BELMONT, MA 02478 |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BIG HEART CITY | BLUE EGG PICTURE PRODUCTION<br>221 NORTH BEACHWOOD DRIVE<br>BURBANK, CA 91506 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: MY FIVE WIVES | BLUE RIDER WORLDWIDE DISTRIBUTION, INC.<br>MY 5 WIVES (B.C.) FILMS INC.<br>21 WATER STREET, SUITE 604<br>ATTN: GARY HOWSAM/JOHN CURTIS<br>VANCOUVER, BC  V6B 1A1<br>CANADA |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: BLUNT FORCE TRAUMA | BLUNT FORCE TRAUMA LLC<br>ATTN: ERIC BRENNER<br>9190 OLYMPIC BOULEVARD<br>SUITE 400<br>BEVERLY HILLS, CA  90212 |
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: WAKE OF DEATH | BM STUDIOS [UK] LIMITED<br>BM STUDIOS LIMITED<br>801 WEST BAY DRIVE<br>LARGO, FL  33700 |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: PAGAN QUEEN, THE | BOLL AG<br>WERMSER STRASSE 173<br>MAINZ  65130<br>GERMANY |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: DEAD OUTSIDE,THE | BOLL AG<br>WERMSER STRASSE 173<br>MAINZ  65130<br>GERMANY |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: HEROES THREE | BONAIRE FILMS, INC AND ROY MCAREE<br>ROY MCAREE<br>BONAIRE FILMS<br>7095 HOLLYWOOD BLVD., # 104<br>HOLLYWOOD, CA  90046 |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: WHITE PHANTOM | BONAIRE FILMS, INC AND ROY MCAREE<br>ROY MCAREE<br>BONAIRE FILMS<br>7095 HOLLYWOOD BLVD., # 104<br>HOLLYWOOD, CA  90046 |

Debtor    OUR ALCHEMY, LLC

(Name)

Case Number (if known) 16-11596

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SAKURA KILLER | BONAIRE FILMS, INC AND ROY MCAREE<br>ROY MCAREE<br>BONAIRE FILMS<br>7095 HOLLYWOOD BLVD., # 104<br>HOLLYWOOD, CA  90046 |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AFTERSHOCK | BONAIRE FILMS, INC AND ROY MCAREE<br>STEPHEN SWADEN (SPECTRUM ENT GROUP PLC)<br>C/O LEONARD CURTIS & CO; P.O. BOX 553<br>EASTBOURNSE TERRANCE<br>LONDON<br>UNITED KINGDOM |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: NECROMANCER | BONAIRE FILMS, INC AND ROY MCAREE<br>STEPHEN SWADEN (SPECTRUM ENT GROUP PLC)<br>C/O LEONARD CURTIS & CO; P.O. BOX 553<br>EASTBOURNSE TERRANCE<br>LONDON<br>UNITED KINGDOM |
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MADAME BOVARY | BOVARY DISTRIBUTION LIMITED<br>THE ESTATE OFFICES<br>53 HIGH STREET STEYNING<br>ATTN: JOE NEURAUTER<br>WEST SUSSEX  BN44 3YJ<br>UNITED KINGDOM |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ACT OF VENGEANCE (AKA FIVE MINARETS) | BOYUT MÜZIK FILM YAPIM SAN.<br>TIC. A.S. A TURKISH CO<br>2601 OCEAN PARK BLVD. SUITE 207<br>YAREK DANIELAK ARSENAL PICT. DISTRI. LLC<br>SANTA MONICA, CA  90405 |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: NOWHERE IN SIGHT | BRAINSTORM MEDIA<br>ATTN: MEYER SHWARZSTEIN<br>280 SOUTH BEVERLY DR SUITE 208<br>BEVERLY HILLS, CA  90212 |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: INHUMAN RESOURCES | BRAINSTORM MEDIA<br>ATTN: MEYER SHWARZSTEIN<br>280 SOUTH BEVERLY DR SUITE 208<br>BEVERLY HILLS, CA  90212 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.165 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: OCCUPANTS, THE | BRAINSTORM MEDIA<br>ATTN: MEYER SHWARZSTEIN<br>280 SOUTH BEVERLY DR SUITE 208<br>BEVERLY HILLS, CA 90212 |
| 2.166 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ENTITY | BRAINSTORM MEDIA<br>ATTN: MEYER SHWARZSTEIN<br>280 SOUTH BEVERLY DR SUITE 208<br>BEVERLY HILLS, CA 90212 |
| 2.167 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BLAST VEGAS | BRAINSTORM MEDIA<br>ATTN: MEYER SHWARZSTEIN<br>280 SOUTH BEVERLY DR SUITE 208<br>BEVERLY HILLS, CA 90212 |
| 2.168 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: OMNIVORES | BRAINSTORM MEDIA<br>ATTN: MEYER SHWARZSTEIN<br>280 SOUTH BEVERLY DR SUITE 208<br>BEVERLY HILLS, CA 90212 |
| 2.169 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: GERM | BRAINSTORM MEDIA<br>ATTN: MEYER SHWARZSTEIN<br>280 SOUTH BEVERLY DR SUITE 208<br>BEVERLY HILLS, CA 90212 |
| 2.170 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AXED | BRAINSTORM MEDIA<br>ATTN: MEYER SHWARZSTEIN<br>280 SOUTH BEVERLY DR SUITE 208<br>BEVERLY HILLS, CA 90212 |
| 2.171 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SUBTERANO | BRAINSTORM MEDIA<br>BECKER GROUP LIMITED<br>LEVEL 1, 11 WALTHAM STREET<br>ATTN: BUSINESS AFFAIRS<br>ARTARMON, NSW 2064<br>AUSTRALIA |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.172 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | BRB INTERNACIONAL S.A.<br>AUTOVIA FUENCARRAL A ALCOBENDAS<br>KM 12,220<br>MADRID  28049<br>SPAIN |
| 2.173 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ART OF TRAVEL, THE | BRENSTER PRODUCTIONS LLC<br>11228 MCLENNAN AVENUE<br>ATTN: TOM WHELAN<br>GRANADA HILLS, CA  91344 |
| 2.174 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BONES | BROKEN BEAT AND SCARRED<br>THE BOTTOM LINE<br>FRANK PESTARINO<br>8943 ATLANTA AVE<br>HUNTINGTON BEACH, CA  92646 |
| 2.175 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: EMPTY | BROKEN TABLE PRODUCTIONS<br>24 MIDDLESEX CIRCLE<br>SUITE #6<br>WALTHAM, MA  2452 |
| 2.176 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BROKEN | BROKEN THE MOTION PICTURE, LLC<br>THE FILM SALES COMPANY, INC.<br>151 LAFAYETTE STREET<br>ATTN: ANDREW HERWITZ<br>NEW YORK, NY  10013 |
| 2.177 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BROTHER'S KEEPER | BROTHER'S KEEPER FEATURE FILM DISTRI LLC<br>13603 MARINA POINT DRIVE SUITE D529<br>ATTN: GENERAL COUNSEL<br>MARINA DEL REY, CA  90291 |
| 2.178 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: RHAPSODY | BRUDER RELEASING, INC.<br>AS AGENT FOR SILVER WING PICTURES, INC.<br>2020 BROADWAY<br>ATTN: MARC BRUDER<br>SANTA MONICA, CA  90404 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DEVIOUS BEINGS | BRUDER RELEASING, INC.<br>AS AGENT FOR SILVER WING PICTURES, INC.<br>2020 BROADWAY<br>ATTN: MARC BRUDER<br>SANTA MONICA, CA  90404 |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AUTUMN SPRING | BUC FILM AND CESKA TELEVIZE<br>MENEMSHA FILMS INC.<br>1157 S. BEVERLY DRIVE, 2ND FLOOR<br>ATTN: NEIL FRIEDMAN, PRESIDENT<br>LOS ANGELES, CA  90035 |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BUCK WILD | BUCK WILD FILM PRODUCTION LLC<br>204 N. LIBERY STREET<br>ATTN: LISA LEYVA<br>VICTORIA, TX  77901 |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FAMILY REUNION | BULLSEYE ENTERTAINMENT GROUP<br>STEPHEN SWADEN (SPECTRUM ENT GROUP PLC)<br>C/O LEONARD CURTIS & CO; P.O. BOX 553<br>EASTBOURNSE TERRANCE<br>LONDON<br>UNITED KINGDOM |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BUSINESS OF BEING BORN, THE | BUSINESS OF BIRTH LLC<br>C/O BORRIS, NII, VALDEZ & CO<br>8530 WILSHIRE BLVD #200<br>BEVERLY HILLS, CA  90211 |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BUTTERFLY DREAMING | BUTTERFLY DREAMING LLC<br>PRIVATE UNIVERSE FILMS<br>817 11TH STREET NO. 8<br>ATTN: PAYTRE TOPP<br>SANTA MONICA, CA  90403 |
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DOWNHILL WILLIE | C/FP DISTRIBUTION<br>2 BLOOR STREET WEST<br>SUITE 1901<br>ATTN: MR. JEFF SACKMAN<br>TORONTO, ON  M4W 3E2<br>CANADA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LIES & CRIMES | C/P CRIMES PRODUCTIONS, INC. &<br>CHESLER/PERLMUTTER PRODUCTIONS, INC.<br>129 YORKVILLE AVENUE, SUITE 200<br>ATTN: DAVID M. PERLMUTTER<br>TORONTO, ON  M5R 1C4<br>CANADA |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: OBITUARY | C/P OBITUARY PRODUCTIONS INC. &<br>CHESLER/PERLMUTTER PRODUCTIONS INC.<br>129 YORKVILLE AVENUE, SUITE 200<br>ATTN: DAVID M. PERLMUTTER<br>TORONTO, ON  M5R 1C4<br>CANADA |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STRAYS | CAA<br>2000 AVENUE OF THE STARS<br>ATTN: ROEG SUTHERLAND<br>LOS ANGELES, CA  90067 |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | CAKE DISTRIBUTION LTD.<br>ATTN: EDWARD GALTON<br>76 CHARLOTTE STREET, 5TH FLOOR<br>LONDON  W1T 4QS<br>UNITED KINGDOM |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CAKE | CAKE PRODUCTIONS INC<br>249 WOODMOUNT AVE<br>TORONTO, ON  M4C 3Z9<br>CANADA |
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MAYOR OF SUNSET STRIP | CALDERA PRODUCTIONS<br>ATTN: GREG LITTLE<br>163 CARL ST.<br>SAN FRANCISCO, CA  94117 |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | CANDLELIGHT MEDIA GROUP, INC.<br>ATTN: GREGORY BROUGH<br>76 CHARLOTTE STREET, 5TH FL<br>412 EAST 1550 NORTH<br>OREM, UT  84097 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT<br>EFFECTIVE DATE: 9/10/2015 | CANDLELIGHT MEDIA GROUP, INC.<br>ATTN: JENNIFER JAN<br>412 EAST 1550 NORTH<br>OREM, UT 84097 |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: JESTER TILL | CAPELLA INTERNATIONAL GMBH<br>RHEINLANDSTRABE 10<br>ATTN: RALF HARTMANN/JULIA SCHULTE<br>LUDWIGSBURG 71636<br>GERMANY |
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AS FAR AS MY FEET WILL CARRY ME | CAPELLA INTERNATIONAL GMBH<br>WERNERSTRASSE 123<br>ATTN: RALF HARTMANN<br>STUTTGART 70435<br>GERMANY |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STRONGER THAN BLOOD | CAPELLA INTERNATIONAL GMBH<br>WERNERSTRASSE 123<br>ATTN: RALF HARTMANN<br>STUTTGART 70435<br>GERMANY |
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | CAPITOL CHRISTIAN MUSIC GROUP, INC.<br>101 WINNERS CIRCLE<br>BRENTWOOD, TN 37027 |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SHADE | CARD MECHANICS PRODUCTIONS<br>IN CARE OF: RKO PICTURES<br>1875 CENTURY PARK EAST, SUITE 2140<br>ATTN: GENERAL COUNSEL<br>LOS ANGELES, CA 90067 |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MY TRUE SELF | CARDINAL STUDIO<br>6400 INNISBROOK DRIVE<br>ATTN: ROHIT NAHATA<br>PROSPECT, KY 40059 |

| Debtor | OUR ALCHEMY, LLC | Case number (if known) | 16-11596 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CARRIED AWAY | CARRIED AWAY LLC<br>2254 5TH AVE<br>ATTN: TOM HUCKABEE<br>FORT WORTH, TX  76110 |
|---|---|---|---|
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FANNY, ANNIE AND DANNY | CB FILMS<br>CHRIS BROWN<br>185 PARKER #3<br>SAN FRANCISCO, CA  94118 |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | CEDAR FORT<br>ATTN: LYLE MORTIMER<br>2737 W 700 S<br>SPRINGVILLE, UT  84663 |
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BLACK OPS | CELEBRATION PICTURES INC<br>5900 WILSHIRE BLVD<br>SUITE 2310<br>ATTN: LAWRENCE S. LOTMAN, VP FINANCE<br>LOS ANGELES, CA  90036 |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SUKIYAKI WESTERN DJANGO | CELLULIOD DREAMS SALES<br>CELLULOID DREAMS SALES<br>2, RUE TURGOT<br>ATTN: HENGAMEH PANAHI<br>PARIS  75009<br>FRANCE |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | CENTRAL PARK MEDIA, INC.<br>250 W 57TH STREET<br>SUITE 317<br>NEW YORK, NY  10107 |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MOON 44 | CENTROPOLIS FILM INC.<br>STEPHEN SWADEN (SPECTRUM ENT GROUP PLC)<br>C/O LEONARD CURTIS & CO; P.O. BOX 553<br>EASTBOURNSE TERRANCE<br>LONDON<br>UNITED KINGDOM |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ABSENT FATHER | CHANG, DOUGLAS H.<br>736 WEST 186TH STREET<br>APT. 75<br>NEW YORK, NY 10033 |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DIFFERENT FOR GIRLS | CHANGETECH LIMITED REPRESENTED BY ITS AGENT CIBY SALES LIMITED<br>BEAUFORT HOUSE<br>15 ST. BOTOLPH STREET<br>LONDON EC3A 7EE<br>UNITED KINGDOM |
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | CHARISMA MEDIA<br>ATTN: NED CLEMENTS<br>600 RINEHART ROAD<br>LAKE MARY, FL 32746 |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CHERRY | CHERRY MOVIE LLC<br>MARK HALLORAN<br>HALLORAN LAW FIRM<br>8840 WILSHIRE BLVD., SUITE 200<br>BEVERLY HILLS, CA 90211 |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: EVERY SECOND COUNTS | CHESLER/PERLMUTTER PRODUCTIONS, INC.<br>129 YORKVILLE AVENUE, SUITE 200<br>ATTN: DAVID M. PERLMUTTER<br>TORONTO, ON M5R 1C4<br>CANADA |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CYBERMUTT | CHESLER/PERLMUTTER PRODUCTIONS, INC.<br>129 YORKVILLE AVENUE, SUITE 200<br>ATTN: DAVID M. PERLMUTTER<br>TORONTO, ON M5R 1C4<br>CANADA |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MR. FIX IT | CHICARAY FILMS, LLC<br>MICHAEL E. MORALES<br>ATTORNEY AT LAW<br>10880 WILSHIRE BOULEVARD, SUITE 2070<br>LOS ANGELES, CA 90024 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FILM LICENSE AGREEMENT<br>EFFECTIVE DATE: 12/12/2013 | CHILLER LLC<br>ATTN: JUSTIN SMITH, PROGRAMMING & ACQUISITIONS<br>30 ROCKEFELLER PLAZA<br>ROOM 1802E<br>NEW YORK, NY  10112 |
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: INVISIBLE INK | CHRISTOPHER JULIAN DIGITALWORKS<br>114 24TH AVENUE EAST<br>ATTN: CHRISTOPHER JULIAM<br>SEATTLE, WA  98112 |
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: EVELYN | CINEEVELYN INTERNATIONALE<br>FILMPRODUKTIONSGESELLSCHAFT MBH & CO.<br>MR. EWERHARD ENGELS<br>1 BETEILIGUNGS-KG<br>POTSDAM  14482<br>GERMANY |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: INNOCENTS | CINEINNOCENT INTERNATIONALE<br>FILMPRODUKTIONSGESELLSCHAFT MBH & CO., FIRST LOOK<br>MEDIA, ERSTE BETEILUNGUNGS-KG<br>BAVARIAFILMPLATZ 7 GRÜNWALD<br>BAYERN  82031<br>GERMANY |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: KHUMBA | CINEMA MANAGEMENT GROUP LLC<br>8730 WILSHIRE BOULEVARD<br>SUITE 416<br>ATTN: EDWARD NOELTNER<br>BEVERLY HILLS, CA  90211 |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MAP OF THE WORLD | CINEMAP INTERNATIONALE<br>FILMPRODUCKTIONSGESELLSCAFT<br>1. BETEILIGUNGUS KG |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HONEY FOR OSHUN | CINEMATOGRAFICA MACONDO, S.A. DE C.V.<br>ATLETAS 2, A301, ESTUDIOS CHURUBUSCO<br>ATTN: CARLOS SANCHEZ SOSA<br>COL. COUNTRY CLUB<br>MEXICO CITY, DF  04220<br>MEXICO |

Debtor    OUR ALCHEMY, LLC                                              Case Number (if known) 16-11596

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.221** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: SAVAGE MESSIAH | CINEMAVAULT RELEASING CINEMAVAULT RELEASING INC. 434 QUEEN STREET EAST ATTN: NICK STILIADIS; KATHY AVARICH JOHNSON TORONTO, ON  M5A 1T5 CANADA |
| **2.222** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: DIAMONDS | CINESUN INTERNATIONALE FILMPRODUKTIONSGESELLSCHAFT MBH & CO. ERSTE BETEILINGUNGS-KG |
| **2.223** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: OGRE | CINETEL FILMS 8255 SUNSET BLVD. ATTN: PAUL HERTZBERG LOS ANGELES, CA  90046 |
| **2.224** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: LOST TREASURE | CINETEL FILMS 8255 SUNSET BLVD. ATTN: PAUL HERTZBERG LOS ANGELES, CA  90046 |
| **2.225** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: GLOBAL EFFECT | CINETEL FILMS 8255 SUNSET BLVD. ATTN: PAUL HERTZBERG LOS ANGELES, CA  90046 |
| **2.226** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: POLAR STORM | CINETEL FILMS 8255 SUNSET BLVD. ATTN: PAUL HERTZBERG LOS ANGELES, CA  90046 |
| **2.227** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: TRIAL BY FIRE | CINETEL FILMS 8255 SUNSET BLVD. ATTN: PAUL HERTZBERG LOS ANGELES, CA  90046 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ICE TWISTERS | CINETEL FILMS<br>8255 SUNSET BLVD.<br>ATTN: PAUL HERTZBERG<br>LOS ANGELES, CA  90046 |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CODE HUNTER | CINETEL FILMS<br>8255 SUNSET BLVD.<br>ATTN: PAUL HERTZBERG<br>LOS ANGELES, CA  90046 |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: I ACCUSE | CINETEL FILMS<br>8255 SUNSET BLVD.<br>ATTN: PAUL HERTZBERG<br>LOS ANGELES, CA  90046 |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CON EXPRESS | CINETEL FILMS<br>8255 SUNSET BLVD.<br>ATTN: PAUL HERTZBERG<br>LOS ANGELES, CA  90046 |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HYDRA | CINETEL FILMS<br>8255 SUNSET BLVD.<br>ATTN: PAUL HERTZBERG<br>LOS ANGELES, CA  90046 |
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BA'AL | CINETEL FILMS<br>8255 SUNSET BLVD.<br>ATTN: PAUL HERTZBERG<br>LOS ANGELES, CA  90046 |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STORM CELL | CINETEL FILMS<br>8255 SUNSET BLVD.<br>ATTN: PAUL HERTZBERG<br>LOS ANGELES, CA  90046 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: DETONATOR | CINETEL FILMS<br>8255 SUNSET BLVD.<br>ATTN: PAUL HERTZBERG<br>LOS ANGELES, CA  90046 |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: MAY STORY | CINEWORKS INC.<br>301, 108-2 YANLIM-DONG, NAM-GU<br>ATTN: PARK GWANG MAN<br>GWANGJU  503-822<br>KOREA |
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | CIRCUS ROAD FILMS, INC.<br>DBA DIGGIT<br>ATTN: GLEN REYNOLDS<br>4147 VANTAGE AVE<br>STUDIO CITY, CA  91604 |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: BACK TO THE JURASSIC | CJ ENTERTAINMENT AMERICA, LLC<br>ATTN: RICK BUEHLER<br>5700 WILSHIRE BLVD, SUITE 550<br>LOS ANGELES, CA  90036 |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | CJ ENTERTAINMENT AMERICA, LLC<br>ATTN: RICK BUEHLER<br>5700 WILSHIRE BLVD, SUITE 550<br>LOS ANGELES, CA  90036 |
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: FACES IN THE CROWD | CLANDESTINE SERVICE, LLC<br>VOLTAGE PICTURES LLC<br>662 N. CRESCENT HEIGHTS BLVD.<br>ATTN: NICOLAS CHARTIER<br>LOS ANGELES, CA  90048 |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: FOR MEMBERS ONLY | CLEMINTERNAZIONALE CINEMATORGRAFICA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LEFT BEHIND | CLOUD TEN PICTURES, INC.<br>TRIDENT HOUSE, 2ND FLOOR<br>ATTN: PETER LALONDE<br>BROAD STREET<br>BRIDGETOWN, BARBADOS<br>WEST INDIES |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | COHEN MEDIA GROUP<br>ATTN: RUDY GARCIA<br>750 LEXINGTON AVE<br>NEW YORK, NY 10022 |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | COHEN MEDIA GROUP, LLC<br>ATTN: GARY RUBIN<br>750 N SAN VICENTE BLVD, SUITE 1600<br>WEST HOLLYWOOD, CA 90069 |
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: 7TH HUNT, THE | COHEN, JON<br>P.O. BOX 709<br>SUNNY HILLS, NSW 2010<br>AUSTRALIA |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: RANDOM ACTS OF VIOLENCE (F/K/A "CHARM") | COMA PRODUCTIONS LLC<br>COMA PRODUCTIONS<br>ATTN: JONATHAN CRAVEN<br>545 ROSSMORE AVE. #7<br>LOS ANGELES, CA 90004 |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CONNED | CONNED LLC<br>ATTN: ARTHUR LUHN<br>84 ANDERSON DR.<br>RANDOLPH, MA 02368 |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PARTY MONSTER | CONTENT FILM<br>CONTENT FILM, INC.<br>419 LAFAYETTE STREET, 7TH FLOOR<br>ATTN: BUSINESS AFFAIRS<br>NEW YORK, NY 10003 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: THIRTEEN CONVERSATIONS ABOUT ONE THING | CONVERSATION PRDTNS, ECHO LKE PRDTNS LLC<br>MR. BENI ATOORI<br>5050 SERRANIA AVENUE<br>WOODLAND HILLS, CA 91364 |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: JIMMY SHOW, THE | CONVERSATION PRDTNS, ECHO LKE PRDTNS LLC<br>MR. BENI ATOORI<br>5050 SERRANIA AVENUE<br>WOODLAND HILLS, CA 91364 |
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: NIGHTFUR | CORGAN PICTURES INC.<br>2270 GRANT ROAD<br>BILLINGS, MT 59102-7457 |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: CORONADO | CORONADO MOTION PICTURE<br>ARMS GMBH<br>AM HANG 4A; ATTN: MICHAEL SCHAEFER<br>SEEVETAL 21218<br>GERMANY |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VENDOR PURCHASE PROGRAM AGREEMENT<br>EFFECTIVE DATE: 5/8/2015 | COSTCO WHOLESALE<br>P.O. BOX 34622<br>SEATTLE, WA 98124-1622 |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: CHARLIE COUNTRYMAN (AKA NECESSARY DEATH OF CHARLIE COUNTRYMAN) | COUNTRYMAN NEVADA LLC<br>C/O VOLTAGE PICTURES LLC<br>662 N CRESCENT HEIGHTS BLVD<br>ATTN: NICOLAS CHARTIER<br>LOS ANGELES, CA 90048 |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | COVENANT COMMUNICATIONS, INC.<br>ATTN: TAMMY KOLKMAN<br>920 E STATE ROAD, #F<br>AMERICAN FORK, UT 84003 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: COVER STORY | COVER STORY FILMS INC. 3911 TRASIMENE CRESCENT SW CALGARY, AB  T3E 7J6 CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: CRASH | CRASH DISTRIBUTION, LLC 10850 WILSHIRE BOULEVARD, SUITE 1050 ATTN: NEIL SACKER LOS ANGELES, CA  90024 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER AGREEMENT | CROQUET GAME, LLC ATTN: MICHAEL WHALEY 4300 VIA MARISOL, SUITE 732 LOS ANGELES, CA  90042 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | MILLENNIUM ENTERTAINMENT - CABLEVISION VOD AGREEMENT EFFECTIVE DATE: 4/22/2014 | CSC HOLDINGS, LLC 1111 STEWART AVENUE BETHPAGE, NY  11714 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: ELSA & FRED | CUATRO PLUS FILMS LLC 434 SOUTH CURSON AVENUE SUITE #5011H ATTN: JOSE LEVY LOS ANGELES, CA  90036 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: THROUGH THE FIRE | CUNNINGHAM, CHARLES C. ERVIN, COHEN & JESSUP 9401 WILSHIRE BLVD., 9TH FLOOR ATTN: THOMAS F.R. GARVIN, ESQ. BEVERLY HILLS, CA  90212 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: PROMISE KEPT, A | CURB ENTERTAINMENT INTL CORPORATION 3907 WEST ALAMEDA AVENUE ATTN: CAROL CURB BURBANK, CA  91505 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.263 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: TOUGH LUCK | CURB ENTERTAINMENT INTL CORPORATION<br>3907 WEST ALAMEDA AVENUE<br>ATTN: CAROL CURB<br>BURBANK, CA  91505 |
| 2.264 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DIRTY LOVE | D. LOVE CAPITAL LLC<br>1122 NORTH CLARK STREET, #3008<br>ATTN: SCOTT SALDANA<br>CHICAGO, IL  60610 |
| 2.265 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DANGER ZONE III | DANGER ZONE III FILM PARTNERSHIP<br>2071 VISTA DEL MAR<br>LOS ANGELES, CA  90068 |
| 2.266 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DANIKA | DANIKA LLC<br>THE COLLECTIVE<br>9100 WILSHIRE BOULEVARD, SUITE 700 WEST<br>ATTN: S. REDICK<br>BEVERLY HILLS, CA  90212 |
| 2.267 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LIZZIE | DARK MORGUE PICTURES LLC<br>HIGHLAND FILM GROUP, LLC<br>9200 SUNSET BLVD., SUITE 600<br>ATTN: ARIANNE FRASER<br>WEST HOLLYWOOD, CA  90069 |
| 2.268 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HELL BABY | DARKO ENTERTAINMENT LLC<br>9164 MELROSE AVE<br>2ND FL<br>ATTN: SEAN MCKITTRICK<br>LOS ANGELES, CA  90046 |
| 2.269 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FINE GOLD | DE LA LOMA, JOSE ANTONIO<br>J.A.L. PRODUCCIONES CINEMATOGRAFICAS<br>ALICANTE, 27 BAJOS H<br>BARCELONA  08022<br>SPAIN |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.270 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: TINY LITTLE LIES | DEAD ARTIST FILMS LLC 160 GOULD STREET SUITE 320 ATTN: ERIC P. ROTHENBERG NEEDHAM, MA 02494 |
| 2.271 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: DEADLINE | DEADLINE, LLC LICHTER GROSSMAN NICHOLS & ADLER, INC. 9200 SUNSET BOULEVARD, SUITE 1200 ATTN: STEPHEN CLARK, ESQ. LOS ANGELES, CA 90069 |
| 2.272 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: DEDICATION | DEDICATED PRODUCTIONS LLC C/O SLOSS LAW OFFICE 555 WEST 25TH STREET, 4TH FLOOR ATTN: DAN STEINMAN NEW YORK, NY 10001 |
| 2.273 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE AS A SERVICE AGREEMENT EFFECTIVE DATE: 3/16/2015 | DELUXE MEDIA INC ATTN: GENERAL COUNSEL 2400 W EMPIRE AVENUE SUITE 200 BURBANK, CA 91504 |
| 2.274 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: ROLLING PAPERS | DENVER DOCUMENTARY COLLECTIVE LLC 476 LAFAYETTE STREET ATTN: ALISON MILLICE DENVER, CO 80209 |
| 2.275 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | DESERT MOUNTAIN MEDIA, INC. 4323 EAST COTTON CENTER BLVD. PHOENIZ, AZ 85840 |
| 2.276 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: HOLLYWOOD VICE SQUAD | DESTINATION CINEMA, INC. LOEB AND LOEB 10100 SANTA MONICA BLVD.; SUITE 2200 ATTN: PETER A. LEVITAN, ESQ. LOS ANGELES, CA 90067 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.277** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: SOUTHERN COMFORT | DESTINATION CINEMA, INC. <br> LOEB AND LOEB <br> 10100 SANTA MONICA BLVD.; SUITE 2200 <br> ATTN: PETER A. LEVITAN, ESQ. <br> LOS ANGELES, CA 90067 |
| **2.278** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: BORN AMERICAN | DESTINATION CINEMA, INC. <br> LOEB AND LOEB <br> 10100 SANTA MONICA BLVD.; SUITE 2200 <br> ATTN: PETER A. LEVITAN, ESQ. <br> LOS ANGELES, CA 90067 |
| **2.279** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLIER AGREEMENT | DIGITAL 1 STOP, INC. <br> ATTN: IAAN WARFIELD <br> 2445 NEVADA AVE. NORTH <br> MINNEAPOLIS, MN 55427 |
| **2.280** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: NIGHT SCREAMS | DILL II PRODUCTIONS, A LMTD PARTNERSHIP <br> COOPER, EPSTEIN & HUREWITZ <br> 9465 WILSHIRE BOULEVARD <br> ATTENTION: JEFFREY TAYLOR LIGHT, ESQ. <br> BEVERLY HILLS, CA 90212 |
| **2.281** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DIRECT BRANDS INC AGREEMENT <br> EFFECTIVE DATE: 1/24/2013 | DIRECT BRANDS INC <br> ONE PENN PLAZA <br> 250 WEST 34TH STREET <br> NEW YORK, NY 10119 |
| **2.282** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PPV/VOD "OUTPUT" LICENSE <br> AGREEMENT <br> EFFECTIVE DATE: 10/2/2015 | DIRECTTV, LLC <br> ATTN: TODD MATHERS, SR, VP, PROGRAMMING <br> 2230 E IMPERIAL HIGHWAY <br> EL SEGUNDO, CA 90245 |
| **2.283** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PAY-PER-VIEW, VIDEO-ON-DEMAND <br> AND ELECTRONIC SELL-THROUGH <br> AGREEMENT <br> EFFECTIVE DATE: 5/16/2013 | DISH NETWORK LLC <br> 9601 S MERIDIAN BLVD <br> ENGLEWOOD, CO 80112 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: JAMES CAMERON'S DEEPSEA CHALLENGE 3D | DISRUPTIVE DSC, LLC<br>ATTN: CHRIS G MILLER<br>3711 GRANDVIEW BLVD<br>LOS ANGELES, CA  90066 |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SLEEPER'S WAKE | DISTANT HORIZON LIMITED<br>KENNETH KAPLAN<br>BIOSKOPE FILMWORKS; 78 CORLETT DRIVE<br>MELROSE NORTH<br>JOHANNESBURG<br>SOUTH AFRICA |
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DISTANT JUSTICE | DISTANT JUSTICE JOINT VENTURE<br>9000 SUNSET BLVD., STE. 1005<br>ATTN: JOE WOLF<br>LOS ANGELES, CA  90069 |
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: NEW YORK COP | DISTANT JUSTICE JOINT VENTURE<br>9000 SUNSET BLVD., STE. 1005<br>ATTN: JOE WOLF<br>LOS ANGELES, CA  90069 |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | DISTRIMAX INC.<br>ATTN: FRANCISCO DURAN<br>396 SOUTH LA STREET SUITE 206<br>LOS ANGELES, CA  90013 |
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ILLEGALLY YOURS | DLQ FILMWORKS, INC.<br>C/O FIRST BANK NATIONAL ASSOCIATION<br>MPFP 1803, 601 SECOND AVENUE SOUTH<br>ATTN: DAVID C. LARSEN<br>MINNEAPOLIS, MN  55402-5302 |
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PUMPKINHEAD | DLQ FILMWORKS, INC.<br>C/O FIRST BANK NATIONAL ASSOCIATION<br>MPFP 1803, 601 SECOND AVENUE SOUTH<br>ATTN: DAVID C. LARSEN<br>MINNEAPOLIS, MN  55402-5302 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.291 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BEYOND THE STEPPES | DOC & FILM INTERNATIONAL<br>13 RUE PORTEFOIN<br>PARIS  75003<br>FRANCE |
| 2.292 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FATHERLESS, THE | DOC & FILM INTERNATIONAL<br>13 RUE PORTEFOIN<br>PARIS  75003<br>FRANCE |
| 2.293 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BARK | DOG POINTE PRODUCTIONS LLC<br>7244 HILLSIDE AVE<br>APT 104<br>LOS ANGELES, CA  90046-2331 |
| 2.294 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STRANDED | DOLORES PICTURES<br>PZA DE ESPANA 18, PISO 33, PTA 4<br>ATTN: JOSE MAGAN<br>MADRID  28008<br>SPAIN |
| 2.295 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DONOVAN'S ECHO | DONOVAN'S ECHO PRODUCTIONS INC.<br>STEALTH MEDIA GROUP LTD<br>ATTN: TANIA SARRA<br>14 REGENT HILL<br>BRIGHTON  BN1 3ED<br>UNITED KINGDOM |
| 2.296 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: IN A DARK PLACE | DP FILMS LIMITED AND TARANTULA SARL<br>DP FILMS LIMITED<br>BAGLEYS STUDIOS<br>YORK WAY<br>LONDON  N1 0UZ<br>UNITED KINGDOM |
| 2.297 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WAN CHAI BABY | DRAGON HORSE FILMS LIMITED<br>CRAIG ADDISION, MANAGING DIRECTOR<br>UNIT C, 6/F, 2-4 TSING FUNG STREET<br>HONG KONG<br>SAR CHINA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ACT YOUR AGE | DREAMSCAPE CINEMA<br>2021 S 1ST STREET<br>#206B<br>CHAMPAIGN, IL 61820 |
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ANDERSON MERCHANDISERS--CLASSIC/DREAMWORKS ANIMATION/BIG IDEA BINDING TERM SHEET, APRIL 23, 2013<br>EFFECTIVE DATE: 4/24/2013 | DREAMWORKS ANIMATION HOME ENTERTAINMENT, INC.<br>ATTN: KELLEY AVERY<br>1000 FLOWER STREET<br>GLENDALE, CA 91201 |
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MY DATE WITH DREW | DREW CREW<br>COSTA ABRAMS & COATE<br>1221 2ND STREET, THIRD FLOOR<br>ATTN: MR. ALAN ABRAMS, ESQ.<br>SANTA MONICA, CA 90401 |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT<br>EFFECTIVE DATE: 7/10/2015 | DRINKWATER, TREVOR<br>15426 ALBRIGHT ST<br>PACIFIC PALISADES, CA 90272-2524 |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WASSUP ROCKERS | DUAL FILMS PRODUCTIONS, INC.<br>8000 SUNSET BOULEVARD, EAST PENTHOUSE<br>ATTN: H. WINTERSTERN<br>LOS ANGELES, CA 90046 |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | DWA PARTIES<br>ATTN: KELLEY AVERY<br>CAMPANILE BUILDING<br>GLENDALE, CA 91201 |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | DWA PARTIES<br>ATTN: PAUL IANNICELLI, ESQ.<br>GRANDVIEW BUILDING<br>1000 FLOWER STREET<br>GLENDALE, CA 91201 |

| Debtor | OUR ALCHEMY, LLC | Case Number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | DWA PARTIES<br>C/O ANDERSON MERCHANDISERS<br>ATTN: BILL LARDIE<br>5601 GRANITE PARKWAY<br>PLANO, TX 75024 |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | DWA PARTIES<br>C/O ANDERSON MERCHANDISERS<br>ATTN: RICK THAMER<br>5601 GRANITE PARKWAY, SUITE 1400<br>PLANO, TX 75024 |
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AS I LAY DYING | DYING PRODUCTIONS, INC.<br>C/O NU IMAGE INC<br>ATTN: LEGAL AFFAIRS<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: JET BOY | EAGLE PICTURES SPA<br>VIA M. BUONARROTI,5<br>MILAN 20149<br>ITALY |
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PRIMETIME MURDER | EAGLE PICTURES SPA<br>VIA M. BUONARROTI,5<br>MILAN 20149<br>ITALY |
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DEADLY COMPROMISE | EAGLE PICTURES SPA<br>VIA M. BUONARROTI,5<br>MILAN 20149<br>ITALY |
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: EARTHTASTROPHE | EARTHTASTROPHE DISTRIBUTION LLC<br>C/O CINETEL FILMS<br>INC. 8255 SUNSET BOULEVARD<br>ATTN: STEVE GREGOROPOULOS<br>LOS ANGELES, CA 90046 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MIDSUMMER MADNESS | EASTWEST FILMDISTRIBUTION GMBH<br>ATTN: OLIVIER VAN BOCKSTAEL<br>14 SCHOTTENFELDGASSE<br>WIEN  A-1070<br>AUSTRIA |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BIRD CANT FLY, THE | EASTWEST FILMDISTRIBUTION GMBH<br>ATTN: OLIVIER VAN BOCKSTAEL<br>14 SCHOTTENFELDGASSE<br>WIEN  A-1070<br>AUSTRIA |
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FAIR GAME | EIDOSCOPE INTERNATIONAL<br>STEPHEN SWADEN (SPECTRUM ENT GROUP PLC)<br>C/O LEONARD CURTIS & CO; P.O. BOX 553<br>EASTBOURNSE TERRANCE<br>LONDON<br>UNITED KINGDOM |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: YOGA EVOLUTION | ELIOT, TRAVIS<br>1000 ASHLAND AVE. STE #3<br>SANTA MONICA, CA  90405 |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STONEHEARST ASYLUM | ELIZA'S PRODUCTIONS, INC. (NU IMAGE)<br>NU IMAGE INC.<br>6423 WILSHIRE BLVD<br>LOS ANGELES, CA  90048 |
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MRS. DALLOWAY | ELPHICH LIMITED<br>C/O MARILL ACCOUNTANCY SERVICES<br>90 HIGH STREET<br>HARROW-ON-THE-HILL<br>MIDDLESEX  HA1 3LP<br>UNITED KINGDOM |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: EM | EME FILMS, LLC<br>GRETCHEN V. O'NEAL |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.319 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: EMPEROR'S WIFE, THE | EMPEROR'S WIFE C.V.; STICHTING EMPERORS WIFE AND INTL FILMPRODUCTIE III B.V.<br>FIRST LOOK MEDIA |
| 2.320 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DEPOSITION, THE | EMPHATIC FILMS, LLC<br>ATTN EDWARD MENSORE<br>1317 3/4 N CATALINA STREET<br>LOS ANGELES, CA 90027 |
| 2.321 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: EMPLOYEE OF THE MONTH | EMPLOYEE OF THE MONTH, LLC<br>10850 WILSHIRE BOULEVARD, SUITE 1050<br>LOS ANGELES, CA 90024 |
| 2.322 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: RAMPART | END OF WATCH LLC<br>C/O ZIFFREN, BRITTENHAM LLP<br>ATTN: JAMIE AFIFI<br>1801 CENTURY PARK WEST<br>LOS ANGELES, CA 90067 |
| 2.323 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ENDURE | ENDURE PICTURES, LLC<br>ATTN: ROB TRITTON<br>1910 HARDEN BLVD., STE. 105<br>LAKELAND, FL 33803 |
| 2.324 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 5/26/2015 | ENTERTAINMENT IN MOTION, INC<br>5455 CENTINELA AVE, 2ND FL<br>LOS ANGELES, CA 90066 |
| 2.325 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | EPIC PICTURES GROUP<br>9107 WILSHIRE BLVD, SUITE 450<br>BEVERLY HILLS, CA 90210 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: WOLF TOWN | EPIC PICTURES GROUP, INC.<br>ATTN: SHAKED BERENSON<br>6725 SUNSET BLVD., SUITE 330<br>HOLLYWOOD, CA 90028 |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | ERIC FEIG ENTERTAINMENT & MEDIA LAW INC.<br>ATTN: ERIC FEIG, ESQ.<br>8730 WILSHIRE BLVD., SUITE 350<br>BEVERLY HILLS, CA 90211 |
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SVOD LICENSE AGREEMENT<br>EFFECTIVE DATE: 1/14/2016 | ESALT MEDIA TECHNOLOGIES, LLC<br>D/B/A PURE FLIX DIGITAL<br>18940 NORTH PIMA RD<br>SUITE 110<br>SCOTTSDALE, AZ 85255 |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | E-T PICTURES, LLC<br>2721 LA CUESTA DRIVE<br>LOS ANGELES, CA 90046 |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT | ETA FILMS, LLC<br>BLUNT FORCE TRAUMA LLC<br>ATTN: ERIC BRENNER<br>9190 OLYMPIC BLVD, SUITE 400<br>BEVERLY HILLS, CA 90212 |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | EXCALIBUR MEDIA GROUP, LLC<br>ATTN: SERGIO GARCIA, ARMANDO ESPINOSA<br>3055 BEYER BOULEVARD, BLDG C, SUITE 101<br>SAN DIEGO, CA 92154 |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | EXCEL ENTERTAINMENT GROUP<br>ATTN: HEATHER TRAUGHBER<br>4910 W AMELIA EARHART DRIVE SUITE 1<br>SAL LAKE CITY, UT 84116 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | EXCLUSIVE MEDIA GROUP HOLDINGS, INC.<br>ATTN: MARC SCHIPPER<br>9100 WILSHIRE BLVD., SUITE 401E<br>BEVERLY HILLS, CA  90212 |
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SWINDLE | EXPORT DEVELOPMENT CANADA<br>EXPORT DEVELOPMENT CORPORATION<br>151 O'CONNOR<br>ATTN: NICOLE DUQUET<br>OTTAWA, ON  K1A 1K3<br>CANADA |
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: NET GAMES | EXTRAORDINARY FILMS<br>10551 W. PICO BLVD.<br>ATTN: ANDREW VAN SLEE<br>LOS ANGELES, CA  90064 |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: TOTALLY BLONDE | EXTRAORDINARY FILMS<br>ALL CHANNEL FILMS<br>2662 CARMAR DR.<br>ATTN: SETH KITTAY<br>LOS ANGELES, CA  90046 |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | FAIRWAY FILM ALLIANCE<br>ATTN: MARTY POOLE<br>715 MACHADO DRIVE SUITE 10<br>LOS ANGELES, CA  90291 |
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FAKE | FAKE LLC<br>114 WEST MAIN STREET<br>SUITE 105<br>ATTN: GREGORY W FRIEDLE<br>NEW BRITAIN, CT  06051 |
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BIG SQUEEZE, THE | FAST FORWARD SERVICES, INC.<br>8315 BEVERLY BLVD.<br>LOS ANGELES, CA  90048 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: 1 | FAST TRACK FILMS USA, LLC AMBI DISTRIBUTION 9454 WILSHIRE SUITE M-16 BEVERLY HILLS, CA  90212 |
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | FATWA PRODUCTIONS, LLC 8399 PARIS STREET LORTON, VA  22079 |
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: HARVARD MAN | FENB FILM CORP. WORLD WIDE MULTIMEDIA, LP 442 NORTH CAMDEN DRIVE, SUITE 760 ATTN: CHUCK AVIS BEVERLY HILLS, CA  92101 |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: SAMOURAIS | FIDELITE PRODUCTIONS PATHE INTERNATIONAL 10, RUE LINCOLN ATTN: MS. ANNOUCHKA LESOEUR PARIS  75008 FRANCE |
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: I'LL TAKE YOU THERE | FILM 49 366 BROADWAY, SUITE 2A NEW YORK, NY  10013 |
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: COUPLE, THE | FILM AND MUSIC ENTERTAINMENT 5670 WILSHIRE BOULEVARD, SUITE 1690 ATTN: JOHN DALY; BLAZYE COLLINS LOS ANGELES, CA  90036 |
| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: RED HOT | FILM FINANCES, INC. 9000 SUNSET BOULEVARD, SUITE 1400 LOS ANGELES, CA  90069 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: LUSTER | FILM PARTNERSHIP, LLC 9107 WILSHIRE BLVD. SUITE #450 BEVERLY HILLS, CA 90210 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: MIRANDA | FILMFOUR LIMITED 76-78 CHARLOTTE STREET LONDON W1P 1LX UNITED KINGDOM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: ALLIE & ME | FILMKITCHEN.COM 225 N. JUANITA AVENUE SUITE B REDONDO BEACH, CA 90277 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: FINAL ROUND | FINAL ROUND PRODUCTIONS, INC. C/O ENTERTAINMENT SECURITIES LTD. 1632 5TH STREET, SUITE 310 SANTA MONICA, CA 90401 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: BOYS & GIRL FROM COUNTY CLARE, THE | FIRST LOOK LIMITED C/O AGN SHIPLEYS; 10 ORANGE STREET HAYMARKET LONDON WC2H 7DQ UNITED KINGDOM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | LIBRARY PICTURES AGREEMENT EFFECTIVE DATE: 8/28/2007 | FIRST LOOK SPV LLC ATTN: CEO; VP BUSINESS & LEGAL AFFAIRS 2000 AVENUE OF THE STARS SUITE 410 LOS ANGELES, CA 90067 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT EFFECTIVE DATE: 12/15/2009 | FIRST LOOK STUDIOS, INC. ATTN: REID SULLIVAN 2000 AVENUE OF THE STARS, STE 410 LOS ANGELES, CA 90067 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   OUR ALCHEMY, LLC
(Name)

Case Number (if known) 16-11596

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: GOOD DAY FOR IT | FISH AND GAME, LLC<br>REDER FEIG LLP<br>421 SOUTH BEVERLY DR., STE 800<br>ATTN: NOOR AHMED AND DAVID PATINELLA, ESQ.<br>BEVERLY HILLS, CA 90212 |
| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: UNIDENTIFIED, THE | FLOODGATE FEATURES LLC<br>28-08-35TH ST. #5K<br>ATTN: TIM O'NEILL<br>ASTORIA, NY 11103 |
| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | FOOTAGE FILMS, LLC<br>(SILENT PARTNER ENTERTAINMENT GROUP)<br>5753 EAST SANTA ANA CANYON ROAD<br>ANAHEIM HILLS, CA 92807 |
| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MANIAC COP III: BADGE OF SILENCE | FOOTSTONE, INC.<br>JEFFER, MANGELS, BUTLER & MARMARO<br>2121 AVENUE OF THE STARS; TENTH FLOOR<br>ATTN: MICHAEL S. SHERMAN, ESQ.<br>LOS ANGELES, CA 90067 |
| 2.358 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BANGKOK DANGEROUS | FORTISSIMO FILMS<br>FORTISSIMO FILM SALES<br>CRUQUIUSWEG 40<br>AT AMSTERDAM 1019<br>THE NETHERLANDS |
| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MEET THE PATELS | FOUR IN A BILLION PICTURES LLC<br>ATTN: G. PATEL / J. ECKHOLM<br>437 N. ORANGE GROVE<br>LOS ANGELES, CA 90036 |
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FOUR SHEETS TO THE WIND | FOUR SHEETS TO THE WIND LLC<br>P.O. BOX 91650<br>ATTN: TED KROEBER<br>LOS ANGELES, CA |

Debtor    OUR ALCHEMY, LLC
_____
(Name)

Case Number (if known) 16-11596

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SURVIVAL | FRANK RAFFEL, CREATIVEMOVIECREATIONS EVENT FILM DISTRIBUTION INC.<br>ATTN: UWE BOLL<br>1746 COLLINGWOOD STR.<br>VANCOUVER, BC  V6R 3K3<br>CANADA |
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ONCE FALLEN | FREEDOM FILMS INDEPENDENT LLC<br>ATTN: BRIAN PRESLEY<br>15300 VENTURA BLVD #508<br>SHERMAN OAKS, CA  91403 |
| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | FREESTYLE DIGITAL MEDIA LLC<br>ATTN: SUSAN JACKSON<br>6310 SAN VICENTE BLVD<br>SUITE 500<br>LOS ANGELES, CA  90048 |
| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LEO | FREEWHEEL INTERNATIONAL LTD.<br>VORTEX PICTURES LLC<br>9420 WILSHIRE BOULEVARD, SUITE 250<br>ATTN: SCOTT NIEMEYER<br>BEVERLY HILLS, CA  90212 |
| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WHEN CALLS THE HEART | FRONTIER PRODUCTIONS LLC<br>10635 SANTA MONICA BLVD.<br>SUITE 180<br>LOS ANGELES, CA  90025 |
| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WHEN CALLS THE HEART (SERIES) | FRONTIER PRODUCTIONS LLC<br>LAW OFFICES OF WEINBERG AND FYVOLENT<br>6600 SUNSET BLVD<br>SUITE 222<br>LOS ANGELES, CA  90028 |
| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT<br>EFFECTIVE DATE: 2/7/2006 | FRY'S ELECTRONIC INC<br>ATTN: KATHRYN J KOLDER, EXECUTIVE VICE PRESIDENT<br>600 E BROKAW ROAD<br>SAN JOSE, CA  95112 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | FUNIMATION ENTERTAINMENT<br>ATTN: GENERAL COUNSEL<br>1200 LAKESIDE PARKWAY, BLDG 1<br>FLOWER MOUND, TX 75028 |
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | FUNIMATION PRODUCTIONS, LTD<br>ATTN: CONNIE MARTINEZ<br>6851 NE LOOP 820, SUITE 247<br>FORT WORTH, TX 76180 |
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FAR SIDE OF JERICHO, THE | FURTHER PRODUCTIONS LLC<br>6271 PINE CREST DRIVE<br>ATTN: TOM SHELL, JUDITH BURNETT<br>LOS ANGELES, CA 90042 |
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | GAIAM AMERICAS, INC.<br>ATTN: VP, BUSINESS & LEGAL AFFAIRS<br>833 W SOUTH BOULDER ROAD<br>LOUISVILLE, CO 80027 |
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CHERRYBOMB | GENERATOR ENTERTAINMENT LIMITED<br>C/O THE LITTLE FILM COMPANY<br>12930 VENTURA BOULEVARD #822<br>STUDIO CITY, CA 91604 |
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | GENESIS DISTRIBUTION, LLC<br>ATTN: JASON HEWITT<br>8686 GENERAL CHENNAULT DRIVE<br>BATON ROUGE, LA 70807 |
| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | GENIUS PRODUCTS, INC<br>ATTN: LEGAL<br>740 LOMAS SANTA FE, SUITE 210<br>SOLANA BEACH, CA 92075 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FOUR CORNERS OF SUBURBIA | GILBERT, RON<br>1025 OCEAN AVENUE<br>SUITE 306<br>SANTA MONICA, CA 90403 |
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HOMELAND | GILBERT, RON<br>1025 OCEAN AVENUE<br>SUITE 306<br>SANTA MONICA, CA 90403 |
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: OTRA PELICULA DE AMOR | GITANO FILMS<br>CINE ARTE ALAMEDA LIMITADA<br>AV LIBERTADOR BERNARDO O'HIGGINS<br>SANTIAGO DE CHILE<br>CHILE |
| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PASEO | GITANO FILMS<br>CINE ARTE ALAMEDA LIMITADA<br>AV LIBERTADOR BERNARDO O'HIGGINS<br>SANTIAGO DE CHILE<br>CHILE |
| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | GIVENS, ADELE<br>C/O DOUG EDLEY<br>THE GERSH AGENCY<br>232 N. CANNON DRIVE<br>BEVERLY HILLS, CA 90210 |
| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | GO ENTERTAINMENT (INTERNATIONAL) LIMITED<br>ATTN: LEIGH WEBB<br>BROADLEY HOUSE<br>48 BROADLEY TERRACE<br>LONDON NW1 6LG<br>UNITED KINGDOM |
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ROSE PARADE: A PAGEANT FOR THE AGES | GOAL PRODUCTIONS, INC.<br>1905 VICTORY BOULEVARD, SUITE 6<br>GLENDALE, CA 91201 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.382 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BY THE GUN | GOD ONLY KNOWS INC<br>270 BELLEVUE AVENUE<br>SUITE 175<br>ATTN: MATTHEW CHAUSSE<br>NEWPORT, RI  02840 |
| 2.383 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO THE BINDING TERM SHEET<br>EFFECTIVE DATE: 7/1/2013 | GOLD KEY HOME VIDEO, LLC D/B/A CLASSIC MEDIA<br>1000 FLOWER STREET<br>GLENDALE, CA  91201 |
| 2.384 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO CONSENT TO ASSIGNMENT AND AMENDMENT TO DISTRIBUTION AGREEMENTS<br>EFFECTIVE DATE: 7/9/2015 | GOLD KEY HOME VIDEO, LLC<br>1000 FLOWER STREET<br>GLENDALE, CA  91201 |
| 2.385 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO DISTRIBUTION AGREEMENTS AND BINDING TERM SHEET<br>EFFECTIVE DATE: 6/30/2014 | GOLD KEY HOME VIDEO, LLC<br>1000 FLOWER STREET<br>GLENDALE, CA  91201 |
| 2.386 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSENT TO ASSIGNMENT AND AMENDMENT TO DISTRIBUTION RIGHTS | GOLD KEY HOME VIDEO, LLC<br>1000 FLOWER STREET<br>GLENDALE, CA  91201 |
| 2.387 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 7/1/2012 | GOLD KEY HOME VIDEO, LLC<br>1000 FLOWER STREET<br>GLENDALE, CA  91201 |
| 2.388 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BLACK MAGIC MANSION | GOLDEN PICTURES LTD/FILMAGIC S.L.<br>GOLDEN PICTURES LIMITED<br>16 A GLOUCESTER ROAD<br>BRISTOL  B S 7 8AB<br>UNITED KINGDOM |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | GOLDEN STAR FILMS, INC.<br>C/O LAW OFFICE OF PAUL S LEVINE<br>ATTN: PAUL S LEVINE, ESQ.<br>1054 SUPERBA AVE<br>VENICE, CA 90291-3940 |
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: DEADLY DECEPTION | GOLDEN SUN S.A.<br>ALICANTE, 27, THIRD FLOOR<br>BARCELONA 08022<br>SPAIN |
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: ASH WEDNESDAY | GOOD MCHINE INTL AGT FOR 10TH AVE PRODTS<br>ARMSTRONG, HIRSCH, JACKOWAY, TYERMAN &<br>WERTHEIMER 1888 CENTURY PARK E, 18TH FL<br>ATTN: ROBERT STULBERG, ESQ.<br>LOS ANGELES, CA 90067 |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: GOOD PEOPLE | GOOD PRODUCTIONS, INC. (NU IMAGE)<br>NU IMAGE INC.<br>6423 WILSHIRE BLVD<br>LOS ANGELES, CA 90048 |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: LITTLE BIRDS | GOODNIGHT MOON FILM LLC<br>8409 SANTA MONICA BLVD.<br>ATTN: JAMIE PATRICOF<br>WEST HOLLYWOOD, CA 90069 |
| 2.394 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO CONTENT LICENSE AGREEMENT OR CONTENT HOSTING SERVICES AGREEMENT, AS APPLICABLE<br>EFFECTIVE DATE: 7/23/2012 | GOOGLE INC<br>1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |
| 2.395 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FAMILY SHARING AMENDMENT<br>EFFECTIVE DATE: 3/10/2015 | GOOGLE INC<br>1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.396 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>EFFECTIVE DATE: 4/1/2011 | GOOGLE INC<br>1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA  94043 |
| 2.397 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRANSACTIONAL CONTENT AGREEMENT<br>EFFECTIVE DATE: 2/7/2006 | GOOGLE INC<br>1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA  94043 |
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | GRAND ENTERTAINMENT, LLC<br>ATTN: HEATHER GROSSMAN<br>5380 GABBERT ROAD<br>MOORPARK, CA  93021 |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | GRAVITAS VENTURES, LLC<br>209 RICHMOND STREET<br>EL SEGUNDO, CA  90245 |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: BLUE TIGER | GRIDLOCK PRODUCTIONS, INC<br>LOEB AND LOEB<br>10100 SANTA MONICA BLVD.<br>ATTN: ROGER ARAR, ESQ.<br>LOS ANGELES, CA  90067 |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: ONE WEEK | GRIOT FILMWORKS, INC.<br>C/O MENEMSHA ENTERTAINMENT<br>1157 SOUTH BEVERLY DRIVE<br>BEVERLY HILLS, CA  90035 |
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: ABSOLON | GTF ABSOLON FILMS INC.<br>C/O HANNIBAL PICTURES INC<br>ATTN: RICHARD RIONDA DEL CASTRO<br>8265 SUNSET BLVD, STE 107<br>WEST HOLLYWOOD, CA  90046 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.403 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: FALLING SKY | GUERILLA FILMS LIMITED GUERILLA FILMS, LTD. 4045 VINELAND AVENUE, SUITE 104 ATTN: GARY SHAR STUDIO CITY, CA 91604 |
| 2.404 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT EFFECTIVE DATE: 2/9/2016 | GUTHRIE, SCOTT 26237 FAIRSIDE ROAD MALIBU, CA 90265 |
| 2.405 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: HALF LIGHT | HALF-LIGHT LLC ZIFFREN BRITTENHAM BRANCA FISCHER GILBERT-LURIE STIFFELMAN&COOK; ATTN WOLF 1801 CENTURY PARK WEST LOS ANGELES, CA 90067 |
| 2.406 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | HAMMER FILMS LEGACY LIMITED C/O EXCLUSIVE MEDIA 9100 WILSHIRE BLVD., SUITE 401 EAST BEVERLY HILLS, CA 90212 |
| 2.407 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: CRIME SPREE | HANNIBAL PICTURES INC. 8265 SUNSET BLVD SUITE 107 ATTN: RICHARD RIONDA DEL CASTRO WEST HOLLYWOOD, CA 90046 |
| 2.408 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: PARTNERS IN ACTION | HANNIBAL PICTURES INC. 8265 SUNSET BLVD SUITE 107 ATTN: RICHARD RIONDA DEL CASTRO WEST HOLLYWOOD, CA 90046 |
| 2.409 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | HANNOVER HOUSE, INC. ATTN: TOM SIMS 1428 CHESTER AVE #A SPRINGDALE, AR 72764 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.410 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SAND | HARD SAND PRODUCTION, INC.<br>HARD SAND PRODUCTIONS, INC.<br>116 MALIBU COLONY ROAD<br>ATTN: MATT PALMIERI<br>MALIBU, CA 90265 |
| 2.411 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO TERM SHEET<br>EFFECTIVE DATE: 7/1/2011 | HASTINGS ENTERTAINMENT INC<br>ATTN: SUSIE GONCE<br>3601 PLAINS BLVD SUITE 1<br>#9600<br>AMARILLO, TX 79102 |
| 2.412 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SECOND AMENDMENT TO TERM SHEET<br>EFFECTIVE DATE: 3/5/2012 | HASTINGS ENTERTAINMENT INC<br>ATTN: SUSIE GONCE<br>3601 PLAINS BLVD SUITE 1<br>AMARILLO, TX 79102 |
| 2.413 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TERM SHEET<br>EFFECTIVE DATE: 11/1/2008 | HASTINGS ENTERTAINMENT INC<br>ATTN: SUSIE GONCE<br>3601 PLAINS BLVD SUITE 1<br>AMARILLO, TX 79102 |
| 2.414 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: KIDNAPPING MR. HEINEKEN | HEINEKEN FINANCE LLC<br>C/O INFORMANT MEDIA INC<br>10866 WILSHIRE BLVD 4TH FLOOR, SUITE 422<br>ATTN: MICHAEL A. SIMPSON AND JUDY CAIRO<br>LOS ANGELES, CA 90024 |
| 2.415 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLIER AGREEMENT | HENNEPIN STUDIOS, LLC / DBA<br>ATTN: UNA JO BLADE<br>1339 MADRAS STREET SOUTH EAST<br>SALEM, OR 97302 |
| 2.416 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HANGMAN | HIDING IN THE ATTIC, LLC<br>609 N. CALIFORNIA STREET<br>ATTN: JEREMY SISTO<br>BURBANK, CA 91505 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PULSE | HIGH OCTANE PRODUCTIONS LIMITED |
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HIGH ROAD | HIGH ROAD PRODUCTIONS LLC<br>GIDINGS & ASSOCIATES LTD.<br>2700 12TH AVE SOUTH SUITE E<br>ATTN: MARK GIDDINGS CPA<br>FARGO, ND  58103 |
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PINATA: SURVIVAL ISLAND | HILL & BRAND PRODUCTIONS L.P.3<br>5658 SEPULVEDA BLVD<br>SUITE 208<br>VAN NUYS, CA  91411 |
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HER MINOR THING | HMT ENTERTAINMENT, LLC<br>LAW OFFICES OF GREG BERNSTEIN<br>9601 WILSHIRE BOULEVARD, SUITE 240<br>ATTN: GREG BERNSTEIN, ESQ.<br>BEVERLY HILLS, CA  90210 |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WINDCROFT | HOBBIES ODD<br>482 JERSEY AVENUE 4TH FLOOR<br>JERSEY CITY, NJ  7302 |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | HOME PLATE ENTERTAINMENT COMPANY<br>ATTN: BILL SCHULTZ<br>302 BELL CANYON ROAD<br>BELL CANYON, CA  91307 |
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HOME ROOM | HOME ROOM LLC<br>IN CARE OF: THE FILM SALES COMPANY<br>443 GREENWICH STREET<br>ATTN: ANDREW HERWITZ<br>NEW YORK, NY  10013 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.424 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HOME RUN | HOME RUN MOVIE LLC<br>3701-A S. HARVARD #308<br>ATTN: CAROL MATHEWS<br>TULSA, OK  74135 |
| 2.425 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LOCKSMITH, THE | HOMEWRECKER FILM LLC<br>471 6TH AVENUE #3<br>ATTN: TODD BARNES<br>BROOKLYN, NY  11215 |
| 2.426 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | AMENDMENT NO. 2 TO CONTENT DEAL MEMORANDUM<br>EFFECTIVE DATE: 6/25/2012 | HULU, LLC<br>ATTN: SVP, CONTENT & DISTRIBUTION<br>12312 W OLYMPIC BLVD<br>LOS ANGELES, CA  90064 |
| 2.427 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | AMENDMENT NO. 3 TO CONTENT DEAL MEMORANDUM<br>EFFECTIVE DATE: 10/24/2013 | HULU, LLC<br>ATTN: SVP, CONTENT & DISTRIBUTION<br>12312 W OLYMPIC BLVD<br>LOS ANGELES, CA  90064 |
| 2.428 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | AMENDMENT NO. 4 TO CONTENT DEAL MEMORANDUM<br>EFFECTIVE DATE: 12/23/2014 | HULU, LLC<br>ATTN: SVP, CONTENT & DISTRIBUTION<br>12312 W OLYMPIC BLVD<br>LOS ANGELES, CA  90064 |
| 2.429 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | AMENDMENT TO THE CONTENT DEAL MEMORANDUM<br>EFFECTIVE DATE: 6/16/2010 | HULU, LLC<br>ATTN: SVP, CONTENT & DISTRIBUTION<br>12312 W OLYMPIC BLVD<br>LOS ANGELES, CA  90064 |
| 2.430 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | CONTENT DEAL MEMORANDUM<br>EFFECTIVE DATE: 10/21/2008 | HULU, LLC<br>ATTN: SVP, CONTENT & DISTRIBUTION<br>12312 W OLYMPIC BLVD<br>LOS ANGELES, CA  90064 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.431 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ZIPPER | HUSH PRODUCTIONS LLC<br>10557 AIRLINE HIGHWAY<br>ATTN: GLEN SMITH AND BRYAN WRIGHT<br>ST. ROSE, LA 70067 |
| 2.432 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PERFECT STUDENT, THE | HYBRID, LLC<br>23300 VENTURA BLVD., 2ND FLOOR<br>WOODLAND HILLS, CA 91364 |
| 2.433 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: KILLER MOUNTAIN | HYBRID, LLC<br>23300 VENTURA BLVD., 2ND FLOOR<br>WOODLAND HILLS, CA 91364 |
| 2.434 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HOLIDAY ROAD TRIP | HYBRID, LLC<br>23300 VENTURA BLVD., 2ND FLOOR<br>WOODLAND HILLS, CA 91364 |
| 2.435 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ALL I WANT FOR CHRISTMAS | HYBRID, LLC<br>23300 VENTURA BLVD., 2ND FLOOR<br>WOODLAND HILLS, CA 91364 |
| 2.436 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | HYBRID, LLC<br>23679 CALABASAS RD., #978<br>CALABASAS, CA 91302 |
| 2.437 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: NORA | IAC HOLDINGS, LTD.<br>COMERICA<br>9777 WILSHIRE BOULEVARD, 4TH FLOOR<br>ATTN: MR. MORGAN RECTOR<br>BEVERLY HILLS, CA 90212 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.438 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: NORA | IAC HOLDINGS, LTD.<br>LANTERN LANE ENTERTAINMENT<br>15422 VENTURA BLVD.<br>ATTN: DAVID GARBER<br>SHERMAN OAKS, CA  91403 |
| 2.439 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ICETASTROPHE | ICE CAP PICTURES INC.<br>C/O CINETEL FILMS INC<br>8255 SUNSET BLVD<br>ATTN: STEVE GREGOROPOULOS<br>LOS ANGELES, CA  90046 |
| 2.440 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: INFESTATION | ICON DISTRIBUTION, LLC<br>808 WILSHIRE BOULEVARD, 4TH FLOOR<br>ATTN: BUSINESS & LEGAL AFFAIRS<br>SANTA MONICA, CA  90401 |
| 2.441 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: TRIANGLE | ICON ENTERTAINMENT INTERNATIONAL<br>ICON DISTRIBUTION, LLC<br>808 WILSHIRE BOULEVARD, 4TH FLOOR<br>ATTN: BUSINESS & LEGAL AFFAIRS<br>SANTA MONICA, CA  90066 |
| 2.442 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FIRST BORN | IEG VS DISTRIBUTION LLC<br>3000 WEST OLYMPIC BOULEVARD, SUITE 1550<br>ATTN: COLIN COTTER, C.O.O.<br>SANTA MONICA, CA  90404 |
| 2.443 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ILLUMINATA | ILLUMINATA, INC.<br>C/O GEORGE SHEANSHANG, ESQ.<br>130 WEST 57TH STREET<br>SUITE 5B<br>NEW YORK, NY  10019 |
| 2.444 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO SCHEDULE A TO AGREEMENT DATED AS OF JULY 1, 2012<br>EFFECTIVE DATE: 11/27/2012 | IN DEMAND LLC<br>ATTN: EVP, PROGRAMMING AND GENERAL COUNSEL<br>345 HUDSON ST, 17TH FL<br>NEW YORK, NY  10014 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO SCHEDULE A TO AGREEMENT DATED AS OF JULY 1, 2012<br>EFFECTIVE DATE: 3/13/2013 | IN DEMAND LLC<br>ATTN: EVP, PROGRAMMING AND GENERAL COUNSEL<br>345 HUDSON ST, 17TH FL<br>NEW YORK, NY 10014 |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>EFFECTIVE DATE: 7/1/2012 | IN DEMAND LLC<br>ATTN: EVP, PROGRAMMING AND GENERAL COUNSEL<br>345 HUDSON ST, 17TH FL<br>NEW YORK, NY 10014 |
| 2.447 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: SHADOWS AND LIES | IN PRAISE OF SHADOWS THE FILM LLC<br>1480 VINE ST<br>STE 1401<br>ATTN: STURGES KARBAN<br>LOS ANGELES, CA 90046 |
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | INCEPTION MEDIA GROUP, LLC<br>3130 WILSHIRE BLVD., SUITE 400<br>SANTA MONICA, CA 90403 |
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | INCEPTION MEDIA GROUP, LLC<br>ATTN: DAVID BORSHELL<br>13412 VENTURA BLVD #200<br>SHERMAN OAKS, CA 91423 |
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: TED BUNDY | INCESSANT BARKING PRODUCTIONS, INC.<br>6381 HOLLYWOOD BOULEVARD, SUITE 620<br>HOLLYWOOD, CA 90028 |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: LEFT/RIGHT | INCOGNITO MOSQUITO FLICKS LLC<br>667 N. RUPPLE ROAD<br>ATTN: MATTHEW WOLFE<br>FAYETTEVILLE, AR 72704 |

Debtor   OUR ALCHEMY, LLC                                    Case Number (if known) 16-11596

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FAT CITY, NEW ORLEANS | INDIE MARKETING<br>MOUTON FILM AND PRODUCTIONS<br>30 N. RAYMOND AVENUE SUITE 406<br>ATTN: STEPHEN MOUTON<br>PASADENA, CA  91103 |
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MY SON, MY SON: WHAT HAVE YE DONE | INDUSTRIAL ENTERTAINMENT RELEASING, LLC<br>ATTN: ERIC BASSETT<br>16782 RED HILL AVE.<br>SUITE B<br>IRVINE, CA  92606 |
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | INDUSTRIAL ENTERTAINMENT RELEASING, LLC<br>ATTN: ERIC BASSETT<br>16782 RED HILL AVE.<br>SUITE B<br>IRVINE, CA  92606 |
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | INDUSTRIAL ENTERTAINMENT RELEASING, LLC<br>C/O LAW OFFICES OF KEN MEYER & ASSO., PC<br>ATTN: KEN MEYER, ESQ.<br>8840 WILSHIRE BLVD.<br>BEVERLY HILLS, CA  90211 |
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: NOCTURNA | INDUSTRY RELEASING INC.<br>100 UNIVERSAL CITY PLAZA, #5183<br>ATTN: BUSINESS AFFAIRS<br>UNIVERSAL CITY, CA  91608 |
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DAHMER | INFINITYLAND PRODUCTIONS, LLC<br>ALEXANDER, NAU, LAWRENCE FRUMES, LLP<br>2029 CENTURY PARK EAST, SUITE 1260<br>ATTN: MR. ROBERT NAU<br>LOS ANGELES, CA  90067 |
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: INSIDE | INSIDE MOVIE, LLC<br>HIGHLAND FILM GROUP, LLC<br>9200 SUNSET BLVD., SUITE 600<br>ATTN: DELPHINE PERRIER<br>WEST HOLLYWOOD, CA  90069 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: APNEA | INSOMNIA WORLD SALES<br>ATTN: STEPHANIE ROUX<br>50 BIS RUE DE LA MARE<br>PARIS  75020<br>FRANCE |
| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: 9:06 | INSOMNIA WORLD SALES<br>ATTN: STEPHANIE ROUX<br>50 BIS RUE DE LA MARE<br>PARIS  75020<br>FRANCE |
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LOCAL, THE | INSURGENT PICTURES LLC<br>703 GREENWOOD AVENUE<br>ATTN: DAN EBERLE<br>BROOKLYN, NY  11218 |
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PRAYER TO A VENGEFUL GOD | INSURGENT PICTURES LLC<br>703 GREENWOOD AVENUE<br>ATTN: DAN EBERLE<br>BROOKLYN, NY  11218 |
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CONVICTED | INTANDEM PICTURES, LTD.<br>ACTING AS AGENT FOR AUDLEY FILMS, LLP<br>210/222 HAGLEY RD WEST; ATTN: PAUL WHITE<br>OLDBURY<br>WEST MILDANDS  B68 ONP<br>UNITED KINGDOM |
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MEET THE MORMONS | INTELLECTUAL RESERVE, INC.<br>REED WAGSTAFF PUBLISHING SERVICES DEPT.<br>50 EAST NORTH TEMPLE ST.<br>ROOM 377E-E<br>SALT LAKE CITY, UT  84150-0013 |
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CHAMPIONS | INTERCLICK (CINECLICK ASIA)<br>ACTING AS AGENT FOR KOREA PICTURES CO.<br>3F 891-37 DAECHI-DONG ATTN: SUH YOUNGJOO<br>KANGNAM-GU<br>SEOUL<br>SOUTH KOREA |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.466 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: BEHIND THE GLASS | INTERFILM <br> NOVA VES 45/2 <br> ATTN: IVAN MALOCA <br> ZAGREB 10000 <br> CROATIA |
| 2.467 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: JOURNAL OF A CONTRACT KILLER | INTERNATIONAL FILM FUND LLC <br> 8701 W. OLYMPIC BLVD. <br> ATTN: MIRIAM ELCHANAN <br> LOS ANGELES, CA 90035 |
| 2.468 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: COLLECTIVE, THE | INTERNATIONAL FILM FUND LLC <br> 8701 W. OLYMPIC BLVD. <br> ATTN: MIRIAM ELCHANAN <br> LOS ANGELES, CA 90035 |
| 2.469 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLIER AGREEMENT | INTERNATIONAL MUSICAL TREASURES, INC. <br> DBA IMT RECORDS <br> ATTN: ERIC DOMINGUEZ <br> 11447 VANOWEN STREET <br> NORTH HOLLYWOOD, CA 91605 |
| 2.470 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: INTERNATIONAL PRODUCERS GROUP (MULTI-TITLE) | INTERNATIONAL PRODUCERS GROUP <br> 18201 ERWIN STREET <br> RESEDA, CA 91335 |
| 2.471 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: WOMAN, HER MEN AND A FUTON, A | INTERPERSONAL FILMS, INC. <br> INTERPERONAL FILMS, INC. <br> 8800 SUNSET BLVD., SUITE 302 <br> ATTN: MR. MUSSEF SIBAY <br> LOS ANGELES, CA 90069 |
| 2.472 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: OPERATOR | IP2 LLC <br> ATTN: LARRY OLSON <br> P.O. BOX 293 <br> WRIGHTSVILLE BEACH, NC 28480 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.473 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: KING OF THE AVENUE | IRON HOG MOTION PICTURES LLC LAW OFFICES OF ELSA RAMO 315 S BEVERLY DR STE 508 BEVERLY HILLS, CA 90212 |
| 2.474 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: IRRESISTIBLE | IRRESISTIBLE UK LIMITED INTANDEM PICTURES LIMITED AS AGENT FOR IRRESISTIBLE UK LIMITED ATTN: LUCIL SMITH/ANDREW BROWN |
| 2.475 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | ITN DISTRIBUTION, INC. ATTN: STUART ALSON 9663 SANTA MONICA BLVD., #859 BEVERLY HILLS, CA 90210 |
| 2.476 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DIGITAL VIDEO DISTRIBUTION AGREEMENT JAPAN | ITUNES K.K. ATTN: ASSOC GC, ITUNES ROPPONGI HILLS 6-10-1 ROPPONGI, MANATO-KU TOKYO 106-6140 JAPAN |
| 2.477 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DIGITAL VIDEO DISTRIBUTION AGREEMENT ASIA | ITUNES S.A.R.L. ATTN: ITUNES BUSINESS MANAGER 31-33 RUE SAINTE ZITHE LUXEMBOURG L-2763 LUXEMBOURG |
| 2.478 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DIGITAL VIDEO DISTRIBUTION AGREEMENT EUROPE/MIDDLE EAST/AFRICA/CIS | ITUNES S.A.R.L. ATTN: ITUNES BUSINESS MANAGER 31-33 RUE SAINTE ZITHE LUXEMBOURG L-2763 LUXEMBOURG |
| 2.479 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: TRIGGERMEN | IWP INTERNATIONAL WEST PICTURES STADTWALDGURTEL 13 COLOGNE 50935 GERMANY |

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT EFFECTIVE DATE: 10/1/2013 | JAGUAR DISTRIBUTION CORP.<br>12711 VENTURA BLVD, STE 300<br>STUDIO CITY, CA  91604 |
| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT EFFECTIVE DATE: 7/1/2013 | JAGUAR DISTRIBUTION CORP.<br>12711 VENTURA BLVD, STE 300<br>STUDIO CITY, CA  91604 |
| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT EFFECTIVE DATE: 4/1/2014 | JAGUAR DISTRIBUTION CORP.<br>12711 VENTURA BLVD, STE 300<br>STUDIO CITY, CA  91604 |
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT EFFECTIVE DATE: 12/1/2015 | JAGUAR DISTRIBUTION CORP.<br>12711 VENTURA BLVD, STE 300<br>STUDIO CITY, CA  91604 |
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT EFFECTIVE DATE: 10/1/2012 | JAGUAR DISTRIBUTION CORP.<br>12711 VENTURA BLVD, STE 300<br>STUDIO CITY, CA  91604 |
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: TIC CODE | JAZZ FILMS, INC. |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: EXODUS | JINGA FILMS LIMITED<br>ATTN: JULIAN RICHARDS<br>22 CARNABY STREET<br>LONDON  W1F 7DB<br>UNITED KINGDOM |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: JOHNS | JOHNS LLC<br>176 NORTH SWALL DRIVE<br>BEVERLY HILLS, CA 90211 |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: EXIT NO. 6 | JOINT ENTERTAINMENT INTERNATIONAL INC.<br>421-6F GUANGFU SOUTH ROAD<br>ATTN: JAMES LIU<br>TAIPEI 11074<br>TAIWAN |
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MOST DISTANT COURSE, THE | JOINT ENTERTAINMENT INTERNATIONAL INC.<br>421-6F GUANGFU SOUTH ROAD<br>ATTN: JAMES LIU<br>TAIPEI 11074<br>TAIWAN |
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | JONES WALKER, LLP<br>JOSE MARTINEZ, JR.<br>5900 WILSHIRE BLVD, 26TH FL<br>LOS ANGELES, CA 90036 |
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MOTHERLAND | JS EDITORIAL & PROJECTS INC.<br>INC. 1321 WALNUT STREET<br>BERKELEY, CA 94709 |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SCORCHED | JUNIPER PRODUCTIONS<br>HALLORAN LAW CORPORATION<br>1925 CENTURY PARK EAST, SUITE 850<br>ATTN: MR. MARK HALLORAN, ESQ.<br>LOS ANGELES, CA 90067 |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-EXCLUSIVE DISTRIBUTION AND STREAMING AGREEMENT<br>EFFECTIVE DATE: 5/5/2010 | KANOPY PTY LTD<br>BRIGHTON ROAD<br>SCARBOROUGH 6019<br>AUSTRALIA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: SO UNDERCOVER | KAPPA UNDERCOVER PICTURES, LLC AMBI DISTRIBUTION 9454 WILSHIRE SUITE M-16 BEVERLY HILLS, CA 90212 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: COLIN HEARTS KAY | KAY, COLIN HEARTS ATTN SEBASTIAN CONLEY & DANIEL KADIN 1619 THIRD AVE, #11D NEW YORK, NY 10128 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: ELEVATOR | KEEP MOVIENG ATTN: GEORGE DOROBANTU CAMERA 1 STR BARBU LAUTARU NR. 7 CONSTANTA 900649 ROMANIA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: CONTRACT, THE (2001) | KENPHIKA FILM 2029 CENTURY PARK EAST 17TH FLOOR LOS ANGELES, CA 90067 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO THE EXCLUSIVE SERVICES AGREEMENT EFFECTIVE DATE: 4/1/2015 | KETCHUP ENTERTAINMENT, INC. 13949 VENTURA BLVD #230 SHERMAN OAKS, CA 91423 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER AGREEMENT | KETCHUP ENTERTAINMENT, INC. 13949 VENTURA BLVD., #230 SHERMAN OAKS, CA 91423 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSENT TO ASSIGNMENT AND AMENDMENT TO EXCLUSIVE SERVICE AGREEMENT EFFECTIVE DATE: 6/22/2015 | KETCHUP ENTERTAINMENT, INC. ATTN: GARETH WEST 13949 VENTURA BLVD #230 SHERMAN OAKS, CA 91423 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCLUSIVE SERVICES AGREEMENT EFFECTIVE DATE: 4/16/2014 | KETCHUP ENTERTAINMENT, INC. ATTN: GARETH WEST 13949 VENTURA BLVD #230 SHERMAN OAKS, CA 91423 |
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: ICEMAN, THE | KILLER PRODUCTIONS INC. C/O NU IMAGE INC 6423 WILSHIRE BLVD LOS ANGELES, CA 90048 |
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | KILTER FILMS, LLC ATTN: ARIANNE FRASER 9200 SUNSET BLVD., SUITE 600 LOS ANGELES, CA 90069 |
| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: SOME DOGS BITE | KINDLE ENTERTAINMENT LIMITED 1A GOLDSMITHS ROW LONDON E2 8QA UNITED KINGDOM |
| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | KINDLE ENTERTAINMENT LIMITED 1A GOLDSMITHS ROW LONDON E2 8QA UNITED KINGDOM |
| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: MIDNIGHT HEAT | KING PRODUCTIONS INC. KING PRODUCTIONS INCORPORATED 13428 MAXELLA AVENUE, SUITE 298 ATTN: MR LANCE KING AND MS. KANDICE KING MARINA DEL REY, CA 90292 |
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: MOONWALKERS | KINOLOGY SAS ATTN: GREGOIRE MELIN HEAD OF BUSINESS AFFAIRS 30 RUE MORET 75011 PARIS FRANCE |

| Debtor | OUR ALCHEMY, LLC | Case Number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DOG SOLDIERS | KISMET ENTERTAINMENT GROUP, INC.<br>LANTERN LANE<br>15422 VENTURA BOULEVARD<br>ATTN: DAVID GARBER<br>SHERMAN OAKS, CA 91403 |
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT TO SUPPLY FIXTURES<br>EFFECTIVE DATE: 7/2/2013 | KMART CORPORATION<br>VENDOR SUPPORT<br>3333 BEVERLY ROAD, B<br>HOFFMAN ESTATES, IL 60179 |
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MIXING KARMA | KO STUDIOS INC.<br>ATTN: KEN OELERICH, MADHVI OELERICH<br>2985 SCHWENDEMAN AVE.<br>TUSTIN, CA 92782 |
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: GUNBLAST VODKA | KOBA FILMS<br>124 RUE DES ROSIERS<br>ATTN: NICOLAS VELLE<br>SAINT OUEN 93581<br>FRANCE |
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: GRIND | KODIAK PRODUCTIONS, LLC<br>140 EAST 28TH STREET<br>NEW YORK, NY 10016 |
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DUMBARTON BRIDGE | KOPPELMAN, CHARLES<br>2419 JEFFERSON AVENUE<br>BERKELEY, CA 94703 |
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BOYS & GIRLS GUIDE TO GETTING DOWN, THE | KOSMIC FILM ENTERTAINMENT, INC.<br>9100 WILSHIRE BOULEVARD, SUITE 706 WEST<br>ATTN: SARAH WASSERMAN<br>BEVERLY HILLS, CA 90212 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.515 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: WATERHOLE, THE | KR7 PRODUCTIONS<br>ATTN: DANIEL MENAHEM<br>1130 PINERIDGE DRIVE<br>RENO, NV 89509 |
| 2.516 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: SLAVES TO THE UNDERGROUND | KRISTINE PETERSON AND ENOUGH ROPE, INC.<br>ENOUGH ROPE, INC.<br>8315 BEVERLY BLVD. 2ND FLOOR<br>LOS ANGELES, CA 90048 |
| 2.517 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: A STEP INTO THE DARKNESS | LACIVERT FILM LTD.<br>ATTN: DERYA TARIM<br>406 1/2 CATALINA AVE<br>REDONDO BEACH, CA 90277 |
| 2.518 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: AILEEN WOURNOS: SELLING OF A SERIAL KILLER | LAFAYETTE (FILM) LIMITED<br>LANTERN LANE ENTERTAINMENT<br>15422 VENTURA BLVD.<br>ATTN: DAVID GARBER<br>SHERMAN OAKS, CA 91403 |
| 2.519 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: AILEEN WOURNOS: LIFE AND DEATH OF A SERIAL KILLER | LAFAYETTE (FILM) LIMITED<br>LANTERN LANE ENTERTAINMENT<br>15422 VENTURA BLVD.<br>ATTN: DAVID GARBER<br>SHERMAN OAKS, CA 91403 |
| 2.520 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | LAGUNA FILMS<br>ATTN: MANUEL HIMOSTROZA<br>6930 HAYVENHURST AVE<br>VAN NUYS, CA 91406 |
| 2.521 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: DEAD GIRL, THE | LAKESHORE ENTERTAINMENT GROUP LLC<br>9268 WEST THIRD STREET<br>ATTN: MR. ERIC REID. C.O.O.<br>AND GENERAL COUNSEL<br>BEVERLY HILLS, CA 90210 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.522 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ALEGRIA | LAMPO DI VITA FILMS INC. MAINSTREAM S.A. AND EGMOND FILM AND TELEVISION BV |
| 2.523 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: VIRGIN OF JUAREZ, THE | LAS MUJERES LLC<br>ATTN: HARRIET ZARETSKY<br>801 LATIMER ROAD<br>SANTA MONICA, CA  90402 |
| 2.524 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: GUNCRAZY | LAUGHING DOG, INC.<br>C/O MR ZANE LEVITT, ZETA ENTERTAINMENT<br>8455 BEVERLY BOULEVARD, SUITE 308<br>LOS ANGELES, CA  90048 |
| 2.525 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: KILL SWITCH | LEARNED PRODUCTIONS INC.<br>112 WEST 6TH AVENUE<br>VANCOUVER, BC  BC V5Y 1K6<br>CANADA |
| 2.526 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | LEE MENDELSON FILM PRODUCTIONS, INC.<br>ATTN: GLENN MENDELSON<br>330 PRIMROSE RD<br>SUITE 215<br>BURLINGAME,, CA  94010 |
| 2.527 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SLAUGHTERED | LEFT FILMS<br>68 TRINITY COURT<br>GRAYS INN ROAD<br>ATTN: HELEN GRACE<br>LONDON  WC1X 8JY<br>UNITED KINGDOM |
| 2.528 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CUT | LEFT FILMS<br>68 TRINITY COURT<br>GRAYS INN ROAD<br>ATTN: HELEN GRACE<br>LONDON  WC1X 8JY<br>UNITED KINGDOM |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LETHAL DOSE (LD50) | LETHAL DOSE LIMITED |
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | LEVEL 33 ENTERTAINMENT<br>C/O BOSSA NOVA PRODUCTIONS, INC.<br>ATTN: SHELDON BRIGMAN, EVP, ACQUISITIONS<br>10801 NATIONAL BLVD., SUITE 602<br>LOS ANGELES, CA  90064 |
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PARANORMAL ASYLUM | LEVERAGED HEDGE, LLC<br>369 N. FAIRFAX AVE, SUITE 5<br>LOS ANGELES, CA  90036 |
| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LIFE OF A KING | LIFE OF A KING LLC<br>914 HAUSER BOULEVARD<br>ATTN: JIM YOUNG<br>LOS ANGELES, CA  90036 |
| 2.533 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BATTLE NY- DAY 2 | LIFESIZE ENTERTAINMENT<br>194 ELMWOOD DRIVE STE.#2<br>PARSIPPANY, NJ  07054 |
| 2.534 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MILLENNIUM ENTERTAINMENT CABLE & SATELLITE VOD OUTPUT DEAL<br>EFFECTIVE DATE: 4/14/2011 | LIONS GATE FILMS INC<br>C/O LIONS GATE ENTERTAINMENT CORP<br>2700 COLORADO AVE, STE 200<br>SANTA MONICA, CA  90404 |
| 2.535 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ISOLATION | LIONS GATE FILMS INTERNATIONAL<br>A DIVISION OF LIONS GATE FILMS INC.<br>2700 COLORADO AVENUE, SUITE 200<br>ATTN: SVP, INTL BUSINESS & LEGAL AFFAIRS<br>SANTA MONICA, CA  90404 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.536 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LITTLE RED | LOCH RAVEN FILMS<br>LOCH RAVEN FILMS, LLC<br>2554 TILDEN AVENUE<br>ATTN: CLAY VALENTI<br>LOS ANGELES, CA 90064 |
| 2.537 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LITTLE SPIRIT | LOCOMOTIVE DISTRIBUTION<br>2029 CENTURY PARK EAST<br>SUITE 1150<br>LOS ANGELES, CA 90067 |
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: EMMANUEL'S GIFT | LOOKALIKE PRODUCTIONS II LLC<br>C/O WILLIAM MORRIS INDEPENDENT<br>151 EL CAMINO DRIVE<br>ATTN: RENA RONSON<br>BEVERLY HILLS, CA 90212 |
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CRAZY AS HELL | LOOSE SCREW, LLC<br>NELSON, FELKER, LEVINE & DERN LLP<br>10880 WILSHIRE BOULEVARD, SUITE 2070<br>ATTN: FRED D. TOCZEK, ESQ.<br>LOS ANGELES, CA 90024 |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LOST RIVER: LINCOLN'S SECRET WEAPON | LOST RIVER PRODUCTIONS<br>1656 N. COLUMBUS BLVD.<br>ATTN: BRUCE BRIDEGROOM<br>TUSCON, AZ 85712-3498 |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LOVE TRAP | LOVE TRAP PRODUCTIONS, LLC<br>435 CLARK ROAD, SUITE 403-3<br>ATTN: FRANK GOODIN II<br>JACKSONVILLE, FL 32218 |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FINAL STAB | M & G PICTURES LLC<br>LANTERN LANE ENTERTAINMENT<br>15422 VENTURA BLVD.<br>ATTN: DAVID GARBER<br>SHERMAN OAKS, CA 91403 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: TIME OF HER LIFE | M.L. BANKS<br>330 FIFTH AVENUE<br>SUITE 304<br>NEW YORK, NY 10001 |
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: JUMP OFFS | M.M. GERTZ ENTERTAINMENT<br>12400 VENTURA BLVD #222<br>ATTN: MATHIUS MACK GERTZ<br>STUDIO CITY, CA 91604 |
| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WORKS IN PROGRESS | M.M. GERTZ ENTERTAINMENT<br>12400 VENTURA BLVD #222<br>ATTN: MATHIUS MACK GERTZ<br>STUDIO CITY, CA 91604 |
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ALPHONSO BOW | M.M. GERTZ ENTERTAINMENT<br>12400 VENTURA BLVD #222<br>ATTN: MATHIUS MACK GERTZ<br>STUDIO CITY, CA 91604 |
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WOMEN DO IT BETTER | M.M. GERTZ ENTERTAINMENT<br>12400 VENTURA BLVD #222<br>ATTN: MATHIUS MACK GERTZ<br>STUDIO CITY, CA 91604 |
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MINDGAMES | M.T.A. PROD INC; PERSIK PROD INC.<br>UNIT G, LOMBARD HOUSE BUSINESS PARK<br>LONDON CRO 3JP<br>UNITED KINGDOM |
| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SPIDERS 3D | M3 MEDIA INC.<br>6423 WILSHIRE BLVD<br>LOS ANGELES, CA 90048 |

Debtor    OUR ALCHEMY, LLC                                          Case Number (if known) 16-11596
_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.550 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | M4E AG<br>ATTN: HANS ULRICH STOEF<br>ATTN: CLAUDIA HENNEKEMPER<br>ALTLAUFSTRASSE 42<br>HOHENKIRCHEN SIEGERTSBRUNN  85635<br>GERMANY |
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | MADACY ENTERTAINMENT LP<br>ATTN: GARY FODI<br>3333 GRAHAM BLVD., SUITE 102<br>MONTREAL, QC  H3R 3L5<br>CANADA |
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | MADDOX ENTERTAINMENT<br>ATTN: TYLER MADDOX-SIMMS<br>6578 LATIEJERA BLVD #212<br>LOS ANGELES, CA  90405 |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: VOYAGE OF THE HEART | MADELENA Z LIMITED PARTNERSHIP<br>ERVIN, COHEN & JESSUP<br>9401 WILSHIRE BOULEVARD, SUITE 900<br>ATTN: THOMAS F.R. GARVIN, ESQ.<br>BEVERLY HILLS, CA  90212-2974 |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | MAGNOLIA HOME ENTERTAINMENT<br>ATTN: RANDY WELLS<br>2222 S BARRINGTON AVE<br>LOS ANGELES, CA  90064 |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | MAGNOLIA PICTURES LLC<br>11601 WILSHIRE BLVD, STE 210<br>LOS ANGELES, CA  90025 |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXCLUSIVE DISTRIBUTION AGREEMENT, CONSIGNED FINISHED GOODS DEAL<br>EFFECTIVE DATE: 11/13/2014 | MAGNOLIA PICTURES LLC<br>ATTN: BUSINESS AFFAIRES DEPT.<br>49 W 27TH ST<br>7TH FL<br>NEW YORK, NY  10001 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER AGREEMENT | MAGNOLIA PICTURES LLC ATTN: BUSINESS AFFAIRES DEPT. 49 W 27TH STREET, 7TH FL NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER AGREEMENT | MAHR PRODUCTIONS, INC. DBA XTREME ENTERTAINMENT GROUP ATTN: RICK MAHR 8721 SANTA MONICA BLVD., SUITE 456 LOS ANGELES, CA 90069 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT TITLE: SMOOTH OPERATOR | MAINLINE RELEASING 1801 AVENUE OF THE STARS, SUITE 1035 ATTN: R. GOLDBERG LOS ANGELES, CA 90007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT TITLE: NO ONE CAN HEAR YOU | MAINLINE RELEASING 1801 AVENUE OF THE STARS, SUITE 1035 ATTN: R. GOLDBERG LOS ANGELES, CA 90007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT TITLE: BEHIND THE BEDROOM DOOR | MAINLINE RELEASING 1801 AVENUE OF THE STARS, SUITE 1035 ATTN: R. GOLDBERG LOS ANGELES, CA 90007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT TITLE: WICKED INTENTIONS | MAINLINE RELEASING 1801 AVENUE OF THE STARS, SUITE 1035 ATTN: R. GOLDBERG LOS ANGELES, CA 90007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT TITLE: WICKED SINS | MAINLINE RELEASING 1801 AVENUE OF THE STARS, SUITE 1035 ATTN: R. GOLDBERG LOS ANGELES, CA 90007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.564 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: EXPOSED | MAINLINE RELEASING<br>1801 AVENUE OF THE STARS, SUITE 1035<br>ATTN: R. GOLDBERG<br>LOS ANGELES, CA 90007 |
| 2.565 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BOUND BY LIES | MAINLINE RELEASING, INC.<br>301 ARIZONA AVENUE, SUITE 400<br>ATTN: PRESIDENT<br>SANTA MONICA, CA 90401 |
| 2.566 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WHAT MAISIE KNEW | MAISIE KNEW LLC<br>C/O RED CROWN PRODUCTIONS<br>630 5TH AVE, STE 2505<br>ATTN: DANIELA TAPLIN LUNDBERG<br>NEW YORK, NY 10111 |
| 2.567 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: VISIONS AND MIRACLES OUT OF THE LAND OF EGYPT | MALEK, DR. KHAIRY<br>6012 VALERIAN LANE<br>ROCKVILLE, MD 20852 |
| 2.568 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | MALJACK PRODUCTIONS, INC.<br>(DBA MPI HOME VIDEO)<br>16101 S 108TH AVE<br>ORLAND PARK, IL 60467 |
| 2.569 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBLEASE AGREEMENT<br>EFFECTIVE DATE: 12/14/2015 | MARKETCASE LLC<br>ATTN: JOHN PIETROLUNGO, SVP<br>5900 WILSHIRE BOULEVARD<br>SUITE 2700<br>LOS ANGELES, CA 90036 |
| 2.570 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: THIRST | MARKOPOLOFILMS LIBRARY, LLC<br>ATTN: RAFFY ARDHALDIJAN<br>9107 WILSHIRE BOULEVARD, SUITE 450<br>BEVERLY HILLS, CA 90210 |

Debtor    OUR ALCHEMY, LLC    Case number (if known) 16-11596
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.571 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AMERICAN JOYRIDE | MARKWOOD FILMS<br>8530 HOLLOWAY DRIVE #421<br>WEST HOLLYWOOD, CA  90069 |
| 2.572 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MATADOR, THE | MATADOR DISTRIBUTION, LLC<br>10850 WILSHIRE BLVD., 6TH FLOOR<br>ATTN: NEIL SACKER, ESQ.<br>LOS ANGELES, CA  90024 |
| 2.573 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | MAVERICK ENTERTAINMENT<br>ATTN: J VERTULLO/AL PEREZ DE LA MESA<br>1191 E NEWPORT CENTER DR, STE 210<br>DEERFIELD BEACH, FL  33442 |
| 2.574 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | MAYA ENTERTAINMENT GROUP, INC.<br>ATTN: JEFF GONZALEZ, CFO<br>1201 W 5TH STREET, SUITE T-210<br>LOS ANGELES, CA  90017 |
| 2.575 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MINDLESS BEHAVIOR: ALL AROUND THE WORLD | MB FILMS LLC<br>11821 MISSISSIPPI AVENUE<br>ATTN: BRETT BOUTTIER<br>LOS ANGELES, CA  90025 |
| 2.576 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WATER GIANT, THE | MBP - INTERNATIONALE MEDIENBETEILIGUNGS<br>FILM & TV PRODUKTIONS GMBH & CO. KG<br>MBP MEDIEN AG<br>NYMPHENBURGER STR. 121<br>MUNCHEN  D-80636<br>GERMANY |
| 2.577 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT<br>EFFECTIVE DATE: 4/9/2015 | MCGLYNN, GERALD WILLIAM<br>9162 ELVA CIRCLE<br>HUNTINGTON BEACH, CA  92646-3410 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STRANGE GIRLS | MDUX PICTURES LLC<br>ATTN: RONA MARK<br>108-24 71ST AVENUE #4G<br>FOREST HILLS, NY  11375 |
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STOLEN | MEDAL PRODUCTIONS INC<br>NU IMAGE INC.<br>6423 WILSHIRE BLVD<br>LOS ANGELES, CA  90048 |
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BEHOLD THE LAMB | MEDIA LUNA NEW FILMS UG<br>AACHENER STRASSE 24<br>ATTN: IDA MARTINS<br>COLOGNE  D-50674<br>GERMANY |
| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MANIAC COP II | MEDUSA COMMUNICATIONS & MARKETING, LTD<br>MR. DAVID HODGINS<br>REGAL CHAMBERS<br>51 BANCROFT HITCHIN<br>HERTFORDSHIRE  SG5 1LL<br>UNITED KINGDOM |
| 2.582 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BLESSED | MEGALODON, INC.<br>2628 NORTH LAMER<br>ATTN: ANDREW STEVENS<br>BURBANK, CA  91504 |
| 2.583 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: METHOD | MEGALODON, INC.<br>2628 NORTH LAMER<br>ATTN: ANDREW STEVENS<br>BURBANK, CA  91504 |
| 2.584 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MESSENGER OF THE TRUTH | MESSENGER OF THE TRUTH LLC<br>139 PONTE VEDRA BLVD.<br>ATTN: KATHY DEVINE<br>PONTE VEDRA BEACH, FL  32082 |

| Debtor | OUR ALCHEMY, LLC | Case Number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.585 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | METHOD ANIMATION<br>ATTN: ATON SOUMACHE, CEO<br>139/141 BOULEVARD NEY<br>PARIS  75018<br>FRANCE |
| 2.586 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BEYOND HYPOTHERMIA | METROPOLITAN FILMEXPORT<br>C/O MOONSTONE ENTERTAINMENT, INC.<br>P.O. BOX 7400<br>ATTN: ETCHIE STROH<br>STUDIO CITY, CA  91604 |
| 2.587 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | MHZ NETWORKS<br>ATTN: LANCE SCHWULST<br>8101 A LEE HIGHWAY<br>FALLS CHURCH, VA  22042 |
| 2.588 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ESPOSITO | MICHAEL VANDINI PRODUCTIONS<br>ATTN MICHAEL VANDINI C/O ERIN FEDE<br>1040 BRAEBURN ROAD<br>CHARLOTTE, NC  28211 |
| 2.589 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO VIDEO DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 10/17/2014 | MICROSOFT CORPORATION<br>ATTN: MATT J. MCCLOSKEY<br>ONE MICROSOFT WAY<br>REDMOND, WA  98052-6399 |
| 2.590 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VIDEO DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 9/19/2012 | MICROSOFT CORPORATION<br>ATTN: MATT J. MCCLOSKEY<br>ONE MICROSOFT WAY<br>REDMOND, WA  98052-6399 |
| 2.591 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | MICROSOFT CORPORATION<br>ATTN: MR. MATT MCCLOSKEY<br>ONE MICROSOFT WAY<br>REDMOND, WA  98052-6399 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.592 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | MICROSOFT CORPORATION<br>LEGAL & CORPORATE AFFAIRS<br>INTERACTIVE ENTERTAINMENT BUSINESS<br>ONE MICROSOFT WAY<br>REDMOND, WA 98052-6399 |
| 2.593 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO. 2 TO THE DIGITIAL CONTENT DELIVERY AGREEMENT - VIDEO-ON-DEMAND AND ELETRONIC SELL-THROUGH<br>EFFECTIVE DATE: 12/30/2012 | MICROSOFT CORPORATION<br>ONE MICROSOFT WAY<br>ONE MICROSOFT WAY<br>REDMOND, WA 98052-6399 |
| 2.594 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO.1 TO DIGITAL CONTENT DELIVERY AGREEMENT - VIDEO-ON-DEMAND<br>EFFECTIVE DATE: 10/5/2011 | MICROSOFT CORPORATION<br>ONE MICROSOFT WAY<br>ONE MICROSOFT WAY<br>REDMOND, WA 98052-6399 |
| 2.595 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DIGITAL CONTENT DELIVERY AGREEMENT - VIDEO-ON-DEMAND AND ELECTRONIC SELL-THROUGH (MOTION PICTURES)<br>EFFECTIVE DATE: 4/1/2011 | MICROSOFT<br>ATTN: ALAN STERNFELD<br>ONE MICROSOFT WAY<br>REDMOND, WA 98052-6399 |
| 2.596 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DIGITAL CONTENT DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 11/28/2012 | MIDWEST TAPE, LLC<br>6950 HALL ST<br>HOLLAND, OH 43528 |
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO THE DIGITAL CONTENT DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 2/10/2014 | MIDWEST TAPE, LLC<br>6950 HALL ST<br>HOLLAND, OH 43528 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.598 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | MILL CREEK ENTERTAINMENT, LLC<br>2445 NEVADA AVE N<br>GOLDEN VALLEY, MN  55427 |
| 2.599 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: TENDERLOIN | MILLER, EDWARD R.<br>1001 PINE STREET #511<br>SAN FRANCISCO, CA  94109 |
| 2.600 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SHAKER RUN | MIRAGE ENTERTAINMENT CORP. LTD.<br>MIRAGE ENTERTAINMENT CORPORATION LTD.<br>C/O GOSLING CHAPMAN; P.O. BOX 158<br>8TH FLOOR, 63 ALBERT STREET<br>AUCKLAND<br>NEW ZEALAND |
| 2.601 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CAME A HOT FRIDAY | MIRAGE ENTERTAINMENT CORP. LTD.<br>MIRAGE ENTERTAINMENT CORPORATION LTD.<br>C/O GOSLING CHAPMAN; P.O. BOX 158<br>8TH FLOOR, 63 ALBERT STREET<br>AUCKLAND<br>NEW ZEALAND |
| 2.602 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SOLDIER'S TALE, A | MIRAGE ENTERTAINMENT CORP. LTD.<br>MIRAGE ENTERTAINMENT CORPORATION LTD.<br>C/O GOSLING CHAPMAN; P.O. BOX 158<br>8TH FLOOR, 63 ALBERT STREET<br>AUCKLAND<br>NEW ZEALAND |
| 2.603 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DREAMS OF HOME | MIRAGE ENTERTAINMENT CORP. LTD.<br>MIRAGE ENTERTAINMENT CORPORATION LTD.<br>C/O GOSLING CHAPMAN; P.O. BOX 158<br>8TH FLOOR, 63 ALBERT STREET<br>AUCKLAND<br>NEW ZEALAND |
| 2.604 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PALLET ON THE FLOOR | MIRAGE ENTERTAINMENT CORP. LTD.<br>STEPHEN SWADEN (SPECTRUM ENT GROUP PLC)<br>C/O LEONARD CURTIS & CO; P.O. BOX 553<br>EASTBOURNSE TERRANCE<br>LONDON<br>UNITED KINGDOM |

| Debtor | OUR ALCHEMY, LLC | | Case Number (if known) 16-11596 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: QUEEN CITY ROCKER | MIRAGE ENTERTAINMENT CORP. LTD.<br>STEPHEN SWADEN (SPECTRUM ENT GROUP PLC)<br>C/O LEONARD CURTIS & CO; P.O. BOX 553<br>EASTBOURNSE TERRANCE<br>LONDON<br>UNITED KINGDOM |
| 2.606 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DADDY'S HOME | MM GERTZ ENTERTAINMENT<br>12400 VENTURA BLVD.<br>SUITE 222<br>STUDIO CITY, CA  91604 |
| 2.607 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MULTIPLE RIGHTS DEAL MEMO BASED ON IFTA INTERNATIONAL BASIC LICENSE AND FINANCIAL TERMS EFFECTIVE DATE: 1/6/2016 | MODULUS MEDIA<br>28, HONISTER GARDENS<br>STANMORE<br>LONDON<br>UNITED KINGDOM |
| 2.608 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HE'S ON MY MIND | MOLAKE PICTURES<br>4793 STARGAZER PLACE<br>PALMDALE, CA  93552 |
| 2.609 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LOCAL BOYS | MOLER, RON<br>LOCAL BOYS, LLC<br>MR. RON MOLER; C/O PARKS & PALMER<br>11601 WILSHIRE BLVD., SUITE 2300<br>LOS ANGELES, CA  90025 |
| 2.610 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: RUNNER, THE | MOLER, RON<br>RUNNER PRODUCTIONS, INC.<br>MR. RON MOLER; C/O PARKS & PALMER<br>11601 WILSHIRE BLVD., SUITE 2300<br>LOS ANGELES, CA  90025 |
| 2.611 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: COUNTING BACKWARDS | MONTAGUE FILMS<br>4646 LOS FELIZ BLVD. #316<br>ATTN: BENJAMIN MONTAGUE<br>LOS ANGELES, CA  90027 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.612 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LOCKDOWN | MOON AIRE PRODUCTIONS, INC.<br>MR. JOSEPH MENGELII<br>MOON AIRE PRODUCTIONS, INC.<br>2421 DE SOTO DRIVE<br>SAN JOSE, CA  95124 |
| 2.613 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SONG FOR MARTIN, A | MOONLIGHT FILMPRODUCTION APS<br>ŞIŞLI MERKEZ MAH. PERIHAN SOK.<br>ADORAN APT. 108/2<br>ŞIŞLI<br>İSTANBUL<br>TURKEY |
| 2.614 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SHAMELESS | MOOR STREET FILMS PLC.<br>GRANT THORNTON HOUSE<br>22 MELTON STREET<br>LONDON  NW1 2EP<br>UNITED KINGDOM |
| 2.615 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MORNING | MORNING FILMS LLC<br>ATTN: JOE MITACEK<br>1500 LINDA ROSA AVE<br>LOS ANGELES, CA  90041 |
| 2.616 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BLAST | MOTION PICTURE CORPORATION OF AMERICA<br>IWP INT'L WEST PICTURES GMBH & CO<br>1401 OCEAN AVENUE, SUITE 301<br>ATTN: SIGRID ANN DAVIDSON/BRAD KREVOY<br>SANTA MONICA, CA  90401 |
| 2.617 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BOOKIES | MOTION PICTURE CORPORATION OF AMERICA<br>IWP INT'L WEST PICTURES GMBH & CO<br>ERSTE PRODUCTIONS KG; SACHSENRIGH STRASS 2-04<br>ATTN: GERHARD SCHMIDT<br>KOELN  50677<br>GERMANY |
| 2.618 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LOST CITY RAIDERS | MOVING PICTURES FILM & TELEVISION, LLC<br>MOVING PICTURES FILM AND TELEVISION LLC<br>7220 NORTH 16TH STREET, SUITE C<br>ATTN: TED CHALMERS<br>PHOENIX, AZ  85020 |

| Debtor | OUR ALCHEMY, LLC | Case number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.619 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: GUY X | MOVISION 71-82 FILM PARTNERSHIPS<br>THE WORKS TSC LIMITED<br>4TH FLOOR; PORTLAND HOUSE<br>4 GREAT PORTLAND STREET<br>LONDON  W1W 8QJ<br>UNITED KINGDOM |
| 2.620 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LAWLESS HEART | MP PRODUCTIONS (LH) LIMITED<br>OCTOBER PRODUCTIONS LIMITED<br>HOLLYBUSH HOUSE<br>SOUTHEND, GARSINGTON<br>OXFORD  OX44 9DJ<br>UNITED KINGDOM |
| 2.621 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | MUSIC BOX FILMS<br>ATTN: WILLIAM SCHOPF<br>942 W LAKE STREET<br>CHICAGO, IL  60607 |
| 2.622 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | MUSIC VIDEO DISTRIBUTORS<br>ATTN: ED SEAMAN<br>422 BUSINESS CENTER<br>H-840 N CIRCLE DRIVE<br>OAKS, PA  19456 |
| 2.623 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | MVD ENTERTAINMENT GROUP<br>203 WINDSOR ROAD<br>POTTSTOWN, PA  19464 |
| 2.624 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LITTLE FISH | MYRIAD PICTURES, INC.<br>1520 D CLOVERFIELD BOULEVARD<br>ATTN: KIRK D'AMICO<br>SANTA MONICA, CA  90404 |
| 2.625 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: RIVER KING, THE | MYRIAD PICTURES, INC.<br>1520 D CLOVERFIELD BOULEVARD<br>ATTN: KIRK D'AMICO<br>SANTA MONICA, CA  90404 |

| Debtor | OUR ALCHEMY, LLC | Case Number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.626 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: COMEBACK SEASON | MYRIAD PICTURES, INC.<br>3015 MAIN STREET, SUITE 400<br>ATTN: KIRK D'AMICO<br>SANTA MONICA, CA  90405 |
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DEEPLY | MYRIAD PICTURES, INC.<br>421 SOUTH BEVERLY DRIVE, 5TH FLOOR<br>BEVERLY HILLS, CA  90212 |
| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: TRAUMA (2005) | MYRIAD PICTURES, INC.<br>ADC S.R.L.<br>VIA GIONVANNI DEVON<br>ROME  00167<br>ITALY |
| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BROTHEL | MYSTIC PICTURES, LLC<br>P.O. BOX 206<br>RONKONOMA, NY  11779 |
| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AMATEURS, THE | N1 EUROPEAN FILM PRODUKTIONS GMBH&CO. KG<br>PHILIPP-REIS-STRASSE 4<br>ATTN: TORSTEN POECK AND ROLAND VOLLATH<br>NIDDERAU  D-61130<br>GERMANY |
| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: NINJA 2 | N2 PRODUCTIONS, INC.<br>C/O NU IMAGE INC<br>ATTN: LEGAL AFFAIRS<br>6423 WILSHIRE BLVD<br>LOS ANGELES, CA  90048 |
| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: EVIL ALIEN CONQUERORS | NADA PICTURES, INC.<br>TRACTION MEDIA<br>9665 WILSHIRE BOULEVARD, SUITE 500<br>ATTN: DOUG STONE<br>BEVERLY HILLS, CA  90212 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.633 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ACCIDENTAL LOVE | NAILED PARTNERS LLC<br>C/O K.JAM MEDIA<br>10866 WILSHIRE BLVD<br>SUITE 1500<br>LOS ANGELES, CA 90024 |
| 2.634 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | NASSER GROUP, INC.<br>DBA NASSER ENTERTAINMENT GROUP<br>11350 VENTURA BOULEVARD, SUITE 101<br>STUDIO CITY, CA 91604 |
| 2.635 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BAD COMPANY | NATURE PRODUCTIONS, INC.<br>C/O DAN GRODNIK<br>13331 VALLEY VISTA B<br>SHERMAN OAKS, CA 91423 |
| 2.636 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LOWER LEVEL | NEO MOTION PICTURES, INC<br>COOPER, EPSTEIN & HUREWITZ<br>345 NORTH MAPLE DRIVE, SUITE 200<br>ATTN: STEWART S. BROOKMAN, ESQ.<br>BEVERLY HILLS, CA 90210 |
| 2.637 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BLUE DESERT | NEO MOTION PICTURES, INC<br>COOPER, EPSTEIN & HUREWITZ<br>345 NORTH MAPLE DRIVE, SUITE 200<br>ATTN: STEWART S. BROOKMAN, ESQ.<br>BEVERLY HILLS, CA 90210 |
| 2.638 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STRING THEORY | NEON BUDDHA MULTIMEDIA<br>16988 JACKASS FLATS ROAD<br>NEVADA CITY, CA 95959 |
| 2.639 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DIRECTION OF PAYMENT<br>EFFECTIVE DATE: 5/16/2016 | NETFLIX, INC<br>ATTN: DAVID ASHKENAZI<br>333 N. MAPLE DRIVE<br>SUITE 353<br>BEVERLY HILLS, CA 90210 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT FOR INTERNET TRANSMISSION<br>EFFECTIVE DATE: 9/23/2011 | NETFLIX, INC<br>ATTN: GENERAL COUNSEL<br>100 WINCHESTER CIRCLE<br>LOS GATOS, CA  95032 |
| 2.641 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DIRECTION OF PAYMENT<br>EFFECTIVE DATE: 12/11/2014 | NETFLIX, INC<br>ATTN: ROB ROY<br>335 N. MAPLE DRIVE<br>SUITE 353<br>BEVERLY HILLS, CA  90210 |
| 2.642 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO NOTICE OF ASSIGNMENT AND IRREVOCABLE INSTRUCTIONS<br>EFFECTIVE DATE: 12/11/2014 | NETFLIX, INC<br>ATTN: SEAN CAREY<br>335 N. MAPLE DRIVE<br>SUITE 353<br>BEVERLY HILLS, CA  90210 |
| 2.643 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ASSIGNMENT AND IRREVOCABLE INSTRUCTIONS<br>EFFECTIVE DATE: 9/4/2014 | NETFLIX, INC<br>ATTN: SEAN CAREY<br>335 N. MAPLE DRIVE<br>SUITE 353<br>BEVERLY HILLS, CA  90210 |
| 2.644 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT TO NOTICE OF ASSIGNMENT AND IRREVOCABLE INSTRUCTIONS<br>EFFECTIVE DATE: 7/8/2015 | NETFLIX, INC<br>ATTN: SEAN CAREY<br>335 N. MAPLE DRIVE<br>SUITE 353<br>BEVERLY HILLS, CA  90210 |
| 2.645 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT TO NOTICE OF ASSIGNMENT AND IRREVOCABLE INSTRUCTIONS<br>EFFECTIVE DATE: 3/12/2016 | NETFLIX, INC<br>ATTN: SEAN CAREY<br>335 N. MAPLE DRIVE<br>SUITE 353<br>BEVERLY HILLS, CA  90210 |
| 2.646 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENTS #1-#51<br>EFFECTIVE DATE: 4/22/2011 | NETFLIX, INC.<br>ATTN: ROBERT ROY<br>100 WINCHESTER CIRCLE<br>LOS GATOS, CA  95032 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.647**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: MORE MARRIED PEOPLE SINGLE SEX | NEW CITY RELEASING, INC. <br> 20700 VENTURA BOULEVARD, SUITE 350 <br> ATTN: ALAN BURSTEEN, PRESIDENT <br> WOODLAND HILLS, CA 91364 |
| **2.648**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: MARRIED PEOPLE SINGLE SEX: URBAN ADULTERY | NEW CITY RELEASING, INC. <br> 20700 VENTURA BOULEVARD, SUITE 350 <br> ATTN: ALAN BURSTEEN, PRESIDENT <br> WOODLAND HILLS, CA 91364 |
| **2.649**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: MARRIED PEOPLE SINGLE SEX: THE RETURN | NEW CITY RELEASING, INC. <br> 20700 VENTURA BOULEVARD, SUITE 350 <br> ATTN: ALAN BURSTEEN, PRESIDENT <br> WOODLAND HILLS, CA 91364 |
| **2.650**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: ALL FOR LUST | NEW CITY RELEASING, INC. <br> 20700 VENTURA BOULEVARD, SUITE 350 <br> ATTN: ALAN BURSTEEN, PRESIDENT <br> WOODLAND HILLS, CA 91364 |
| **2.651**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: PASSION CRIMES | NEW CITY RELEASING, INC. <br> 20700 VENTURA BOULEVARD, SUITE 350 <br> ATTN: ALAN BURSTEEN, PRESIDENT <br> WOODLAND HILLS, CA 91364 |
| **2.652**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: LOST INNOCENCE | NEW CITY RELEASING, INC. <br> 20700 VENTURA BOULEVARD, SUITE 350 <br> ATTN: ALAN BURSTEEN, PRESIDENT <br> WOODLAND HILLS, CA 91364 |
| **2.653**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: NAKED BETRAYAL | NEW CITY RELEASING, INC. <br> 20700 VENTURA BOULEVARD, SUITE 350 <br> ATTN: ALAN BURSTEEN, PRESIDENT <br> WOODLAND HILLS, CA 91364 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.654 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FERRYMAN, THE | NEW ZEALAND FILM COMMISSION<br>TF PROD & ATLANTIC FILM PROD LIMITED<br>FILM CTR; 119 JERVOIS QUAY, P.O. BOX 11546<br>ATTN: KATHLEEN DRUMM & JAMES THOMPSON<br>WELLINGTON 6011<br>NEW ZEALAND |
| 2.655 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SNAKE ISLAND | NGWE ENTERPRISE<br>FUSION INTERNATIONAL SALES CORPORATION<br>4370 TUJUNGA AVENUE, SUITE 140<br>ATTN: JOHN FREMES<br>STUDIO CITY, CA 91604 |
| 2.656 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: NIGHT OF THE TEMPLAR | NIGHT OF THE TEMPLAR, LLC<br>ATTN: PAUL SAMPSON<br>12400 VENTURA BLVD #438<br>STUDIO CITY, CA 91604 |
| 2.657 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ISLAND | NIKKI BLACK FILMS LIMITED<br>27 SEKFORDE STREET<br>LONDON EC1R 0HH<br>UNITED KINGDOM |
| 2.658 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MAMA SWEETIE | NIMO MATHENGE & BETH TURTON<br>12702 GILBERT STREET<br>GARDEN GROVE, CA 92841 |
| 2.659 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: NINJA APOCALYPSE | NINJA PRODUCTIONS, LLC<br>ATTN: LEGAL AFFAIRS<br>135 W. MAGNOLIA BLVD., 2ND FLOOR<br>BURBANK, CA 91502 |
| 2.660 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: KILL SPEED | NO MORE GAMES LLC<br>EPIC PICTURES GROUP, INC.<br>ATTN: SHAKED BERENSON<br>6725 SUNSET BLVD., SUITE 330<br>HOLLYWOOD, CA 90028 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.661 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: NO SAFE HAVEN | NO SAFE HAVEN LIMITED PARTNERSHIP<br>C/O KENNETH H DENBERG, ESQ.<br>SCHWARTZ & FREEMAN<br>401 NORTH MICHIGAN AVENUE, SUITE 3400<br>CHICAGO, IL 60611 |
| 2.662 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: NO WAY BACK | NO WAY, INC.<br>8315 BEVERLY BLVD.<br>LOS ANGELES, CA 90048 |
| 2.663 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DARK WOODS | NOM DE PLUME FILMS LLC<br>11030 MOORPARK ST #27<br>ATTN: JOHN MUSCARNERO<br>STUDIO CITY, CA 91602 |
| 2.664 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MURDER IN CHINA BASIN | NORMAN GERARD OR KATHERINE MEGAN GERARD<br>283 BRONWOOD AVE<br>LOS ANGELES, CA 90049 |
| 2.665 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SNAKE SKIN JACKET | NORMAN GERARD OR KATHERINE MEGAN GERARD<br>283 BRONWOOD AVE<br>LOS ANGELES, CA 90049 |
| 2.666 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FRANK | NORTH BY NORTHWEST PRODUCTIONS, INC.<br>NORTH BY NORTHWEST PRODUCTIONS<br>903 WEST BROADWAY AVENUE<br>ATTN: RICH COWAN, CEO<br>SPOKANE, WA 99201 |
| 2.667 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DEATH FROM ABOVE | NORTH SHORE PICTURES LLC<br>ATTN: BRIAN KOEHLER<br>2802 CONWAY WALLROSE ROAD<br>BADEN, PA 15005 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | SUPPLIER AGREEMENT | NORWOOD SOFTWARE LLC ATTN: SAM ANTAR 928 ELBERON AVE ELBERON, NJ 07740 |
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | ASSIGNMENT AND CERTIFICATION OF NON POSSESSION EFFECTIVE DATE: 8/25/2014 | NU IMAGE, INC ATTN: TREVOR SHORT 6423 WILSHIRE BLVD LOS ANGELES, CA 90048 |
| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: CONTROL | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA 90048 |
| 2.671 | **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: NOBODY'S BABY | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA 90048 |
| 2.672 | **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: BAD LIEUTENANT: PORT OF CALL NEW ORLEANS | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA 90048 |
| 2.673 | **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: HOUSE OF BONES | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA 90048 |
| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: QUANTUM APOCALYPSE | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA 90048 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.675** **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: HUMAN TIME BOMB | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA 90048 |
| **State the term remaining** **List the contract number of any government contract** | | |
| **2.676** **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: PROJECT SHADOWCHASER 3 | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA 90048 |
| **State the term remaining** **List the contract number of any government contract** | | |
| **2.677** **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: PROJECT SHADOWCHASER 2 | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA 90048 |
| **State the term remaining** **List the contract number of any government contract** | | |
| **2.678** **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: PRINCE & ME: THE ELEPHANT ADVENTURE, THE | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA 90048 |
| **State the term remaining** **List the contract number of any government contract** | | |
| **2.679** **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: PLATOS RUN | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA 90048 |
| **State the term remaining** **List the contract number of any government contract** | | |
| **2.680** **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: IN HELL | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA 90048 |
| **State the term remaining** **List the contract number of any government contract** | | |
| **2.681** **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: HELLO SHE LIEDD | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA 90048 |
| **State the term remaining** **List the contract number of any government contract** | | |

Debtor    OUR ALCHEMY, LLC    Case Number (if known) 16-11596

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: JOURNEY TO THE END OF THE NIGHT | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.683 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: JUDGE AND JURY | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.684 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: KILL SLADE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.685 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: KING OF CALIFORNIA | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.686 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LABOR PAINS | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.687 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SPIDERS 2 | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.688 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PEACEKEEPER | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.689 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FTW | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.690 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DOUBLE IDENTITY | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.691 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: RETURN FROM INDIA | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.692 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: EARTHQUAKE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.693 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ELEPHANT WHITE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.694 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FINDING RIN TIN TIN | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.695 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FIRE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.696 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: RELATIVE STRANGERS | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |
| 2.697 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: RAGING ANGELS | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |
| 2.698 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: FOREVER LULU (AKA ALONG FOR THE RIDE) | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |
| 2.699 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: PAST PERFECT | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |
| 2.700 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: REDLINE | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |
| 2.701 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: HARD CASH | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |
| 2.702 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: REALITY CHECK | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |

| Debtor | OUR ALCHEMY, LLC | Case Number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.703 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: RATS (AKA KILLER RATS) | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.704 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: RAGING SHARKS | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.705 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HARD JUSTICE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.706 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LEAVES OF GRASS | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.707 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HOLLOW POINT | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.708 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STAY AWAKE, THE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.709 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SHADOW OF FEAR | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.710 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LARVA | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.711 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SNAKEMAN | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.712 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MOSSAD | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.713 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: NEVER SAY DIE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.714 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: NINJA | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.715 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: OPERATION DELTA FORCE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.716 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ON THE BORDER | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.717 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> LICENSE AGREEMENT <br> TITLE: MOSQUITOMAN | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA 90048 |
| 2.718 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> LICENSE AGREEMENT <br> TITLE: OCTOPUS 2 | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA 90048 |
| 2.719 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> LICENSE AGREEMENT <br> TITLE: OPERATION DELTA FORCE 2 | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA 90048 |
| 2.720 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> LICENSE AGREEMENT <br> TITLE: SHADOWCHASER 4 | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA 90048 |
| 2.721 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> LICENSE AGREEMENT <br> TITLE: SHARK ATTACK | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA 90048 |
| 2.722 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> LICENSE AGREEMENT <br> TITLE: OCTOPUS | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA 90048 |
| 2.723 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> LICENSE AGREEMENT <br> TITLE: SHARK ATTACK 2 | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA 90048 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.724 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SHARK ATTACK 3: MEGALODON | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.725 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SHARK ZONE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.726 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SHARKMAN (AKA HAMMERHEAD) | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.727 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CYBORG COP 2 | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.728 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SKELETONMAN | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.729 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LOOKING FOR LOLA | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.730 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LAST DAYS OF FRANKIE THE FLY, THE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.731 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: SHOWDOWN AT AREA 51 | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |
| 2.732 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: PASSOVER FEVER | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |
| 2.733 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: PAPERBOY | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |
| 2.734 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: LIMA | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |
| 2.735 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: OPERATION DELTA FORCE 5: RANDOM FIRE | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |
| 2.736 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: SPIDERS | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |
| 2.737 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: SOME GIRL | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.738 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: OPERATION DELTA FORCE 4: DEEP FAULT | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |
| 2.739 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: OCTOBER 22" | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |
| 2.740 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LUNARCOP | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |
| 2.741 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MAKER | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |
| 2.742 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MARINES | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |
| 2.743 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MARRIED 2 MALCOLM | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |
| 2.744 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MEGA SNAKE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.745 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: MERCHANT OF DEATH | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA 90048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.746 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: OPERATION DELTA FORCE 3 | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA 90048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.747 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: SCARRED CITY | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA 90048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.748 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: SPECIAL FORCES | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA 90048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.749 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: AIR PANIC (AKA TRIUMPH IN THE SKY) | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA 90048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.750 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: BLACK HOLE | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA 90048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.751 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: TARGET OF OPPORTUNITY | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA 90048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.752 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT TITLE: TAKING OF DEBORAH LOGAN, THE | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA  90048 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.753 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT TITLE: TAKEOVER | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA  90048 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.754 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT TITLE: SWEEPERS | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA  90048 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.755 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT TITLE: SUMURU | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA  90048 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.756 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT TITLE: SUBMARINES | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA  90048 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.757 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT TITLE: 88 | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA  90048 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.758 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT TITLE: TOP OF THE WORLD | NU IMAGE, INC. ATTN: FRANK DEMARTINI, TREVOR SHORT 6423 WILSHIRE BLVD. LOS ANGELES, CA  90048 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.759 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AIR MARSHAL | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |
| 2.760 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: TORNADO | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |
| 2.761 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AIR STRIKE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |
| 2.762 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ALIEN LOCKDOWN | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |
| 2.763 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ALTERNATE, THE (AKA REPLACEMENT) | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |
| 2.764 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AMERICAN PERFEKT | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |
| 2.765 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ARMSTRONG | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |

Debtor    OUR ALCHEMY, LLC    Case Number (if known) 16-11596

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.766 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AS GOOD AS DEAD | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.767 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AVALANCHE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.768 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BEYOND FORGIVENESS | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.769 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AFRICAN EXPRESS | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.770 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: VOLCANO (AKA VOLCANO DISASTER) | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.771 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STREET GUN | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.772 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FRANKENSTEIN | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.773 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WOLVESBAYNE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.774 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WINDFALL | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.775 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WILD SIDE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.776 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WHEN NIETZSCHE WEPT | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.777 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WARRIORS | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.778 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: THAT ENGLISHWOMAN | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.779 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WAR, INC. | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |

| Debtor | OUR ALCHEMY, LLC | Case Number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.780 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT<br>TITLE: 4TH FLOOR, THE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.781 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT<br>TITLE: VAMPIRE IN VEGAS | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.782 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT<br>TITLE: UNSTOPPABLE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.783 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT<br>TITLE: U.S. SEALS 3: FROGMENT (AKA DEAD OR ALIVE) | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.784 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT<br>TITLE: U.S. SEALS 2 | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.785 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT<br>TITLE: U.S. SEALS | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.786 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT<br>TITLE: TRUST | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    OUR ALCHEMY, LLC                              Case Number (if known)  16-11596
_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.787 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: TRESPASS | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.788 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: TRAITORS HEART | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.789 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WARHEAD | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.790 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DAY OF THE DEAD (2008) | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.791 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: COMMAND PERFORMANCE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.792 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CONTRACT, THE (2007) | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.793 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: COOL DOG | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.794 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: COLD HARVEST | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.795 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CROCODILE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.796 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CODE, THE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.797 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CROCODILE 2 | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.798 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CITY OF FEAR | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.799 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BLOODSUCKERS | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.800 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CYBORG CONQUEST | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.801 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: COLD HEART | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |
| 2.802 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: DANGER ZONE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |
| 2.803 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: CYBORG COP 3 | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |
| 2.804 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: DAYS OF LOVE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |
| 2.805 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: DEAD AWAKE (2001) | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |
| 2.806 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: BLOOD RUN | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |
| 2.807 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: DEATH TRAIN | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA 90048 |

Debtor   OUR ALCHEMY, LLC                                  Case Number (if known) 16-11596

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.808 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: DERAILED | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |
| 2.809 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: DIRECT CONTACT | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |
| 2.810 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: BLITZ | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |
| 2.811 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: DISASTER (AKA CULT OF FURY) | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |
| 2.812 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: BLACK WIDOW, THE | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |
| 2.813 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: DOGWATCH | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |
| 2.814 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: DIRECT ACTION | NU IMAGE, INC. <br> ATTN: FRANK DEMARTINI, TREVOR SHORT <br> 6423 WILSHIRE BLVD. <br> LOS ANGELES, CA  90048 |

Debtor    OUR ALCHEMY, LLC                                      Case number (if known) 16-11596

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.815 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HOW TO KILL YOUR NEIGHBOR'S DOG | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.816 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: NUGGET, THE | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.817 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | NU IMAGE, INC.<br>ATTN: FRANK DEMARTINI, TREVOR SHORT<br>6423 WILSHIRE BLVD.<br>LOS ANGELES, CA  90048 |
| 2.818 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: OUT OF THE COLD | OLD TOWN PICTURES, LLC<br>C/O SALLOC INVESTMENTS<br>13701 RIVERSIDE DRIVE, SUITE 701<br>SHERMAN OAKS, CA  91402 |
| 2.819 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AMERICAN RAP STARS | OMAR LINDSEY (P/K/A OMAR SHARIF) |
| 2.820 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PERSECUTED | ONE MEDIA LLC<br>2177 BLACK WILLOW DRIVE<br>ATTN: DANIEL LUSKO<br>ALBUQUERQUE, NM  87122 |
| 2.821 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ONE NIGHT | ONE NIGHT, LLC<br>1531 S BEDFORD STREET<br>ATTN: MICHAEL KNOWLES<br>LOS ANGELES, CA  90035 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.822 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SOULKEEPER | ONE-TU-THREE PRODUCTIONS, INC.<br>920 TANANA PLACE<br>COSTA MESA, CA  92626 |
| 2.823 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ELLING | OPIAM A/S<br>TRUST FILMS SALES2 APS<br>P.O. BOX 275<br>ATTN: DAG ALVEBERG<br>BEKKESTUA  1319<br>NORWAY |
| 2.824 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDERING DOCUMENT<br>EFFECTIVE DATE: 5/1/2015 | ORACLE AMERICA, INC.<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA  94065 |
| 2.825 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AARON BACON- SHORTS COLLECTION | OVER THE GW LLC<br>43-15 45TH STREET SUITE 1B<br>SUNNYSIDE, NY  11104 |
| 2.826 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OVERDRIVE DIGITAL CONTENT DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 6/13/2012 | OVERDRIVE, INC.<br>8555 SWEET VALLEY DRIVE, STE N<br>CLEVELAND, OH  44125 |
| 2.827 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ED GEIN | OVERSEAS FILMGROUP, INC.<br>FIRST LOOK MEDIA & TARTAN FILMS, LTD.<br>8800 SUNSET BLVD.<br>LOS ANGELES, CA  90069 |
| 2.828 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CALLING, THE | PACIFICA FILM DISTRIBUTION LLC<br>9200 SUNSET BOULEVARD, PENTHOUSE 25<br>LOS ANGELES, CA  90069 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.829 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: NAVIGATORS, THE | PARALLAX (NAVIGATORS) LIMITED<br>THE WORKS TSC LIMITED<br>4 GREAT PORTLAND STREET<br>LONDON  W1W 8QJ<br>UNITED KINGDOM |
| 2.830 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FREEZE FRAME | PARALLEL WORLD PRODUCTION, LTD.<br>C/O THE FILM SALES COMPANY<br>ATTN: ANDREW HERWITZ |
| 2.831 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PARIS | PARIS DIGITAL<br>PARIS DIGITAL LLC<br>357 SOUTH DOHENY DRIVE<br>ATTN: RAMIN NIAMI<br>BEVERLY HILLS, CA  90211 |
| 2.832 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STRANGERLAND | PARKER PICTURES HOLDINGS PTY LTD<br>SLOSS ECKHOUSE LAW CO LLP<br>555 WEST 25TH STREET, 4TH FLOOR<br>ATTN: JOHN SLOSS ESQ. & JERRY DASTI ESQ<br>NEW YORK, NY  10001 |
| 2.833 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ALPHA MALES EXPERIMENT | PARTNERS IN CRIME FILMS, LLC<br>P.O. BOX 491962<br>ATTN: PAUL J. ALESSI<br>LOS ANGELES, CA  90049 |
| 2.834 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PARTS PER BILLION | PARTS PER BILLION LLC<br>RANDY MANIS LAW OFFICE<br>469 LAWRENCE AVENUE<br>ATTN: RANDY MANIS<br>WEST TORONTO, ON  M5M 1C6<br>CANADA |
| 2.835 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PARTY GIRL | PARTY PICTURES, INC.<br>C/O BODINE & HERZOG<br>1790 BROADWAY<br>ATTN: SUSAN H. BODINE, ESQ.<br>NEW YORK, NY  10019 |

| Debtor | OUR ALCHEMY, LLC | Case Number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.836 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BIG NOTHING | PATHE PRODUCTIONS LIMITED<br>SLOSS LAW OFFICE, LLP<br>555 WEST 25TH STREET, 4TH FLOOR<br>ATTN: JOHN SLOSS<br>NEW YORK, NY 10001 |
| 2.837 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | PAWS, INC.<br>ATTN: BOB BEASLEY<br>5440 E COUNTY ROAD 450 N<br>ALBANY, IN 47320 |
| 2.838 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | PBS DISTRIBUTION<br>ATTN: TINA LUCKEY, CONTROLLER<br>2100 CRYSTAL DRIVE<br>ARLINGTON, VA 22202 |
| 2.839 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT<br>EFFECTIVE DATE: 7/10/2015 | PECHTER, STEVEN<br>7568 BITTERSWEET DRIVE<br>EDEN PRAIRE, MN 55344 |
| 2.840 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: THIS IS THE SEA | PEMBRIDGE PICTURES, LTD.<br>THE IRISH FILM CENTRE<br>6 EUSTACE STREET<br>DUBLIN 2<br>IRELAND |
| 2.841 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PENDULUM | PENDULUM PARTNERS<br>MARK LITWAK<br>9595 WILSHIRE BOULEVARD, SUITE 711<br>BEVERLY HILLS, CA 90212 |
| 2.842 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PENTHOUSE, THE | PENTHOUSE THE MOVIE, LLC<br>9107 WILSHIRE BLVD., SUITE 450<br>ATTN: PATRICK EWALD<br>BEVERLY HILLS, CA 90210 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.843 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | PHASE 4 FILMS (USA), LLC<br>ATTN: SEAN MONSON<br>20 EGLINTON AVE WEST, SUITE 603<br>P.O. BOX 2041<br>TORONTO, ON  M4R 1K8<br>CANADA |
| 2.844 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: NATURE | PICKETT, JEFF<br>5169 1/2 VILLAGE GREEN<br>LOS ANGELES, CA  90016 |
| 2.845 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CHRYSTAL | PICTURES SECURITIES LIMITED<br>C/O THE SIMKINS PARTNERSHIP<br>45-51 WHITFIELD STREET<br>ATTN: MICAH GREEN<br>LONDON  W1T 4HB<br>UNITED KINGDOM |
| 2.846 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: GODMONEY | PIERSON-DOANE, INC. DBA ROYAL FILMS<br>33007 PACIFIC COAST HIGHWAY<br>MALIBU, CA  90265 |
| 2.847 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PING PONG SUMMER | PING PONG SUMMER LLC<br>220 MONTGOMERY STREET<br>SUITE 411<br>ATTN: GEORGE RUSH<br>SAN FRANCISCO, CA  94104 |
| 2.848 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | PLATINUM DISC. CORP<br>ATTN: DAVID THOMPSON<br>P.O. BOX 2798<br>LACROSSE, WI  54602 |
| 2.849 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | PLUS ENTERTAINMENT, INC.<br>ATTN: PEJMAN PARTIVELI<br>468 N CAMDEN DRIVE SUITE 250<br>BEVERLY HILLS, CA  90210 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.850** | **State what the contract or lease is for and the nature of the debtor's interest**    LICENSE AGREEMENT TITLE: PLUSH     PLUSH PRODUCTIONS LLC C/O IM GLOBAL 8322 BEVERLY BLVD STE 300 ATTN: STUART FORD LOS ANGELES, CA  90048 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.850 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: PLUSH | PLUSH PRODUCTIONS LLC C/O IM GLOBAL 8322 BEVERLY BLVD STE 300 ATTN: STUART FORD LOS ANGELES, CA  90048 |
| 2.851 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: WATER DAMAGE | PM ENTERTAINMENT LANTERN LANE ENTERTAINMENT 15422 VENTURA BLVD. ATTN: DAVID GARBER SHERMAN OAKS, CA  91403 |
| 2.852 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: FIRETRAP | PM ENTERTAINMENT LANTERN LANE ENTERTAINMENT 15422 VENTURA BLVD. ATTN: DAVID GARBER SHERMAN OAKS, CA  91403 |
| 2.853 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: KILLING MOON | PM ENTERTAINMENT LANTERN LANE ENTERTAINMENT 15422 VENTURA BLVD. ATTN: DAVID GARBER SHERMAN OAKS, CA  91403 |
| 2.854 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: TUNNEL, THE | PM ENTERTAINMENT LANTERN LANE ENTERTAINMENT 15422 VENTURA BLVD. ATTN: DAVID GARBER SHERMAN OAKS, CA  91403 |
| 2.855 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: ON THE EDGE | PO' BOY PRODUCTIONS PO' BOY PRODUCTIONS INC. 2671 CALLE PALO FIERRO ATTN: FRED WILLIAMSON. PALM SPRINGS, CA  92264 |
| 2.856 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: SHOOTING GALLERY | POOL HALL PRODUCTIONS, LLC 1100 POYDRAS STREET, SUITE 3200 ATTN: MICHAEL P. ARATA NEW ORLEANS, LA  70163 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.857 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | PORTFOLIO ENTERTAINMENT INC.<br>110 EGLINTON AVE EAST, SUITE 602<br>TORONTO, ON  M4P 2Y1<br>CANADA |
| 2.858 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: COUNTDOWN | POSITIVE, INC.<br>8315 BEVERLY BLVD.<br>LOS ANGELES, CA  90048 |
| 2.859 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CHERRY CRUSH | POST CENTRAL ENTERTAINMENT, LLC<br>LICHTER GROSSMAN NICHOLS & ADLER, INC.<br>9200 SUNSET BLVD, STE 1200<br>ATTN: LINDA LICHTER & STEPHEN CLARK<br>LOS ANGELES, CA  90069 |
| 2.860 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PRESSURE | PRESSURE, LLC<br>FRONT STREET PRODUCTIONS LLC<br>1620 BROADWAY, SUITE E<br>ATTN: HARVEY KAHN<br>SANTA MONICA, CA  90404 |
| 2.861 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MY KINGDOM | PRIMARY PICTURES, INC.; SKY PICTURES |
| 2.862 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LIGHTS, ACTION, MUSIC | PRIMARY WAVE RECORDS, LLC<br>LISA ALTER, ESQ.<br>ALTER & ROSEN, LLP<br>252 SEVENTH AVENUE, SUITE 3F<br>NEW YORK, NY  10001 |
| 2.863 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PRIME OF YOUR LIFE | PRIME OF YOUR LIFE PICTURES, LLC<br>5317 FRUITVILLE RD. STE. 84<br>ATTN: NICOLE ABISINIO<br>SARASOTA, FL  34232 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.864 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CONVERSATIONS WITH MY MOM | PRIMER PLANO FILM GROUP S.A.<br>ATTN: PASCUAL CONDITO<br>EL CANO 4020<br>BUENOS AIRES  1427<br>ARGENTINA |
| 2.865 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: UNA SEMANA SOLOS | PRIMER PLANO FILM GROUP S.A.<br>ATTN: PASCUAL CONDITO<br>EL CANO 4020<br>BUENOS AIRES  1427<br>ARGENTINA |
| 2.866 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AMOR EN TRANSITO | PRIMER PLANO FILM GROUP S.A.<br>ATTN: PASCUAL CONDITO<br>EL CANO 4020<br>BUENOS AIRES  1427<br>ARGENTINA |
| 2.867 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ANDRES NO QUIERE DORMI | PRIMER PLANO FILM GROUP S.A.<br>ATTN: PASCUAL CONDITO<br>EL CANO 4020<br>BUENOS AIRES  1427<br>ARGENTINA |
| 2.868 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | PRIMER PLANO FILM GROUP S.A.<br>ATTN: PASCUAL CONDITO<br>EL CANO 4020<br>BUENOS AIRES  1427<br>ARGENTINA |
| 2.869 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MISSION MANILA | PRIMROSE PATH LIMITED<br>C/O LOUSICH & CO<br>9/F BASKERVILLE HOUSE<br>22 ICE HOUSE STREET<br>HONG KONG<br>CHINA |
| 2.870 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BUREAUCRACY | PROACTIVE PICTURES<br>P.O. BOX 272<br>LOS ANGELES, CA  90078 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.871** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: BROOKLYN CASTLE | PRODUCERS DISTRIBUTION AGENCY LLC <br> SLOSS ECKHOUSE LAWCO LLP <br> 555 W 25TH ST 4TH FL <br> ATTN: JERRY L DASTI ESQ <br> NEW YORK, NY 10001 |
| **2.872** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: SEPTEMBER TAPES | PROJECT COMPLEX LLC <br> 1621 N. CRESCENT HEIGHTS BLVD <br> WEST HOLLYWOOD, CA 90069 |
| **2.873** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: GREENMAIL | PROMARK ENTERTAINMENT, INC. <br> LAW OFFICES OF MATTHEW FLADELL <br> 11400 WEST OLYMPIC BOULEVARD, 9TH FLOOR <br> ATTN: MATTHEW FLADELL <br> LOS ANGELES, CA 90064 |
| **2.874** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: FEDERAL PROTECTION | PROMARK ENTERTAINMENT, INC. <br> LAW OFFICES OF MATTHEW FLADELL <br> 11400 WEST OLYMPIC BOULEVARD, 9TH FLOOR <br> ATTN: MATTHEW FLADELL <br> LOS ANGELES, CA 90064 |
| **2.875** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: LAST RUN | PROMARK ENTERTAINMENT, INC. <br> LAW OFFICES OF MATTHEW FLADELL <br> 11400 WEST OLYMPIC BOULEVARD, 9TH FLOOR <br> ATTN: MATTHEW FLADELL <br> LOS ANGELES, CA 90064 |
| **2.876** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: ONE WAY OUT | PROMARK ENTERTAINMENT, INC. <br> LAW OFFICES OF MATTHEW FLADELL <br> 11400 WEST OLYMPIC BOULEVARD, 9TH FLOOR <br> ATTN: MATTHEW FLADELL <br> LOS ANGELES, CA 90064 |
| **2.877** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: STICKUP, THE | PROMARK ENTERTAINMENT, INC. <br> LAW OFFICES OF MATTHEW FLADELL <br> 11400 WEST OLYMPIC BOULEVARD, 9TH FLOOR <br> ATTN: MATTHEW FLADELL <br> LOS ANGELES, CA 90064 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.878 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STYX | PROMARK ENTERTAINMENT, INC.<br>LAW OFFICES OF MATTHEW FLADELL<br>11400 WEST OLYMPIC BOULEVARD, 9TH FLOOR<br>ATTN: MATTHEW FLADELL<br>LOS ANGELES, CA  90064 |
| 2.879 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LONE HERO | PROMARK ENTERTAINMENT, INC.<br>LAW OFFICES OF MATTHEW FLADELL<br>11400 WEST OLYMPIC BOULEVARD, 9TH FLOOR<br>ATTN: MATTHEW FLADELL<br>LOS ANGELES, CA  90064 |
| 2.880 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SHIPMENT, THE | PROMARK ENTERTAINMENT, INC.<br>LAW OFFICES OF MATTHEW FLADELL<br>11400 WEST OLYMPIC BOULEVARD, 9TH FLOOR<br>ATTN: MATTHEW FLADELL<br>LOS ANGELES, CA  90064 |
| 2.881 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ENEMY, THE | PROMARK ENTERTAINMENT, INC.<br>LAW OFFICES OF MATTHEW FLADELL<br>11400 WEST OLYMPIC BOULEVARD, 9TH FLOOR<br>ATTN: MATTHEW FLADELL<br>LOS ANGELES, CA  90064 |
| 2.882 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: KILLING SEASON | PROMISED LAND PRODUCTIONS INC.<br>C/O NU IMAGE INC<br>6423 WILSHIRE BLVD<br>LOS ANGELES, CA  90048 |
| 2.883 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | PROVIDENT FILMS<br>741 COOL SPRINGS BLVD<br>FRANKLIN, TN  37067 |
| 2.884 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PROXIMITY | PROXIMITY PRODUCTIONS INC.<br>4000 WARNER BLVD., BLDG. 90<br>ATTN: MR. STEVE RICHARDS<br>BURBANK, CA  91522 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.885 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ASSIGNMENT AND ASSUMPTION AGREEMENT<br>EFFECTIVE DATE: 2/27/2015 | PUBLIC MEDIA DISTRIBUTION, LLC D/B/A PBS DISTRIBUTION<br>ATTN: TINA LUCKEY, CONTROLLER<br>2100 CRYSTAL DRIVE<br>ARLINGTON, VA  22202 |
| 2.886 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXCLUSIVE DISTRIBUTION AGREEMENT, CONSIGNED FINISHED GOODS DEAL<br>EFFECTIVE DATE: 3/1/2011 | PUBLIC MEDIA DISTRIBUTION, LLC D/B/A PBS DISTRIBUTION<br>ATTN: TINA LUCKEY, CONTROLLER<br>2100 CRYSTAL DRIVE<br>ARLINGTON, VA  22202 |
| 2.887 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO EXCLUSIVE DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 11/29/2012 | PUBLIC MEDIA DISTRIBUTION, LLC D/B/A PBS DISTRIBUTION<br>ATTN: TINA LUCKEY, CONTROLLER<br>2100 CRYSTAL DRIVE<br>ARLINGTON, VA  22202 |
| 2.888 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETAILER TRADING TERMS<br>EFFECTIVE DATE: 9/1/2014 | PUBLIC MEDIA DISTRIBUTION, LLC D/B/A PBS DISTRIBUTION<br>ATTN: TINA LUCKEY, CONTROLLER<br>2100 CRYSTAL DRIVE<br>ARLINGTON, VA  22202 |
| 2.889 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETAILER TRADING TERMS<br>EFFECTIVE DATE: 11/1/2014 | PUBLIC MEDIA DISTRIBUTION, LLC D/B/A PBS DISTRIBUTION<br>ATTN: TINA LUCKEY, CONTROLLER<br>2100 CRYSTAL DRIVE<br>ARLINGTON, VA  22202 |
| 2.890 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO EXCLUSIVE DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 8/28/2014 | PUBLIC MEDIA DISTRIBUTION, LLC D/B/A PBS DISTRIBUTION<br>ATTN: TINA LUCKEY, CONTROLLER<br>2100 CRYSTAL DRIVE<br>ARLINGTON, VA  22202 |
| 2.891 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: SNAPSHOTS | PUEBLO FILM LICENSING, LTD<br>PUEBLO FILM LICENSING LIMITED<br>16 THE ABERDEEN CENTRE<br>24 HIGHBURY GROVE<br>LONDON  N5 2EA<br>UNITED KINGDOM |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.892 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PUMPKIN KARVER, THE | PUMPKIN KARVER PRODUCTIONS<br>MARQUEE PRODUCTIONS<br>DIV. OF WEISCO FINANCIAL ADAMERICA, INC.<br>6615 PADRE TERRACE<br>LOS ANGELES, CA  90068 |
| 2.893 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: JEKYLL ISLAND | Q ENTERTAINMENT<br>LANTERN LANE ENTERTAINMENT<br>15422 VENTURA BLVD.<br>ATTN: DAVID GARBER<br>SHERMAN OAKS, CA  91403 |
| 2.894 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HOTEL MOTION PICTURE LICENSE AGREEMENT<br>EFFECTIVE DATE: 10/1/2015 | QUADRIGA AMERICAS, LLC<br>20101 HAMILTON AVE, STE 100<br>TORRANCE, CA  90502 |
| 2.895 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | QUESTAR, INC.<br>307 N MICHIGAN AVE, SUITE 500<br>CHICAGO, IL  60601 |
| 2.896 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BODY COUNT | RACING PICTURES S.R.L.<br>STEPHEN SWADEN (SPECTRUM ENT GROUP PLC)<br>C/O LEONARD CURTIS & CO; P.O. BOX 553<br>EASTBOURNSE TERRANCE<br>LONDON<br>UNITED KINGDOM |
| 2.897 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MY HOUSE IS FULL OF MIRRORS | RAI RADIOTELEVISIONE ITALIANA SPA<br>VIALE MAZZINI 14<br>ROME  01195<br>ITALY |
| 2.898 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | RAMO LAW PC<br>ATTN: ELSA RAMO, TARA SATTLER<br>315 S BEVERLY DRIVE, SUITE 412<br>BEVERLY HILLS, CA  90212 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.899 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLIER AGREEMENT | RANDOM MEDIA HOLDINGS, LLC <br> ATTN: ERIC DOCTOROW <br> 16133 VENTURA BLVD., SUITE 1270 <br> ENCINO, CA 91436 |
| 2.900 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: LOST AND FOUND IN ARMENIA | RED TIE FILMS, LLC <br> AGENT: MAINSAIL, LLC; SHORELINE ENT <br> 1875 CENTURY PARK EAST <br> ATTN: BRIAN SWEET <br> LOS ANGELES, CA 90067 |
| 2.901 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: REDRUM | REDRUM, LLC <br> 760 NORTH CAHUENGA BOULEVARD <br> LOS ANGELES, CA 90038 |
| 2.902 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: CLAWED: THE LEGEND OF SASQUATCH | REEL FILMS, LLC AND DIVERSA FILMS <br> 7974 MISSION BONITA DRIVE <br> ATTN: KARL KOZAK <br> SAN DIEGO, CA 92120 |
| 2.903 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: LEGEND OF THE RED REAPER | REEL HEROINE! LLC <br> EVENT FILM DISTRIBUTION INC. <br> ATTN: UWE BOLL <br> 1746 COLLINGWOOD STR. <br> VANCOUVER, BC V6R 3K3 <br> CANADA |
| 2.904 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: EARTHSTORM | REEL ONE ENTERTAINMENT <br> BORDEN, LADNER, GERVAIS LLP <br> 1000 DE LA GAUCHETIERE ST WEST, STE 900 <br> ATTN: MR. SAM COPPOLA <br> MONTREAL, QC H3B 5H4 <br> CANADA |
| 2.905 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: BROTHERHOOD III: YOUNG DEMONS | REGENT ENTERTAINMENT PARTNERSHIP, LP <br> 1401 OCEAN AVENUE <br> ATTN: JEFF SCHNECK <br> SANTA MONICA, CA 90401 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.906 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: BROTHERHOOD II, THE | REGENT ENTERTAINMENT PARTNERSHIP, LP<br>1401 OCEAN AVENUE<br>ATTN: JEFF SCHNECK<br>SANTA MONICA, CA 90401 |
| 2.907 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: CHRISTMAS CAPER | REGENT WORLDWIDE SALES, LLC<br>10990 WILSHIRE BLVD., PENTHOUSE<br>ATTN: JEFF SCHENCK<br>LOS ANGELES, CA 90024 |
| 2.908 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: MONSTER ISLAND | REGENT WORLDWIDE SALES, LLC<br>JARCHOW INVESTMENT GROUP<br>8411 PRESTON ROAD, SUITE 650<br>ATTN: STEPHEN JARCHOW<br>DALLAS, TX 75225 |
| 2.909 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: WOLVES OF WALL STREET | REGENT WORLDWIDE SALES, LLC<br>JARCHOW INVESTMENT GROUP<br>8411 PRESTON ROAD, SUITE 650<br>ATTN: STEPHEN JARCHOW<br>DALLAS, TX 75225 |
| 2.910 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: GOOD NIGHT TO DIE | REGENT WORLDWIDE SALES, LLC<br>JARCHOW INVESTMENT GROUP<br>8411 PRESTON ROAD, SUITE 650<br>ATTN: STEPHEN JARCHOW<br>DALLAS, TX 75225 |
| 2.911 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: RING OF DARKNESS | REGENT WORLDWIDE SALES, LLC<br>JARCHOW INVESTMENT GROUP<br>8411 PRESTON ROAD, SUITE 650<br>ATTN: STEPHEN JARCHOW<br>DALLAS, TX 75225 |
| 2.912 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: WHAT YOU DONT SEE | RENDEZ-VOUS PICTURES<br>2 RUE DE LA DURANCE<br>ATTN: PHILIPPE TASCA<br>PARIS 75012<br>FRANCE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.913 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STEALING TIME | RENNIE'S LANDING, LLC<br>FEIG MORRIS, LLP<br>1317 5TH STREET, 3RD FLOOR<br>ATTN: MR. ERIC FEIG, ESQ.<br>SANTA MONICA, CA 90401 |
| 2.914 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | REVOLVER ENTERTAINMENT LLC<br>9220 W SUNSET BLVD., SUITE 204<br>WEST HOLLYWOOD, CA 90069 |
| 2.915 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BLACK SOULS | RIALTO DISTRIBUTION PTY LTD<br>MIKE@RIALTODISTRIBUTION.COM<br>STEPHANIE@RIALTODISTRIBUTION.COM |
| 2.916 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: RAGAMUFFIN | RICH MULLINS THE MOVIE LLC<br>55 FAIR DRIVE<br>ATTN: DAVID SCHULTZ<br>COSTA MESA, CA 92626 |
| 2.917 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: GACY | RILLINGTON PRODUCTIONS<br>RILLINGTON PRODUCTIONS, LLC<br>5657 WILSHIRE BOULEVARD, SUITE 390<br>ATTN: TIM SWAIN<br>LOS ANGELES, CA 90036 |
| 2.918 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SUNNY & SHARE LOVE YOU | RINKY DINK INC.<br>10960 WILSHIRE BL. #1900<br>ATTN: MICHELE MULRONEY AND MICAH SCHRAFT<br>LOS ANGELES, CA 90024 |
| 2.919 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DRIVE | ROAD TO RUIN, INC.<br>8315 BEVERLY BLVD.<br>LOS ANGELES, CA 90048 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.920 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: REMEMBER ME, MY LOVE | ROADSIDE ATTRACTIONS LLC ATTN: HOWARD COHEN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.921 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER AGREEMENT | ROBERT R JESUELE, ESQ. 1101 MONTANA AVE, SUITE D SANTA MONICA, CA 90403 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.922 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER AGREEMENT | ROCK 'N LEARN ATTN: CINDY GELSKE 105 COMMERCE CIRCLE CONROE, TX 77304 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.923 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: INFINITY | ROCKAWAY PRODUCTIONS, INC. 8315 BEVERLY BLVD. LOS ANGELES, CA 90048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.924 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: ROCKAWAY | ROCKAWAY THE MOVIE, LLC C/O OFFHOLLYWOOD PICTURES 5 EAST 19TH STREET, 2ND FLOOR NEW YORK, NY 10003 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.925 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: KILL LINE | ROCKY GROUP, INC. 3100 SHERIDAN BOULEVARD, STE. E ATTN: MR. BONNY KIM DENVER, CO 80027 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.926 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER AGREEMENT | ROGUE ARTS 1734 MEDMAID DRIVE SAN PEDRO, CA 90732 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.927 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: TOXIC LULLABY | ROGUE ARTS<br>1734 MERMAID DRIVE<br>SAN PEDRO, CA  90732 |
| 2.928 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: POSSESSION | ROGUE ARTS<br>1734 MERMAID DRIVE<br>SAN PEDRO, CA  90732 |
| 2.929 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LAST SOUL ON A SUMMER NIGHT | ROGUE ARTS<br>1734 MERMAID DRIVE<br>SAN PEDRO, CA  90732 |
| 2.930 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: GARTH METHOD, THE | ROGUE ARTS<br>1734 MERMAID DRIVE<br>SAN PEDRO, CA  90732 |
| 2.931 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MENTOR | ROGUE ARTS<br>1734 MERMAID DRIVE<br>SAN PEDRO, CA  90732 |
| 2.932 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: REVELATION | ROMULUS FILMS, LTD<br>214 THE CHAMBERS<br>CHELSEA HARBOUR<br>LONDON  SW10 OXF<br>UNITED KINGDOM |
| 2.933 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: GANG OF ROSES | ROSES AND GUNS, LLC<br>2514 5TH STREET<br>SANTA MONICA, CA  90405 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.934 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: I CAN TELL THE WORLD | ROUNDTABLE MEDIA<br>537 S. PEARL ST.<br>ATTN: LARRY BOGRAD, PRESIDENT<br>DENVER, CO 80209 |
| 2.935 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CURSE OF THE KOMODO | ROYAL OAKS ENTERTAINMENT, INC.<br>AS AGENT BUAJA PRODUCTIONS, INC.<br>20700 VENTURA BOULEVARD, SUITE 350<br>ATTN: ALAN BURSTEEN, PRESIDENT<br>WOODLAND HILLS, CA 91364 |
| 2.936 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ROB THE MOB | RTM FILM PRODUCTIONS LLC<br>333 CENTRAL PARK WEST, #114<br>ATTN: BILL TEITLER<br>NEW YORK, NY 10025 |
| 2.937 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ROAD TO VICTORY | RTV PICTURES LLC<br>P.O. BOX 2869<br>JACKSON, WY 83001 |
| 2.938 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: RUN | RUN THE MOVIE LLC<br>ATTN: AIMEE SCHOOF<br>725 FLOWER AVE<br>VENICE, CA 90291 |
| 2.939 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SUNSTORM | RUNNER PRODS, INC. & LOCAL BOYS, LLC<br>MR. RON MOLER<br>C/O PARKS & PALMER<br>11601 WILSHIRE BLVD., SUITE 2300<br>LOS ANGELES, CA 90025 |
| 2.940 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PSYCHOCOP | RUNNYMEDE HOUSE MUSIC, INC.<br>RHM INC.<br>ATTN: CASSIAN ELWES<br>7674 WILLOW GLEN ROAD<br>LOS ANGELES, CA 90046 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.941 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FIST OF THE NORTH STAR | RYUKEN PRODUCTIONS, INC.<br>8315 BEVERLY BLVD.,<br>LOS ANGELES, CA 90048 |
| 2.942 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SUBJECT TWO | S2 PRODUCTIONS, LLC<br>C/O LANTERN LANE<br>P.O. BOX 8187<br>ATTN: ROBERT LYNCH<br>CALABASSAS, CA 91372 |
| 2.943 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SACRIFICE (2011) | SACRIFICE DISTRIBUTION INC.<br>21 BLYTHDALE ROAD<br>ATTN: JEFF SACKMAN<br>TORONTO, ON M4N 3M3<br>CANADA |
| 2.944 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PUNCTURE | SAFETY POINT PRODUCTIONS LLC<br>435 N ALFRED ST<br>LOS ANGELES, CA 90048 |
| 2.945 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AFTERLIFE | SAKKARA PRODUCTIONS<br>ATTN: PAUL PERRY<br>6120 E. MOUNTAIN VIEW ROAD<br>PARADISE VALLEY, AZ 85253 |
| 2.946 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BREAKOUT, THE | SAM & TIM LLC<br>17331 TRAMONTO DRIVE, SUITE 8<br>ATTN: TIM SWAIN<br>PACIFIC PALISADES, CA 90272 |
| 2.947 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SLEEPING DOGS LIE | SAMUEL GOLDWYN FILMS<br>9570 W. PICO BLVD #400<br>ATTN: MR. MEYER GOTTLIEB<br>LOS ANGELES, CA 90035 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.948 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BONE SNATCHER, THE | SANDMOTHER DISTRIBUTION LIMITED<br>FOCUS SANDMOTHER LIMITED<br>THE ROTUNDA STUDIOS<br>R/O 116-118 FINCHLEY ROAD<br>LONDON  NW3 5HT<br>UNITED KINGDOM |
| 2.949 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SIGHT UNSEEN | SAWMILL ENTERTAINMENT CORP. INC.<br>STEPHEN SWADEN (SPECTRUM ENT GROUP PLC)<br>C/O LEONARD CURTIS & CO; P.O. BOX 553<br>EASTBOURNSE TERRANCE<br>LONDON<br>UNITED KINGDOM |
| 2.950 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SCAPE | SCAPE |
| 2.951 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DEAL MEMO AGREEMENT<br>EFFECTIVE DATE: 9/4/2012 | SCREEN MEDIA VENTURES, LLC<br>757 3RD AVENUE<br>NEW YORK, NY  10017 |
| 2.952 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT<br>EFFECTIVE DATE: 5/20/2015 | SEARS, ROEBUCK AND CO |
| 2.953 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SECRET SHORTS | SECRET SHORTS |
| 2.954 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SENIOR SKIP DAY | SENIOR SKIP DAY, LLC<br>716 WOODLAWN AVE<br>VENICE, CA  90291 |

Debtor   OUR ALCHEMY, LLC
         _____
         (Name)

Case Number (if known) 16-11596

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.955 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DEAD AWAKE (2010) | SEPTEMBER PRODUCTIONS LLC<br>3 COLLEGE AVE<br>ATTN: LUCAS JARACH<br>DES MOINES, IA  50314 |
| 2.956 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PROPHECY, THE | SERAFILM, INC. |
| 2.957 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: REACH ME | SERAPHIM FILMS PRODUCTIONS<br>12427 WEST SUNSET BLVD.<br>ATTN: REBEKAH CHANEY<br>LOS ANGELES, CA  90049 |
| 2.958 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: Z-MAN | SEVENIS ENTERTAINMENT<br>EDDIE ILARDE<br>REBECCA COURT, #4<br>WALNUT CREEK, CA  94596 |
| 2.959 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SUICIDEGIRLS: MUST DIE! | SG SERVICES INC. & BEIGE LIO PROD, LLC<br>6121 SANTA MONICA BOULEVARD, SUITE 102<br>ATTN: SEAN SUHL<br>SANTA MONICA, CA  90038 |
| 2.960 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | SGP ENTERTAINMENT, LLC<br>C/O MANDALAY TELEVISION, LLC<br>ATTN: PETER STRAUSS<br>4751 WILSHIRE BLVD., 3RD FL<br>LOS ANGELES, CA  90010 |
| 2.961 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BIG TIME | SHANLIN PRODUCTIONS, INC.<br>139 LARCH ROAD<br>ATTN: JAN EGELSON; JEGLESON@AOL.COM<br>CAMBRIDGE, MA  2138 |

Debtor    OUR ALCHEMY, LLC
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.962 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: SHOCK TO THE SYSTEM, A | SHANLIN PRODUCTIONS, INC.<br>139 LARCH ROAD<br>ATTN: JAN EGELSON; JEGLESON@AOL.COM<br>CAMBRIDGE, MA  2138 |
| 2.963 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: LEMON SKY | SHANLIN PRODUCTIONS, INC.<br>139 LARCH ROAD<br>ATTN: JAN EGELSON; JEGLESON@AOL.COM<br>CAMBRIDGE, MA  2138 |
| 2.964 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: MISS FIRECRACKER | SHANLIN PRODUCTIONS, INC.<br>139 LARCH ROAD<br>ATTN: JAN EGELSON; JEGLESON@AOL.COM<br>CAMBRIDGE, MA  2138 |
| 2.965 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: PARASITE | SHORELINE ENTERTAINMENT, INC.<br>1876 CENTURY PARK EAST<br>SUITE 600<br>ATTN: STEVE MACY<br>LOS ANGELES, CA  90067 |
| 2.966 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: SHORTCUT TO PARADISE | SHORTCUT TO PARADISE, S.E.<br>C/O ERVIN, COHEN & JESSUP<br>9401 WILSHIRE BOULEVARD, NINTH FLOOR<br>ATTN: TOM GARVIN, ESQ.<br>BEVERLY HILLS, CA  90212 |
| 2.967 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: MALICIOUS INTENT | SHOWCASE ENTERTAINMENT INC.<br>21800 OXNARD STREET, SUITE 150<br>WOODLAND HILLS, CA  91367 |
| 2.968 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: GEORGE A. ROMERO PRESENTS DEADTIME STORIES VOL. 1 | SHOWCASE ENTERTAINMENT INC.<br>5717 ROUND MEADOW ROAD<br>ATTN: DAVID JACKSON<br>HIDDEN HILLS, CA  91302 |

| Debtor | OUR ALCHEMY, LLC | Case Number (if known) 16-11596 |
|--------|------------------|---------------------------------|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.969 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DEAL MEMO AGREEMENT<br>EFFECTIVE DATE: 8/18/2015 | SHOWTIME NETWORK, INC<br>ATTN: KEVIN YOUNG, LAW DEPARTMENT<br>1633 BROADWAY<br>16TH FL<br>NEW YORK, NY 10019 |
| 2.970 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DEAL MEMO AGREEMENT<br>EFFECTIVE DATE: 9/6/2012 | SHOWTIME NETWORK, INC<br>ATTN: KEVIN YOUNG, LAW DEPARTMENT<br>1633 BROADWAY<br>16TH FL<br>NEW YORK, NY 10019 |
| 2.971 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DEAL MEMO AGREEMENT<br>EFFECTIVE DATE: 12/24/2015 | SHOWTIME NETWORK, INC<br>ATTN: KEVIN YOUNG, LAW DEPARTMENT<br>1633 BROADWAY<br>16TH FL<br>NEW YORK, NY 10019 |
| 2.972 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOTION PICTURE LICENSE AGREEMENT<br>EFFECTIVE DATE: 10/27/2014 | SHOWTIME NETWORK, INC<br>ATTN: LAW DEPARTMENT<br>1633 BROADWAY<br>16TH FL<br>NEW YORK, NY 10019 |
| 2.973 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WEDDING WEEKEND, THE | SHUT UP AND SING LLC<br>6512 PRODUCTIONS<br>228 HOLLAND THOMPSON DRIVE<br>ATTN: RICK CARLSON<br>CARBONDALE, CO 81623 |
| 2.974 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: INDOMITABLE TEDDY ROOSEVELT, THE | SIGNAL HILL ENTERTAINMENT, INC.<br>SFM ENTERTAINMENT LLC<br>ATTN: MICHAEL MAIZES, SVP BUS AFFAIRS<br>800 WESTCHESTER AVE STE N-345<br>RYE BROOK, NY 10573 |
| 2.975 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WHEN WILL I BE LOVED | SIGNET RING PRODUCTIONS, INC.<br>C/O INTERNATIONAL CREATIVE MANAGEMENT<br>8942 WILSHIRE BLVD.<br>BEVERLY HILLS, CA 90211 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.976 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: HOWL | SILVER BULLET FILMS LIMITED<br>C/O METRODOME INTERNATIONAL LTD. STE 31<br>BEAUFORT COURT, ADMIRALS WAY<br>LONDON  E14 9XL<br>UNITED KINGDOM |
| 2.977 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>EFFECTIVE DATE: 2/1/2015 | SKEYE INFLIGHT ENTERTAINMENT INC<br>ATTN: ISABELLE BEGIN<br>218 ROLAND JENNEAU<br>MONTREAL, QC  H3E 1R5<br>CANADA |
| 2.978 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: SKINS | SKINS PRODUCTIONS, INC.<br>8800 SUNSET BOULEVARD, 3RD FLOOR<br>LOS ANGELES, CA  90069 |
| 2.979 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: SUBPRIME | SKOORBYLAND STUDIOS INC.<br>ATTN: BROOKS CAMPBELL<br>32838 THE OLD ROAD<br>SANTA CLARITA, CA  91384 |
| 2.980 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: CHARLIE'S FARM | SLAUGHTER FX PTY AND WADDASLFX PTY<br>MAINSAIL LLC<br>2440 RUSSELL ROAD, #301-31<br>ATTN: BRIAN SWEET<br>LAS VEGAS, NV  89120 |
| 2.981 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: HOLLYWOOD DREAMING | SMART ALEC PRODUCTIONS, LTD.<br>RALIEIGH STUDIOS<br>650 NORTH BRONSON, SUITE 114<br>HOLLYWOOD, CA  90004 |
| 2.982 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: INVISIBLE MANIAC | SMOKING GUN PICTURES<br>ATTN: CASSIAN ELWES<br>7674 WILLOW GLEN ROAD<br>LOS ANGELES, CA  90046 |

Debtor    OUR ALCHEMY, LLC    Case Number (if known) 16-11596

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.983 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: SOULMATES | SMOKING GUN PICTURES <br> ATTN: CASSIAN ELWES <br> 7674 WILLOW GLEN ROAD <br> LOS ANGELES, CA 90046 |
| 2.984 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: PRINCE & ME 2: THE ROYAL WEDDING, THE | SOBINI FILMS <br> 2700 COLORADO AVENUE <br> SUITE 510B <br> ATTN: CAMI WINIKOFF <br> SANTA MONICA, CA 90404 |
| 2.985 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: KOVAK BOX, THE | SOC. GEN DE DERECHOS AUDIOVISUALES, S.A. <br> MIGUEL HERNANDEZ <br> 81-87 DISTRICT ECONA2MIC DE l'HOSPITALET <br> ATTN: MARIN PARRON/ LEGAL DEPARTMENT <br> BARCELONA 08908 <br> SPAIN |
| 2.986 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: TRANSSIBERIAN | SOC. GEN DE DERECHOS AUDIOVISUALES, S.A. <br> MIGUEL HERNANDEZ <br> 81-87 DISTRICT ECONA2MIC DE l'HOSPITALET <br> ATTN: MARIN PARRON/ LEGAL DEPARTMENT <br> BARCELONA 08908 <br> SPAIN |
| 2.987 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLIER AGREEMENT | SOFTLAND CORPORATION <br> DBA SOFTLAND INTERNATIONAL <br> ATTN: AMELIA DU PREE <br> 20048 NE SAN RAFAEL STREET <br> PORTLAND, OR 97230 |
| 2.988 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ASSUMPTION AGREEMENT <br> EFFECTIVE DATE: 9/21/2011 | SONIC SOLUTIONS, LLC <br> C/O ROVI CORPORATION <br> 28309 DE LA CRUZ BLVD <br> SANTA CLARA, CA 95050 |
| 2.989 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RE: PREMIUM VOD OFFERING - "A LITTLE BIT OF HEAVEN" AND "THE BABYMAKERS" <br> EFFECTIVE DATE: 3/1/2013 | SONIC SOLUTIONS, LLC <br> MEDIA STUDIOS NORTH <br> 2233 N ONTARIO ST <br> BURBANK, CA 91504 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.990 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RE: PREMIUM VOD OFFERING - TRESPASS (2011)<br>EFFECTIVE DATE: 9/30/2011 | SONIC SOLUTIONS, LLC<br>MEDIA STUDIOS NORTH<br>2233 N ONTARIO ST<br>BURBANK, CA  91504 |
| 2.991 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THEATRICAL UNITED STATES LICENSING AGREEMENT<br>EFFECTIVE DATE: 12/5/2014 | SONIFI SOLUTIONS, INC.<br>3900 WEST INNOVATION ST<br>SIOUX FALLS, SD  57107 |
| 2.992 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THEATRICAL UNITED STATES LICENSING AGREEMENT<br>EFFECTIVE DATE: 11/15/2013 | SONIFI SOLUTIONS, INC.<br>3900 WEST INNOVATION ST<br>SIOUX FALLS, SD  57107 |
| 2.993 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THEATRICAL UNITED STATES LICENSING AGREEMENT<br>EFFECTIVE DATE: 5/18/2014 | SONIFI SOLUTIONS, INC.<br>3900 WEST INNOVATION ST<br>SIOUX FALLS, SD  57107 |
| 2.994 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THEATRICAL UNITED STATES LICENSING AGREEMENT<br>EFFECTIVE DATE: 12/24/2013 | SONIFI SOLUTIONS, INC.<br>3900 WEST INNOVATION ST<br>SIOUX FALLS, SD  57107 |
| 2.995 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THEATRICAL UNITED STATES LICENSING AGREEMENT<br>EFFECTIVE DATE: 10/4/2013 | SONIFI SOLUTIONS, INC.<br>3900 WEST INNOVATION ST<br>SIOUX FALLS, SD  57107 |
| 2.996 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THEATRICAL UNITED STATES LICENSING AGREEMENT<br>EFFECTIVE DATE: 4/21/2014 | SONIFI SOLUTIONS, INC.<br>3900 WEST INNOVATION ST<br>SIOUX FALLS, SD  57107 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.997 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THEATRICAL UNITED STATES LICENSING AGREEMENT EFFECTIVE DATE: 7/10/2015 | SONIFI SOLUTIONS, INC. 3900 WEST INNOVATION ST SIOUX FALLS, SD 57107 |
| 2.998 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THEATRICAL UNITED STATES LICENSING AGREEMENT EFFECTIVE DATE: 8/7/2015 | SONIFI SOLUTIONS, INC. 3900 WEST INNOVATION ST SIOUX FALLS, SD 57107 |
| 2.999 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THEATRICAL UNITED STATES LICENSING AGREEMENT EFFECTIVE DATE: 8/28/2015 | SONIFI SOLUTIONS, INC. 3900 WEST INNOVATION ST SIOUX FALLS, SD 57107 |
| 2.1000 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | SONY DADC US INC. ATTN: COMPLIANCE MANAGER 1800 N. FRUITRIDGE AVENUE TERRE HAUTE, IN 47804 |
| 2.1001 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | SONY DADC US INC. C/O SONY CORPORATION OF AMERICA ATTN: EVP & GENERAL COUNSEL, LEGAL DEPT 550 MADISON AVE, 27TH FL NEW YORK, NY 10022 |
| 2.1002 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ASSUMPTION AND AMENDMENT AGREEMENT EFFECTIVE DATE: 11/18/2010 | SONY DADC US, INC. ATTN: COMPLIANCE MANAGER 1800 NORTH FRUITRIDGE AVENUE TERRE HAUTE, IN 47804 |
| 2.1003 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO REPLICATION AND DISTRIBUTION SERVICES AGREEMENT EFFECTIVE DATE: 11/19/2010 | SONY DADC US, INC. ATTN: COMPLIANCE MANAGER 1800 NORTH FRUITRIDGE AVENUE TERRE HAUTE, IN 47804 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1004 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOURTH AMENDMENT TO SUPPLY CHAIN SERVICES AGREEMENT EFFECTIVE DATE: 8/14/2015 | SONY DADC US, INC.<br>ATTN: COMPLIANCE MANAGER<br>1800 NORTH FRUITRIDGE AVENUE<br>TERRE HAUTE, IN 47804 |
| 2.1005 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER AGREEMENT EFFECTIVE DATE: 1/10/2011 | SONY DADC US, INC.<br>ATTN: COMPLIANCE MANAGER<br>1800 NORTH FRUITRIDGE AVENUE<br>TERRE HAUTE, IN 47804 |
| 2.1006 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REPLICATION AND DISTRIBUTION SERVICES AGREEMENT EFFECTIVE DATE: 9/15/2008 | SONY DADC US, INC.<br>ATTN: COMPLIANCE MANAGER<br>1800 NORTH FRUITRIDGE AVENUE<br>TERRE HAUTE, IN 47804 |
| 2.1007 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO REPLICATION SERVIES AGREEMENT EFFECTIVE DATE: 10/1/2013 | SONY DADC US, INC.<br>ATTN: COMPLIANCE MANAGER<br>1800 NORTH FRUITRIDGE AVENUE<br>TERRE HAUTE, IN 47804 |
| 2.1008 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO REPLICTION SERVICE AGREEMENT EFFECTIVE DATE: 7/8/2015 | SONY DADC US, INC.<br>ATTN: COMPLIANCE MANAGER<br>1800 NORTH FRUITRIDGE AVENUE<br>TERRE HAUTE, IN 47804 |
| 2.1009 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 2 TO VIDEO DISTRIBUTION AGREEMENT EFFECTIVE DATE: 9/23/2013 | SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC<br>ATTN: BUSINESS AND LEGAL AFFAIRS<br>6080 CENTER DR, 10TH FL<br>LOS ANGELES, CA 90045 |
| 2.1010 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO VIDEO DISTRIBUTION AGREEMENT EFFECTIVE DATE: 1/1/2013 | SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC<br>ATTN: BUSINESS AND LEGAL AFFAIRS<br>6080 CENTER DR, 10TH FL<br>LOS ANGELES, CA 90045 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1011 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RE: VIDEO DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 9/16/2011 | SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC<br>ATTN: BUSINESS AND LEGAL AFFAIRS<br>6080 CENTER DR, 10TH FL<br>LOS ANGELES, CA 90045 |
| 2.1012 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SIDE LETTER: RE: VIDEO DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 1/26/2012 | SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC<br>ATTN: BUSINESS AND LEGAL AFFAIRS<br>6080 CENTER DR, 10TH FL<br>LOS ANGELES, CA 90045 |
| 2.1013 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VIDEO DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 9/23/2010 | SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC<br>ATTN: BUSINESS AND LEGAL AFFAIRS<br>6080 CENTER DR, 10TH FL<br>LOS ANGELES, CA 90045 |
| 2.1014 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SECRET OF THE CAVE | SOUTHERN ADVENTIST UNIVERSITY<br>DBA SVAD PRODUCTIONS<br>4881 TAYLOR CIRCLE; P.O. BOX 370<br>ATTN: MR. MARK THOMAS<br>COLLEGEDALE, TN 37315 |
| 2.1015 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | SP SALES AD DISTRIBUTION, LLC<br>10203 SANTA MONICA BLVD., 5TH FL<br>LOS ANGELES, CA 90067 |
| 2.1016 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SPIRIT TRAP | SPIRIT TRAP LTD.<br>ROOM 230, PINEWOOD STUDIOS<br>PINEWOOD ROAD, IVERHEATH<br>ATTN: SUSIE BROOKS-SMITH<br>BUCKINGHAMSHIRE SL0 0NH<br>UNITED KINGDOM |
| 2.1017 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CRUSH | STALKER PRODUCTIONS LLC<br>1880 CENTURY PARK EAST<br>SUITE 900<br>ATTN: TREVOR MACY<br>LOS ANGELES, CA 90067 |

| Debtor | OUR ALCHEMY, LLC | | Case Number (if known) 16-11596 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1018 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STARLIGHT AND SUPERFISH | STARLIGHT & SUPERFISH LLC<br>1811 CHARLTON AVE<br>ATTN: STEPHEN KOPERA<br>ANN ARBOR, MI 48103 |
| 2.1019 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: TRAINED TO KILL | STARVISION, INC.<br>MR. PAYAM AFSHARIAN<br>11535 ROCHESTER, SUITE 405<br>LOS ANGELES, CA 90025 |
| 2.1020 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FOURTH AMENDMENT TO THE LICENSE AGREEMENT<br>EFFECTIVE DATE: 9/22/2014 | STARZ ENTERTAINMENT, LLC<br>ATTN: BRETT MAROTTIOLI<br>8900 LIBERTY CIRCLE<br>ENGLEWOOD, CO 80112-7057 |
| 2.1021 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT<br>EFFECTIVE DATE: 3/14/2012 | STARZ ENTERTAINMENT, LLC<br>ATTN: BUSINESS & LEGAL AFFAIRS, PROGRAMMING & DIGITAL DISTRIBUTION<br>8900 LIBERTY CIRCLE<br>ENGLEWOOD, CO 80112-7057 |
| 2.1022 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT (16 TITLE DEAL)<br>EFFECTIVE DATE: 10/17/2012 | STARZ ENTERTAINMENT, LLC<br>ATTN: BUSINESS & LEGAL AFFAIRS, PROGRAMMING & DIGITAL DISTRIBUTION<br>8900 LIBERTY CIRCLE<br>ENGLEWOOD, CO 80112-7057 |
| 2.1023 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>EFFECTIVE DATE: 6/1/2011 | STARZ ENTERTAINMENT, LLC<br>ATTN: GENERAL COUNSEL<br>8900 LIBERTY CIRCLE<br>ENGLEWOOD, CO 80112-7057 |
| 2.1024 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT "REACH ME"<br>EFFECTIVE DATE: 10/17/2014 | STARZ ENTERTAINMENT, LLC<br>ATTN: KEVIN P. CROSS, SVP - BUSINESS & LEGAL AFFAIRS, PROGRAMMING & DIGITAL DISTRIBUTION<br>8900 LIBERTY CIRCLE<br>ENGLEWOOD, CO 80112-7057 |

Debtor    OUR ALCHEMY, LLC                                    Case Number (if known) 16-11596
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1025 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT  "ROB THE MOB" AND "YOU ARE HERE" EFFECTIVE DATE: 4/1/2014 | STARZ ENTERTAINMENT, LLC ATTN: KEVIN P. CROSS, SVP - BUSINESS & LEGAL AFFAIRS, PROGRAMMING & DIGITAL DISTRIBUTION 8900 LIBERTY CIRCLE ENGLEWOOD, CO  80112-7057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1026 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT "PARKLAND" EFFECTIVE DATE: 10/15/2013 | STARZ ENTERTAINMENT, LLC ATTN: KEVIN P. CROSS, SVP - BUSINESS & LEGAL AFFAIRS, PROGRAMMING & DIGITAL DISTRIBUTION 8900 LIBERTY CIRCLE ENGLEWOOD, CO  80112-7057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1027 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE LICENSE AGREEMENT EFFECTIVE DATE: 10/19/2012 | STARZ ENTERTAINMENT, LLC ATTN: NANCY SILVERSTONE, VP, PROGRAM ACQUISITIONS 8900 LIBERTY CIRCLE ENGLEWOOD, CO  80112-7057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1028 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE LICENSE AGREEMENT EFFECTIVE DATE: 6/27/2014 | STARZ ENTERTAINMENT, LLC ATTN: NANCY SILVERSTONE, VP, PROGRAM ACQUISITIONS 8900 LIBERTY CIRCLE ENGLEWOOD, CO  80112-7057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1029 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT "ACCIDENTAL LOVE" EFFECTIVE DATE: 6/4/2015 | STARZ ENTERTAINMENT, LLC ATTN: SVP BUSINESS & LEGAL AFFAIRS, PROGRAMMING ACQUISITIONS 8900 LIBERTY CIRCLE ENGLEWOOD, CO  80112-7057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1030 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT TITLE: SWAT: UNIT 887 | STATUS MEDIA AND ENTERTAINMENT 1438 N GOWER STREET, BOX 38 ATTN: TIMOTHY WOODWARD JR ATTN: CRAIGAR GROSVENOR & JEFF GOLDMAN HOLLYWOOD, CA  90028 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1031 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT TITLE: CHECKMATE | STATUS MEDIA AND ENTERTAINMENT 29233 HEATHERCLIFF ROAD APT 2 ATTN: TIMOTHY WOODWARD JR. MALIBU, CA  90265 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1032 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CAFFEINE | STEAMING HOT COFFEE LLC<br>4903 WEST VERDUGO AVENUE<br>ATTN: JOHN COSGROVE<br>BURBANK, CA 91505 |
| 2.1033 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: GUIDE TO RECOGNIZING YOUR SAINTS | STEERPIKE FILMS LTD, ORIGINAL MEDIA, LLC<br>C.D.M. PROPERTIES, LLC, A GUIDE TRYS LLC<br>C/O XINGU INC.; 138 W 25TH ST, 7TH FLR<br>ATTN: LINDA CARBONE<br>NEW YORK, NY 10001 |
| 2.1034 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BIG SHOT CALLER, THE | STELLA FILMS<br>543 BROADWAY 7TH FLOOR<br>ATTN: CHRISTINE GIORGIO<br>NEW YORK, NY 10012 |
| 2.1035 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ASYLUM OF THE DEAD | STONEBROOK INTERNATIONAL CORPORATION<br>C/O HIGHLAND FILM GROUP, LLC<br>9200 SUNSET BLVD., SUITE 600<br>ATTN: DELPHINE PERRIER<br>WEST HOLLYWOOD, CA 90069 |
| 2.1036 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STORMAGEDDON | STORMAGEDDON DISTRIBUTION LLC<br>C/O CINETEL FILMS<br>INC. 8255 SUNSET BLVD<br>ATTN: STEVE GREGOROPOULOS<br>LOS ANGELES, CA 90046 |
| 2.1037 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STRAIGHT A'S | STRAIGHT A PRODUCTIONS, INC.<br>NU IMAGE INC.<br>6423 WILSHIRE BLVD<br>LOS ANGELES, CA 90048 |
| 2.1038 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DAWN PATROL | STRANDED FILMS LLC<br>C/O ENDERBY ENTERTAINMENT<br>433 N CAMDEN DRIVE<br>ATTN: RICK DUGDALE<br>BEVERLY HILLS, CA 90210 |

Debtor    OUR ALCHEMY, LLC    Case Number (if known) 16-11596

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1039 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACQUISITION AGREEMENT<br>EFFECTIVE DATE: 10/31/2013 | STUDIO 3 PARTNERS LLC<br>ATTN: BUSINESS & LEGAL AFFAIRS<br>1515 BROADWAY<br>46TH FL<br>NEW YORK, NY  10036 |
| 2.1040 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO THE ACQUISITION AGREEMENT<br>EFFECTIVE DATE: 12/10/2013 | STUDIO 3 PARTNERS LLC<br>ATTN: MARK S. GREENBERG<br>1515 BROADWAY<br>NEW YORK, NY  10036 |
| 2.1041 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: UPSIDE DOWN | STUDIO 37 SA<br>ATTN: HEAD OF BUSINESS AFFAIRS<br>37 RUE DE CHERCHE MIDI<br>PARIS  75006<br>FRANCE |
| 2.1042 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: COLOUR FROM THE DARK | STUDIO INTERZONA PRODUCTIONS<br>ATTN: IVAN ZUCCON<br>VIA C NANETTI, 9 OCCHIOBELLO<br>9 SANTA MARIA MADDALENA<br>ROVIGO  45030<br>ITALY |
| 2.1043 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: NORTHERN KINGDOM, THE | STUFFED OLIVE INC.<br>ATTN: DOROTHY LYMAN<br>P.O. BOX 207<br>ANDES, NY  13731 |
| 2.1044 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LATE ROUNDERS | SUAREZ CORPORATION INDUSTRIES<br>MICHAEL R PUTERBAUGH, CORPORATE COUNSEL<br>7800 WHIPPLE AVE. NW<br>NORTH CANTON, OH  44721 |
| 2.1045 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT<br>EFFECTIVE DATE: 2/15/2016 | SUMMERS, KELLY<br>7 VISTA DEL MAR DRIVE<br>SANTA BARBARA, CA  93109 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1046 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: FLORIDA ROAD | SUNWORLD PRODUCTIONS<br>35161 FLUSE AVE.<br>ATTN: BRAD GLASS<br>PALM DESERT, CA  92211 |
| 2.1047 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: TARA ROAD | SURE FIRE 3 FILM PRODUCTION LLC<br>BRAINSTORM MEDIA<br>280 SOUTH BEVERLY DRIVE, SUITE 208<br>ATTN: MEYER SCHWARSTEIN<br>BEVERLY HILLS, CA  90212 |
| 2.1048 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | SURPIN & MAYERSOHN, LLP<br>ATTN: SHELLEY H SURPIN<br>1880 CENTURY PARK EAST, SUITE 618<br>LOS ANGELES, CA  90067 |
| 2.1049 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: SURVIVOR | SURVIVOR PRODUCTIONS, INC.<br>C/O NU IMAGE INC<br>6423 WILSHIRE BLVD<br>ATTN: LEGAL AFFAIRS<br>LOS ANGELES, CA  90069 |
| 2.1050 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: CARRIER, THE | SWAN PRODUCTIONS<br>GREENBERG,GLUSKER,FIELDS,CLAMAN&MACHTING<br>1900 AVENUE OF THE STARS, SUITE 2000<br>ATTN: JOSEPH D. PECKERMAN, ESQ.<br>LOS ANGELES, CA  90067 |
| 2.1051 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DEAL MEMO<br>EFFECTIVE DATE: 8/1/2011 | SWANK MOTION PICTURES, INC.<br>10795 WATSON RD<br>SAINT LOUIS, MO  63127 |
| 2.1052 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-THEATRICAL DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 1/1/2016 | SWANK MOTION PICTURES, INC.<br>10795 WATSON RD<br>SAINT LOUIS, MO  63127 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1053 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: GRAND THEFT PARSONS | SWIPE FILMS, LLC<br>MORTY-STEVIE G PRODUCTIONS, LLC<br>1067 GAYLEY AVENUE, 2ND FLOOR<br>ATTN: LARRY WEINBERG, ESQ.<br>LOS ANGELES, CA  90024 |
| 2.1054 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: DEAD HEIST | SWIRL RECORDING & FILM INC.<br>GARY-KRAUSS LLP<br>ATTN: EVEN KRAUSS, ESQ.<br>207 WEST 25TH STREET, 6TH FLOOR<br>NEW YORK, NY  10001 |
| 2.1055 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: DEMPSEY SISTERS, THE | SWIRL RECORDING & FILM INC.<br>P.O. BOX 10025<br>ATTN: ERIC TOMOSUNAS<br>WILMINGTON, NC  28404 |
| 2.1056 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: MY DAD'S A SOCCER MOM | SWIRL RECORDING & FILM INC.<br>P.O. BOX 10025<br>ATTN: ERIC TOMOSUNAS<br>WILMINGTON, NC  28404 |
| 2.1057 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: MARRY ME FOR CHRISTMAS | SWIRL RECORDING & FILM INC.<br>P.O. BOX 10025<br>ATTN: ERIC TOMOSUNAS<br>WILMINGTON, NC  28404 |
| 2.1058 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: LOVE LETTER, THE | SWIRL RECORDING & FILM INC.<br>P.O. BOX 10025<br>ATTN: ERIC TOMOSUNAS<br>WILMINGTON, NC  28404 |
| 2.1059 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: COMEBACK DAD | SWIRL RECORDING & FILM INC.<br>P.O. BOX 10025<br>ATTN: ERIC TOMOSUNAS<br>WILMINGTON, NC  28404 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1060 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SAVING WESTBROOK HIGH | SWIRL RECORDING & FILM INC.<br>P.O. BOX 10025<br>ATTN: ERIC TOMOSUNAS<br>WILMINGTON, NC  28404 |
| 2.1061 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WHERE'S THE LOVE? | SWIRL RECORDING & FILM INC.<br>P.O. BOX 10025<br>ATTN: ERIC TOMOSUNAS<br>WILMINGTON, NC  28404 |
| 2.1062 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | SWIRL RECORDING & FILM INC.<br>P.O. BOX 10025<br>ATTN: ERIC TOMOSUNAS<br>WILMINGTON, NC  28404 |
| 2.1063 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LA MEME NUIT, 7.23, BIRTH | SYDNEY FILM SCHOOL<br>82 COPE STREET<br>WATERLOO, NSW  2017<br>AUSTRALIA |
| 2.1064 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCLUSIVE DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 5/1/2012 | SYNKRONIZED US LLC<br>ATTN: ALEX COHEN<br>1111 KANE CONCOURSE<br>96TH ST, #518<br>BAY HARBOR ISLANDS, FL  33154 |
| 2.1065 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO EXCLUSIVE DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 7/31/2012 | SYNKRONIZED US LLC<br>ATTN: ALEX COHEN<br>1111 KANE CONCOURSE<br>96TH ST, #518<br>BAY HARBOR ISLANDS, FL  33154 |
| 2.1066 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT TO EXCLUSIVE DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 8/1/2014 | SYNKRONIZED US LLC<br>ATTN: ALEX COHEN<br>1111 KANE CONCOURSE<br>96TH ST, #518<br>BAY HARBOR ISLANDS, FL  33154 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1067 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | SYNKRONIZED US LLC<br>ATTN: ALEX COHEN<br>1111 KANE CONCOURSE/96TH STREET #518<br>BAY HARBOR ISLANDS, FL 33154 |
| 2.1068 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | TALBERT, DAVID E<br>SOUL THEATER SERLES<br>C/O MILLER & PLIAKAS, LLP<br>9720 WILSHIRE BLVD, SUITE 700<br>BEVERLY HILLS, CA 90212 |
| 2.1069 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: APOCALYPSE OF THE DEAD | TALKING WOLF PRODUCTIONS D.O.O.<br>EPIC PICTURES GROUP, INC.<br>ATTN: SHAKED BERENSON<br>6725 SUNSET BLVD., SUITE 330<br>HOLLYWOOD, CA 90028 |
| 2.1070 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT<br>EFFECTIVE DATE: 8/19/2015 | TALLEY, JACK<br>1416 MANITOU RD<br>SANTA BARBARA, CA 93105-4600 |
| 2.1071 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTNERS ONLINE AGREEMENT | TARGET<br>7000 TARGET PARKWAY NORTH<br>BROOKLYN PARK, MN 55445 |
| 2.1072 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | TEAM MARKETING<br>325 EAST THIRD STREET<br>OWENSBORO, KY 42303 |
| 2.1073 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TELEVISION LICENSE AGREEMENT<br>EFFECTIVE DATE: 3/14/2011 | TELEFUTURA NETWORK<br>ATTN: VALERIA PALAZIO<br>1900 NW 89 PLACE<br>MIAMI, FL 33178 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1074 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: AMERICAN YAKUZA | TENDO PRODUCTIONS, INC.<br>8315 BEVERLY BLVD.<br>LOS ANGELES, CA 90048 |
| 2.1075 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RE: NON-THEATRICAL AGREEMENT<br>EFFECTIVE DATE: 6/26/2014 | TERRY STEINER INTERNATIONAL, INC.<br>130 W 57TH ST, STE 108<br>NEW YORK, NY 10019 |
| 2.1076 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STAND-INS | TETRAGRAMMATON FILMS<br>9336 WEST WASHINGTON BLVD, SUITE 321<br>CULVER CITY, CA 90232 |
| 2.1077 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DON'T TEMPT ME | TF1 INTERNATIONAL<br>1 QUAI POINT DU JOUR, 92100,<br>ATTN: MR. PATRICK BINET<br>BOULOGNE<br>FRANCE |
| 2.1078 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BANDIT HOUND, THE | THE BANDIT HOUND LLC<br>2437 MAIN STREET<br>ATTN: MICHELLE DANNER<br>ATTN: DAVID JACKSON & VALERIE DEBLER<br>SANTA MONICA, CA 90405 |
| 2.1079 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CULLING, THE (A/K/A CHILDREN OF THE DEVIL) | THE CULLING LLC<br>HIGHLAND FILM GROUP, LLC<br>9200 SUNSET BLVD., SUITE 600<br>ATTN: DELPHINE PERRIER<br>WEST HOLLYWOOD, CA 90069 |
| 2.1080 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: JAMES WHITE | THE FILM ARCADE LLC<br>360 N. LA CIENEGA BLVD, 3RD FL<br>LOS ANGELES, CA 90048 |

| Debtor | OUR ALCHEMY, LLC | Case Number (if known) 16-11596 |
| --- | --- | --- |
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1081 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PEOPLE PLACES THINGS | THE FILM ARCADE LLC<br>360 N. LA CIENEGA BLVD, 3RD FL<br>LOS ANGELES, CA 90048 |
| 2.1082 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: UNEXPECTED | THE FILM ARCADE LLC<br>360 N. LA CIENEGA BLVD, 3RD FL<br>LOS ANGELES, CA 90048 |
| 2.1083 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FRIGHTENING, THE | THE FRIGHTENING<br>THE FRIGHTENING, LLC<br>12233 WEST OLYMPIC BOULEVARD, SUITE 120<br>ATTN: MR. DAVID SILBERG<br>LOS ANGELES, CA 90064 |
| 2.1084 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | THE GARR GROUP, INC.<br>2020 SPRINGDALE ROAD, SUITE 300<br>CHERRY HILL, NJ 08003 |
| 2.1085 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: KING OF THE ANTS | THE GLOBAL ASYLUM INC.<br>6671 SUNSET BLVD.<br>SUITE 1593<br>ATTN: DAVID RIMAWI<br>LOS ANGELES, CA 90028 |
| 2.1086 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | THE GLOBAL ASYLUM, INC.<br>ATTN: PAUL BALES<br>72 EAST PALM AVENUE<br>BURBANK, CA 91502 |
| 2.1087 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | THE GLOBAL ASYLUM, INC.<br>C/O LANTERN LANE ENTERTAINMENT LTD<br>ATTN: DAVID L GARBER<br>22705 SPARROWDELL DRIVE<br>CALABASAS, CA 91302 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1088 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HOLLOW, THE | THE HOLLOW, LLC<br>LAW OFFICES OF GREG BERNSTEIN<br>9601 WILSHIRE BOULEVARD, SUITE 240<br>ATTN: GREG BERNSTEIN, ESQ.<br>BEVERLY HILLS, CA 90210 |
| 2.1089 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | THE IRONHOUSE PROJECT, LLC<br>C/O THE VLADAR COMPANY<br>330 W 38TH ST SUITE 202<br>NEW YORK, NY 10018 |
| 2.1090 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: JOB, THE | THE JOB, LLP<br>MAINLINE RELEASING<br>301 ARIZONA AVE. SUITE 400<br>ATTN: PRESIDENT<br>SANTA MONICA, CA 90401 |
| 2.1091 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BEDFORD- THE TOWN THEY LEFT BEHIND | THE JOHNSON GROUP<br>6800 FLEETWOOD RD. STE 100<br>MCLEAN, VA 22101 |
| 2.1092 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: RETROGRADE | THE KONIGSBERG COMPANY<br>7919 SUNSET BOULEVARD<br>ATTN: FRANK KONIGSBERG<br>LOS ANGELES, CA 90046 |
| 2.1093 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LAST BIG THING, THE | THE LAST BIG THING CORPORATION<br>19567 27TH AVENUE N.W.<br>SEATTLE, WA 98177 |
| 2.1094 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DARK ARC | THE LAST BIG THING CORPORATION<br>19567 27TH AVENUE N.W.<br>SEATTLE, WA 98177 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1095 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | THE LITTLE FILM COMPANY, INC.<br>C/O ROBBIE LITTLE<br>3940 LAUREL CANYON BLVD., #807<br>STUDIO CITY, CA  91604 |
| 2.1096 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: NEIGHBOR, THE | THE NEIGHBOR FILMS, LLC<br>TURTLES CROSSING, LLC<br>506 SANTA MONICA BOULEVARD, SUITE 210<br>ATTN: SUSAN JACKSON<br>SANTA MONICA, CA  90401 |
| 2.1097 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: THE RUNNER | THE RUNNER LLC<br>C/O PAPER STREET FILM MANAGEMENT LLC<br>237 LAFAYETTE STREET 2E<br>ATTN: BENJI KOHN<br>NEW YORK, NY  10012 |
| 2.1098 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: XII | THE SKINNER MOVIE, LLC<br>C/O UNIFIED PICTURES, INC.<br>19773 BAHAMA ST.<br>ATTN: KEITH KJARVAL<br>NORTHRIDGE, CA  91324 |
| 2.1099 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: TOUCHING WILD HORSES | THE SPIRITUAL CINEMA CIRCLE, LLC<br>1838 ROOSEVELT AVENUE<br>ATTN: LISA ALDERSON<br>ALTADENA, CA  91001 |
| 2.1100 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: MY OTHER MOTHER | THE SWIRL GROUP LLC<br>1718 PEACHTREE STREET NW<br>SUITE 175<br>ATTN: ERIC TOMOSUNAS<br>ATLANTA, GA  30309 |
| 2.1101 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br>TITLE: LYFE'S JOURNEY | THE SWIRL GROUP LLC<br>1718 PEACHTREE STREET NW<br>SUITE 175<br>ATTN: ERIC TOMOSUNAS<br>ATLANTA, GA  30309 |

Debtor    OUR ALCHEMY, LLC                                    Case Number (if known) 16-11596

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1102 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STOCK OPTION | THE SWIRL GROUP LLC<br>1718 PEACHTREE STREET NW<br>SUITE 175<br>ATTN: ERIC TOMOSUNAS<br>ATLANTA, GA  30309 |
| 2.1103 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LADIES BOOK CLUB | THE SWIRL GROUP LLC<br>1718 PEACHTREE STREET NW<br>SUITE 175<br>ATTN: ERIC TOMOSUNAS<br>ATLANTA, GA  30309 |
| 2.1104 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MARRY US FOR CHRISTMAS | THE SWIRL GROUP LLC<br>1718 PEACHTREE STREET NW<br>SUITE 175<br>ATTN: ERIC TOMOSUNAS<br>ATLANTA, GA  30309 |
| 2.1105 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LOVE WON'T LET ME WAIT | THE SWIRL GROUP LLC<br>1718 PEACHTREE STREET NW<br>SUITE 175<br>ATTN: ERIC TOMOSUNAS<br>ATLANTA, GA  30309 |
| 2.1106 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | THE SWIRL GROUP LLC<br>1718 PEACHTREE STREET NW<br>SUITE 175<br>ATTN: ERIC TOMOSUNAS<br>ATLANTA, GA  30309 |
| 2.1107 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SYSTEM WITHIN, THE | THE SYSTEM WITHIN FILM PRODUCTION, LLC.<br>45 MAIN STREET, SUITE 309, #165<br>BROOKLYN, NY  11201 |
| 2.1108 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: TRUTH ABOUT LOVE, THE | THE TRUTH ABOUT LOVE (COMMISSIONING) LTD<br>BY LAKESHORE INT'L LLC, AS SALES AGENT<br>9268 WEST THIRD STREET<br>ATTN: INT'L BUSINESS & LEGAL AFFAIRS<br>BEVERLY HILLS, CA  90210 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1109** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | LICENSE AGREEMENT <br>TITLE: PERFECT WITNESS, THE | THE UNGODLY LLC <br>THE CIRCUS ROAD FILMS <br>9903 SANTA MONICA BOULEVARD, STE. 927 <br>BEVERLY HILLS, CA 90212 |
| **2.1110** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | LICENSE AGREEMENT <br>TITLE: PROPOSITION, THE | THE WORKS TSC LTD <br>PORTLAND HOUSE <br>4 GREAT PORTLAND STREET <br>ATTN: JOY WONG <br>LONDON W1W 8QJ <br>UNITED KINGDOM |
| **2.1111** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | LICENSE AGREEMENT <br>TITLE: CLOSE YOUR EYES | THE WORKS TSC LTD <br>PORTLAND HOUSE <br>4 GREAT PORTLAND STREET <br>ATTN: JOY WONG <br>LONDON W1W 8QJ <br>UNITED KINGDOM |
| **2.1112** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | LICENSE AGREEMENT <br>TITLE: FINDING JENUA | THEN WHAT FILMS <br>3936 1/2 KENTUCKY DRIVE <br>LOS ANGELES, CA 90068 |
| **2.1113** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | LICENSE AGREEMENT <br>TITLE: FOLLOWED HOME | THINK DREAMER PRODUCTIONS <br>12015 SLAUSON AVE. STE. C <br>ATTN: JOEL M. GONZALEZ <br>SANTA FE SPRINGS, CA 90670 |
| **2.1114** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | LICENSE AGREEMENT <br>TITLE: PUNCH | THINK FILM <br>2300 YONGE STREET, SUITE 2701 <br>ATTN: PRESIDENT <br>TORONTO, ON M4P 1E4 <br>CANADA |
| **2.1115** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | EXCLUSIVE SERVICES AGREEMENT <br>EFFECTIVE DATE: 5/6/2014 | THN MOVIE, LLC <br>9903 SANTA MONICA BLVD <br>#416 <br>BEVERLY HILLS, CA 90212 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1116 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | THN MOVIE, LLC<br>9903 SANTA MONICA BLVD., #416<br>BEVERLY HILLS, CA 90212 |
| 2.1117 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO EXCLUSIVE SERVICES AGREEMENT<br>EFFECTIVE DATE: 9/10/2014 | THN MOVIE, LLC<br>C/O ERIC FEIG ENTERTAINMENT & MEDIA LAW, INC.<br>ATTN: ERIC FEIG, ESQ.<br>8730 WILSHIRE BLVD, SUITE 350<br>BEVERLY HILLS, CA 90211 |
| 2.1118 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT<br>EFFECTIVE DATE: 7/10/2015 | THOR, FREYR<br>219 MADELENA DRIVE<br>LA HABRA HEIGHTS, CA 90631 |
| 2.1119 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CRUZANDO | THOSE GUYS AND THAT GIRL FILMS LLC<br>5714 WELSCH VIEW<br>ATTN: ABBY PAIGE FENTON<br>SAN ANTONIO, TX 78249 |
| 2.1120 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: TICKS | TICKS UNITED, INC.<br>JEFFER, MANGELS, BUTLER & MARMARO<br>2121 AVENUE OF THE STARS, TENTH FLOOR<br>ATTN: MICHAEL S. SHERMAN, ESQ.<br>LOS ANGELES, CA 90067 |
| 2.1121 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SKILLS | TIMELOCK FILM ABSALES<br>EPIC PICTURES GROUP, INC.<br>ATTN: SHAKED BERENSON<br>6725 SUNSET BLVD., SUITE 330<br>HOLLYWOOD, CA 90028 |
| 2.1122 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STILETTO | TIN-REZ CORP INC.<br>C/O GREENBERG TRAURIG LLP<br>2450 COLORADO AVE SUITE 400E<br>ATTN: ALAN U. SCHWARTZ<br>SANTA MONICA, CA 90404 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1123 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WHITE COATS | TINTAGLE PRODUCTIONS INC.<br>BRAINSTORM MEDIA<br>280 SOUTH BEVERLY DRIVE, SUITE 306<br>ATTN: MEYER SHWARZSTEIN<br>BEVERLY HILLS, CA 90212 |
| 2.1124 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: TITUS | TITUS PROD, LTD;CLEAR BLUE SKY PROD, INC<br>N.D.F INTERNATIONAL LTD.<br>4 LOWNDES COURT<br>LONDON W1V 1PP<br>UNITED KINGDOM |
| 2.1125 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: VINYL | TOM WILTON 2 CHAPEL STREET<br>MUMBLES<br>SWANSEA SA3 4NH<br>UNITED KINGDOM |
| 2.1126 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | TOPICS ENTERTAINMENT, INC.<br>ATTN: GREG JAMES<br>3401 LIND AVE SW<br>RENTON, WA 98057 |
| 2.1127 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MAZE | TOUCHED PRODUCTIONS<br>LANTERN LANE ENTERTAINMENT<br>15422 VENTURA BLVD.<br>ATTN: DAVID GARBER<br>SHERMAN OAKS, CA 91403 |
| 2.1128 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MAZE | TOUCHED PRODUCTIONS<br>ROBERT STULBERG, ARMSTRONG,<br>HIRSCH, JACKOWAY,ET. AL.<br>1888 CENTURY PARK EAST, 18TH FLR<br>LOS ANGELES, CA 90067 |
| 2.1129 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: TOUCHED | TOUCHED THE MOVIE LLC<br>ATTN: GRAZKA TAYLOR<br>10555 ROCCA PLACE<br>LOS ANGELES, CA 90077 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1130 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT TITLE: PURSUED | TRADEMARK ENTERTAINMENT TRADEMARK ENTERTAINMENT, LLC 9961 SOUTH SANTA MONICA BLVD, 1ST FLR ATTN: PRESIDENT BEVERLY HILLS, CA 90212 |
| 2.1131 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT TITLE: A GUY NAMED RICK | TRAJECTORY FILMS, INC. ATTN: JOE BENEDETTO 524 82ND STREET BROOKLYN, NY 11209 |
| 2.1132 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | TRENDSOURCE DISTRIBUTION INC 8535 E HARTFORD DR SUITE 108 SCOTTSDALE, AZ 85255 |
| 2.1133 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT TITLE: NOW THAT'S FUNNY | TRICOAST STUDIOS 6374 ARIZONA CIRCLE LOS ANGELES, CA 90045 |
| 2.1134 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT TITLE: ASTROPIA | TROPICALSTORM ENTERTAINMENT KIJKUINSTRAAT-III ZG AMSTERDAM 1055 THE NETHERLANDS |
| 2.1135 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT TITLE: ATTIC EXPEDITIONS, THE | TSE TSE FLY PRODUCTIONS, LLC MATTHEW FLADELL, ESQ. 11400 WEST OLYMPIC BLVD., 9TH FLOOR LOS ANGELES, CA 90064 |
| 2.1136 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | TULCHIN ENTERTAINMENT HARRIS TULCHIN TULCHIN & ASSOCIATES 11377 W OLYMPIC BLVD., 2ND FL LOS ANGELES, CA 90064 |

Debtor    OUR ALCHEMY, LLC

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1137 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DESERT SAINTS | TV POOL ENTERPRISES<br>TV POOL ENTERPRISES, INC.<br>825 SHENANDOAH ST. #302<br>LOS ANGELES, CA 90035 |
| 2.1138 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DR. LUCILLE | TVA INTERNATIONAL DISTRIBUTION, INC.<br>LANTERN LANE ENTERTAINMENT<br>15422 VENTURA BLVD.<br>ATTN: DAVID GARBER<br>SHERMAN OAKS, CA 91403 |
| 2.1139 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION VIDEO-ON-DEMAND<br>TERM SHEET DATED AS OF OCTOBER 4, 2012 | TVN ENTERTAINMENT CORPORATION<br>D/B/A AVAIL-TVN<br>15301 VENTURA BLVD, BLDG E, STE 3000<br>SHERMAN OAKS, CA 91403 |
| 2.1140 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RE: VIDEO-ON DEMAND LICSNSE<br>AGREEMENT<br>EFFECTIVE DATE: 10/1/2012 | TVN ENTERTAINMENT CORPORATION<br>D/B/A AVAIL-TVN<br>ATTN: DOUGLAS H SYLVESTOR, CSO<br>15301 VENTURA BLVD, BLDG E, STE 3000<br>SHERMAN OAKS, CA 91403 |
| 2.1141 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | TVVT, LLC<br>ATT: JEFF GOLDENBERG<br>915 W DOUGLAS<br>WICHITA, KS 67213 |
| 2.1142 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: MOMMY MARKET, THE | TWENTIETH CENTURY FOX |
| 2.1143 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WORLD MADE STRAIGHT, THE | TWMS LLC<br>ATTN: TODD LABAROWSKI<br>608 LAKEVIEW LANDING ROAD<br>FORT MILL, SC 29707 |

Debtor    OUR ALCHEMY, LLC    Case Number (if known) 16-11596

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1144 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: TRACKS | TWO DOG PRODUCTIONS, INC.<br>COWAN DEBAETS ABRAHAMS SHEPPARD LLP<br>41 MADISON AVENUE, 34TH FLOOR<br>ATTN: ROBERT L. SEIGEL<br>NEW YORK, NY  10010 |
| 2.1145 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | UDAYA ENTERTAINMENT, INC.<br>ATTN: YARIV LERNER<br>927 FLOWER AVE<br>VENICE, CA  90291 |
| 2.1146 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: GINGER SNAPS | UNAPIX ENTERTAINMENT, INC. DIP<br>15910 VENTURA BLVD., 9TH FLOOR<br>ATTN: MS. ALICE NEUHAUSER<br>ENCINO, CA  91436 |
| 2.1147 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LOVE COME DOWN | UNAPIX ENTERTAINMENT, INC. DIP<br>15910 VENTURA BLVD., 9TH FLOOR<br>ATTN: MS. ALICE NEUHAUSER<br>ENCINO, CA  91436 |
| 2.1148 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: UNCORKED | UNAPIX ENTERTAINMENT, INC. DIP<br>15910 VENTURA BLVD., 9TH FLOOR<br>ATTN: MS. ALICE NEUHAUSER<br>ENCINO, CA  91436 |
| 2.1149 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ISLAND OF THE DEAD | UNAPIX ENTERTAINMENT, INC. DIP<br>15910 VENTURA BLVD., 9TH FLOOR<br>ATTN: MS. ALICE NEUHAUSER<br>ENCINO, CA  91436 |
| 2.1150 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LYING IN WAIT | UNAPIX ENTERTAINMENT, INC. DIP<br>15910 VENTURA BLVD., 9TH FLOOR<br>ATTN: MS. ALICE NEUHAUSER<br>ENCINO, CA  91436 |

Debtor    OUR ALCHEMY, LLC                                    Case Number (if known) 16-11596

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1151 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: FALCON DOWN | UNIFIED FILM ORGANIZATION ATTN: JEFF BEACH 100 EAST CEDAR AVENUE, BLDG. 16 BURBANK, CA  91502 |
| 2.1152 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: RAPID EXCHANGE | UNIFIED FILM ORGANIZATION COMERICA BANK 9777 WILSHIRE BOULEVARD, 4TH FLOOR ATTN: VALERIE BROSSET BEVERLY HILLS, CA  90212 |
| 2.1153 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: MAXIMUM VELOCITY | UNIFIED FILM ORGANIZATION COMERICA BANK 9777 WILSHIRE BOULEVARD, 4TH FLOOR ATTN: VALERIE BROSSET BEVERLY HILLS, CA  90212 |
| 2.1154 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: POST IMPACT | UNIFIED FILM ORGANIZATION COMERICA BANK 9777 WILSHIRE BOULEVARD, 4TH FLOOR ATTN: VALERIE BROSSET BEVERLY HILLS, CA  90212 |
| 2.1155 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: LOST VOYAGE | UNIFIED FILM ORGANIZATION COMERICA BANK 9777 WILSHIRE BOULEVARD, 4TH FLOOR ATTN: VALERIE BROSSET BEVERLY HILLS, CA  90212 |
| 2.1156 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: LAND SPEED | UNIFIED FILM ORGANIZATION COMERICA BANK 9777 WILSHIRE BOULEVARD, 4TH FLOOR ATTN: VALERIE BROSSET BEVERLY HILLS, CA  90212 |
| 2.1157 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: DRAGON FIGHTER | UNIFIED FILM ORGANIZATION COMERICA BANK 9777 WILSHIRE BOULEVARD, 4TH FLOOR ATTN: VALERIE BROSSET BEVERLY HILLS, CA  90212 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1158 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: PROJECT: HUMAN WEAPON | UNIFIED FILM ORGANIZATION COMERICA BANK 9777 WILSHIRE BOULEVARD, 4TH FLOOR ATTN: VALERIE BROSSET BEVERLY HILLS, CA 90212 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1159 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: HYPERSONIC | UNIFIED FILM ORGANIZATION COMERICA BANK 9777 WILSHIRE BOULEVARD, 4TH FLOOR ATTN: VALERIE BROSSET BEVERLY HILLS, CA 90212 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1160 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: SHARK HUNTER | UNIFIED FILM ORGANIZATION COMERICA BANK 9777 WILSHIRE BOULEVARD, 4TH FLOOR ATTN: VALERIE BROSSET BEVERLY HILLS, CA 90212 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1161 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: DARK DESCENT | UNIFIED FILM ORGANIZATION COMERICA BANK 9777 WILSHIRE BOULEVARD, 4TH FLOOR ATTN: VALERIE BROSSET BEVERLY HILLS, CA 90212 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1162 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: GLASS TRAP | UNIFIED FILM ORGANIZATION COMERICA BANK 9777 WILSHIRE BOULEVARD, 4TH FLOOR ATTN: VALERIE BROSSET BEVERLY HILLS, CA 90212 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1163 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: DARK WATERS | UNIFIED FILM ORGANIZATION COMERICA BANK 9777 WILSHIRE BOULEVARD, 4TH FLOOR ATTN: VALERIE BROSSET BEVERLY HILLS, CA 90212 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1164 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT TITLE: DEEP SHOCK | UNIFIED FILM ORGANIZATION COMERICA BANK 9777 WILSHIRE BOULEVARD, 4TH FLOOR ATTN: VALERIE BROSSET BEVERLY HILLS, CA 90212 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1165 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: THING BELOW, THE | UNIFIED FILM ORGANIZATION<br>COMERICA BANK<br>9777 WILSHIRE BOULEVARD, 4TH FLOOR<br>ATTN: VALERIE BROSSET<br>BEVERLY HILLS, CA 90212 |
| 2.1166 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ANTIBODY | UNIFIED FILM ORGANIZATION<br>COMERICA BANK<br>9777 WILSHIRE BOULEVARD, 4TH FLOOR<br>ATTN: VALERIE BROSSET<br>BEVERLY HILLS, CA 90212 |
| 2.1167 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: BLUE DEMON | UNIFIED FILM ORGANIZATION<br>COMERICA BANK<br>9777 WILSHIRE BOULEVARD, 4TH FLOOR<br>ATTN: VALERIE BROSSET<br>BEVERLY HILLS, CA 90212 |
| 2.1168 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DRAGONSTORM | UNIFIED FILM ORGANIZATION<br>COMERICA BANK<br>9777 WILSHIRE BOULEVARD, 4TH FLOOR<br>ATTN: VALERIE BROSSET<br>BEVERLY HILLS, CA 90212 |
| 2.1169 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: EPOCH: EVOLUTION | UNIFIED FILM ORGANIZATION<br>COMERICA BANK<br>9777 WILSHIRE BOULEVARD, 4TH FLOOR<br>ATTN: VALERIE BROSSET<br>BEVERLY HILLS, CA 90212 |
| 2.1170 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DEEP EVIL | UNIFIED FILM ORGANIZATION<br>COMERICA BANK<br>9777 WILSHIRE BOULEVARD, 4TH FLOOR<br>ATTN: VALERIE BROSSET<br>BEVERLY HILLS, CA 90212 |
| 2.1171 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: EPOCH | UNIFIED FILM ORGANIZATION<br>NEW CITY RELEASING<br>20700 VENTURA BOULEVARD, SUITE 350<br>ATTN: ALAN BURSTEEN<br>WOODLAND HILLS, CA 91364 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1172 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HARDCASE & FIST | UNITED ENTERTAINMENT CORP<br>A & Z COMPANY LTD.<br>11684 VENTURA BOULEVARD SUITE 224<br>ATTENTION: TONY ZARINDAST<br>STUDIO CITY, CA 91604 |
| 2.1173 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HEAVEN CAN HELP | UNITED ENTERTAINMENT CORP<br>A & Z COMPANY LTD.<br>11684 VENTURA BOULEVARD SUITE 224<br>ATTENTION: TONY ZARINDAST<br>STUDIO CITY, CA 91604 |
| 2.1174 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: TREASURE OF THE LOST DESERT | UNITED ENTERTAINMENT CORP<br>A & Z COMPANY LTD.<br>11684 VENTURA BOULEVARD SUITE 224<br>ATTENTION: TONY ZARINDAST<br>STUDIO CITY, CA 91604 |
| 2.1175 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: GUNS AND THE FURY, THE | UNITED ENTERTAINMENT CORP<br>A & Z COMPANY LTD.<br>11684 VENTURA BOULEVARD SUITE 224<br>ATTENTION: TONY ZARINDAST<br>STUDIO CITY, CA 91604 |
| 2.1176 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DEATHFLASH | UNITED ENTERTAINMENT CORP<br>A & Z COMPANY LTD.<br>11684 VENTURA BOULEVARD SUITE 224<br>ATTENTION: TONY ZARINDAST<br>STUDIO CITY, CA 91604 |
| 2.1177 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CAT IN THE CAGE | UNITED ENTERTAINMENT CORP<br>A & Z COMPANY LTD.<br>11684 VENTURA BOULEVARD SUITE 224<br>ATTENTION: TONY ZARINDAST<br>STUDIO CITY, CA 91604 |
| 2.1178 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: DEAD WITHIN (AKA TRAPPED) | UNITED INDEPENDENT MEDIA LLC<br>ATTN: BEN WAGNER<br>938 OLD TOPANGA CANYON ROAD<br>TOPANGA, CA 90240 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1179 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: EYE SEE YOU | UNIVERSAL PICTURES 100 UNIVERSAL CITY PLAZA BUILDING 9128/2 ATTN: FEATURE LEGAL DEPARTMENT UNIVERSAL CITY, CA 91608 |
| 2.1180 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: LAVALANTULA | VALIANT DAYS DISTRIBUTION, LLC CINETEL FILMS 8255 SUNSET BLVD. ATTN: STEVE GREGOROPOULOS LOS ANGELES, CA 90046 |
| 2.1181 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: VAMPIRE CLAN | VAMPIRE CLAN PRODUCTIONS, LLC FRANKEL & FEIG 6423 WILSHIRE BLVD. ATTN: JASON FRANKEL LOS ANGELES, CA 90048 |
| 2.1182 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: ACORNS 11 | VANGUARD ANIMATION LLC 6121 SUNSET BOULEVARD ATTN: JOHN H. WILLIAMS LOS ANGELES, CA 90028 |
| 2.1183 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTENT PROVIDER AGREEMENT EFFECTIVE DATE: 4/27/2011 | VANGUARD CINEMA ATTN: FREYR THOR 530 S HEWITT ST #535 LOS ANGELES, CA 90013 |
| 2.1184 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTENT AMENDMENT 080811 EFFECTIVE DATE: 8/8/2011 | VANGUARD 530 S HEWITT ST LOFT # 535 LOS ANGELES, CA 90013 |
| 2.1185 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTENT LICENSING TERM SHEET EFFECTIVE DATE: 3/31/2014 | VERIZON CORPORATE SERVICES GROUP, INC. ATTN: FIOS TC BUSINESS & LEGAL AFFAIRS, ASSOC GC 1320 N COURTHOUSE RD, 9TH FL ARLINGTON, VA 22201 |

Debtor    OUR ALCHEMY, LLC                                      Case Number (if known) 16-11596
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1186 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RE: AMENDMENT NO 1 TO CONTENT LICENSING TERM SHEET EFFECTIVE DATE: 4/23/2014 | VERIZON FIOS TV 1095 AVENUE OF THE AMERICAS 12TH FL NEW YORK, NY 10036 |
| 2.1187 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSENT TO ASSIGNMENT AND AMENDMENT TO EXCLUSIVE DISTRIBUTION AGREEMENT EFFECTIVE DATE: 6/12/2015 | VERTICAL ENTERTAINMENT, LLC ATTN: RICH GOLDBERG 512 11TH ST SANTA MONICA, CA 90402 |
| 2.1188 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCLUSIVE DISTRIBUTION AGREEMENT EFFECTIVE DATE: 5/5/2013 | VERTICAL ENTERTAINMENT, LLC ATTN: RICH GOLDBERG 512 11TH ST SANTA MONICA, CA 90402 |
| 2.1189 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | VERTICAL ENTERTAINMENT, LLC ATTN: RICH GOLDBERG 512 11TH ST SANTA MONICA, CA 90402 |
| 2.1190 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT TO EXCLUSIVE DISTRIBUTION AGREEMENT EFFECTIVE DATE: 1/20/2016 | VERTICAL ENTERTAINMENT, LLC C/O JONES WALKER, LLP ATTN: JOSE MARTINEZ, JR 5900 WILSHIRE BLVD, 26TH FL LOS ANGELES, CA 90036 |
| 2.1191 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VIACOM MEDIA NETWORKS PROGRAM LICENSE AGREEMENT EFFECTIVE DATE: 7/22/2013 | VIACOM MEDIA NETWORKS 345 HUDSON ST 9TH FL NEW YORK, NY 10014 |
| 2.1192 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BAD LIEUTENANT: PORT OF CALL NEW ORLEANS--ACQUISITION AGREEMENT EFFECTIVE DATE: 12/11/2015 | VICE MEDIA LLC 49 S SECOND ST BROOKLYN, NY 11211 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1193** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: PARIS JE T'AIME | VICTOIRES INTERNATIONAL S.A.S. 14 RUE NOTRE-DAME DES VICTOIRES PARIS  75002 FRANCE |
| **2.1194** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | SUPPLIER AGREEMENT | VIDEO SERVICE CORP. USA ATTN: JONATHAN GROSS 7095 HOLLYWOOD BLVD. #1103 HOLLYWOOD, CA  90028 |
| **2.1195** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: BASEMENT | VIEWSTER AG ATTN: JORG BOKSBERGER MUEHLEBACHSTRASSE 162 ZURICH  CH8008 SWITZERLAND |
| **2.1196** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: TRACING COWBOYS | VIGILANTE FILMS JAM MEDIA LLC 6300 WILSHIRE BLVD. #1420 ATTN: JASON WULFSOHN LOS ANGELES, CA  90048 |
| **2.1197** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | AMENDMENT AND SUPPLEMENT TO VIMEO ON DEMAND MASTER DISTRIBUTOR LICENSE AGREEMENT EFFECTIVE DATE: 11/4/2015 | VIMEO, LLC 555 W 18TH ST NEW YORK, NY  10011 |
| **2.1198** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | SUPPLIER AGREEMENT | VISION FILMS, INC. ATTN: LISE ROMANOFF, MANAGING DIR/CEO 14945 VENTURA BLVD., STE 306 SHERMAN OAKS, CA  91403 |
| **2.1199** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | LICENSE AGREEMENT TITLE: LOOK, STRANGER | VISIT FILMS ATTN: RYAN KAMPE 89 5TH AVE. SUITE 806 NEW YORK, NY  10003 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1200 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HELEN | VISIT FILMS<br>ATTN: RYAN KAMPE<br>89 5TH AVE. SUITE 806<br>NEW YORK, NY  10003 |
| 2.1201 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: HERE | VISIT FILMS<br>ATTN: RYAN KAMPE<br>89 5TH AVE. SUITE 806<br>NEW YORK, NY  10003 |
| 2.1202 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CARCASSES | VISIT FILMS<br>ATTN: RYAN KAMPE<br>89 5TH AVE. SUITE 806<br>NEW YORK, NY  10003 |
| 2.1203 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | VISUAL ENTERTAINMENT INC<br>ATTN: LEGAL DIVISION<br>39 INTERNATIONAL BLVD<br>TORONTO, ON  M9W 6H3<br>CANADA |
| 2.1204 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LEAVE | VISUALEYES PRODUCTIONS, LLC<br>AGENT: MAINSAIL, LLC; SHORELINE ENT<br>1875 CENTURY PARK EAST<br>ATTN: BRIAN SWEET<br>LOS ANGELES, CA  90067 |
| 2.1205 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: JONATHAN OF THE BEARS | VIVA CINEMATOGRAPHICA S.R.L.<br>VIVA CINEMATOGRAFICA S.R.L.<br>VIA RAFFAELE CAPPELLI, 36<br>ATTN: LAURA MAZZA<br>ROME  00191<br>ITALY |
| 2.1206 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | VIVA PICTURES DISTRIBUTION, LLC<br>ATTN: VICTOR ELIZALDE<br>1539 WESTWOOD BLVD.<br>LOS ANGELES, CA  90024 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1207** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: FOR LOVE OF AMY | VLA PRODUCTIONS 6406 VANE STREET ATTN: VINCENT ALSTON OMAHA, NE 68152 |
| **2.1208** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: RED LIGHTS | VS ENTERTAINMENT LLC C/O COHEN GARDNER LLP 345 N. MAPLE DRIVE SUITE 181 ATTN: JONATHAN GARDNER ESQ BEVERLY HILLS, CA 90210 |
| **2.1209** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RE: AMENDMENT TO VIDEO-ON-DEMAND LICENSE AGREEMENT EFFECTIVE DATE: 8/22/2013 | VUBIQUITY ENTERTAINMENT CORPORATION F/K/A TVN ENTERTAINMENT CORPORATION F/D/A AVAIL-TVN 15301 VENTURA BLVD. BLDG. E, SUITE 3000 SHERMAN OAKS, CA 91403 |
| **2.1210** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO. 2 TO EST/VOD LICENSE AGREEMENT EFFECTIVE DATE: 10/1/2015 | VUDU, INC. 2980 BOWERS AVE SANTA CLARA, CA 95051 |
| **2.1211** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: SNOW WALKER, THE | WALK WELL PRODUCTIONS INC. MR. WILLIAM VINCE MR. ROBERT MERILEES 1086 PARK ROYAL SOUTH WEST VANCOUVER, BC V7T 1A1 CANADA |
| **2.1212** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: PARKLAND | WALLEYE PRODUCTIONS, LLC C/O EXCLUSIVE MEDIA GROUP HOLDINGS, INC. 9100 WILSHIRE BOULEVARD, SUITE 401 EAST ATTN: DAN STUTZ, ESQ. BEVERLY HILLS, CA 90212 |
| **2.1213** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SAM'S CLUB GENERAL MERCHANDISE SUPPLIER AGREEMENT | WAL-MART STORES INC / SAM'S CLUB C/O CORPORATE ACCOUNTING PO BOX 500787 ST LOUIS, MO 63150-0787 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1214** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: MINER'S MASSACRE | WANTED ENTERTAINMENT <br> 11661 SUNSHINE TERRANCE <br> ATTN: PETER LUPUS III <br> STUDIO CITY, CA 91604 |
| **2.1215** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLIER AGREEMENT | WARNER MUSIC INC. <br> ATTN: EVP AND GENERAL COUNSEL <br> WEA INTERNATIONAL INC. <br> 75 ROCKEFELLER PLAZA <br> NEW YORK, NY 10019 |
| **2.1216** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: JOHNNY WAS | WAS PRODUCTIONS LTD <br> NORDISK FILM A/S <br> MOSEDALVEJ 14 <br> ATTN: MS. SUSAN WENDT <br> VALBY 2500 <br> DENMARK |
| **2.1217** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: SHOT (AKA SHUTTER) | WATERLINE PICTURES, INC. <br> C/O ROBERT L. OPPENHEIM, ESQ. <br> 2300 SOUTH SEPULVEDA BOULEVARD <br> LOS ANGELES, CA 90064 |
| **2.1218** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: JARRING | WATERS OF MARCH FILMS <br> ATTN: IVO RAZA <br> 2115 HOLLYWOOD BLVD. <br> HOLLYWOOD, FL 33020 |
| **2.1219** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTENT LICENCE AGREEMENT <br> EFFECTIVE DATE: 12/18/2015 | WE ARE COLONY LIMITED <br> 64 NEW CAVENDISH ST <br> LONDON W1G 8TB <br> UNITED KINGDOM |
| **2.1220** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT <br> TITLE: DARKROOM | WEIRD CHIEF PICTURES <br> 601 WEST LASALLE DR. <br> ATTN: JOSHUA TAEOALII <br> MURRAY, UT 84123 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1221** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: WELCOME TO ME | WELCOME TO ME LLC 5542 SHORT STREET ATTN: CHRIS HIGGINS BURNABY, BC  V5J 1L9 CANADA |
| **2.1222** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: WELCOME TO PARADISE | WELCOME TO PARADISE, LLC 10202 W. WASHINGTON BOULEVARD ROBERT YOUNG BLDG., RM 516 CULVER CITY, CA  90232 |
| **2.1223** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | WELL GO USA, INC. ATTN: DENNIS WALKER & TONY VANDEVEERDONK 1601 EAST PLANO PARKWAY, STE 110 PLANO, TX  75074 |
| **2.1224** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | WELLSPRING MEDIA, INC. AN AMERICAN VANTAGE MEDIA CORP 419 PARK AVENUE SOUTH NEW YORK, NY  10016 |
| **2.1225** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | VENDOR AGREEMENT EFFECTIVE DATE: 4/27/1994 | WESTERN MERCHANDISERS, INC. PO BOX 32270 421 E 34TH ST AMARILLO, TX  79120 |
| **2.1226** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: TARGET | WESTFILM L.P. AMERICAN CINEMA INTERNATIONAL 1424 VENTURA BLVD., SUITE 202 ATTN: CHEVONNE O'SHAUGHNESSY SHERMAN OAKS, CA  91423 |
| **2.1227** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | LICENSE AGREEMENT TITLE: DONNER PARTY, THE | WESTWARD PICTURES LLC 413 BRADY LANE ATTN: JOHN EMERSON MOORE AUSTIN, TX  78746 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1228 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: PERMANENT VACATION | WHAT WE DID ON OUR HOLIDAYS LLC<br>445 S. FIGUEROA ST. STE 2600<br>LOS ANGELES, CA 90071 |
| 2.1229 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LOVE | WILD BUNCH S.A.<br>99 RUE DE LA VERRERIE<br>ATTN: ANTOINE ZYLBERBERG<br>PARIS 75004<br>FRANCE |
| 2.1230 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SLASH | WILD COAST RELEASING LTD.<br>NEW AFRICA MEDIA FILMS<br>C/O NAIL P.O. BOX 782922<br>SANDTON 2146<br>JOHANNESBURG<br>SOUTH AFRICA |
| 2.1231 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ALIVE | WILDART FILM<br>PFEILGASSE 32/1<br>ATTN: VINCENT LUCASSEN<br>VIENNA A-1080<br>AUSTRIA |
| 2.1232 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: SCARED ALIVE | WILLIAM T. NAUD<br>THOMAS SPALDING & SALLY J. RODDY<br>SPECTRUM ENTERTAINMENT LIMITED<br>27 HARLEY STREET<br>LONDON W1N 1DA<br>UNITED KINGDOM |
| 2.1233 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ALL THE WAY | WINCHESTER FILM DIST. (UK)<br>19 HEDDON STREET<br>ATTN: JAMIE CARMICHAEL<br>LONDON W1B 4BG<br>UNITED KINGDOM |
| 2.1234 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: WIND IN THE WILLOWS | WITW LTD.<br>WITW LIMITED<br>ATTN: MS. ZAKIYA POWELL |

Debtor    OUR ALCHEMY, LLC                                    Case Number (if known) 16-11596
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1235 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: VICTORIA | WONDERPHIL PRODUCTIONS<br>ATTN: PHIL GORN<br>4712 ADMIRALTY WAY, #324<br>MARINA DEL REY, CA  90292 |
| 2.1236 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | WREKIN HILL ENTERTAINMENT, LLC<br>ATTN: RENE COGAN/CHRIS BELL<br>10685 SANTA MONICA BLVD.<br>LOS ANGELES, CA  90025 |
| 2.1237 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: STUCK IN LOVE | WRITERS THE MOVIE LLC<br>10866 WILSHIRE BLVD<br>STE 422<br>ATTN: JUDY CAIRO & MICHAEL SIMPSON<br>LOS ANGELES, CA  90024 |
| 2.1238 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | WTA SERVICES, LLC<br>ATTN: JON WILLIAM REEVES<br>A/K/A WORKING TITLE AGENCY<br>302 NE MAIN ST.<br>SIMPSONVILLE, SC  29681 |
| 2.1239 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | XENON PICTURES, INC.<br>1440 9TH STREET<br>SANTA MONICA, CA  90401 |
| 2.1240 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 3/5/2012 | XLRATOR MEDIA, LLC<br>16835 BIRCHER ST<br>GRANADA HILLS, CA  91344 |
| 2.1241 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO DISTRIBUTION AGREEMENT<br>EFFECTIVE DATE: 1/25/2013 | XLRATOR MEDIA, LLC<br>16835 BIRCHER ST<br>GRANADA HILLS, CA  91344 |

| Debtor | OUR ALCHEMY, LLC | Case Number (if known) 16-11596 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1242 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | XLRATOR MEDIA, LLC<br>16835 BIRCHER ST<br>GRANADA HILLS, CA  91344 |
| 2.1243 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT, RELEASE AND SECOND AMENDMENT EFFECTIVE DATE: 8/29/2013 | XLRATOR MEDIA, LLC<br>5250 LANKERSHIM BLVD<br>SUITE 730<br>NORTH HOLLYWOOD, CA  91601 |
| 2.1244 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | XLRATOR MEDIA, LLC<br>5250 LANKERSHIM BLVD., SUITE 730<br>NORTH HOLLYWOOD, CA  91601 |
| 2.1245 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: ARE YOU HERE | YOU ARE HERE FILMS, LLC<br>ATTN: GARY GILBERT<br>8936 THRASHER AVE<br>LOS ANGELES, CA  90069 |
| 2.1246 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: LAST EVE, THE | YOUNG MAN KANG FILMS<br>2921 S. LA CIENEGA BLVD.<br>ATTN: YOUNG MAN KANG<br>CULVER CITY, CA  91213 |
| 2.1247 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: CUPID'S MISTAKE | YOUNG MAN KANG FILMS<br>2921 S. LA CIENEGA BLVD.<br>ATTN: YOUNG MAN KANG<br>CULVER CITY, CA  91213 |
| 2.1248 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | ZUFFA, LLC<br>ATTN: KIRK D KENDRICK, COO<br>2960 W SAHARA AVE, SUITE 100<br>LAS VEGAS, NV  89102 |

Debtor    OUR ALCHEMY, LLC                    Case Number (if known) 16-11596

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1249 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT | ZUFFA, LLC<br>C/O BLOOM, HERGOTT AND DIEMER, LLP<br>ATTN: STEPHEN F BREIMER, ESQ.<br>150 S RODEO DR, THIRD FL<br>BEVERLY HILLS, CA  90212 |
| 2.1250 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br>TITLE: FADING GIGOLO | ZUZU LICENSING LLC<br>1800 HIGHLAND AVENUE<br>SUITE 500<br>ATTN: TIM CONNORS<br>LOS ANGELES, CA  90028 |

**Fill in this information to identify the case:**

Debtor    OUR ALCHEMY, LLC

United States Bankruptcy Court for the:    DELAWARE

Case number    16-11596
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☑ Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes.

| Fill in this information to identify the case: |
| --- |

Debtor    OUR ALCHEMY, LLC
_____

United States Bankruptcy Court for the:  DELAWARE
_____

Case number    16-11596
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct, *subject to the attached Trustee's Disclaimers and Global Notes and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs.*

Executed on  08/16/2016            **X** _____
                MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                GEORGE L. MILLER
                                _____
                                Printed name

                                CHAPTER 7 TRUSTEE
                                _____
                                Position or relationship to debtor

Schedule A/B - Exhibit 62
Our Alchemy, LLC 16-11596

| LICENSEE | TITLE | LICENSOR |
|---|---|---|
| Our Alchemy | 1 | Fast Track Films USA, LLC |
| Our Alchemy | 88 | Nu Image, Inc. |
| Our Alchemy | 10 Items or Less | 10 Items, LLC |
| Our Alchemy | 2001 Maniacs: Field of Screams | Arsenal Pictures Distribution, LLC |
| Our Alchemy | 24 Hours in London | 24 Hours in London (Producer) VictorFilm Co. Ltd (Agent) |
| Our Alchemy | 4th Floor, The | Nu Image, Inc. |
| Our Alchemy | Absolon | GFT Absolon Films, Inc. |
| Our Alchemy | Accidental Love | Nailed Partners, LLC |
| Our Alchemy | Acorns 11 | |
| Our Alchemy | Act of Vengeance (aka Five Minarets) | Boyut Müzik Film Yapim San. Tic. A.S. a Turkish company |
| Our Alchemy | Adventures in Appletown | Artist View Entertainment, Inc. |
| Our Alchemy | African Express | Nu Image, Inc. |
| Our Alchemy | After... | After Films, LLC |
| Our Alchemy | Aftershock | Bonaire Films, Inc and Roy McAree |
| Our Alchemy | Aileen Wournos: Life And Death of a Serial Killer | Lafayette (Film) Limited |
| Our Alchemy | Aileen Wournos: Selling of a Serial Killer | Lafayette (Film) Limited |
| Our Alchemy | Air Marshal | Nu Image, Inc. |
| Our Alchemy | Air Panic (aka Triumph in the Sky) | Nu Image, Inc. |
| Our Alchemy | Air Strike | Nu Image, Inc. |
| Our Alchemy | Alegria | Lampo Di Vita Films, Inc., Mainstream S.A., and Egmond Film |
| Our Alchemy | Alien Lockdown | Nu Image, Inc. |
| Our Alchemy | All For Lust | New City Releasing, Inc. |
| Our Alchemy | All I Want for Christmas | Hybrid, LLC |
| Our Alchemy | All the Way | Winchester Film and Television Sales Ltd. acting for Night We |
| Our Alchemy | Alpha Males Experiment | Partners in Crime Films, LLC |
| Our Alchemy | Alternate, The (aka Replacement) | Nu Image, Inc. |
| Our Alchemy | Amateurs, The | N1 European Film Produktions GmbH&Co. KG |
| Our Alchemy | American Crime, An | American Crime Productions, Inc. |
| Our Alchemy | American Perfekt | Nu Image, Inc. |
| Our Alchemy | American Rap Stars | Omar Lindsey (p/k/a Omar Sharif) |
| Our Alchemy | American Virgins | Artist View Entertainment, Inc. |
| Our Alchemy | American Yakuza | Tendo Productions, Inc |
| Our Alchemy | American Yakuza 2: Back to Back | Blam, Inc. |
| Our Alchemy | Amsterdam Heavy | Amsterdam Heavy B.V. |
| Our Alchemy | Angela | Adriana Chiesa Enterprises S.R.L., in the name of and on |
| Our Alchemy | Animal | Animal Film, LLC |
| Our Alchemy | Antibody | Unified Film Organization |
| Our Alchemy | Apocalypse of the Dead | Talking Wolf Productions d.o.o. |
| Our Alchemy | Are You Here | You Are Here Films, LLC |
| Our Alchemy | Arizona Heat | Arizona Heat Productions, Inc. |
| Our Alchemy | Armstrong | Nu Image, Inc. |
| Our Alchemy | Art of Travel, The | Brenster Productions, LLC |
| Our Alchemy | As Good As Dead | Nu Image, Inc. |
| Our Alchemy | As I Lay Dying | Dying Productions, Inc. |
| Our Alchemy | Ash Wednesday | Good Machine International, Inc.as agent for 10th Avenue |

Schedule A/B - Exhibit 62
Our Alchemy, LLC 16-11596

| LICENSEE | TITLE | LICENSOR |
|---|---|---|
| Our Alchemy | Asylum of the Dead | Stonebrook International Corporation |
| Our Alchemy | Attic Expeditions, The | Tse Tse Fly Productions, LLC |
| Our Alchemy | Automata | Automata Productions, Inc. (Nu Image) |
| Our Alchemy | Autumn Spring | Buc Film and Ceska Televize |
| Our Alchemy | Avalanche | Nu Image, Inc. |
| Our Alchemy | Avenging Angelo | Angelo Productions LLC |
| Our Alchemy | Axed | Brainstorm Media |
| Our Alchemy | Ba'al | Cinetel Films |
| Our Alchemy | Babymakers, The | Babymakers Productions, LLC |
| Our Alchemy | Back in the Day | Back In The Day, Inc. |
| Our Alchemy | Back to the Jurassic | CJ Entertainment America, LLC |
| Our Alchemy | Bad Company | Nature Productions, Inc. |
| Our Alchemy | Bad Lieutenant: Port of Call New Orleans | Nu Image as agent for Lietenant Productions, Inc. |
| Our Alchemy | Bandit Hound, The | The Bandit Hound, LLC |
| Our Alchemy | Bangkok Dangerous | Fortissimo Films |
| Our Alchemy | Bark | Dog Pointe Productions LLC |
| Our Alchemy | Behind The Bedroom Door | Mainline Releasing |
| Our Alchemy | Bernie | Bernie Film, LLC and Wind Dancer Bernie, LLC |
| Our Alchemy | Between Strangers | Between Strangers Productions Inc. |
| Our Alchemy | Beyond Forgiveness | Nu Image, Inc. |
| Our Alchemy | Beyond Hypothermia | Metropolitan Filmexport, in care of Moonstone |
| Our Alchemy | Big Nothing | Pathe Productions Limited |
| Our Alchemy | Big Squeeze, The | Fast Forward Services, Inc. |
| Our Alchemy | Big Time | Shanlin Productions, Inc. |
| Our Alchemy | Black Cadillac | Artist View Entertainment agent for Black Cadillac LLC |
| Our Alchemy | Black Hole | Nu Image, Inc. |
| Our Alchemy | Black Magic Mansion | Golden Pictures Ltd/Filmagic S.L. |
| Our Alchemy | Black Ops | Celebration Pictures, Inc. a wholly-owned subsidiary of Film |
| Our Alchemy | Black Souls | Rialto Distribution PTY Ltd |
| Our Alchemy | Black Widow, The | Nu Image, Inc. |
| Our Alchemy | Blast | Motion Picture Corporation of America as agent for IWP |
| Our Alchemy | Blast Vegas | Brainstorm Media |
| Our Alchemy | Blessed | Megalodon 2, Inc |
| Our Alchemy | Blitz | Nu Image, Inc. |
| Our Alchemy | Blonde and Blonder | Blonde & Blonder Productions Inc. |
| Our Alchemy | Blood Run | Nu Image, Inc. |
| Our Alchemy | Bloodsuckers | Nu Image, Inc. |
| Our Alchemy | Blue Demon | Unified Film Organization LLC |
| Our Alchemy | Blue Desert | Neo Motion Pictures, Inc |
| Our Alchemy | Blue Diner, The | Blue Diner Film Project, Inc. |

Schedule A/B - Exhibit 62
Our Alchemy, LLC 16-11596

| LICENSEE | TITLE | LICENSOR |
|---|---|---|
| Our Alchemy | Blue Tiger | Gridlock Productions, Inc |
| Our Alchemy | Blunt Force Trauma | Blunt Force Trauma LLC |
| Our Alchemy | Body Count | Racing Pictures s.r.l. |
| Our Alchemy | Bone Snatcher, The | Sandmother Distribution Limited |
| Our Alchemy | Bookies | Motion Picture Corporation of America as agent for IWP |
| Our Alchemy | Born American | Destination Cinema, Inc. |
| Our Alchemy | Bound by Lies | Mainline Releasing, Inc. |
| Our Alchemy | Boys & Girl from County Clare, The | First Look Limited (which acquired rights from Studio |
| Our Alchemy | Boys & Girls Guide to Getting Down, The | Kosmic Film Entertainment Inc. |
| Our Alchemy | Bread & Tulips | Adriana Chiesa Enterprises S.R.L., in the name of and on for |
| Our Alchemy | Breakout, The | Sam and Tim LLC |
| Our Alchemy | Broken | Broken the Motion Picture, LLC |
| Our Alchemy | Brooklyn Castle | Producers Distribution Agency LLC |
| Our Alchemy | Brotherhood II, The | Regent Entertainment Partnership, LP |
| Our Alchemy | Brotherhood III: Young Demons | Regent Entertainment International II, LLC |
| Our Alchemy | Brother's Keeper | Brother's Keeper Feature Film Distribution, LLC |
| Our Alchemy | Brother's Kiss, A | A Brother's Kiss, LP |
| Our Alchemy | Buck Wild | Buck Wild Film Production, LLC |
| Our Alchemy | Business of Being Born, The | Business of Birth LLC |
| Our Alchemy | Butterfly Room, The | Archstone Distribution, LLC |
| Our Alchemy | By the Gun | God Only Knows, Inc. |
| Our Alchemy | Caffeine | Steaming Hot Coffee LLC |
| Our Alchemy | Cake | Cake Productions, Inc. |
| Our Alchemy | Calling, The | Pacifica Film Distribution, LLC |
| Our Alchemy | Came a Hot Friday | Mirage Entertainment Corp. Ltd. |
| Our Alchemy | Carrier, The | Swan Productions |
| Our Alchemy | Cassadaga | Archstone Distribution, LLC |
| Our Alchemy | Cat In The Cage | United Entertainment Incorporated and A&Z Company |
| Our Alchemy | Champions | Interclick (Cineclick Asia) acting as agent for Korea Pictures Co. |
| Our Alchemy | Charlie Countryman (aka Necessary Death of | Voltage Pictures, LLC as agent for Counrtyman Nevada, LLC |
| Our Alchemy | Charlie's Farm | Slaughter FX Pty and WaddaslFX Pty |
| Our Alchemy | Checkmate | Status Publications LLC (dba Status Media and Entertainment) |
| Our Alchemy | Cherry | Cherry Movie LLC |
| Our Alchemy | Cherry Crush | Post Central Entertainment, LLC |
| Our Alchemy | Cherrybomb | Generator Entertainment Limited<br>Sales Agent: The Little Film Company, Inc. |
| Our Alchemy | Christmas Caper | Regent Worldwide Sales, LLC |
| Our Alchemy | Chrystal | Pictures Securities Limited |
| Our Alchemy | Circuit II, The | Amsell Entertainment Inc. as agent for FilmOne Productions Inc. |
| Our Alchemy | Circuit, The | Amsell Entertainment Inc. as agent for FilmOne Productions |
| Our Alchemy | City of Fear | Nu Image, Inc. |
| Our Alchemy | Clawed: The Legend of Sasquatch | Reel Films, LLC and Diversa Films |
| Our Alchemy | Close Your Eyes | The Works TSC Limited |
| Our Alchemy | Code Hunter | Cinetel Films |
| Our Alchemy | Code, The | Nu Image, Inc. |
| Our Alchemy | Cold & Dark | Beyond Films |
| Our Alchemy | Cold Harvest | Nu Image, Inc. |

Schedule A/B - Exhibit 62
Our Alchemy, LLC 16-11596

| LICENSEE | TITLE | LICENSOR |
|----------|-------|----------|
| Our Alchemy | Cold Heart | Nu Image, Inc. |
| Our Alchemy | Cold Heart | Nu Image, Inc. as agent for Diary Productions, Inc. |
| Our Alchemy | Comeback Dad | Swirl Recordings & Film Inc. |
| Our Alchemy | Comeback Season | Myriad Pictures, Inc. |
| Our Alchemy | Command Performance | Nu Image, Inc. |
| Our Alchemy | Con Express | Cinetel Films |
| Our Alchemy | Condition Red | Beyond the Law, Inc., Marianna Films Oy and Oak Island Films, |
| Our Alchemy | Contract Killers, The | Birch Tree Entertainment, Inc. |
| Our Alchemy | Contract, The (2001) | Kenphika Film, Inc. |
| Our Alchemy | Contract, The (2007) | Nu Image, Inc. |
| Our Alchemy | Control | Nu Image as agent for Arc Productions A.V.V. and Marvel |
| Our Alchemy | Conversations with My Mom | Primer Plano Film Group S.A. |
| Our Alchemy | Convicted | Intandem Pictures, Ltd. acting as agent for Audley Films, LLP |
| Our Alchemy | Cool Dog | Nu Image, Inc. |
| Our Alchemy | Coronado | Coronado Motion Picture |
| Our Alchemy | Costa Rican Summer | Bleiberg Entertainment LLC as exclusive agent for Surf Movie, |
| Our Alchemy | Countdown | Positive, inc. |
| Our Alchemy | Couple, The | Film and Music Entertainment |
| Our Alchemy | Cover Story | Cover Story Films, Inc. |
| Our Alchemy | Crash | Crash Distribution, LLC |
| Our Alchemy | Crazy as Hell | Loose Screw, LLC |
| Our Alchemy | Crime Spree | Hannibal Pictures |
| Our Alchemy | Crocodile | Nu Image, Inc. |
| Our Alchemy | Crocodile 2 | Nu Image, Inc. |
| Our Alchemy | Crush | Stalker Productions LLC |
| Our Alchemy | Culling, The (a/k/a Children of the Devil) | The Culling LLC |
| Our Alchemy | Curse of the Komodo | Royal Oaks Entertainment, Inc. as agent Buaja Productions, |
| Our Alchemy | Cybermutt | Chesler/Perlmutter Productions, Inc. |
| Our Alchemy | Cyborg Conquest | Nu Image, Inc. |
| Our Alchemy | Cyborg Cop 2 | Nu Image, Inc. |
| Our Alchemy | Cyborg Cop 3 | Nu Image, Inc. |
| Our Alchemy | Dahmer | Infinityland Productions, LLC |
| Our Alchemy | Danger Zone | Nu Image, Inc. |
| Our Alchemy | Danger Zone III | Danger Zone III Film Partnership |
| Our Alchemy | Danika | Danika LLC |
| Our Alchemy | Dark Descent | Unified Film Organization |
| Our Alchemy | Dark Waters | Unified Film Organization |
| Our Alchemy | Dawn Patrol | Stranded Films, LLC |
| Our Alchemy | Day of the Dead (2008) | Nu Image, Inc. |
| Our Alchemy | Days of Love | Nu Image, Inc. |
| Our Alchemy | Dead Awake (2001) | Nu Image, Inc. |
| Our Alchemy | Dead Awake (2010) | September Productions LLC |
| Our Alchemy | Dead Girl, The | Lakeshore Entertainment Group, LLC |
| Our Alchemy | Dead Heist | Swirl Recordings & Film Inc. |
| Our Alchemy | Dead Within (aka Trapped) | United Independent Media, LLC |
| Our Alchemy | Deadline | Deadline, LLC |
| Our Alchemy | Deadly Compromise | Eagle Pictures SPA |

Schedule A/B - Exhibit 62
Our Alchemy, LLC 16-11596

| LICENSEE | TITLE | LICENSOR |
|---|---|---|
| Our Alchemy | Deadly Deception | Golden Sun S.A. |
| Our Alchemy | Death from Above | North Shore Pictures LLC |
| Our Alchemy | Death Train | Nu Image, Inc. |
| Our Alchemy | Deathflash | United Entertainment Corp, A & Z Company Ltd. |
| Our Alchemy | Dedication | Dedicated Productions, LLC c/o Sloss Law Office |
| Our Alchemy | Deep Evil | Unified Film Organization, LLC |
| Our Alchemy | Deep Shock | Unified Film Organization |
| Our Alchemy | Deeply | Myriad Pictures |
| Our Alchemy | Dempsey Sisters, The | Swirl Recordings & Film Inc. |
| Our Alchemy | Derailed | Nu Image, Inc. |
| Our Alchemy | Desert Saints | TV Pool Enterprises |
| Our Alchemy | Detonator | Cinetel Films |
| Our Alchemy | Devious Beings | Bruder Releasing, Inc. as agent for Silver Wing Pictures, Inc. |
| Our Alchemy | Diamonds | Cinesun Internationale Filmproduktionsgesellschaft Mbh & Co. Erste Beteiligungs-KG |
| Our Alchemy | Different for Girls | Changetech Limited represented by its agent Ciby Sales |
| Our Alchemy | Dinosaur Island | Arclight Films International Pty Ltd. |
| Our Alchemy | Direct Action | Nu Image, acting as agent for Detention Distribution, Inc. and |
| Our Alchemy | Direct Contact | Nu Image, Inc. |
| Our Alchemy | Dirty Deeds | Alliance Atlantis Pictures International, Inc. |
| Our Alchemy | Dirty Love | D. LOVE CAPITAL, LLC. |
| Our Alchemy | Disaster (aka Cult of Fury) | Nu Image, Inc. |
| Our Alchemy | Distant Justice | Distant Justice Joint Venture |
| Our Alchemy | Dog Soldiers | Kismet Entertainment Group |
| Our Alchemy | Dogwatch | Nu Image, Inc. |
| Our Alchemy | Donner Party, The | Westward Pictures, LLC |
| Our Alchemy | Donovan's Echo | Donovan's Echo Productions Inc. |
| Our Alchemy | Don't Tempt Me | TF1 International |
| Our Alchemy | Dot Kill | B/M Studios, Inc. as sales agent on behalf of BM Studios UK |
| Our Alchemy | Double Identity | Nu Image, Inc. |
| Our Alchemy | Downhill Willie | C/FP Distribution |
| Our Alchemy | Dr. Lucille | TVA International Distribution, Inc. |
| Our Alchemy | Dragon Fighter | Unified Film Organization |
| Our Alchemy | Dragonstorm | Unified Film Organization, LLC |
| Our Alchemy | Dreams of Home | Mirage Entertainment Corporation, Ltd |
| Our Alchemy | Drive | Road to Ruin, Inc. |
| Our Alchemy | Earthquake | Nu Image, Inc. |
| Our Alchemy | Earthstorm | Reel One Entertainment |
| Our Alchemy | Earthtastrophe | Earthtastrophe Distribution, LLC |
| Our Alchemy | Ed Gein | Overseas Filmgroup, a divsion of First Look Media and Tartan Films, Ltd. |
| Our Alchemy | Elephant White | Nu Image, Inc. |
| Our Alchemy | Elling | Opiam A/S represented by Trust Film Sales2 ApS |
| Our Alchemy | Elsa & Fred | Cuatro Plus Films |
| Our Alchemy | Emmanuel's Gift | Lookalike Productions II LLC |
| Our Alchemy | Emperor's Wife, The | Emperor's Wife C.V. represented by Stichting Emperor's Wife |
| Our Alchemy | Employee of the Month | Employee of the Month, LLC |
| Our Alchemy | Endure | Endure Pictures, LLC |
| Our Alchemy | Enemy, The | Promark Entertainment, Inc. |

Schedule A/B - Exhibit 62
Our Alchemy, LLC 16-11596

| LICENSEE | TITLE | LICENSOR |
|---|---|---|
| Our Alchemy | Entity | Brainstorm Media |
| Our Alchemy | Epoch | Unified Film Organization |
| Our Alchemy | Epoch: Evolution | Unified Film Organization, LLC |
| Our Alchemy | Evelyn | Cineevelyn Internationale Filmproduktionsgesellschaft mbH & |
| Our Alchemy | Every Second Counts | Chesler/Perlmutter Productions, Inc. |
| Our Alchemy | Evil Alien Conquerors | Nada Pictures, Inc. |
| Our Alchemy | Exposed | Mainline Releasing |
| Our Alchemy | Eye See You | Universal Pictures |
| Our Alchemy | Faces in the Crowd | Clandestine Service, LLC |
| Our Alchemy | Fading Gigolo | Zuzu Licensing, LLC |
| Our Alchemy | Fair Game | Eidoscope International |
| Our Alchemy | Fake | Fake, LLC |
| Our Alchemy | Falcon Down | Unified Film Organization |
| Our Alchemy | Falling Sky | Guerilla Films Limited |
| Our Alchemy | Family Reunion | Bullseye Entertainment Group c/o Sullivan Workman & Dee |
| Our Alchemy | Far Side of Jericho, The | Further Productions, LLC |
| Our Alchemy | Fare, The | B:J Films Pty Ltd. |
| Our Alchemy | Fear of the Darkness, The | Arclight Films International Pty Ltd |
| Our Alchemy | Federal Protection | Promark Entertainment, Inc. |
| Our Alchemy | Ferryman, The | New Zealand Film Commission, TF Productions and Atlantic |
| Our Alchemy | Final Round | Final Round Productions, Inc. |
| Our Alchemy | Final Stab | M & G Pictures LLC |
| Our Alchemy | Finding Noah | 17K ASL LLC |
| Our Alchemy | Finding Rin Tin Tin | Nu Image, Inc. |
| Our Alchemy | Fine Gold | Jose Antonio de la Loma |
| Our Alchemy | Fire | Nu Image, Inc. |
| Our Alchemy | Firetrap | PM Entertainment |
| Our Alchemy | First Born | IEG VS Distribution LLC |
| Our Alchemy | Fist of the North Star | Ryuken Productions, Inc. |
| Our Alchemy | Flu Birds | Active Entertainment, Inc. |
| Our Alchemy | Foolproof | Alliance Atlantis International Distribution Ltd. |
| Our Alchemy | For Members Only | Cleminternazionale Cinematorgrafica |
| Our Alchemy | Forever Lulu (aka Along for the Ride) | Nu Image, Inc. |
| Our Alchemy | Four Sheets to the Wind | Four Sheets to the Wind, LLC |
| Our Alchemy | Frank | North By Northwest Productions, Inc. |
| Our Alchemy | Frankenstein | Nu Image, Inc. |
| Our Alchemy | Freeze Frame | Parallel World Production, Ltd. |
| Our Alchemy | Frightening, The | The Frightening |
| Our Alchemy | FTW | Nu Image, Inc. |
| Our Alchemy | Gacy | Rillington Productions |
| Our Alchemy | Gang Of Roses | Roses and Guns, LLC |
| Our Alchemy | Gentleman's Game, A | A Gentleman's Game Production, LLC |
| Our Alchemy | George A. Romero Presents Deadtime Stories Vol. | Showcase Entertainment, Inc |
| Our Alchemy | George A. Romero Presents Deadtime Stories Vol. | Showcase Entertainment, Inc |
| Our Alchemy | George and the Dragon | Accentures Holding Inc. |
| Our Alchemy | Germ | Brainstorm Media |
| Our Alchemy | Get2gether, A | A Get2Gether, Inc. |
| Our Alchemy | Ghouls | Active Entertainment |
| Our Alchemy | Ginger Snaps | Unapix Enertainment Inc. DIP |
| Our Alchemy | Girl from the Naked Eye, The | |
| Our Alchemy | Glass Trap | Unified Film Organization |

Schedule A/B - Exhibit 62
Our Alchemy, LLC 16-11596

| LICENSEE | TITLE | LICENSOR |
|---|---|---|
| Our Alchemy | Global Effect | Cinetel Films |
| Our Alchemy | Godmoney | Pierson-Doane, Inc. D/B/A Royal Films |
| Our Alchemy | Good Day For It | Fish and Game, LLC |
| Our Alchemy | Good Night to Die | Regent Worldwide Sales |
| Our Alchemy | Good People | Good Productions, Inc. (Nu Image) |
| Our Alchemy | Grand Theft Parsons | Swipe Films, LLC and Morty-Stevie G Productions, LLC |
| Our Alchemy | Greenmail | Promark Entertainment, Inc. |
| Our Alchemy | Grind | Kodiak Productions, LLC |
| Our Alchemy | Guide To Recognizing Your Saints | Steerpike Films Limited, Original Media, LLC, C.D.M. |
| Our Alchemy | Gunblast Vodka | Koba Films |
| Our Alchemy | Guncrazy | Laughing Dog, Inc. |
| Our Alchemy | Guns And The Fury, The | United Entertainment Corp, A & Z Company Ltd. |
| Our Alchemy | Guy X | Movision 71-82 Film Partnerships, Movision 85-93 Film |
| Our Alchemy | Half Light | Half-Light LLC |
| Our Alchemy | Hangman | Hiding in the Attic, LLC |
| Our Alchemy | Hard Cash | Nu Image, Inc. |
| Our Alchemy | Hard Justice | Nu Image, Inc. |
| Our Alchemy | Hardcase & Fist | United Entertainment Corp, A & Z Company Ltd. |
| Our Alchemy | Harpies | Another Time, Inc. |
| Our Alchemy | Harvard Man | FENB Film Corp. |
| Our Alchemy | Headless Horseman | Active Entertainment |
| Our Alchemy | Healer, The | Artoko Film GMbH & Co. Filmproduktions KG |
| Our Alchemy | Heaven Can Help | United Entertainment Corp, A & Z Company Ltd. |
| Our Alchemy | Hell Baby | Darko Entertainment LLC |
| Our Alchemy | Hello She Liedd | Nu Image, Inc. |
| Our Alchemy | Her Minor Thing | HMT Entertainment, LLC |
| Our Alchemy | Heroes Three | Bonaire Films, Inc and Roy McAree |
| Our Alchemy | High Road | High Road Productions LLC |
| Our Alchemy | Holiday Road Trip | Hybrid, LLC |
| Our Alchemy | Hollow Point | Nu Image, Inc. |
| Our Alchemy | Hollow, The | The Hollow, LLC |
| Our Alchemy | Hollywood Dreaming | Smart Alec Productions, Ltd. |
| Our Alchemy | Hollywood Vice Squad | Destination Cinema |
| Our Alchemy | Home Room | Homeroom LLC |
| Our Alchemy | Home Run | Home Run Movie, LLC |
| Our Alchemy | Honey For Oshun | Cinematografica Macondo, S.A. de C.V. |
| Our Alchemy | House of Bones | Nu Image, Inc. |
| Our Alchemy | How to Kill Your Neighbor's Dog | Nu Image, Inc. as agent for Cine Dog Internationale |
| Our Alchemy | Howl | Silver Bullet Films Limited |
| Our Alchemy | Human Time Bomb | Nu Image, Inc. |
| Our Alchemy | Humbling, The | A&T SPVH, Inc. |
| Our Alchemy | Hydra | Cinetel Films |
| Our Alchemy | Hypersonic | Unified Film Organization |
| Our Alchemy | I Accuse | Cinetel Films |
| Our Alchemy | Ice Agent | Artist View Entertainment, Inc. |
| Our Alchemy | Ice Twisters | Cinetel Films |
| Our Alchemy | Iceman, The | Killer Productions, Inc. |
| Our Alchemy | Icetastrophe | Ice Cap Pictures, Inc. |
| Our Alchemy | I'll Take You There | Film 49 |
| Our Alchemy | Illegally Yours | DLQ Filmworks, Inc. |
| Our Alchemy | Illuminata | Illuminata, Inc |

Schedule A/B - Exhibit 62
Our Alchemy, LLC 16-11596

| LICENSEE | TITLE | LICENSOR |
|----------|-------|----------|
| Our Alchemy | In A Dark Place | DP Films Limited and Tarantula sarl |
| Our Alchemy | In Hell | Nu Image, Inc. |
| Our Alchemy | Indomitable Teddy Roosevelt, The | Signal Hill Entertainment, Inc. |
| Our Alchemy | Infestation | Icon Distribution, LLC |
| Our Alchemy | Infinity | Rockaway Productions, INC |
| Our Alchemy | Inhuman Resources | Brainstorm Media |
| Our Alchemy | Innocents | Cineinnocent Internationale Filmproduktionsgesellschaft MBH |
| Our Alchemy | Inside | Inside Movie, LLC |
| Our Alchemy | Into Temptation | Arsenal Pictures Distribution, LLC |
| Our Alchemy | Intruders | Apaches Entertainment, S.L. and Antena 3 Films, S.L.U. |
| Our Alchemy | Invisible Maniac | Smoking Gun Pictures |
| Our Alchemy | Irresistible | Irresistible UK Limited |
| Our Alchemy | Island of the Dead | Unapix Entertainment Inc. DIP |
| Our Alchemy | Isolation | Lions Gate Films International |
| Our Alchemy | James Cameron's Deepsea Challenge 3D | Disruptive DSC, LLC |
| Our Alchemy | James White | The Film Arcade, LLC |
| Our Alchemy | Jekyll Island | Q Entertainment |
| Our Alchemy | Jet Boy | Eagle Pictures SPA |
| Our Alchemy | Jimmy Show, The | Conversations Productions; Jimmy Productions, Inc; Stonelock |
| Our Alchemy | Job, The | The Job, LLP |
| Our Alchemy | Johnny Was | Was Productions LTD |
| Our Alchemy | Johns | Johns LLC |
| Our Alchemy | Jonathan of the Bears | Viva Cinematographica s.r.l. |
| Our Alchemy | Journey To The End of The Night | Nu Image, Inc. |
| Our Alchemy | Judge and Jury | Nu Image, Inc. |
| Our Alchemy | Junkyard Dog | Bass Junkyard Dog LLC |
| Our Alchemy | Khumba | Cinema Management Group, LLC |
| Our Alchemy | Kidnapping Mr. Heineken | Heineken Finance, LLC (Informant Media) |
| Our Alchemy | Kill Line | Rocky Group, Inc. |
| Our Alchemy | Kill Slade | Nu Image, Inc. |
| Our Alchemy | Kill Speed | No More Games LLC |
| Our Alchemy | Kill Switch | Learned Productions, Inc. |
| Our Alchemy | Killer Mountain | Hybrid, LLC |
| Our Alchemy | Killing Moon | PM Entertainment |
| Our Alchemy | Killing Season | Promised Land Productions, Inc. |
| Our Alchemy | King of California | Nu Image, Inc. |
| Our Alchemy | King of the Ants | The Global Asylum |
| Our Alchemy | King of The Avenue | Iron Hog Motion Pictures LLC |
| Our Alchemy | Kovak Box, The | Sociedad General de Derechos Audiovisuales S.A. |
| Our Alchemy | Labor Pains | Nu Image, Inc. |
| Our Alchemy | Ladies Book Club | The Swirl Group LLC |
| Our Alchemy | Land Speed | Unified Film Organization |
| Our Alchemy | Larva | Nu Image, Inc. |
| Our Alchemy | Last Days of Frankie the Fly, The | Nu Image, Inc. |
| Our Alchemy | Last Run | Promark Entertainment, Inc. |
| Our Alchemy | Last Sign, The | Archlight Films International PTY Ltd. |
| Our Alchemy | Lavalantula | Valiant Days Distribution, LLC |
| Our Alchemy | Lawless Heart | MP Productions (LH) Limited and October Productions Limited |
| Our Alchemy | Leave | Visualeyes Productions, LLC |
| Our Alchemy | Leaves of Grass | Nu Image, Inc. |
| Our Alchemy | Left Behind | Cloud Ten Pictures, Inc |
| Our Alchemy | Legend of the Red Reaper | Reel Heroine! LLC |

| LICENSEE | TITLE | LICENSOR |
|---|---|---|
| Our Alchemy | Lemon Sky | Shanlin Productions, Inc. |
| Our Alchemy | Leo | Freewheel  International Ltd.; Vortex Pictures LLC |
| Our Alchemy | Lethal Dose (LD50) | Lethal Dose Limited |
| Our Alchemy | Lies & Crimes | C/P Crimes Productions, Inc. & Chesler/Perlmutter |
| Our Alchemy | Life of a King | Life of a King, LLC |
| Our Alchemy | Lights, Action, Music | Primary Wave Records, LLC |
| Our Alchemy | Lima | Nu Image, Inc. |
| Our Alchemy | Little Birds | Goodnight Moon Film, LLC |
| Our Alchemy | Little Bit of Heaven | A Little Bit of Heaven, LLC |
| Our Alchemy | Little Fish | Myriad Pictures |
| Our Alchemy | Little Red | Loch Raven Films |
| Our Alchemy | Little Trip To Heaven, A | A Litle Trip to Heaven, EHF |
| Our Alchemy | Lizzie | Dark Morgue Pictures LLC |
| Our Alchemy | Local Boys | Ron Moler |
| Our Alchemy | Lockdown | Moon Aire Productions, Inc. |
| Our Alchemy | Locksmith, The | Homewrecker Film, LLC |
| Our Alchemy | Lone Hero | Promark Entertainment, Inc. |
| Our Alchemy | Looking for Lola | Nu Image, Inc. |
| Our Alchemy | Lost and Found in Armenia | Red Tie Films, LLC |
| Our Alchemy | Lost City Raiders | Moving Pictures Film & Television, LLC |
| Our Alchemy | Lost Innocence | New City Releasing, Inc. |
| Our Alchemy | Lost Treasure | Cinetel Films |
| Our Alchemy | Lost Voyage | Unified Film Organization |
| Our Alchemy | Love | Wild Bunch S.A. |
| Our Alchemy | Love Come Down | Unapix Entertainment Inc. DIP |
| Our Alchemy | Love Letter, The | Swirl Recordings & Film Inc. |
| Our Alchemy | Love Trap | Love Trap Productions, LLC |
| Our Alchemy | Love Won't Let Me Wait | The Swirl Group, LLC |
| Our Alchemy | Lover's Prayer | Reverge Anselmo |
| Our Alchemy | Lower Level | Neo Motion Pictures, Inc |
| Our Alchemy | Lunarcop | Nu Image, Inc. |
| Our Alchemy | Luster | Film Partnership, LLC |
| Our Alchemy | Lyfe's Journey | The Swirl Group LLC |
| Our Alchemy | Lying in Wait | Unapix Entertainment Inc. DIP |
| Our Alchemy | Madame Bovary | Bovary Distribution Limited |
| Our Alchemy | Maker | Nu Image, Inc. |
| Our Alchemy | Malicious Intent | Showcase Entertainment, Inc |
| Our Alchemy | Maniac Cop II | Medusa Communications and Marketing, Limited |
| Our Alchemy | Maniac Cop III: Badge of Silence | Footstone, Inc. |
| Our Alchemy | Map Of The World | Cinemap Internationale Filmproducktionsgesellscaft 1. |
| Our Alchemy | Marines | Nu Image, Inc. |
| Our Alchemy | Married 2 Malcolm | Nu Image, Inc. |
| Our Alchemy | Married People Single Sex: The Return | New City Releasing, Inc. |

Schedule A/B - Exhibit 62
Our Alchemy, LLC 16-11596

| LICENSEE | TITLE | LICENSOR |
|----------|-------|----------|
| Our Alchemy | Married People Single Sex: Urban Adultery | New City Releasing, Inc. |
| Our Alchemy | Marry Me for Christmas | Swirl Recordings & Film Inc. |
| Our Alchemy | Marry Us For Christmas | The Swirl Group LLC |
| Our Alchemy | Matador, The | Matador Distribution, LLC. |
| Our Alchemy | Maximum Velocity | Unified Film Organization |
| Our Alchemy | Mayor of Sunset Strip | Caldera Productions |
| Our Alchemy | Maze | Touched Productions |
| Our Alchemy | Medium Straight | Adam Friedman associates, Inc. |
| Our Alchemy | Meet The Mormons | Intellectual Reserve, Inc. |
| Our Alchemy | Meet the Patels | Four in a Billion Pictures, LLC |
| Our Alchemy | Mega Snake | Nu Image, Inc. |
| Our Alchemy | Merchant of Death | Nu Image, Inc. |
| Our Alchemy | Merry War, A | Aspidistra Productions Limited |
| Our Alchemy | Messenger of the Truth | Messenger of the Truth, LLC |
| Our Alchemy | Method | Megalodon, Inc. |
| Our Alchemy | Midnight Heat | King Productions Inc., Kandice King, Lance King |
| Our Alchemy | Mindgames | M.T.A. Productions Inc; Persik Productions Inc. |
| Our Alchemy | Mindless Behavior:  All Around the World | MB Films, LLC |
| Our Alchemy | Miner's Massacre | Wanted Entertainment |
| Our Alchemy | Miranda | FilmFour Limited |
| Our Alchemy | Miss Conception | Blue Angel Films Ltd. And Miromar Entertainment AG |
| Our Alchemy | Miss Firecracker | Shanlin Productions, Inc. |
| Our Alchemy | Missing William | Aloris Entertainment, LLC |
| Our Alchemy | Mission Manila | Primrose Path Limited |
| Our Alchemy | Mommy Market, The | Twentieth Century Fox |
| Our Alchemy | Monster Island | Regent Worldwide Sales |
| Our Alchemy | Moon 44 | Centropolis Film Inc. |
| Our Alchemy | Moonwalkers | Kinology SAS |
| Our Alchemy | More Married People Single Sex | New City Releasing, Inc. |
| Our Alchemy | Mosquitoman | Nu Image, Inc. |
| Our Alchemy | Mossad | Nu Image, Inc. |
| Our Alchemy | Mr. Fix It | Chicaray Films, LLC |
| Our Alchemy | Mrs. Dalloway | Elphich Limited |
| Our Alchemy | My Dad's a Soccer Mom | Swirl Recordings & Film Inc. |
| Our Alchemy | My Date With Drew | Drew Crew |
| Our Alchemy | My Five Wives | Blue Rider Worldwide Distribution, Inc. |
| Our Alchemy | My Kingdom | Primary Pictures, Inc.; Sky Pictures |
| Our Alchemy | My Other Mother | The Swirl Group LLC |
| Our Alchemy | My Son, My Son: What Have Ye Done | Industrial Entertainment Releasing, LLC |
| Our Alchemy | Naked Betrayal | New City Releasing, Inc. |
| Our Alchemy | Navigators, The | Parallax (Navigators) Limited |
| Our Alchemy | Necromancer | Bonaire Films, Inc and Roy McAree |
| Our Alchemy | Neighbor, The | The Neighbor Films, LLC |
| Our Alchemy | Net Games | Extraordinary Films |
| Our Alchemy | Never Say Die | Nu Image, Inc. |
| Our Alchemy | New York Cop | Distant Justice Joint Venture |
| Our Alchemy | Night of the Templar | Night of the Templar, LLC |
| Our Alchemy | Night Screams | Dill II Productions, a limited partnership |
| Our Alchemy | Ninja | Nu Image, Inc. |
| Our Alchemy | Ninja 2 | N2 Productions, Inc. |

| LICENSEE | TITLE | LICENSOR |
|---|---|---|
| Our Alchemy | Ninja Apocalypse | Ninja Productions, LLC |
| Our Alchemy | No One Can Hear You | Mainline Releasing |
| Our Alchemy | No Safe Haven | No Safe Haven Limited Partnership |
| Our Alchemy | No Way Back | No Way, Inc. |
| Our Alchemy | Nobody's Baby | Nu Image as agent for Cine Moon Internationale |
| Our Alchemy | Nocturna | |
| Our Alchemy | Nora | IAC Holdings, Ltd. |
| Our Alchemy | Now That's Funny | Tricoast Production Partners IV |
| Our Alchemy | Nowhere in Sight | Brainstorm Media |
| Our Alchemy | Nugget, The | Nugget Films Pty Limited |
| Our Alchemy | Nutcase | Atlantic Releasing Corp. |
| Our Alchemy | Obituary | C/P Obituary Productions Inc. & Chesler/Perlmutter |
| Our Alchemy | Occupants, The | Brainstorm Media |
| Our Alchemy | October 22" | Nu Image, Inc. |
| Our Alchemy | Octopus | Nu Image, Inc. |
| Our Alchemy | Octopus 2 | Nu Image, Inc. |
| Our Alchemy | Ogre | Cinetel Films |
| Our Alchemy | Oldest Profession | Atlantic Releasing Corp. |
| Our Alchemy | Omnivores | Brainstorm Media |
| Our Alchemy | On the Border | Nu Image, Inc. |
| Our Alchemy | On the Edge | Po' Boy Productions |
| Our Alchemy | On the Line | Amber Films, Inc. |
| Our Alchemy | Once Fallen | Freedom Films Independent, LLC |
| Our Alchemy | One Good Turn | 4th Quarter Productions, Inc. |
| Our Alchemy | One Way Out | Promark Entertainment, Inc. |
| Our Alchemy | One Week | Griot Filmworks, Inc |
| Our Alchemy | Operation Delta Force | Nu Image, Inc. |
| Our Alchemy | Operation Delta Force 2 | Nu Image, Inc. |
| Our Alchemy | Operation Delta Force 3 | Nu Image, Inc. |
| Our Alchemy | Operation Delta Force 4: Deep Fault | Nu Image, Inc. |
| Our Alchemy | Operation Delta Force 5: Random Fire | Nu Image, Inc. |
| Our Alchemy | Operator | IP2 LLC |
| Our Alchemy | Out of the Cold | Old Town Pictures, LLC |
| Our Alchemy | Pact with the Devil | 9079-1849 Quebec Inc. |
| Our Alchemy | Pallet on the Floor | Mirage Entertainment Corp. Ltd. |
| Our Alchemy | Paperboy | Nu Image, Inc. |
| Our Alchemy | Paranormal Asylum | Leveraged Hedge, LLC |
| Our Alchemy | Parasite | Shoreline Etertainment |
| Our Alchemy | Paris | Paris Digital |
| Our Alchemy | Paris Je T'aime | Victoires International SAS |
| Our Alchemy | Parkland | Walleye Productions, LLC |
| Our Alchemy | Partners in Action | Hannibal Pictures |
| Our Alchemy | Parts per Billion | Parts Per Billion LLC |
| Our Alchemy | Party Girl | Party Pictures, Inc |
| Our Alchemy | Party Monster | Content Film |
| Our Alchemy | Passion Crimes | New City Releasing, Inc. |
| Our Alchemy | Passover Fever | Nu Image, Inc. |
| Our Alchemy | Past Perfect | Nu Image, Inc. |
| Our Alchemy | Peacekeeper | Nu Image, Inc. |

Schedule A/B - Exhibit 62
Our Alchemy, LLC 16-11596

| LICENSEE | TITLE | LICENSOR |
|----------|-------|----------|
| Our Alchemy | Pendulum | Pendulum Partners |
| Our Alchemy | Penthouse, The | Penthouse the Movie, LLC |
| Our Alchemy | People Places Things | The Film Arcade, LLC |
| Our Alchemy | Perfect Student, The | Hybrid, LLC |
| Our Alchemy | Perfect Witness, The | The Ungodly LLC |
| Our Alchemy | Persecuted | One Media, LLC |
| Our Alchemy | Picture Claire | Alliance Atlantis International Distribution Ltd. |
| Our Alchemy | Pinata: Survival Island | Hill & Brand Productions L.P.3 |
| Our Alchemy | Ping Pong Summer | Ping Pong Summer, LLC |
| Our Alchemy | Platos Run | Nu Image, Inc. |
| Our Alchemy | Player 5150 | Azurelite Pictures, Inc. |
| Our Alchemy | Plumber | Atlantic Releasing Corp. |
| Our Alchemy | Plush | |
| Our Alchemy | Polar Storm | Cinetel Films |
| Our Alchemy | Popcorn | Atlantic Releasing Corp. |
| Our Alchemy | Post Impact | Unified Film Organization |
| Our Alchemy | Pressure | Pressure, LLC |
| Our Alchemy | Primetime Murder | Eagle Pictures, SpA |
| Our Alchemy | Prince & Me 2: The Royal Wedding, The | Sobini Films |
| Our Alchemy | Prince & Me: The Elephant Adventure, The | Nu Image, Inc. |
| Our Alchemy | Project Shadowchaser 2 | Nu Image, Inc. |
| Our Alchemy | Project Shadowchaser 3 | Nu Image, Inc. |
| Our Alchemy | Project: Human Weapon | Unified Film Organization |
| Our Alchemy | Promise Kept, A | Curb Entertainment |
| Our Alchemy | Prophecy, The | Serafilm, Inc. |
| Our Alchemy | Proposition, The | The Works |
| Our Alchemy | Proximity | Proximity Productions, Inc. |
| Our Alchemy | Psychocop | Runnymede House Music, Inc. |
| Our Alchemy | Pulse | High Octane Productions Limited |
| Our Alchemy | Pumpkin Karver, The | Pumpkin Karver Productions |
| Our Alchemy | Pumpkinhead | DLQ Filmworks, Inc. |
| Our Alchemy | Punch | ThinkFilm |
| Our Alchemy | Puncture | Safety Point Productions, LLC |
| Our Alchemy | Purgatory Flats | American Cinema International |
| Our Alchemy | Pursued | Trademark Entertainment |
| Our Alchemy | Quantum Apocalypse | Nu Image, Inc. |
| Our Alchemy | Queen City Rocker | Mirage Entertainment Corp. Ltd. |
| Our Alchemy | Quicksand | BGB Partnership |
| Our Alchemy | Ragamuffin | Rich Mullins the Movie, LLC |
| Our Alchemy | Raging Angels | Nu Image, Inc. |
| Our Alchemy | Raging Sharks | Nu Image, Inc. |
| Our Alchemy | Rampart | End of Watch, LLC |
| Our Alchemy | Random Acts of Violence (f/k/a "Charm") | Coma Productions LLC |
| Our Alchemy | Rapid Exchange | Unified Film Organization |
| Our Alchemy | Rats (aka Killer Rats) | Nu Image, Inc. |
| Our Alchemy | Reach Me | Seraphim Films Productions, Inc. |
| Our Alchemy | Reality Check | Nu Image, Inc. |
| Our Alchemy | Rebel | Atlantic Releasing Corp. |
| Our Alchemy | Red Hot | Film Finances, Inc |

Schedule A/B - Exhibit 62
Our Alchemy, LLC 16-11596

| LICENSEE | TITLE | LICENSOR |
|---|---|---|
| Our Alchemy | Red Lights | VS Entertainment |
| Our Alchemy | Redline | Nu Image, Inc. |
| Our Alchemy | Redrum | Redrum, LLC |
| Our Alchemy | Relative Strangers | Nu Image, Inc. |
| Our Alchemy | Remember Me, My Love | Roadside Attractions LLC |
| Our Alchemy | Remember the Daze | Beautiful Ordinary, LLC |
| Our Alchemy | Resurrection, A | Archstone Distribution, LLC |
| Our Alchemy | Retrograde | The Konigsberg Company |
| Our Alchemy | Return From India | Nu Image, Inc. |
| Our Alchemy | Revelation | Romulus Films, Ltd |
| Our Alchemy | Rhapsody | Bruder Releasing, Inc |
| Our Alchemy | Ring of Darkness | Regent Worldwide Sales, LLC |
| Our Alchemy | River King, The | Myriad Pictures, Inc. |
| Our Alchemy | Rob the Mob | RTM Productions, LLC |
| Our Alchemy | Rockaway | Rockaway The Movie, LLC |
| Our Alchemy | Rolling Papers | Denver Documentary Collective, LLC |
| Our Alchemy | Rose Parade: A Pageant for the Ages | Goal Productions, Inc. |
| Our Alchemy | Run | Run the Movie, LLC |
| Our Alchemy | Runner, The | Ron Moler |
| Our Alchemy | Sacrifice (2001) | Atlantic Releasing Corp. |
| Our Alchemy | Sacrifice (2011) | Sacrifice Distribution, Inc. |
| Our Alchemy | Sakura Killer | Bonaire Films, Inc and Roy McAree |
| Our Alchemy | Samourais | Fidelite Productions |
| Our Alchemy | Sand | Hard Sand Production, Inc. |
| Our Alchemy | Savage Messiah | Cinemavault Releasing |
| Our Alchemy | Saving Westbrook High | Swirl Recordings & Film Inc. |
| Our Alchemy | Scared Alive | William T. Naud, Thomas Spalding, Sally J. Roddy |
| Our Alchemy | Scarred City | Nu Image, Inc. |
| Our Alchemy | Scorched | Juniper Productions |
| Our Alchemy | Secret of the Cave | Southern Adventist University D/B/A SVAD Productions |
| Our Alchemy | Senior Skip Day | Senior Skip Day, LLC |
| Our Alchemy | September Tapes | Project Complex LLC |
| Our Alchemy | Sex and Breakfast | Bleeding Edge Productions |
| Our Alchemy | Shade | Card Mechanics Productions |
| Our Alchemy | Shadow of Fear | Nu Image, Inc. |
| Our Alchemy | Shadowchaser 4 | Nu Image, Inc. |
| Our Alchemy | Shadows and Lies | In Praise of Shadows the film, LLC |
| Our Alchemy | Shaker Run | Mirage Entertainment Corp. Ltd. |
| Our Alchemy | Shameless | Moor Street Films Plc. |
| Our Alchemy | Shark Attack | Nu Image, Inc. |
| Our Alchemy | Shark Attack 2 | Nu Image, Inc. |
| Our Alchemy | Shark Attack 3: Megalodon | Nu Image, Inc. |
| Our Alchemy | Shark Hunter | Unified Film Organization |
| Our Alchemy | Shark Zone | Nu Image, Inc. |
| Our Alchemy | Sharkman (aka Hammerhead) | Nu Image, Inc. |
| Our Alchemy | Shipment, The | Promark Entertainment, Inc. |
| Our Alchemy | Shock to the System, A | Shanlin Productions, Inc. |
| Our Alchemy | Shooting Gallery | Pool Hall Productions |
| Our Alchemy | Shortcut To Paradise | Shortcut to Paradise, S.E. |
| Our Alchemy | Shot (aka Shutter) | Waterline Pictures, Inc. |
| Our Alchemy | Showdown at Area 51 | Nu Image, Inc. |

Schedule A/B - Exhibit 62
Our Alchemy, LLC 16-11596

| LICENSEE | TITLE | LICENSOR |
|---|---|---|
| Our Alchemy | Sight Unseen | Sawmill Entertainment Corp. Inc. |
| Our Alchemy | Six-String Samurai | Blade LLC |
| Our Alchemy | Skeletonman | Nu Image, Inc. |
| Our Alchemy | Skills | Timelock Film AB |
| Our Alchemy | Skin Traffik | Archstone Distribution, LLC |
| Our Alchemy | Skins | Skins Productions, Inc |
| Our Alchemy | Slash | Wild Coast Releasing Ltd. |
| Our Alchemy | Slaves to the Underground | Kristine Peterson and Enough Rope, Inc. |
| Our Alchemy | Sleeper's Wake | Distant Horizon Limited |
| Our Alchemy | Sleeping Dogs | Atlantic Releasing Corp. |
| Our Alchemy | Sleeping Dogs Lie | Samuel Goldwyn Films and Roadside Attractions |
| Our Alchemy | Smooth Operator | Mainline Releasing |
| Our Alchemy | Snake Island | NGWE Enterprise |
| Our Alchemy | Snakeman | Nu Image, Inc. |
| Our Alchemy | Snapshots | Pueblo Film Licensing, Ltd |
| Our Alchemy | Snow Walker, The | Walk Well Productions Inc. |
| Our Alchemy | So Undercover | Kappa Undercover Pictures, LLC |
| Our Alchemy | Soldier's Tale, A | Mirage Entertainment Corporation, Ltd |
| Our Alchemy | Some Girl | Nu Image, Inc. |
| Our Alchemy | Song for Martin, A | Moonlight Filmproduction ApS |
| Our Alchemy | Soulkeeper | One-Tu-Three Productions, Inc |
| Our Alchemy | Soulmates | Smoking Gun Pictures |
| Our Alchemy | Southern Comfort | Destination Cinema, Inc. |
| Our Alchemy | Special Forces | Nu Image, Inc. |
| Our Alchemy | Spiders | Nu Image, Inc. |
| Our Alchemy | Spiders 2 | Nu Image, Inc. |
| Our Alchemy | Spiders 3D | M3 Media, Inc. |
| Our Alchemy | Spirit Trap | Spirit Trap Ltd. |
| Our Alchemy | Stand-Ins | Tetragrammaton Films |
| Our Alchemy | Stay Awake, The | Nu Image, Inc. |
| Our Alchemy | Stealing Time | Rennie's Landing, LLC |
| Our Alchemy | Stickup, The | Promark Entertainment, Inc. |
| Our Alchemy | Stiletto | Tin Rez Corp, Inc. |
| Our Alchemy | Stock Option | The Swirl Group, LLC |
| Our Alchemy | Stolen | Medal Productions |
| Our Alchemy | Stonehearst Asylum | Eliza's Productions, Inc. (Nu Image) |
| Our Alchemy | Storm Cell | Cinetel Films |
| Our Alchemy | Stormageddon | Stormageddon Distribution, LLC |
| Our Alchemy | Straight A's | Straight A Productions, Inc. c/o Nu Image, Inc. |
| Our Alchemy | Stranded | Dolores Pictures |
| Our Alchemy | Strangerland | Parker Pictures Holdings Pty Ltd |
| Our Alchemy | Strays | |
| Our Alchemy | Street Gun | Nu Image, Inc. |
| Our Alchemy | Stuck in Love | Writers the Movie, LLC |
| Our Alchemy | Styx | Promark Entertainment, Inc. |
| Our Alchemy | Subject Two | S2 Productions, LLC |
| Our Alchemy | Submarines | Nu Image, Inc. |
| Our Alchemy | Subterano | Brainstorm Media |
| Our Alchemy | SuicideGirls: Must Die! | SG Services Inc. and Beige Lio Productions, LLC |
| Our Alchemy | Sukiyaki Western Django | Celluliod Dreams Sales |
| Our Alchemy | Sumuru | Nu Image, Inc. |
| Our Alchemy | Sunstorm | Runner Productions, Inc. and Local Boys, LLC and Ron Moler |

Schedule A/B - Exhibit 62
Our Alchemy, LLC 16-11596

| LICENSEE | TITLE | LICENSOR |
|---|---|---|
| Our Alchemy | Survival | Frank Raffel, an individual German national doing business |
| Our Alchemy | Survivor | Survivor Productions, Inc. |
| Our Alchemy | SWAT: Unit 887 | Status Publications LLC (dba Status Media and Entertainment) |
| Our Alchemy | Sweepers | Nu Image, Inc. |
| Our Alchemy | Swindle | Export Development Canada |
| Our Alchemy | System Within, The | The System Within Film Production, LLC. |
| Our Alchemy | Takeover | Nu Image, Inc. |
| Our Alchemy | Taking of Deborah Logan, The | Nu Image, Inc. |
| Our Alchemy | Tara Road | Sure Fire 3 Film Production LLC |
| Our Alchemy | Target | Westfilm  L.P. |
| Our Alchemy | Target of Opportunity | Nu Image, Inc. |
| Our Alchemy | Ted Bundy | Incessant Barking Productions, Inc. |
| Our Alchemy | Tell-Tale Heart | Arclight International Films Pty Ltd |
| Our Alchemy | That Englishwoman | Nu Image, Inc. |
| Our Alchemy | The Runner | The Runner, LLC |
| Our Alchemy | Thing Below, The | Unified Film Organization |
| Our Alchemy | Thirst | MarkoPoloFilms Library, LLC |
| Our Alchemy | Thirteen Conversations About One Thing | Conversation Productions, Jimmy Productions, Inc; Stonelock |
| Our Alchemy | This Is The Sea | Pembridge Pictures, Ltd |
| Our Alchemy | Three Blind Mice | Beyond International Services, LTD |
| Our Alchemy | Through The Fire | Charles C. Cunningham |
| Our Alchemy | Tic Code | Jazz Films, Inc. |
| Our Alchemy | Ticks | Ticks United, Inc. |
| Our Alchemy | Titus | Titus Productions, LTD; Clear Blue Sky Productions, Inc.; N.D.F |
| Our Alchemy | Top of the World | Nu Image, Inc. |
| Our Alchemy | Tornado | Nu Image, Inc. |
| Our Alchemy | Totally Blonde | Extraordinary Films |
| Our Alchemy | Touched | Touched The Movie, LLC |
| Our Alchemy | Touching Wild Horses | The Spiritual Cinema Circle, LLC |
| Our Alchemy | Tough Luck | Curb Entertainment International Corporation |
| Our Alchemy | Tracks | Two Dog Productions, Inc. |
| Our Alchemy | Trained To Kill | Starvision, Inc. |
| Our Alchemy | Traitors Heart | Nu Image, Inc. |
| Our Alchemy | Transsiberian | Sociedad General de Derechos Audiovisuales S.A. |
| Our Alchemy | Trauma (1993) | ADC s.r.l. |
| Our Alchemy | Trauma (2005) | Myriad Pictures, Inc. |
| Our Alchemy | Treasure Of The Lost Desert | United Entertainment Corp, A & Z Company Ltd. |
| Our Alchemy | Trespass | Nu Image, Inc. |
| Our Alchemy | Trial By Fire | Cinetel Films |
| Our Alchemy | Triangle | Icon Entertainment International |
| Our Alchemy | Triggermen | IWP International West Pictures Verwaltung GMBH & CO. |
| Our Alchemy | Trust | Nu Image, Inc. |
| Our Alchemy | Truth About Love, The | The Truth about Love (Commissioning) Limited |
| Our Alchemy | Tunnel, The | PM Entertainment (later assigned to Echo Bridge |
| Our Alchemy | U.S. Seals | Nu Image, Inc. |
| Our Alchemy | U.S. Seals 2 | Nu Image, Inc. |
| Our Alchemy | U.S. Seals 3: Fragment (aka Dead or Alive) | Nu Image, Inc. |
| Our Alchemy | Unbelievable Truth | Action Features, Inc. |
| Our Alchemy | Uncorked | Unapix Entertainment Inc. DIP |
| Our Alchemy | Unexpected | The Film Arcade, LLC |
| Our Alchemy | Unstoppable | Nu Image, Inc. |

Schedule A/B - Exhibit 62
Our Alchemy, LLC 16-11596

| LICENSEE | TITLE | LICENSOR |
|---|---|---|
| Our Alchemy | Upside Down | Studio 37 SA |
| Our Alchemy | Vampire Clan | Vampire Clan Productions, LLC |
| Our Alchemy | Vampire in Vegas | Nu Image, Inc. |
| Our Alchemy | Virgin of Juarez, The | Las Mujeres LLC |
| Our Alchemy | Visitors | Beyond Films |
| Our Alchemy | Volcano (aka Volcano Disaster) | Nu Image, Inc. |
| Our Alchemy | Voyage Of The Heart | Madelena Z Limited Partnership |
| Our Alchemy | Wake Of Death | BM Studios [UK] Limited |
| Our Alchemy | War, Inc. | Nu Image, Inc. |
| Our Alchemy | Warhead | Nu Image, Inc. |
| Our Alchemy | Warriors | Nu Image, Inc. |
| Our Alchemy | Wassup Rockers | Dual Films Productions, Inc. |
| Our Alchemy | Water Damage | PM Entertainment |
| Our Alchemy | Water Giant, The | MBP-Internationale Medienbeteiligungs, Film-Und TV |
| Our Alchemy | Wedding Weekend, The | Shut Up and Sing LLC |
| Our Alchemy | Welcome To Me | Welcome to Me, LLC |
| Our Alchemy | Welcome To Paradise | Welcome to Paradise, LLC |
| Our Alchemy | What Maisie Knew | Maisie Knew, LLC |
| Our Alchemy | When Calls the Heart | Frontier Productions, LLC |
| Our Alchemy | When Calls the Heart (series) | Frontier Productions LLC |
| Our Alchemy | When Nietzsche Wept | Nu Image, Inc. |
| Our Alchemy | When Will I Be Loved | Signet Ring Productions, Inc. |
| Our Alchemy | Where's The Love? | Swirl Recordings & Film Inc. |
| Our Alchemy | White Coats | Tintagle Productions Inc. |
| Our Alchemy | White Phantom | Bonaire Films, Inc and Roy McAree |
| Our Alchemy | Wicked Intentions | Mainline Releasing |
| Our Alchemy | Wicked Sins | Mainline Releasing |
| Our Alchemy | Wild Side | Nu Image, Inc. |
| Our Alchemy | Wilderness | AV Pictures LTD |
| Our Alchemy | Wind in the Willows | WITW Ltd. |
| Our Alchemy | Windfall | Nu Image, Inc. |
| Our Alchemy | Windfall | Nu Image, Inc. |
| Our Alchemy | Winter of Our Dreams | Atlantic Releasing Corp. |
| Our Alchemy | Witches | Active Entertainment |
| Our Alchemy | Wolf Town | Epic Pictures Group, Inc. |
| Our Alchemy | Wolves of Wall Street | Regent Worldwide Sales |
| Our Alchemy | Wolvesbayne | Nu Image, Inc. |
| Our Alchemy | Woman, Her Men And A Futon, A | Interpersonal Films, Inc. |
| Our Alchemy | World Made Straight, The | TWMS, LLC |

Schedule A/B - Exhibit 62
Our Alchemy, LLC 16-11596

| LICENSEE | TITLE | LICENSOR |
|---|---|---|
| Our Alchemy | XII | The Skinner Movie, LLC |
| Our Alchemy | Zipper | Hush Productions, LLC |
| Our Alchemy | Z-Man | Sevenis Entertainment |