# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Our Alchemy, LLC, *et al.*,[1]<br><br>    Debtors. | Chapter 7<br><br>Case No. 16-11596 (KG)<br>(Jointly Administered)<br><br>**Related Doc. Nos. 610, 646, 671, 677** |

### NOTICE OF FILING REDLINE VERSION OF
### AMENDED ASSET PURCHASE AGREEMENT
### AND AMENDMENT NO. 1 WITH PREVAILING BIDDER

George L. Miller, Chapter 7 Trustee (the "Trustee") for the Estate of the above-captioned Debtors (the "Debtors") through his undersigned counsel gives notice as follows:

**PLEASE TAKE NOTICE** the Trustee filed the Stalking Horse Purchase Agreement and Amendment No. 1 by and between the Stalking Horse Purchaser, OA Acquisitions LLC and the Trustee [Docket No. 646; Filed 7/31/2018] (the "Stalking Horse Purchase Agreement").

**PLEASE TAKE FURTHER NOTICE** the Trustee filed a Notice of Prevailing Bidder and Prevailing Bid identifying the Stalking Horse Purchaser, OA Acquisitions LLC as the Prevailing Bidder [Docket No. 671; Filed 9/10/2018].

**PLEASE TAKE FURTHER NOTICE** the Trustee filed the Amended Asset Purchase Agreement and Amendment No. 1 by and between the Prevailing Bidder, OA Acquisitions LLC and the Trustee [Docket No. 677; Filed 9/12/2018] (the "Amended Asset Purchase Agreement"). A redline version of the Amended Asset Purchase Agreement against the Stalking Horse Purchase Agreement is attached hereto as Exhibit A.

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596, and Anderson Digital, LLC, Case No. 16-11597.

Date:   September 13, 2018            COZEN O'CONNOR

                           By:    */s/ John T. Carroll, III*
                                  John T. Carroll, III (No. 4060)
                                  Simon E. Fraser (No. 5335)
                                  1201 North Market Street
                                  Suite 1001
                                  Wilmington, DE  19801
                                  302-295-2000 Telephone
                                  302-295-2013 Fax
                                  jcarroll@cozen.com
                                  sfraser@cozen.com

                                  Eric L. Scherling
                                  One Liberty Place
                                  1650 Market Street
                                  Suite 2800
                                  Philadelphia, PA  19103
                                  215-665-2041 Telephone
                                  215-701-2081 Fax
                                  escherling@cozen.com

                                  ***Counsel to George L. Miller,***
                                  ***Chapter 7 Trustee***