# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Our Alchemy, LLC, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 7<br><br>Case No. 16-11596 (KG)<br>(Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON DECEMBER 11, 2018 AT 2:00 P.M.

**CONTINUED MATTERS:**

1. Pre-Trial Scheduling Conferences for Adversary Proceedings identified on attached Schedule 1

    Related Documents:    N/A

    Objection Deadline:    N/A

    Responses Received:    N/A

    Status:    Pre-Trial Scheduling Conferences for the Adversary Proceedings identified on Schedule 1 are being adjourned to a date to be determined by the Court.

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596, and Anderson Digital, LLC, Case No. 16-11597.

1

LEGAL\39281979\1 00601.0823.000/390810.000

## UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:

2. Motion of Chapter 7 Trustee for an Order Authorizing Sale of Estates Right, Title and Interest in and to Motion Pictures Titled Fist of the North Star and Fist of the North Star II to North Stars Pictures, Inc. Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. Sections 105 and 363
[Filed 9/24/2018; Docket No. 693]

   Related Documents:
   (a) Declaration of Purchaser in Support of Section 363(m) Finding of Good Faith in Connection with Motion of Chapter 7 Trustee for an Order Approving Sale of Certain Assets to North Stars Pictures, Inc. Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. Section 105 and 363
   [Filed 12/5/2018; Docket No. 727]

   (b) Certification of Counsel Regarding Proposed Order Approving Sale of Certain Assets to North Stars Pictures, Inc. Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. Sections 105 and 363
   [Filed 12/5/2018; Docket No. 728]

   (c) Revised Proposed Order

   Objection Deadline: October 16, 2018 at 4:00 p.m.

   Extension granted to (1) Film Musicians Secondary Markets Fund and (2) Directors Guild of America, Inc., the Screen Actors Guild – American Federation of Television and Radio Artists, and the Writers Guild of America West, Inc. to November 13, 2018

   Responses Received:
   (d) Reservation of Rights of the Film Musicians Secondary Markets Fund with Respect to Motion of Chapter 7 Trustee For An Order Authorizing Sale of Estates' Right, Title and Interest in and to Motion Pictures Titled Fist of the North Star and Fist of the North Star II to North Stars Pictures, Inc. Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. Sections 105 and 363
   [Filed 11/13/2018; Docket No. 714]

   (e) Notice of Withdrawal of Reservation of Rights filed by Film Musicians Secondary Markets Fund
   [Filed 12/6/2018; Docket No. 729]

   Status: Certification of Counsel with Revised Proposed Order has been filed and Reservation of Rights has been withdrawn. Trustee requests entry of the Revised Proposed Order.

3. Motion of Chapter 7 Trustee for Order Approving Settlement Agreement, Release of Claims and Tolling Agreement between the Chapter 7 Trustee and Morgan Stanley Senior Funding, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 filed by George L. Miller, Trustee
[Filed 11/20/2018; Docket No. 721]

   Related Documents:

       (a)    Certification of No Objection
               [Filed 12/6/2018; Docket No. 732]

       (b)    Proposed Order

   Objection Deadline:    December 4, 2018 at 4:00 p.m.

   Responses Received:    None

   Status:    Certification of No Objection has been filed. Trustee requests entry of the proposed Order.

4. Trustee's Second Omnibus Motion for an Order Approving Settlements Pursuant to Fed. R. Bankr. Proc. 9019 filed by George L. Miller, Trustee
[Filed 11/20/2018; Docket No. 723]

   Related Documents:

       (a)    Certification of No Objection
               [Filed 12/6/2018; Docket No. 730]

       (b)    Proposed Order

   Objection Deadline:    December 4, 2018 at 4:00 p.m.

   Responses Received:    None

   Status:    Certification of No Objection has been filed. Trustee requests entry of the proposed Order.

5. Motion of Chapter 7 Trustee for an Order Approving Stipulation Between Chapter 7 Trustee and Denver Documentary Collective, LLC Regarding Motion Picture Titled Rolling Papers and Release of Claims Pursuant to Fed. R. Bankr. P. 9019 filed by George L. Miller, Trustee
[Filed 11/20/2018; Docket No. 724]

  Related Documents:

  (a) Certification of No Objection
  [Filed 12/6/2018; Docket No. 733]

  (b) Proposed Order

  Objection Deadline:  December 4, 2018 at 4:00 p.m.

  Responses Received:  None

  Status:  Certification of No Objection has been filed. Trustee requests entry of the proposed Order.

*Copies of Professional Fee Applications Previously Submitted in Fee Application Binder.*

6. Fifth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from June 30, 2018 through October 31, 2018
[Filed 11/19/2018; Docket No. 719]

  Related Documents:

  (a) Certification of No Objection
  [Filed 12/7/2018; Docket No. 734]

  (b) Proposed Order

  Objection Deadline:  December 4, 2018 at 4:00 p.m.
  Extension granted to SunTrust Bank to December 7, 2018 at 10:00 a.m. ET.

  Responses Received:  None

  Status:  Certification of No Objection has been filed. Trustee requests entry of the proposed Order.

7.  First Interim Application of Bielli & Klauder, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Chapter 7 Trustee, for the Period from May 24, 2017 through October 31, 2018
    [Filed 11/20/2018; Docket No. 720]

    Related Documents:

    |     |     |     |
    | --- | --- | --- |
    |     | (a) | Certification of No Objection [Filed 12/6/2018; Docket No. 731] |
    |     | (b) | Proposed Order |

    Objection Deadline:    December 4, 2018 at 4:00 p.m.

    Responses Received:    None

    Status:    Certification of No Objection has been filed. Trustee requests entry of the proposed Order.

8.  Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Fifth Interim Compensation and Reimbursement of Expenses for the Period July 7, 2018 through November 15, 2018
    [Filed 11/20/2018; Docket No. 722]

    Related Documents:

    |     |     |     |
    | --- | --- | --- |
    |     | (a) | Certification of No Objection [Filed 12/7/2018; Docket No. 735] |
    |     | (b) | Proposed Order |

    Objection Deadline:    December 4, 2018 at 4:00 p.m.
    Extension granted to SunTrust Bank to December 7, 2018 at 10:00 a.m. ET.

    Responses Received:    None

    Status:    Certification of No Objection has been filed. Trustee requests entry of the proposed Order.

| | |
|---|---|
| Dated: December 7, 2018<br>Wilmington, DE | COZEN O'CONNOR<br><br>*/s/ John T. Carroll, III*<br>By: _____<br>John T. Carroll, III (DE No. 4060)<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE  19801<br>(302) 295-2028 Phone<br>(302) 295-2013 Fax No.<br>jcarroll@cozen.com<br><br>*Counsel to George L. Miller,*<br>*Chapter 7 Trustee* |

LEGAL\39281979\1 00601.0823.000/390810.000

## SCHEDULE 1

| | | |
|---|---|---|
| 18-50607 | Walmart Inc. | Parties anticipate submitting an agreed upon Scheduling Order under Certification of Counsel |
| 18-50609 | Aotearoa Consulting LLC | Parties agree to adjourn pretrial scheduling conference. |
| 18-50610 | Cyntekk Solutions Inc. | Trustee to file for entry of default judgment. |
| 18-50611 | Deluxe Media, Inc. | Trustee to file for entry of default judgment. |
| 18-50612 | Filmtrack Inc. | Trustee to file for entry of default judgment. |
| 18-50616 | SPAR Marketing Force, Inc. | Settlement reached in principle; currently documenting terms of settlement |
| 18-50618 | Alliance Entertainment LLC | Parties agree to adjourn pretrial scheduling conference. |
| 18-50619 | Ivers, Jeffrey D. | Trustee to file for entry of default judgment. |
| 18-50621 | Maljack Productions Inc. d/b/a MPI Media Group | Settlement reached in principle; currently documenting terms of settlement |
| 18-50623 | Vertical Entertainment LLC | Parties agree to adjourn pretrial scheduling conference |
| 18-50630 | Stroock & Stroock & Lavan LLP | Proposed Scheduling Order submitted under COC |
| 18-50631 | Baker Botts LLP | Proposed Scheduling Order submitted under COC |
| 18-50633 | ANConnect, LLC et al | Pending Defendants' Motions to Dismiss and/or Default Defendants |