IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Our Alchemy, LLC, *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 7<br><br>Case No.  16-11596 (KG)<br>(Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 21, 2018 AT 10:00 A.M.

UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL:

1.   Motion of Chapter 7 Trustee for Entry of an Order Authorizing Distributions of Unidentified Collected Post-Petition Revenues to Suntrust Bank, as Administrative Agent for Itself and Certain Other Secured Lenders of the Debtors
[Filed 11/30/2018; Docket No. 725]

　　　Related Documents:　　　None

　　　Objection Deadline:　　　November 30, 2018 at 4:00 p.m.

　　　Responses Received:　　　None

　　　Status:　　　This matter is uncontested.  The Trustee will file a Certification of Counsel and request the entry of a revised Proposed Order.

Dated:  December 19, 2018
　　　　Wilmington, DE

COZEN O'CONNOR

By:　*/s/ John T. Carroll, III*

　　　John T. Carroll, III (DE No. 4060)
　　　1201 N. Market Street
　　　Suite 1001
　　　Wilmington, DE  19801
　　　Telephone: (302) 295-2028
　　　Facsimile: (302) 295-2013
　　　jcarroll@cozen.com

　　　*Counsel to George L. Miller,*
　　　*Chapter 7 Trustee*

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596, ad Anderson Digital, LLC, Case No. 16-11597.

LEGAL\39424958\1 00601.0823.000/390810.000