# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Our Alchemy, LLC, *et al.*,[1] | Case No.  16-11596 (KG) <br> (Jointly Administered) |
| Debtors. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 30, 2019 AT 2:00 P.M.

## UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:

1. Trustee's Third Omnibus Motion for an Order Approving Settlements Pursuant to Fed. R. Bankr. Proc. 9019 Filed by George L. Miller, Trustee [Filed 3/28/2019; Docket No. 761]

    Related Documents:

    (a) Certification of No Objection [Filed 4/26/2019; Docket No. 770]

    (b) Proposed Order

    Objection Deadline:    April 23, 2019 at 4:00 p.m.

    Responses Received:    None

    Status:    Certification of No Objection has been filed. Trustee requests entry of the Proposed Order.

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596, and Anderson Digital, LLC, Case No. 16-11597.

*Copies of Fee Applications previously provided in Fee Application Binder*

2. Sixth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period November 1, 2018 through February 28, 2019
   [Filed 4/9/2019; Docket No. 763]

   Related Documents:

   (a) Certification of No Objection
   [Filed 4/25/2019; Docket No. 768]

   (b) Proposed Order

   Objection Deadline:    April 23, 2019 at 4:00 p.m.

   Responses Received:    None

   Status:    Certification of No Objection has been filed. Movant requests entry of the Proposed Order.

3. Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Sixth Interim Compensation and Reimbursement of Expenses for the Period November 16, 2018 through April 5, 2019
   [Filed 4/9/2019; Docket No. 764]

   Related Documents:

   (a) Certification of No Objection
   [Filed 4/25/2019; Docket No. 769]

   (b) Proposed Order

   Objection Deadline:    April 23, 2019 at 4:00 p.m.

   Responses Received:    None

   Status:    Certification of No Objection has been filed. Movant requests entry of the Proposed Order.

|  |  |
|---|---|
| Dated: April 26, 2019<br>Wilmington, DE | COZEN O'CONNOR<br><br>*/s/ John T. Carroll, III*<br>By: _____<br>John T. Carroll, III (DE No. 4060)<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE  19801<br>(302) 295-2028 Phone<br>(302) 295-2013 Fax No.<br>jcarroll@cozen.com<br><br>*Counsel to George L. Miller,*<br>*Chapter 7 Trustee* |