# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*[1]<br><br>                Debtors. | Chapter 7<br><br>Case No.  16-11596 (KG)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED BANKRUPTCY ESTATES OF OUR ALCHEMY, LLC AND ANDERSON DIGITAL, LLC,<br><br>                Plaintiff,<br>v.<br><br>ANCONNECT, LLC; ANDERSON MERCHANDISERS, LLC; ANDERSON MERCHANDISERS CANADA, INC.; OA INVESTMENT PARTNERS LLC; OA INVESTMENT HOLDINGS LLC; VIRGO INVESTMENT GROUP, LLC; VIRGO SOCIETAS PARTNERS, LLC; VIRGO SOCIETAS PARTNERSHIP III (ONSHORE), L.P.; VIRGO SOCIETAS PARTNERSHIP III (OFFSHORE), L.P.; VIRGO SERVICE COMPANY LLC; ARC ENTERTAINMENT, LLC; ARDON MOORE; MARK PEREZ; JESSE WATSON; TODD DORFMAN; BILL LEE; STEPHEN LYONS; and FREYR THOR,<br><br>                Defendants. | Adv. No.   18-50633 (KG)<br><br>**Related Doc. Nos. 1, 7, 12, 24, 26, 38** |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 17, 2019 AT 9:15 A.M.

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

[2] Amended to change the start time to 9:15 a.m. and Status to identify the Court's oral argument schedule.

1

LEGAL\41911270\2 00601.0823.000/390810.000

## CONTESTED MATTERS GOING FORWARD:

1. Oral Argument on Defendants' Motions to Dismiss[3] Trustee's Complaint Regarding Adversary No. 18-50633

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Trustee's Complaint [Filed 6/29/2018; Adv. Docket No. 1] |
   | Objection Deadline: | | N/A |
   | Responses Received: | | Identified below |
   | Status: | | **Oral Argument is going forward. The Court will begin at 9:15 a.m. through 12:15 p.m. The Court will return at 3:15 p.m. and will go until 4:15 p.m.** |
   | | | **The Court will give each defendant 35 minutes to argue and 50 minutes to the Plaintiff.** |

2. Defendant Steve Lyons' Motion to Dismiss, or, in the Alternative, Motion to Strike the Fourth and Sixth Claims of Plaintiff's Complaint
   [Filed 8/20/2018; Adv. Docket No. 7]

   (a) Plaintiff's Memorandum of Law in Opposition to Defendant Steve Lyons Motion to Dismiss, or, in the Alternative, Motion to Strike the Fourth and Sixth Claims of Plaintiff's Complaint
   [Filed 9/4/2018; Adv. Docket No. 8]

   (b) Reply of Defendant Steve Lyons in Support of Motion to Dismiss, or, in the Alternative, Motion to Strike the Fourth and Sixth Claims of Plaintiff's Complaint
   [Filed 9/11/2018; Adv. Docket No. 11]

   (c) Notice of Completion of Briefing
   [Filed 9/18/2018; Adv. Docket No. 15]

---

[3] Copies of the motions to dismiss, responses and replies thereto were submitted to the Court with the Notices of Completion of Briefing.

2

3. Defendant A.E. Moore's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim
   [Filed 9/11/2018; Adv. Docket No. 12]

   (a) Opening Brief in Support of Defendant Moore's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim
       [Filed 9/11/2018; Adv. Docket No. 13]

   (b) Plaintiffs' Memorandum of Law in Opposition to Defendant A.E. Moore's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim
       [Filed 9/25/2018; Adv. Docket No. 17]

   (c) Reply Brief in Support of Defendant Moore's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim
       [Filed 10/2/2018; Adv. Docket No. 29]

   (d) Notice of Completion of Briefing
       [Filed 10/3/2018; Adv. Docket No. 30]

4. The Virgo Defendants' Motion to Dismiss for Failure to State a Claim
   [Filed 9/30/2018; Adv. Docket No. 24]

   (a) Brief in Support of The Virgo Defendants' Motion to Dismiss for Failure to State a Claim
       [Filed 9/30/2018; Adv. Docket No. 25]

   (b) Plaintiff's Memorandum of Law in Opposition to the Virgo Entities' Motion to Dismiss for Failure to State a Claim
       [Filed 10/29/2018; Adv. Docket No. 44]

   (c) Reply Brief in Support of The Virgo Defendants' Motion to Dismiss for Failure to State a Claim
       [Filed 12/4/2018; Adv. Docket No. 55]

   (d) Exhibits E-G of the Reply Brief in Support of the Virgo Defendants' Motion to Dismiss for Failure to State a Claim
       [Filed 12/4/2018; Adv. Docket No. 56]

   (e) Notice of Completion of Briefing
       [Filed 12/11/2018; Adv. Docket No. 62]

LEGAL\41911270\2 00601.0823.000/390810.000

5. Virgo Individuals' and Virgo Entities' Motion to Dismiss the Seventh and Eighth Claim of the Trustee's Complaint
   [Filed 9/30/2018; Adv. Docket No. 26]

   (a) Brief in Support of the Virgo Individuals' and Virgo Entities' Motion to Dismiss the Seventh and Eighth Claim of the Trustee's Complaint
   [Filed 9/30/2018; Adv. Docket No. 27]

   (b) Plaintiff's Memorandum of Law in Opposition to the Virgo Individuals' Motion to Dismiss for Failure to State a Claim
   [Filed 10/29/2018; Adv. Docket No. 45]

   (c) Reply Brief in Support of the Board Members' Motion to Dismiss the Seventh and Eighth Claim of the Trustee's Complaint
   [Filed 12/3/2018; Adv. Docket No. 54]

   (d) Notice of Completion of Briefing
   [Filed 12/11/2018; Adv. Docket No. 63]

6. ANConnect, LLC and Anderson Merchandisers, LLC's Motion to Dismiss Counts I, II, III, IV and V of the Trustee's Complaint
   [Filed 10/15/2018; Adv. Docket No. 38]

   (a) Memorandum of Law in Support of ANConnect, LLC and Anderson Merchandisers, LLC Motion to Dismiss Counts I, II, III, IV and V of the Trustee's Complaint
   [Filed 10/15/2018; Adv. Docket No. 39]

   (b) Declaration of David B. Stratton in Support of ANConnect, LLC and Anderson Merchandisers, LLC Motion to Dismiss Counts I, II, III, IV and V of the Trustee's Complaint
   [Filed 10/15/2018; Adv. Docket No. 40]

   (c) Plaintiff's Memorandum of Law in Opposition to ANConnect, LLC and Anderson Merchandisers, LLC's Motion to Dismiss for Failure to State a Claim
   [Filed 11/14/2018; Adv. Docket No. 49]

   (d) Reply in Support of ANConnect, LLC and Anderson Merchandisers, LLC's Motion to Dismiss Counts I, II, III, IV and V of the Trustee's Complaint and Response in Opposition to the Trustee's Request for Leave to Amend
   [Filed 11/29/2018; Adv. Docket No. 50]

   (e) ANConnect, LLC and Anderson Merchandisers, LLC's Application for Oral Argument on Their October 15, 2018 Motion to Dismiss Counts I, II, III, IV and V of the Trustee's Complaint
   [Filed 11/29/2018; Adv. Docket No. 52]

   (f) Notice of Completion of Briefing
   [Filed 12/6/2018; Adv. Docket No. 59]

Dated: July 16, 2019  
Wilmington, DE

COZEN O'CONNOR

By: /s/ John T. Carroll, III

John T. Carroll, III (DE No. 4060)  
1201 N. Market Street  
Suite 1001  
Wilmington, DE 19801  
(302) 295-2028 Phone  
(302) 295-2013 Fax No.  
jcarroll@cozen.com

-and-

Steven M. Coren, Esq.  
Benjamin M. Mather, Esq.  
Andrew J. Belli, Esq.  
KAUFMAN, COREN & RESS, P.C.  
Two Commerce Square  
2001 Market Street, Suite 3900  
Philadelphia, PA 19103  
Tel: (215) 735-8700  
Fax: (215) 735-5170  
scoren@kcr-law.com  
bmather@kcr-law.com  
abelli@kcr-law.com

*Counsel to Plaintiff,*  
*George L. Miller, Chapter 7 Trustee*

5