**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Our Alchemy, LLC, *et al*.,[1] | Case No.  16-11596 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 4, 2019 AT 1:00 P.M.**

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:**

1.    Trustee's Fourth Omnibus Motion for an Order Approving Settlements Pursuant to Fed. R. Bankr. P. 9019 Filed by George L. Miller, Trustee [Filed 9/27/2019; Docket No. 812]

<u>Related Documents:</u>

(a)    Proposed Order

(b)    Certification of No Objection
[Filed 10/31/2019; Docket No. 816]

<u>Objection Deadline:</u>      October 28, 2019 at 4:00 p.m.

<u>Responses Received:</u>      None

<u>Status:</u>      Certification of No Objection has been filed.   Trustee requests entry of the proposed order.

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596, and Anderson Digital, LLC, Case No. 16-11597.

1

**CONTESTED MATTERS GOING FORWARD:**

2.  Motion of Chapter 7 Trustee for Order Approving Settlement Agreement, between the Chapter 7 Trustee and Walmart, Inc. f/k/a Walmart Stores, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Adversary No. 18-50607]
    [Filed 10/14/2019; Docket No. 813; Adv. No. 22]

    Related Documents:

    (a)     Proposed Order

    Objection Deadline:              October 28, 2019 at 4:00 p.m.

    Responses Received:

    (b)     Objection of Maljack Productions, Inc., Doing Business as MPI Media Group, to the Motion of Chapter 7 Trustee for Order Approving Settlement Agreement Between Trustee and Walmart
            [Filed 10/23/2019; Adv. No. 23]

    (c)     Walmart Inc.'s Reply in Support of the Motion of Chapter 7 Trustee for Order Approving Settlement Agreement, between the Chapter 7 Trustee and Walmart, Inc. f/k/a Walmart Stores, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019
            [Filed 10/30/2019; Adv. No. 24]

    Status:                          This matter is going forward.


Dated:  October 31, 2019                    COZEN O'CONNOR
Wilmington, DE

                                            */s/ John T. Carroll, III*
                              By:    _____
                                            John T. Carroll, III (DE No. 4060)
                                            1201 N. Market Street
                                            Suite 1001
                                            Wilmington, DE  19801
                                            (302) 295-2028 Phone
                                            (302) 295-2013 Fax No.
                                            jcarroll@cozen.com

                                            *Counsel to George L. Miller,*
                                            *Chapter 7 Trustee*

David M. Klauder (No. 5769)
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
302-803-4600 Phone
302-397-2557 Fax No.
dklauder@bk-legal.com

*Special Local Conflict Counsel to*
*George L. Miller, Chapter 7 Trustee*

3

4