FILED

USBC
824 N. Market St.
3rd Floor
Willington, DE
19801

2019 NOV 27  AM 8: 29

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Please revise the physical mailing address for Corgan Pictures, Inc.

Case Name: D.I. no 364 / "Our Alchemy, LLC Bankruptcy Case"
Case Number: 16-11596 (KG)

**New Address for case updates or information packets:**
Corgan Pictures c/o Jason Brown
27 W. Anapamu St. #381
Santa Barbara, CA 93101

**Old and Incorrect Address / Not associated with my company at all:**
2270 Grant Rd.
Billings, MT 59102

Best regards,

Jason Brown
C.E.O.
Corgan Pictures, Inc.

310-270-7307
corganb@gmail.com