IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 7 |
|---|---|
| OUR ALCHEMY, LLC, *et al.*[1] | Case No. 16-11596 (JTD) |
| Debtors. | (Jointly Administered) |
| | Related Doc. No. 928 |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC | |
| Plaintiff, | |
| v. | Adv. No. 18-50633 (JTD) |
| ANCONNECT, LLC; et al., | Related Doc. No. 203 |
| Defendants. | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION OF CHAPTER 7 TRUSTEE PURSUANT TO FED. R. BANKR. P. 9019 FOR
AN ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN PLAINTIFF
GEORGE L. MILLER, CHAPTER 7 TRUSTEE AND DEFENDANT STEPHEN LYONS**

I, John T. Carroll, III, counsel to George L. Miller, chapter 7 trustee (the "Trustee") for the bankruptcy estates (the "Estates") of the above-captioned debtors (the "Debtors") hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the *Motion of Chapter 7 Trustee Pursuant to Fed. R. Bankr. P. 9019 for an Order Approving Settlement Agreement Between Plaintiff George L. Miller, Chapter 7 Trustee and Defendant Stephen Lyons* [Filed 10/26/2021; Docket No. 928; Adv. Docket No. 203] (the "Motion").

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

The undersigned further certifies that I have caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of the Motion, objections to the Motion were to be filed and served no later than November 11, 2021 at 4:00 p.m.

It is hereby respectfully requested that the proposed Order as originally filed with the Motion be entered at the earliest convenience of the Court.

Dated: November 16, 2021
Wilmington, DE

COZEN O'CONNOR

By: */s/ John T. Carroll, III*

John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2028
Facsimile: (302) 295-2013
jcarroll@cozen.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*