**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| Our Alchemy, LLC, *et al.*,[1] | Case No. 16-11596 (JTD)<br>Jointly Administered |
| Debtors. | Related Doc. No. ___929, 934___ |

**ORDER APPROVING FOURTH INTERIM APPLICATION FOR PAYMENT OF
CONTINGENT FEE AND FOR REIMBURSEMENT OF COSTS AND EXPENSES OF
KAUFMAN, COREN & RESS, P.C., AS SPECIAL COUNSEL TO THE CHAPTER 7
TRUSTEE, GEORGE L. MILLER, FOR THE PERIOD OF NOVEMBER 1, 2019
THROUGH OCTOBER 22, 2021**

The Court having reviewed the Fourth Interim Application of Kaufman, Coren & Ress,

P.C. ("KCR") for Payment of Contingent Fee and Reimbursement/Payment of Expenses as Special

Counsel to the Chapter 7 Trustee, George L. Miller, for the Period of November 1, 2019 through

October 22, 2021 (the "Application")[2]; and it appearing to the Court that all of the requirements

of sections 327, 328, 330, 331 and 503(b) and Title 11 of the United States Code, as well as Rule

2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice

and Procedure of the United States Bankruptcy Court for the District of Delaware, have been

satisfied; and having found that due and proper notice of the Application has been provided to

parties in interest; and having found that expenses incurred for which reimbursement/payment

expenses is sought in the Application were actual and necessary;

**IT IS HEREBY ORDERED** the Application is **GRANTED**.

---

[1]        The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case
No. 16-11597.

[2]        Capitalized terms not otherwise defined herein shall have the same meanings ascribed to
them in the Application.

**IT IS FURTHER ORDERED**: (a) that, conditioned upon the Trustee's receipt of the Virgo Settlement Payment, KCR is awarded compensation in the form of a contingent fee of $1,820,000.00 as provided in the Application; and (b) KCR is allowed reimbursement/payment of expenses in the amount of $39,509.59 for the period of November 1, 2019 through October 22, 2021.  The Trustee is authorized and directed to make payment to KCR.

**Dated: November 17th, 2021**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**