IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

OUR ALCHEMY, LLC, *et al.* [1]

Debtors.

Case No. 16-11596 (JTD)

(Jointly Administered)

Chapter 7

Related Docket No. 932, 951

### ORDER ALLOWING MILLER COFFEY TATE LLP COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

Miller Coffey Tate LLP, ("MCT") Accountants and Bankruptcy Consultants for the Trustee, having filed an tenth interim application for allowance of compensation and reimbursement of expenses ("the Application"); and creditors and other parties in interest having received notice of the date, time and place to file and Objection to the Application; and no Objections having been filed, and the Court having considered the Application; it is

**ORDERED** that the Application of MCT is granted and allowed compensation in the sum of $239,163.00 for services rendered and is allowed $2,252.58 as reimbursement for actual, necessary expenses incurred; and it is further

**ORDERED** that the Trustee is authorized and directed to make payment of $241,415.58 to MCT for such allowed compensation and expenses. Nothing contained herein shall preclude objections to the approval on a final basis of the fees and expenses approved herein.

Dated: November 29th, 2021
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.