# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>                              *Debtors*.[1] | Chapter 7<br><br>Case No. 16-11596-JTD<br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>                              *Plaintiff*,<br>v.<br><br>ANCONNECT, LLC, *et al.*,<br><br>                              *Defendants*. | Adv. Pro. No. 18-50633-JTD<br><br>**Hearing Date:**<br>**March 16, 2022 at 10:00 a.m. (ET)**<br><br>**Objection Date:**<br>**February 15, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that George L. Miller, the chapter 7 trustee (the "Trustee") for the bankruptcy estates (the "Estates") of the above-captioned debtors (collectively, the "Debtors"), has filed the Motion of Chapter 7 Trustee Pursuant to Fed. R. Bankr. P. 9019 for Order Approving Settlement Agreement Between Plaintiff George L. Miller, Chapter 7 Trustee and Defendant Freyr Thor (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion may be obtained from the undersigned counsel, if not attached.

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be made in writing, filed with the Bankruptcy Court and served upon the undersigned counsel to the Trustee so as to actually be received by the Bankruptcy Court and the undersigned counsel on or before **February 15, 2022 at 4:00 p.m.** (Eastern Time) (the "Objection Deadline"). If no objections are timely filed in accordance with the above procedures, the Trustee shall file a Certificate of No Objection with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedures, a hearing on the Motion will be held on **March 16, 2022 at 10:00 a.m.** (Eastern Time) before the Honorable John T. Dorsey, United States Bankruptcy Judge, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801. Only those objections made in writing, timely filed, and served in accordance with the above procedures will be considered at said hearing.

**IF YOU DO NOT PROPERLY FILE AND SERVE AN OBJECTION OR OTHER RESPONSE TO THE MOTION BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: January 24, 2022
Wilmington, DE

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 North Market Street
Suite 1001
Wilmington, DE 19801
302-295-2028
302-295-2013 Fax
Email: jcarroll@cozen.com

KAUFMAN, COREN & RESS, P.C.
Steven M. Coren (*Pro Hac Vice*)
Two Commerce Square
Suite 3900
2001 Market Street
Philadelphia, PA 19103
215-735-8700
215-735-5170 Fax
Email: SCoren@kcr-law.com

*Counsel to George L. Miller,
Chapter 7 Trustee*