# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| OUR ALCHEMY, LLC, *et al.*[1] | Case No. 16-11596 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MARCH 16, 2022 AT 10:00 A.M. (ET)

### HEARING IS CANCELLED

**CONTINUED MATTERS:**

1. Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay Against the Usurping Banks filed by George L. Miller, Trustee
   [Filed 12/17/2021; Docket No. 957] [Adv. Docket No. 214] (Adv. No. 18-50633)

   Related Documents:   (a)   Proposed Order

   Objection Deadline:   January 14, 2022 at 4:00 p.m.

   Responses Received:   (b)   Defrauded Lenders' Preliminary Objection to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay
   [Filed 1/14/2022; Adv. Docket No. 220]

   (c)   Declaration of Victor Noskov in Support of Defrauded Lenders' Preliminary Objection to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay
   [Filed 1/14/2022; Adv. Docket No. 221]

   Status:   This matter is adjourned by agreement of the parties to May 17, 2022 at 10:00 a.m. (ET)

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

1

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:**

2. Motion of Chapter 7 Trustee Pursuant to Fed. R. Bankr. P. 9019 for an Order Approving Settlement Agreement Between Plaintiff George L. Miller, Chapter 7 Trustee and Defendant Freyr Thor filed by George L. Miller, Trustee
[Filed 1/24/2022; Docket No. 963] [Adv. Docket No. 223] (Adversary No. 18-50633)

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Entered Order |
   | | (b) | Certification of No Objection [Filed 2/28/2022; Docket No. 969] [Adv. Docket No. 226] |
   | Objection Deadline: | | February 15, 2022 at 4:00 p.m. |
   | Responses Received: | | None |
   | Status: | | Order has been entered by the Court. This matter is concluded. |

3. Motion of Chapter 7 Trustee for Order Approving Settlement Agreement and Release of Claims between the Chapter 7 Trustee and Stroock & Stroock & Lavan LLP Pursuant to Federal Rule of Bankruptcy Procedure 9019 filed by George L. Miller, Trustee
[Filed 2/23/2022; Docket No. 967] [Adv. Docket No. 42] (Adversary No. 18-50630)

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Entered Order |
   | | (b) | Certification of No Objection [Filed 3/11/2022; Docket No. 972] [Adv. Docket No. 43] |
   | Objection Deadline: | | March 9, 2022 at 4:00 p.m. |
   | Responses Received: | | None |
   | Status: | | Order has been entered by the Court. This matter is concluded. |

| | |
|---|---|
| Dated: March 14, 2022<br>Wilmington, DE | COZEN O'CONNOR<br><br>By: */s/ John T. Carroll, III*<br>John T. Carroll, III (DE No. 4060)<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE  19801<br>(302) 295-2028 Phone<br>(302) 295-2013 Fax No.<br>jcarroll@cozen.com<br><br>*Counsel to George L. Miller,*<br>*Chapter 7 Trustee* |

3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| OUR ALCHEMY, LLC, *et al.*[1] | Case No. 16-11596 (JTD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF SERVICE REGARDING NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 16, 2022 AT 10:00 A.M. (ET)

I, John T. Carroll, III, counsel to George L. Miller, in his capacity as Chapter 7 Trustee in the above-captioned matter, hereby certify that on the 14th day of March, 2022 the *Notice of Agenda of Matters Scheduled for Hearing on March 16, 2022 at 10:00 a.m.* (the "Notice") was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF). Notice of filing of the Notice was received by way of electronic service via a Notice of Electronic Filing through the Court's CM/ECF system on the registered participants in the above-captioned matter.

Dated: March 14, 2022

By:   COZEN O'CONNOR

*/s/ John T. Carroll*

John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller,
Chapter 7 Trustee*

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.