# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC *et al*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 16-11596 (KG)<br>(Jointly Administered)<br><br>Related Doc. No. 412, 419 |

**ORDER PURSUANT TO 11 U.S.C. §§ 327(e) & 328 AUTHORIZING
EMPLOYMENT AND RETENTION OF KAUFMAN, COREN & RESS, P.C. AS TO
THE CHAPTER 7 TRUSTEE, *NUNC PRO TUNC*, SPECIAL COUNSEL
EFFECTIVE AS OF MARCH 20, 2017**

Upon the Application of George L. Miller, the Chapter 7 Trustee (the "Trustee")[2] for the Estates of the above-captioned Debtors (the "Debtors"), pursuant to 11 U.S.C. §§ 327(e) and 328 for Authority to Employ and Retain Kaufman, Coren & Ress, P.C. ("KC&R") as Special Counsel for the Chapter 7 Trustee, *nunc pro tunc*, effective as of March 20, 2017 (the "Application") filed by the Trustee in these cases (the "Cases"); and upon the Declaration of Steven M. Coren (the "Coren Declaration"), which is attached to the Application; and the Court being satisfied based upon the representations made in the Application and the Coren Declaration that said attorneys hold no interest adverse to the Trustee or the Debtors' Estates with respect to the matters upon which they are to be engaged, and that the employment of KC&R is necessary and would be in the best interests of the Debtors' Estates and their creditors; and it appearing that the Court has

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Application.

1

jurisdiction over this matter; and it appearing that due and proper notice of the Application has been given; and after due deliberation, and sufficient cause appearing therefor; it is hereby

ORDERED THAT:

1. The Application is APPROVED.

2. Pursuant to Sections 327(e) and 328 of the Bankruptcy Code, the Trustee is authorized to employ and retain KC&R as special counsel to the Trustee pursuant to the terms and conditions set forth in the Fee Agreement attached to the Trustee's Application and the terms of compensation set forth in the Fee Agreement are hereby preapproved under 11 U.S.C. Section 328(a), effective as of March 20, 2017.

3. Compensation to be paid to KC&R for services to be rendered to the Trustee, plus reimbursement of disbursements incurred in connection with the services provided to the Trustee as set forth in the Fee Agreement shall be determined by this Court upon appropriate application therefore in accordance with Sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules and/or any applicable regulations and Orders of this Court.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: This **16th** day of **May**, 2017.

BY THE COURT:

_____
The Honorable Kevin Gross
United States Bankruptcy Court Judge

2