# EXHIBIT "1"

# STIPULATION

LEGAL\57933275\1 6010823/00390810

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>      *Debtors*. | Chapter 7<br><br>Case No. 16-11596-JTD<br><br>Jointly Administered<br><br>**Related Doc. Nos. 957** |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>      *Plaintiff*,<br>v.<br><br>ANCONNECT, LLC, *et al.*,<br><br>      *Defendants*. | Adv. Pro. No. 18-50633-JTD<br><br>**Related Doc. Nos. 214, 220, 221** |

## STIPULATION BETWEEN THE TRUSTEE AND THE RESPONDING LENDERS REGARDING STREAMLINED MOTION PROCEDURES

I, John T. Carroll, III, counsel for Plaintiff, George L. Miller, in his capacity as Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC (the "Debtors") hereby submit the following Joint Request For Streamlined Motion Procedures on behalf of the Trustee, Emigrant Bank ("Emigrant") and Pacific Mercantile Bank ("PMB," collectively with the Trustee and Emigrant, the "Motion Parties"). The Trustee, Emigrant, and PMB certify as follows in support of their joint request:

1. On December 17, 2021, the Trustee filed a Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay against Emigrant and PMB (the "Bar Order Motion," D.I. 957, A.D.I. 214).

1

2. On December 28, 2021, Emigrant and PMB served discovery requests on the Trustee (the "Discovery Requests"). The Motion Parties agreed that the Trustee would respond to the Discovery Requests after Emigrant and PMB file an objection to the Bar Order Motion.

3. On January 14, 2022, Emigrant and PMB filed a Preliminary Objection to the Bar Order Motion (A.D.I. 220), accompanied by a supporting Declaration (A.D.I. 221).

4. A hearing on the Bar Order Motion is currently scheduled for May 17, 2022 at 10:00 a.m. (ET).

5. After engaging in good faith discussions relating to the Bar Order Motion and Discovery Requests, the Motion Parties have come to an agreement that will allow the parties to avoid protracted discovery in connection with the Bar Order Motion.

6. First, the Trustee has agreed to withdraw his request for sanctions relating to any effect of the Virgo Fraud Claims (as defined in the Preliminary Objection) on the settlement and mediation between the Trustee and any defendants in the Adversary Proceeding.

7. Second, the Motion Parties have agreed as to the exhibits which may be cited in support of or in opposition to the Bar Order Motion. A list of those exhibits is attached hereto as Exhibit A.

8. Because the Motion Parties do not plan on presenting live witness testimony in support of or in opposition to the Bar Order Motion, they respectfully suggest that the most efficient way to dispose of the Bar Order Motion is by way of a stipulated record and briefing schedule in lieu of a hearing as follows:

    A. On or before June 16, 2022, the Motion Parties shall submit opening briefs detailing their respective arguments concerning the Bar Order Motion. Those opening briefs may

cite the exhibits listed in Exhibit A hereto, which the Motion Parties agree and stipulate are authentic;

        B.      On or before June 30, 2022, the Motion Parties shall submit reply briefs in further support of or opposition to the Bar Order Motion. The Motion Parties reserve the right to argue that any exhibits cited in the opening briefs are inadmissible; and

        C.      The Motion Parties respectfully request that the Court schedule oral argument after the submission of opening and reply briefs.

Accordingly, the Motion Parties respectfully request that the Court enter the Order attached hereto as Exhibit B to effectuate the streamlined motion procedures described herein.

| Dated: May 12, 2022 | Dated: May 12, 2022 |
|---|---|
| /s/ *John T. Carroll, III* | /s/ *L. Katherine Good* |
| John T. Carroll, III (DE Bar No. 4060) | L. Katherine Good (DE Bar No. 5101) |
| **COZEN O'CONNOR** | **POTTER ANDERSON & CORROON LLP** |
| 1201 North Market Street, Suite 1001 | 1313 N. Market Street, 6th Floor |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| Tel: (302) 295-2028 | Telephone: (302) 984-6000 |
| Fax: (302) 295-2013 | Facsimile: (302) 658-1192 |
| jcarroll@cozen.com | Email: kgood@potteranderson.com |
| -and- | - and - |
| Steven M. Coren, Esq. (pro hac vice) | Victor Noskov *(pro hac vice)* |
| Benjamin M. Mather, Esq. (pro hac vice) | Devin van der Hahn *(pro hac vice)* |
| Andrew J. Belli, Esq. (pro hac vice) | **QUINN EMANUEL URQUHART** |
| **KAUFMAN, COREN & RESS, P.C.** | **& SULLIVAN, LLP** |
| Two Commerce Square | 51 Madison Avenue, 22nd Floor |
| 2001 Market Street, Suite 3900 | New York, New York 10010 |
| Philadelphia, PA 19103 | Telephone: (212) 849-7000 |
| Tel: (215) 735-8700 | Facsimile: (212) 849-7100 |
| Fax: (215) 735-5170 | |
| scoren@kcr-law.com | *Counsel for Emigrant Bank* |
| bmather@kcr-law.com | *and Pacific Mercantile Bank* |
| abelli@kcr-law.com | |
| | |
| *Counsel for Plaintiff* | |
| *George L. Miller, Ch. 7 Trustee* | |

LEGAL\57931781\2 6010823/00390810

# EXHIBIT "A"

# JOINT PROPOSED EXHIBIT LIST

# EXHIBIT A

# JOINT PROPOSED EXHIBIT LIST

| Exhibit # | Description | Alternative Exhibit #s |
|---|---|---|
| 1. | September 4, 2014 Revolving Credit and Term Loan Agreement | Ex. C to Bar Order Motion; |
| 2. | July 9, 2015 Amended and Restated Revolving Credit and Term Loan Agreement | Ex. D to Bar Order Motion; Ex. A to Noskov Dec. |
| 3. | July 10, 2015 Term Loan Joinder Agreement | Ex. F to Bar Order Motion |
| 4. | August 5, 2016 Complaint in *SunTrust Bank, in its capacity as administrative agent v. Calrissian LP*, New York County Supreme Court No. 654148/2016, along with Exhibits A through I thereto | |
| 5. | June 29, 2018 Complaint in *Miller v. ANConnect, LLC, et al.*, Bankr. D. Del. Adv. No. 18-50633-JTD, ECF No. 1 | |
| 6. | March 18, 2020 Complaint in *Emigrant Bank and Pacific Mercantile Bank v. SunTrust Bank, Truist Bank, and Does 1 through 10, Inclusive*, S.D.N.Y. No. 20-cv-02391-PGG, and Exhibits A through G thereto | |
| 7. | April 13, 2020 letter from P. Isajiw to the Honorable Paul Gardephe, S.D.N.Y. No. 20-cv-02391-PGG, ECF No. 13 | |
| 8. | April 23, 2020 letter from C. Worcester to the Honorable Paul Gardephe, S.D.N.Y. No. 20-cv-02391-PGG, ECF No. 17 | |
| 9. | June 24, 2020 letter from P. Isajiw to the Honorable Paul Gardephe, S.D.N.Y. No. 20-cv-02391-PGG, ECF No. 25 | |
| 10. | June 25, 2020 joint letter from P. Isajiw and C. Worcester to the Honorable Paul Gardephe, S.D.N.Y. No. 20-cv-02391-PGG, ECF No. 26 | |
| 11. | June 29, 2020 letter from C. Worcester to the Honorable Paul Gardephe, S.D.N.Y. No. 20-cv-02391-PGG, ECF No. 28 | |
| 12. | August 28, 2020 Memorandum of Law in Support of SunTrust Bank's Motion to Dismiss Complaint, S.D.N.Y. No. 20-cv-02391-PGG, ECF No. 36 | |

| 13. | August 28, 2020 Declaration of K. Fowler in Support of SunTrust Bank's Motion to Dismiss Complaint and Exhibits A through D thereto, S.D.N.Y. No. 20-cv-02391-PGG, ECF No. 37 | |
|---|---|---|
| 14. | September 25, 2020 Opposition to Motion to Dismiss Complaint, S.D.N.Y. No. 20-cv-02391-PGG, ECF No. 39 | |
| 15. | October 9, 2020 Reply in Support of Motion to Dismiss Complaint, S.D.N.Y. No. 20-cv-02391-PGG, ECF No. 40 | |
| 16. | October 15, 2020 Amended Complaint in *SunTrust Bank, in its capacity as administrative agent v. Calrissian LP*, New York County Supreme Court No. 654148/2016, along with Exhibits A through I thereto | |
| 17. | June 4, 2021 Certification of Counsel Regarding Mediation and Modified Scheduling Order, Bankr. D. Del. Adv. No. 18-50633-JTD, ECF No. 200 | |
| 18. | June 7, 2021 Order Authorizing Mediation, Bankr. D. Del. Adv. No. 18-50633-JTD, ECF No. 201 | |
| 19. | July 9, 2021 Complaint in *Emigrant Bank, et al. v. Virgo Investment Group LLC, et al.*, New York County Supreme Court No. 654350/2021, along with Exhibits A through F thereto | Ex. E to Bar Order Motion; Ex. B to Noskov Dec. |
| 20. | September 17, 2021 Memorandum of Law in Support of Motion to Dismiss Complaint, New York County Supreme Court No. 654350/2021 | |
| 21. | September 17, 2021 Affirmation of E. Grillo in Support of Motion to Dismiss Complaint, New York County Supreme Court No. 654350/2021, along with Exhibits A through D thereto | |
| 22. | September 27, 2021 Amended Complaint and Exhibits A-G thereto in S.D.N.Y. No. 20-cv-02391-PGG, ECF No. 45 | |
| 23. | October 5, 2021 Virgo Settlement Agreement | Ex. G to Bar Order Motion |
| 24. | October 12, 2021 letter from P. Isajiw to the Honorable Paul Gardephe, S.D.N.Y. No. 20-cv-02391-PGG, ECF No. 46 | |
| 25. | October 18, 2021 Memorandum of Law in Opposition to Motion to Dismiss Complaint, | |

| | | |
|---|---|---|
| | New York County Supreme Court No. 654350/2021 | |
| 26. | October 22, 2021 letter from C. Worcester to the Honorable Paul Gardephe, S.D.N.Y. No. 20-cv-02391-PGG, ECF No. 49 | |
| 27. | October 26, 2021 Motion to Approve Compromise Between Trustee and Virgo, Bankr. D. Del. Adv. No. 18-50633-JTD, ECF No. 202 | |
| 28. | November 8, 2021 Reply Memorandum of Law in Further Support of Motion to Dismiss Complaint, New York County Supreme Court No. 654350/2021 | |
| 29. | November 8, 2021 Affirmation of E. Grillo in Further Support of Motion to Dismiss Complaint, New York County Supreme Court No. 654350/2021, along with Exhibits AA through FF thereto | |
| 30. | November 9, 2021 Decision and Order on Motion in *SunTrust Bank, in its capacity as administrative agent v. Calrissian LP*, New York County Supreme Court No. 654148/2016 | |
| 31. | November 16, 2021 Statement of Lenders in Response to Motion for Approval of Virgo Settlement Agreement, Bankr. D. Del. Adv. No. 18-50633-JTD, ECF No. 205 | Ex. D to Noskov Dec. |
| 32. | November 17, 2021 Order Approving Virgo Settlement Agreement, Bankr. D. Del. Adv. No. 18-50633-JTD, ECF No. 211 | |
| 33. | December 10, 2021 Memorandum of Law in Support of SunTrust Bank's Motion to Dismiss First Amended Complaint, along with K. Fowler Declaration and Exhibits A through J thereto, S.D.N.Y. No. 20-cv-02391-PGG, ECF No. 52 | |
| 34. | December 17, 2021 Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay Against the Usurping Banks, Bankr. D. Del. Adv. No. 18-50633-JTD, ECF No. 214 | |
| 35. | December 31, 2021 Opposition to Motion to Dismiss First Amended Complaint, S.D.N.Y. No. 20-cv-02391-PGG, ECF No. 54 | |
| 36. | January 7, 2022 Reply Memorandum of Law in Support of SunTrust Bank's Motion to Dismiss | |

| | | |
|---|---|---|
| | First Amended Complaint, S.D.N.Y. No. 20-cv-02391-PGG, ECF No. 55 | |
| 37. | January 14, 2022 Preliminary Objection to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay Against the Usurping Banks, Bankr. D. Del. Adv. No. 18-50633-JTD, ECF No. 220 | |
| 38. | January 14, 2022 V. Noskov Declaration in Support of Preliminary Objection to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay Against the Usurping Banks, along with Exhibits A through E thereto, Bankr. D. Del. Adv. No. 18-50633-JTD, ECF No. 221 | |
| 39. | February 9, 2022 Decision and Order Granting Motion to Dismiss, New York County Supreme Court No. 654350/2021 | |
| 40. | February 25, 2022 letter from C. Worcester to the Honorable Paul Gardephe, S.D.N.Y. No. 20-cv-02391-PGG, ECF No. 57 | |
| 41. | March 1, 2022 letter from C. Worcester to the Honorable Paul Gardephe, S.D.N.Y. No. 20-cv-02391-PGG, ECF No. 58 | |
| 42. | Email from Steven Coren, Kaufman, Coren & Ress, P.C., to Sage Vanden Heuvel, Quinn Emanuel Urquhart & Sullivan, LLP, John Carroll, III, Cozen O'Connor, P.C., and Ben Mather and Andrew Belli, each Kaufman, Coren & Ress, P.C. (Sept. 22, 2021) | Ex. C to Noskov Dec. |
| 43. | State Court Plaintiffs' First Set of Requests for Production to the Trustee, *Miller v. ANConnect, LLC (Our Alchemy, LLC)*, No. 18-50633 (Bankr. D. Del.), dated Dec. 28, 2021 | Ex. E to Noskov Dec. |
| 44. | Transcript from February 8, 2022 Hearing in *Emigrant Bank, et al. v. Virgo Investment Group LLC, et al.*, New York County Supreme Court No. 654350/2021 | |

**EXHIBIT "B"**

**PROPOSED ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>      *Debtors*. | Chapter 7<br><br>Case No. 16-11596-JTD<br><br>Jointly Administered<br><br>**Related Doc. Nos. 957, \_\_\_** |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>      *Plaintiff*,<br>  v.<br><br>ANCONNECT, LLC, *et al.*,<br><br>      *Defendants*. | Adv. Pro. No. 18-50633-JTD<br><br>**Related Doc. Nos. 214, 220, 221, \_\_\_** |

## ORDER GRANTING STIPULATION BETWEEN THE TRUSTEE AND THE RESPONDING LENDERS REGARDING STREAMLINED MOTION PROCEDURES

Upon consideration of the *Stipulation Between the Trustee and the Responding Lenders Regarding Streamlined Motion Procedures* (the "Stipulation")[1] submitted by the Trustee, Emigrant Bank, and Pacific Mercantile Bank (collectively, the "Motion Parties"), the Court having determined that good and adequate cause exists for approval of the Stipulation, and the Court having determined that no further notice of the Stipulation must be given, it is hereby ORDERED and DECREED as follows:

1.  The Stipulation is approved.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Stipulation.

LEGAL\57931781\2 6010823/00390810

2. The Trustee's request for sanctions relating to any effect of the Virgo Fraud Claims (as defined in the Preliminary Objection) on the settlement and mediation between the Trustee and any defendants in the Adversary Proceeding is withdrawn.

3. In lieu of an evidentiary hearing, the Motion Parties may submit briefing concerning the Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay against Emigrant and PMB (D.I. 957, A.D.I. 214) as follows:

    A. On or before June 16, 2022, the Motion Parties shall submit opening briefs detailing their respective arguments concerning the Bar Order Motion. Those opening briefs may cite the exhibits listed in Exhibit A to the Motion Parties' Joint Request for Streamlined Motion Procedures, which the Motion Parties agree and stipulate are authentic; and

    B. On or before June 30, 2022, the Motion Parties shall submit reply briefs in further support of or opposition to the Bar Order Motion. The Motion Parties reserve the right to argue that any exhibits cited in the opening briefs are inadmissible.

4. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

LEGAL\57931781\2 6010823/00390810