## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>                        *Debtors*.<br><br>GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>                        *Plaintiff*,<br>      v.<br><br>ANCONNECT, LLC, *et al.*,<br><br>                        *Defendants*. | Chapter 7<br><br>Case No. 16-11596-JTD<br><br>Jointly Administered<br><br>**Related Doc. Nos. 957, 984**<br><br><br>Adv. Pro. No. 18-50633-JTD<br><br>**Related Doc. Nos. 214, 220, 221, 242** |

## ORDER GRANTING STIPULATION BETWEEN THE TRUSTEE AND THE RESPONDING LENDERS REGARDING STREAMLINED MOTION PROCEDURES

Upon consideration of the *Stipulation Between the Trustee and the Responding Lenders Regarding Streamlined Motion Procedures* (the "Stipulation")[1] submitted by the Trustee, Emigrant Bank, and Pacific Mercantile Bank (collectively, the "Motion Parties"), the Court having determined that good and adequate cause exists for approval of the Stipulation, and the Court having determined that no further notice of the Stipulation must be given, it is hereby ORDERED and DECREED as follows:

      1.      The Stipulation is approved.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Stipulation.

2. The Trustee's request for sanctions relating to any effect of the Virgo Fraud Claims (as defined in the Preliminary Objection) on the settlement and mediation between the Trustee and any defendants in the Adversary Proceeding is withdrawn.

3. In lieu of an evidentiary hearing, the Motion Parties may submit briefing concerning the Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay against Emigrant and PMB (D.I. 957, A.D.I. 214) as follows:

    A. On or before June 16, 2022, the Motion Parties shall submit opening briefs detailing their respective arguments concerning the Bar Order Motion. Those opening briefs may cite the exhibits listed in Exhibit A to the Motion Parties' Joint Request for Streamlined Motion Procedures, which the Motion Parties agree and stipulate are authentic; and

    B. On or before June 30, 2022, the Motion Parties shall submit reply briefs in further support of or opposition to the Bar Order Motion. The Motion Parties reserve the right to argue that any exhibits cited in the opening briefs are inadmissible.

4. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Dated: May 13th, 2022**  
**Wilmington, Delaware**

                    **JOHN T. DORSEY**  
                    **UNITED STATES BANKRUPTCY JUDGE**

LEGAL\57931781\2 6010823/00390810