IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 16-11596 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 957** |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>Plaintiff,<br>v.<br><br>ANCONNECT, LLC, *et al.*,<br><br>Defendants. | Adv. Proc. No. 18-50633 (JTD)<br><br>**Re: Docket No. 214** |

**CERTIFICATION OF COUNSEL REGARDING ORDER ON TRUSTEE'S MOTION FOR ENTRY OF BAR ORDER AND SANCTIONS FOR VIOLATING THE AUTOMATIC STAY AGAINST THE USURPING BANKS**

The undersigned hereby certifies as follows:

1. On September 21, 2022, the Court held oral argument (the "Hearing") on the *Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay Against the Usurping Banks* [Docket No. 957; Adv. Docket No. 214] and the objections, joinders and related pleadings thereto set forth on the *Notice of Completion of Completion of Briefing Regarding Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay* [Docket No. 1001; Adv. Docket No. 254].

2. At the conclusion of the Hearing, the Court directed counsel for George L. Miller, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our

Alchemy, LLC and Anderson Digital, LLC (the "Trustee"), Emigrant Bank and Pacific Mercantile Bank (the "Applicable Lenders"), and Virgo Investment Group, LLC, Virgo Societas Partners, LLC, Virgo Societas Partnership III (Onshore), L.P., Virgo Societas Partnership III (Offshore), Virgo Services Company, LLC, Jesse Watson and Mark Perez (collectively, the "Virgo Parties" and together with the Trustee and the Applicable Lenders, the "Parties") to meet and confer and see if they could reach agreement on a form of order consistent with the Court's remarks at the Hearing.

3. On September 30, 2022, counsel for the Parties met and conferred and were unable to reach agreement on a proposed form.

4. The Trustee and the Virgo Parties propose the form of order (the "Movants' Order") attached hereto as Exhibit A.

5. The Applicable Lenders propose the form of order (the "Lenders' Order") attached hereto as Exhibit B.

6. For the convenience of the Court, a redline of the Movants' Order against the Lenders' Order is attached as Exhibit C and a redline of the Lenders' Order against the Movants' Order is attached as Exhibit D.

WHEREFORE, the Parties respectfully request a conference at the convenience of the Court to discuss their positions regarding the forms of order.

| | |
|---|---|
| Dated: October 12, 2022 | Respectfully submitted, |

| | |
|---|---|
| */s/ John T. Carroll, III* | */s/ L. Katherine Good* |
| John T. Carroll, III (No. 4060) | L. Katherine Good (No. 5101) |
| **COZEN O'CONNOR** | **POTTER ANDERSON & CORROON LLP** |
| 1201 N. Market Street, Suite 1001 | 1313 N. Market Street, 6th Floor |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 295-2028 | Telephone: (302) 984-6000 |
| Facsimile: (302) 701-2140 | Facsimile: (302) 658-1192 |
| Email: jcarroll@cozen.com | Email: kgood@potteranderson.com |
| | |
| -and- | - and - |
| | |
| Steven M. Coren, Esq. | Victor Noskov (pro hac vice) |
| **KAUFMAN, COREN & RESS, P.C.** | **QUINN EMANUEL URQUHART** |
| Two Commerce Square | **& SULLIVAN, LLP** |
| 2001 Market Street, Suite 3900 | 51 Madison Avenue, 22nd Floor |
| Philadelphia, Pennsylvania 19103 | New York, New York 10010 |
| Telephone: (215) 735-8700 | Telephone: (212) 849-7000 |
| Facsimile: (215) 735-5170 | Facsimile: (212) 849-7100 |
| Email: SCoren@kcr-law.com | Email: victornoskov@quinnemanuel.com |
| | |
| *Counsel for George L. Miller, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC* | *Counsel for Defrauded Lenders* |

*/s/Jason A. Gibson*
Jason A. Gibson (DE 4885)
**THE ROSNER LAW GROUP, LLC**
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: 302-777-1111
Gibson@teamrosner.com

-and-

Andrea L. Kim
**DANIELS & TREDENNICK, PLLC**
6363 Woodway, Suite 700
Houston, Texas 77057
Telephone: (713) 917-0024
Facsimile: (713) 917-0026
Andrea.Kim@dtlawyers.com

*Counsel for the Virgo Parties*