# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>        Debtors. | Chapter 7<br><br>Case No. 16-11596 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1010** |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>        *Plaintiff*,<br>v.<br><br>ANCONNECT, LLC, *et al.*,<br><br>        *Defendants*. | Adv. Pro. No. 18-50633 (JTD)<br><br><br><br>**Hearing Date: November 29, 2022 at 2:00 p.m. (ET)**<br><br>**Re: Adv. Docket No. 266** |

### NOTICE OF HEARING REGARDING LENDERS' MOTION TO AMEND AND SUPPLEMENT THE COURT'S OCTOBER 13, 2022 ORDER PURSUANT TO CIVIL RULES 52(b), 59(e), AND 60

**PLEASE TAKE NOTICE** that, on October 27, 2022, Emigrant Bank and Pacific Mercantile Bank (collectively, the "Lenders") filed the *Lenders' Motion to Amend and Supplement the Court's October 13, 2022 Order Pursuant to Civil Rules 52(b), 59(e), and 60* [Docket No. 1010; Adv. Docket No. 266] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"), a copy of which you were previously served with.

**PLEASE TAKE FURTHER NOTICE** that, objections to the Motion, if any, were to be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801, on or before November 10, 2022 at

4:00 p.m. (ET) (the "Objection Deadline"), and served upon and received by the undersigned counsel for the Lenders.

**PLEASE TAKE FURTHER NOTICE** that, a hearing on the Motion is scheduled to be held before the Honorable John T. Dorsey at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 on **November 29, 2022 at 2:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE THAT THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 21, 2022          Respectfully submitted,

*/s/ L. Katherine Good*
L. Katherine Good (Bar No. 5101)
Andrew L. Brown (No. 6766)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Email: kgood@potteranderson.com
           abrown@potteranderson.com

 - and -

Victor Noskov (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Email: victornoskov@quinnemanuel.com

*Attorneys for the Lenders*