# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 16-11596/18-50633    **CASE NAME:** Our Alchemy, LLC    **DATE:** 11/29/2022 (2:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John T. Carroll | Cozen O'Connor | Trustee |
| Andrew Belli | Kaufmann Coren | Special Counsel Trustee |
| Jason Gibson | The Rosner Law Group | The Virgo Parties |
| Andrea Kim | Daniels & Tredennick | " " |
| Gary Gans | Quinn Emanuel Urquhart & Sullivan | Lenders |
| Victor Noskov | " | " |
| Katherine Good | Potter Anderson & Corroon | " |
| Andrew Brown | " | " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

2:00pm ----- **Our Alchemy, LLC**   16-11596/18-50633   Motion to Amend   11-29-2022

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| | | | |
| Ricardo | Palacio | Sun Trust Bank | Ashby & Geddes, P.A. |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Chris | Newcomb | Virgo | Allen Overy LLP |
| Andrew | Brown | Emigrant Bank and Pacific Mercantile Bank | Potter Anderson & Corroon LLP |
| Corey | Worcester | Emigrant Bank and Pacific Mercantile Bank | Quinn Emanuel Urquhart & Sullivan, LLP |
| Laura | Haney | Court | |
| | | | |
| | | | |