IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 16-11596 (JTD)<br>(Jointly Administered)<br><br>Related Doc. No. 1013, 1024 |

**ORDER APPROVING APPLICATION OF COZEN O'CONNOR AS COUNSEL TO THE TRUSTEE FOR ALLOWANCE OF ELEVENTH INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2021 THROUGH OCTOBER 31, 2022**

Upon consideration of the Eleventh Interim Application for Compensation and Reimbursement of Expenses (the "Application") of Cozen O'Connor for the period of November 1, 2021 through October 31, 2022 (the "Application Period"); and the Court having reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED;

2. Cozen O'Connor is allowed compensation in the amount of $107,779.50 and reimbursement of expenses in the amount of $7,251.22 for the Application Period for a total award of $115,030.72 (the "Fees and Expenses"), which amount shall constitute an allowed

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.
60119478\1 6010823/00390810
11/09/2022

Chapter 7 administrative expense in the above-captioned Bankruptcy Cases. The Trustee is authorized and shall distribute said Fees and Expenses to Cozen O'Connor.

       3.       Such sums are authorized for payment less any amounts previously paid to Cozen O'Connor.

       4.       The interim compensation awarded pursuant to this Order remains subject to disgorgement pending approval of the Chapter 7 Trustee's final report.

**Dated: December 9th, 2022**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**