**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| OUR ALCHEMY, LLC, *et al.*,[1] | Case No. 16-11596 (JTD) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING**
**ON DECEMBER 4, 2024 AT 10:00 A.M. (PREVAILING EASTERN TIME)**
**BEFORE THE HONORABLE JOHN T. DORSEY**

> This proceeding will be conducted remotely via Zoom. Please refer to Judge Dorsey's Chambers Procedures https://www.deb.uscourts.gov/chief-judge-john-t-dorsey and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Dorsey's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.[2]

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:**

1. Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Thirteenth Interim Compensation and Reimbursement of Expenses for the Period November 1, 2023 through September 30, 2024
   [Filed 11/12/2024; Docket No. 1070]

   Related Documents:

   (a) Certification of No Objection
   [Filed 12/2/2024; Docket No. 1073]

   (b) Proposed Order

   Objection Deadline:    November 27, 2024 at 4:00 p.m.

   Responses Received:    None

   Status:    This matter is uncontested. Certification of No Objection has been filed. Movant requests entry of the Proposed Order.

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596, and Anderson Digital, LLC, Case No. 16-11597.
[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

2. Thirteenth Interim Application of Miller Coffey Tate LLP for Compensation and Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period From October 1, 2023 through September 30, 2024
[Filed 11/13/2024; Docket No. 1071]

<u>Related Documents</u>:

    (a)    Certification of No Objection
[Filed 12/2/2024; Docket No. 1074]

    (b)    Proposed Order

<u>Objection Deadline</u>:    November 27, 2024 at 4:00 p.m.

<u>Responses Received</u>:    None

<u>Status</u>:    This matter is uncontested. Certification of No Objection has been filed. Movant requests entry of the Proposed Order.

Dated: December 2, 2024
Wilmington, DE

COZEN O'CONNOR

By:   */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*